# Exhibit 1

**Press Release**

# EQUITY ALERT: Rosen Law Firm Files Securities Class Action Lawsuit Against Inspirato Incorporated – ISPO

Published: Feb. 16, 2023 at 11:22 a.m. ET

*The MarketWatch News Department was not involved in the creation of this content.*

NEW YORK, (BUSINESS WIRE) -- Rosen Law Firm, a global investor rights law firm, announces it has filed a class action lawsuit on behalf of purchasers of the securities of Inspirato Incorporated (NASDAQ: ISPO) between May 11, 2022 and December 15, 2022, both dates inclusive (the "Class Period"). The lawsuit seeks to recover damages for Inspirato's investors under the federal securities laws.

To join the Inspirato class action, go to https://rosenlegal.com/submit-form/?case_id=10246 or call Phillip Kim, Esq. toll-free at 866-767-3653 or email pkim@rosenlegal.com or cases@rosenlegal.com for information on the class action.

According to the lawsuit, throughout the Class Period, Defendants made materially false and/or misleading statements and/or failed to disclose that: (1) the Company's unaudited condensed consolidated financial statements as of and for the quarterly periods ended March 31, 2022 and June 30, 2022 (collectively, the 'Non-Reliance Periods') included in the Quarterly Reports on Form 10-Q filed with the Securities and Exchange Commission (the 'SEC') for the Non-Reliance Periods, could no longer be relied upon; (2) the Quarterly Reports could no longer be relied upon due to the incorrect application of Accounting Standards Update (ASU) No. 2016-02, Leases (Topic 842) ('ASC 842') with respect to the assessment of right-of-use assets and liabilities, resulting in an understatement of both right-of-use assets and total lease liabilities of approximately 9% for each of the Non-Reliance Periods resulting in an understatement of total assets and total liabilities by approximately 5% for each of the Non-Reliance periods, and due to property-related and other expenses being under accrued in the first quarter, and over accrued in the second quarter, resulting in cost of revenue being understated by approximately 1% and overstated by approximately 5% in the first and second quarter, respectively (similarly, any previously issued or filed reports, press releases, earnings releases, and investor presentations or other communications describing the Company's condensed consolidated unaudited financial statements and other related financial information covering the Non-Reliance Periods should no longer be relied upon); (3) the Company was not in compliance with the periodic filing requirements for continued listing set

forth in Nasdaq Listing Rule 5250(c)(1) (the 'Rule') as a result of its failure to file its Quarterly Report on Form 10-Q for the quarter ended September 30, 2022 (the 'Third Quarter Report') with the Securities and Exchange Commission (the 'SEC') by the required due date; and; (4) as a result, Defendants' statements about its business, operations, and prospects, were materially false and misleading and/or lacked a reasonable basis at all relevant times.

A class action lawsuit has already been filed. If you wish to serve as lead plaintiff, you must move the Court **no later than April 17, 2023** . A lead plaintiff is a representative party acting on behalf of other class members in directing the litigation. If you wish to join the litigation, go to https://rosenlegal.com/submit-form/?case_id=10246or to discuss your rights or interests regarding this class action, please contact Phillip Kim, Esq. of Rosen Law Firm toll free at 866-767-3653 or via e-mail at pkim@rosenlegal.com or cases@rosenlegal.com.

NO CLASS HAS YET BEEN CERTIFIED IN THE ABOVE ACTION. UNTIL A CLASS IS CERTIFIED, YOU ARE NOT REPRESENTED BY COUNSEL UNLESS YOU RETAIN ONE. YOU MAY RETAIN COUNSEL OF YOUR CHOICE. YOU MAY ALSO REMAIN AN ABSENT CLASS MEMBER AND DO NOTHING AT THIS POINT. AN INVESTOR'S ABILITY TO SHARE IN ANY POTENTIAL FUTURE RECOVERY IS NOT DEPENDENT UPON SERVING AS LEAD PLAINTIFF.

Follow us for updates on LinkedIn: https://www.linkedin.com/company/the-rosen-law-firm or on Twitter: https://twitter.com/rosen_firm or on Facebook: https://www.facebook.com/rosenlawfirm.

Rosen Law Firm represents investors throughout the globe, concentrating its practice in securities class actions and shareholder derivative litigation. Rosen Law Firm was Ranked No. 1 by ISS Securities Class Action Services for number of securities class action settlements in 2017. The firm has been ranked in the top 4 each year since 2013. Rosen Law Firm has achieved the largest ever securities class action settlement against a Chinese Company. Rosen Law Firm's attorneys are ranked and recognized by numerous independent and respected sources. Rosen Law Firm has secured hundreds of millions of dollars for investors.

Attorney Advertising. Prior results do not guarantee a similar outcome.

View source version on businesswire.com:
https://www.businesswire.com/news/home/20230216005678/en/

SOURCE: The Rosen Law Firm, P.A.

Laurence Rosen, Esq.
Phillip Kim, Esq.
The Rosen Law Firm, P.A.

275 Madison Avenue, 40th Floor
New York, NY 10016
Tel: (212) 686-1060
Toll Free: (866) 767-3653
Fax: (212) 202-3827
lrosen@rosenlegal.com
pkim@rosenlegal.com
cases@rosenlegal.com
www.rosenlegal.com

COMTEX_424626551/2456/2023-02-16T11:22:07

*Is there a problem with this press release? Contact the source provider Comtex at editorial@comtex.com. You can also contact MarketWatch Customer Service via our Customer Center.*

Copyright Business Wire 2023
*The MarketWatch News Department was not involved in the creation of this content.*



**4.20**%**APY** ⓘ
$10 to Start | Member FDIC

**CASH RESERVE**
The smart, secure home for your cash, FDIC insured up to $2MM at program banks†

---



**3.50**%**APY**
Member FDIC

**360 PERFORMANCE SAVINGS**
• No fees
• No minimums
• Open in about 5 min

---



**4.77**%**APY** ⓘ
Member FDIC

**CORNERSTONE MONEY MARKET**
Interest is compounded daily, growing your money fast.

---



**CITI CHECKING**
Member FDIC

**Earn up to $2,000 Cash Bonus.** Open a new eligible checking account with required activities.

Sponsors of