# Exhibit 3

**Inspirato Incorporated Loss Chart**
**Class Period: May 11, 2022 through December 15, 2022**

Lookback Price $1.20

| Name | Date Purchased | Shares | Price per Share | Total | Date Sold | Shares | Price per Share | Total | Shares Retained | Value Retained | Total Loss/Gain |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Keith Koch | 8/10/2022 | 1,000 | ($3.86) | ($3,860.00) | | | | | | | |
| | 9/19/2022 | 1000 | ($2.50) | ($2,500.00) | | | | | | | |
| | 11/4/2022 | 1000 | ($2.03) | ($2,030.00) | | | | | | | |
| | | 3,000 | | ($8,390.00) | | | | | 3,000 | $3,611.85 | ($4,778.15) |