**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:23-cv-00438-RMR-SBP

KEITH KOCH, Individually and on Behalf of
All Others Similarly Situated,

      Plaintiff,

v.

INSPIRATO INCORPORATED, BRENT
HANDLER, and R. WEBSTER
NEIGHBOR,

      Defendants.

---

**DECLARATION OF STEPHEN B. STRAIN IN SUPPORT OF DEFENDANTS'
MOTION TO DISMISS AMENDED CLASS ACTION COMPLAINT**

---

I, Stephen B. Strain, declare:

1.      I am an attorney duly admitted to practice law in the State of California and I am a member in good standing of the Bar of this Court.  *See* ECF No. 13.

2.      I am a partner at the law firm of Wilson Sonsini Goodrich & Rosati, P.C., counsel of record for Inspirato Incorporated ("Inspirato"), Brent Handler, and R. Webster Neighbor ("Defendants").  I have personal knowledge of, and if called as a witness would competently testify to, the matters stated herein.  This declaration is submitted in support of Defendants' Motion to Dismiss Amended Class Action Complaint, filed herewith.

3.      Attached hereto as **Exhibit 1** is a true and correct copy of excerpts of Inspirato's registration statement on Form S-1 filed with the Securities and Exchange Commission ("SEC") on April 29, 2022.

4.      Attached hereto as **Exhibit 2** is a true and correct copy of excerpts of the Financial Accounting Standards Board, Financial Accounting Series, Accounting Standards Update No. 2020-05, *Revenue from Contracts with Customers (Topic 606) and Leases (Topic 842)*, published June 2020.

5.      Attached hereto as **Exhibit 3** is a true and correct copy of excerpts of Inspirato's quarterly report on Form 10-Q for the first quarter of 2022, filed with the SEC on May 13, 2022. *See* ¶ 29.[1]

6.      Attached hereto as **Exhibit 4** is a true and correct copy of excerpts of Inspirato's quarterly report on Form 10-Q for the second quarter of 2022, filed with the SEC on August 10, 2022.  *See* ¶ 31.

---

[1] For the Court's convenience, Defendants have added "A-1" and "A-2" pagination to the Sarbanes-Oxley Act certifications in Exhibits 3-6 and numerical pagination to Exhibits 7-9.

7.      Attached hereto as **Exhibit 5** is a true and correct copy of excerpts of Inspirato's amended quarterly report on Form 10-Q/A for the second quarter of 2022, filed with the SEC on December 15, 2022.

8.      Attached hereto as **Exhibit 6** is a true and correct copy of excerpts of Inspirato's amended quarterly report on Form 10-Q/A for the first quarter of 2022, filed with the SEC on December 15, 2022.  *See* ¶ 49.

9.      Attached hereto as **Exhibit 7** is a true and correct copy of Inspirato's current report on Form 8-K, filed with the SEC on May 12, 2022.  *See* ¶ 28.

10.     Attached hereto as **Exhibit 8** is a true and correct copy of Inspirato's current report on Form 8-K, filed with the SEC on August 8, 2022.  *See* ¶ 30.

11.     Attached hereto as **Exhibit 9** is a true and correct copy of excerpts of Inspirato's current report on Form 8-K, filed with the SEC on December 19, 2022.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed in Palo Alto, California on this 27th day of October, 2023.

Respectfully submitted,

**WILSON SONSINI GOODRICH & ROSATI, P.C.**

*/s/ Stephen B. Strain*
Stephen B. Strain
650 Page Mill Road
Palo Alto, CA  94304-1050
Telephone: (650) 493-9300
Fax: (866) 974-7329
Email: sstrain@wsgr.com

*Attorney for defendants Inspirato Incorporated,*
*Brent Handler, and R. Webster Neighbor*

2

## CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of October, 2023, I electronically filed the foregoing

with the Clerk of the Court using the CM/ECF system, which will send a notification filing to all

registered participants.

*/s/ Ignacio E. Salceda*