# EXHIBIT 1

Table of Contents

As filed with the Securities and Exchange Commission on April 29, 2022

Registration No. 333-

# SECURITIES AND EXCHANGE COMMISSION

**Washington, D.C. 20549**

# FORM S-1

## REGISTRATION STATEMENT

*Under*
*The Securities Act of 1933*

# INSPIRATO INCORPORATED

(Exact name of Registrant as specified in its charter)

| **Delaware** | **7389** | **85-2426959** |
|---|---|---|
| (State or other jurisdiction of incorporation or organization) | (Primary Standard Industrial Classification Code Number) | (I.R.S. Employer Identification Number) |

**1544 Wazee Street**
**Denver, CO 80202**
**(303) 586-7771**

(Address, including zip code, and telephone number, including area code, of Registrant's principal executive offices)

**Brent Handler**
**Chief Executive Officer**
**Inspirato Incorporated**
**1544 Wazee Street**
**Denver, CO 80202**
**(303) 586-7771**

(Name, address, including zip code, and telephone number, including area code, of agent for service)

*Copies to:*

| | |
|---|---|
| **Tony Jeffries** | **James Hnat** |
| **Christina L. Poulsen** | **General Counsel and Secretary** |
| **David G. Sharon** | **Inspirato Incorporated** |
| **Wilson Sonsini Goodrich & Rosati, P.C.** | **1544 Wazee Street** |
| **650 Page Mill Road** | **Denver, CO 80202** |
| **Palo Alto, CA 94304** | **(303) 586-7771** |
| **(650) 493-9300** | |

**Approximate date of commencement of proposed sale to the public:** As soon as practicable after the effective date of this Registration Statement.

If any of the securities being registered on this form are to be offered on a delayed or continuous basis pursuant to Rule 415 under the Securities Act of 1933, check the following box. ☒

If this form is filed to register additional securities for an offering pursuant to Rule 462(b) under the Securities Act, please check the following box and list the Securities Act registration statement number of the earlier effective registration statement for the same offering. ☐

If this form is a post-effective amendment filed pursuant to Rule 462(c) under the Securities Act, check the following box and list the Securities Act registration statement number of the earlier effective registration statement for the same offering. ☐

If this form is a post-effective amendment filed pursuant to Rule 462(d) under the Securities Act, check the following box and list the Securities Act registration statement number of the earlier effective registration statement for the same offering. ☐

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, smaller reporting company, or an emerging growth company. See the definitions of "large accelerated filer," "accelerated filer," "smaller reporting company," and "emerging growth company" in Rule 12b-2 of the Exchange Act.

| | | | |
|---|---|---|---|
| Large accelerated filer | ☐ | Accelerated filer | ☐ |
| Non-accelerated filer | ☒ | Smaller reporting company | ☒ |
| | | Emerging growth company | ☒ |

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 7(a)(2)(B) of the Securities Act. ☐

**The Registrant hereby amends this Registration Statement on such date or dates as may be necessary to delay its effective date until the Registrant shall file a further amendment which specifically states that this Registration Statement shall thereafter become effective in accordance with Section 8(a) of the Securities Act of 1933 or until the Registration Statement shall become effective on such date as the Commission acting pursuant to said Section 8(a) may determine.**

sec.gov/Archives/edgar/data/1820566/000110465922053854/ispo-20211231xs1.htm

Table of Contents

**EXPLANATORY NOTE**

On February 11, 2022, Inspirato Incorporated (the "Company" or "Inspirato"), f/k/a Thayer Ventures Acquisition Corporation, our legal predecessor and a special purpose acquisition company ("Thayer") sponsored by affiliates of Thayer Ventures Acquisition Holdings LLC (the "Sponsor"), consummated the previously announced transactions contemplated by the Business Combination Agreement, dated as of June 30, 2021 (as amended, the "Business Combination Agreement"), by and among Thayer, Passport Merger Sub I Inc., a Delaware corporation and wholly-owned subsidiary of Thayer ("Blocker Merger Sub 1"), Passport Merger Sub II Inc., a Delaware corporation and wholly-owned subsidiary of Thayer ("Blocker Merger Sub 2"), Passport Merger Sub III Inc., a Delaware corporation and wholly-owned subsidiary of Thayer ("Blocker Merger Sub 3" and together with Blocker Merger Sub 1 and Blocker Merger Sub 2, and any blocker merger sub that becomes party to the Business Combination Agreement by executing a joinder thereto, the "Blocker Merger Subs", and together with the Company Merger Sub, the "Merger Subs"), KPCB Investment I, Inc., a Delaware corporation ("KPCB Blocker"), Inspirato Group, Inc., a Delaware corporation ("IVP Blocker"), W Capital Partners III IBC, Inc., a Delaware corporation ("W Capital Blocker", and together with KPCB Blocker and the IVP Blocker and any Non-Party Blocker, the "Blockers"), Passport Company Merger Sub, LLC, a Delaware limited liability company ("Company Merger Sub"), and Inspirato LLC, a Delaware limited liability company ("Inspirato LLC").

Pursuant to the Business Combination Agreement,  (i) KPCB Blocker merged with and into Blocker Merger Sub 1, with Blocker Merger Sub 1 as the surviving company and wholly-owned subsidiary of Thayer (the "KPCB Blocker Merger"), (ii) IVP Blocker merged with and into Blocker Merger Sub 2, with Blocker Merger Sub 2 as the surviving company and wholly-owned subsidiary of Thayer (the "IVP Blocker Merger"), (iii) W Capital Blocker merged with and into Blocker Merger Sub 3, with Blocker Merger Sub 3 as the surviving company and wholly-owned subsidiary of Thayer (the "W Capital Blocker Merger," and together with the KPCB Blocker Merger and the IVP Blocker Merger and the mergers involving the Non-Party Blockers, the "Blocker Mergers") and (iv) immediately following the Blocker Mergers, Company Merger Sub merged with and into Inspirato LLC, with Inspirato LLC as the surviving company, resulting in Inspirato LLC becoming a subsidiary of Thayer (together with the Blocker Mergers and the other transactions related thereto, the "Business Combination"). The Business Combination was approved by Thayer's stockholders at a meeting held on February 8, 2022. In connection with the closing of the Business Combination (the "Closing"), among other things, Thayer changed its name to "Inspirato Incorporated".

On February 14, 2022, the Company's Class A Common Stock, par value $0.0001 per share (the "Class A Common Stock") and warrants (the "Warrants"), formerly those of Thayer, began trading on The Nasdaq Global Market ("Nasdaq") under the symbols "ISPO" and "ISPOW," respectively.

At the Closing, among other things, (i) the equity interests of each Blocker were cancelled and converted into the right to receive a number of shares of Class A Common Stock equal to approximately 37.2275 (the "Exchange Ratio") for each unit of Inspirato LLC owned by such Blocker; (ii) each outstanding unit of Inspirato LLC (other than any units held by Thayer or any of its subsidiaries following the Blocker Mergers) was cancelled and converted into the right to receive a number of common units of Inspirato LLC ("New Common Units") equal to the Exchange Ratio and an equal number of shares of the Company's Class V common stock, par value $0.0001 per share ( "Class V Common Stock", and together with Class A Common Stock, the "Inspirato Common Stock"), and (iii) each option to purchase Inspirato LLC units converted into an option to purchase Class A Common Stock with the same terms as such option to purchase Inspirato LLC units except for the number of shares exercisable and the exercise price, which were adjusted using the Exchange Ratio.

Also at the Closing, a number of accredited investors (each a "PIPE Subscriber") purchased from the Company an aggregate of 8,750,385 shares of Class A Common Stock at $10.00 per share (the "PIPE Shares") for an aggregate commitment amount of approximately $87.5 million, each pursuant to a separate subscription agreement (each, as amended a "Subscription Agreement"), entered into effective as of June 30, 2021.

Table of Contents

<div style="writing-mode: vertical">The information in this preliminary prospectus is not complete and may be changed. These securities may not be sold until the registration statement filed with the Securities and Exchange Commission is effective. This prospectus is not an offer to sell these securities, nor does it seek an offer to buy these securities in any jurisdiction where the offer or sale is not permitted.</div>

**PRELIMINARY PROSPECTUS**          **Subject to Completion**          **April 29, 2022**

*Primary Offering of*
**69,780,665 Shares of Class A Common Stock Issuable Upon the Exchange of New Common Units and Class V Common Stock**

*Secondary Offering of*
**94,278,420 Shares of Class A Common Stock**



# INSPIRATO INCORPORATED

This prospectus relates to the issuance by us of up to 69,780,665 shares of Inspirato Class A common stock, par value $0.0001 per share ("Class A Common Stock") issuable upon the exchange of an equal number of New Common Units (as defined herein) and Inspirato Class V common stock, par value $0.0001 per share ("Class V Common Stock") held by Continuing Inspirato Members. In addition, this prospectus relates to the resale by the selling securityholders named in this prospectus (or their permitted transferees) (the "Selling Securityholders") of up to 94,278,420 shares of Class A Common Stock (including (i) 30,393,285 shares issued to the Blocker Shareholders (as defined herein) in connection with the Business Combination (the "Blocker Shares"), (ii)  2,747,500 Founder Shares (as defined herein), (iii) 60,647,438 shares issuable upon the exchange of New Common Units and Class V Common Stock held by certain Continuing Inspirato Members (the "Continuing Member Shares"), and (iv) 490,197 shares held by the Sponsor) (collectively, the "Offered Shares").

The Selling Securityholders may sell any, all or none of the securities, and we do not know when or in what amount the Selling Securityholders may sell their securities hereunder following the date of this prospectus. The Selling Securityholders may sell the securities described in this prospectus in a number of different ways and at varying prices. We provide more information about how the Selling Securityholders may sell their securities in the section titled "*Plan of Distribution*" appearing elsewhere in this prospectus.

We are registering the offer and sale of some of the Offered Shares to satisfy registration rights we have granted under the Registration Rights Agreement (as defined herein) between us and certain Selling Securityholders. We will not receive any of the proceeds from the sale of the securities by the Selling Securityholders. We will pay the expenses associated with registering the sales by the Selling Securityholders other than any underwriting discounts and commissions, as described in more detail in the section titled "*Use of Proceeds*" appearing elsewhere in this prospectus.

Of the 94,278,420 Offered Shares, 93,788,223 Offered Shares (of which the Blocker Shares and the Founder Shares are currently outstanding and the Continuing Member Shares are issuable upon the exchange of an equal number of shares of Class V Common Stock and New Common Units) are subject to certain lock-up restrictions, pursuant to our bylaws and the Registration Rights Agreement, and all of the 69,780,665 shares of Class A Common Stock issuable upon the exchange of New Common Units and Class V Common Stock are also subject to certain lock-up restrictions, pursuant to our bylaws, as described in more detail below under "*Restrictions on the Resale of our Securities—Lock-Ups*."

Our Class A Common Stock is currently listed on The Nasdaq Global Market ("Nasdaq") under the symbol "ISPO."

We are an "emerging growth company," as defined under the federal securities laws, and, as such, may elect to comply with certain reduced public company reporting requirements for this prospectus and for future filings.

**Investing in our securities involves a high degree of risk. Before buying any securities, you should carefully read the discussion of the risks of investing in our securities in "Risk Factors" beginning on**

**page 6 of this prospectus.**

**Neither the Securities and Exchange Commission nor any state securities commission has approved or disapproved of these securities or determined if this prospectus is truthful or complete. Any representation to the contrary is a criminal offense.**

Prospectus dated                   , 2022.

Table of Contents

## TABLE OF CONTENTS

|  | Page |
|---|---|
| Frequently Used Terms | iii |
| Cautionary Note Regarding Forward-Looking Statements | vii |
| Prospectus Summary | 1 |
| Risk Factors | 6 |
| Use of Proceeds | 40 |
| Unaudited Pro Forma Condensed Combined Financial Information | 41 |
| Management's Discussion and Analysis of Financial Condition and Results of Operations | 50 |
| Business | 63 |
| Certain Relationships and Related Person Transactions | 84 |
| Management | 89 |
| Executive Compensation | 96 |
| Security Ownership of Certain Beneficial Owners and Management | 112 |
| Selling Securityholders | 115 |
| Description of Securities | 119 |
| Restrictions on the Resale of Our Securities | 128 |
| Material U.S. Federal Income Tax Consequences | 132 |
| Plan of Distribution | 137 |
| Legal Matters | 140 |
| Experts | 140 |
| Where You Can Find Additional Information | 140 |
| Index To Consolidated Financial Statements | F-1 |

Neither we nor the Selling Securityholders have authorized any person to provide you any information or to make any representations other than those contained in this prospectus or any applicable prospectus supplement or any free writing prospectuses prepared by or on behalf of us or to which we have referred you. Neither we nor the Selling Securityholders take responsibility for, and can provide assurance as to the reliability of, any other information that others may give you. Neither we nor the Selling Securityholders are making an offer to sell these securities in any jurisdiction where the offer or sale is not permitted.

This prospectus is part of a registration statement on Form S-1 that we filed with the Securities and Exchange Commission (the "SEC") using the "shelf" registration process. Under this shelf registration process, we and the selling securityholders hereunder may, from time to time, issue, offer and sell, as applicable, any combination of the securities described in this prospectus in one or more offerings. The Selling Securityholders may use this prospectus to sell up to an aggregate of 94,278,420 shares of Class A Common Stock from time to time through any means described in the section entitled "*Plan of Distribution.*" We will not receive any proceeds from the sale by such Selling Securityholders of the securities offered by them described in this prospectus. This prospectus also relates to the issuance by us of the shares of Class A Common Stock issuable upon the exchange of New Common Units and Class V Common Stock.

We may also provide a prospectus supplement or post-effective amendment to the registration statement to add information to, or update or change information contained in, this prospectus. Before purchasing any securities, you should read both this prospectus and any applicable prospectus supplement or post-effective amendment to the registration statement together with the additional information to which we refer you in the section of this prospectus titled "*Where You Can Find Additional Information.*"

"Inspirato," Inspirato logos and other trademarks, service marks, and trade names of Inspirato are registered and unregistered marks of Inspirato LLC. Trade names, trademarks and service marks of other companies appearing in this prospectus are the property of their respective holders. We have omitted the ® and TM designations, as applicable, for the trademarks used in this prospectus.

10/26/23, 9:03 PM                    sec.gov/Archives/edgar/data/1820566/000110465922053854/ispo-20211231xs1.htm

Table of Contents

**BUSINESS**

*References in this section to "we," "our," "us," "the Company," or "Inspirato" generally refer to Inspirato LLC and its consolidated subsidiaries prior to the consummation of the Business Combination and to Inspirato and its consolidated subsidiaries following the Business Combination.*

## Overview

Inspirato is an innovative luxury travel subscription company on a mission to inspire lasting memories and relationships by changing the way family and friends experience the world.

### Our History

More than two decades ago, Brent and Brad Handler took a much-anticipated vacation with their families in Hawaii. While the Maui sunsets were breathtaking, the brothers weren't completely satisfied with the experience. They spent their vacation wishing they had more space to spread out, more bedrooms to accommodate extended family and friends, a kitchen to prepare meals for the kids, and more personalized local insights about the best things to see and do on the island. The brothers envisioned a private club that combined the luxury, space, and character of private vacation homes with warm, personalized service and a host of rich resort amenities. In 2002, the brothers co-founded Exclusive Resorts, a closed-ended luxury vacation rental club with high initiation fees, set annual dues for a fixed number of nights each year, and owned real estate around the globe.

Brent and Brad subsequently sold their interests in Exclusive Resorts. Brent and Brad, along with co-founders Brian Corbett and Martin Pucher, founded Inspirato in 2010, an open-ended luxury vacation club offering travelers access to a curated collection of high-end vacation options, expert trip planning, and personalized service, but without the six-figure initiation fees or the business constraints imposed by owned real estate.

In the beginning, the focus was developing a better way for families to vacation together. Today, Inspirato offers so much more. The founders' vision, realized through Inspirato, is revolutionizing luxury hospitality. Inspirato Pass, the world's first luxury travel subscription inclusive of nightly rates, taxes, and fees, is poised to capture a growing share of the luxury travel market which, as of 2019, was estimated to be $135 billion.

### Who We Are Now

Inspirato is a subscription-based luxury travel company that provides unique solutions for (i) affluent travelers seeking superior service and certainty across a wide variety of accommodations and experiences and (ii) hospitality suppliers who want to solve pain points that include monetizing excess inventory and efficiently outsourcing the hassle involved in managing rental properties.

For travelers, we offer access to a diverse portfolio of curated luxury vacation options that, as of December 31, 2021, included over 425 private luxury vacation homes available exclusively to our subscribers, and accommodations at over 420 luxury hotel and resort partners in more than 230 destinations around the world. Our portfolio also includes Inspirato Only, featuring one-of-a-kind luxury safaris, cruises, and other experiences, and Bespoke, which offers custom-designed "bucket list" itineraries. Every Inspirato trip comes with our personalized service envelope — including pre-trip planning, on-site concierge, and daily housekeeping — designed to meet the needs of affluent travelers and drive exceptional customer satisfaction.

Our portfolio of luxury vacation options is accessed through our subscription platform, which creates a frictionless booking journey for discerning travelers seeking accommodations and experiences that they know will meet their high standards. We currently offer two subscriptions, Inspirato Club and Inspirato Pass. Both offer travelers (i) the ability to book trips of their choice within our luxury vacation portfolio up to one year in advance, paying applicable nightly rates for each trip, (ii) the full Inspirato service experience, and (iii) access to Inspirato benefits such as member events, luxury travel agent services, and partner benefits. Importantly, Inspirato Pass subscribers enjoy the additional benefit of being able to book trips from the Inspirato Pass trip list, which is a constantly updated selection that, as of December 31, 2021, was comprised of more than 1.8 million vacations, with no fees required beyond their subscription payments.

10/26/23, 9:03 PM                    sec.gov/Archives/edgar/data/1820566/000110465922053854/ispo-20211231xs1.htm

In addition to offering a better way to travel, Inspirato also solves critical pain points for hospitality suppliers, including luxury vacation homeowners seeking to monetize their property with rental income. For example, because Inspirato Pass does not show nightly rates, it provides an opaque distribution channel through which luxury hotels, resorts, and vacation homeowners can generate

63

Table of Contents

revenue from their excess inventory — unoccupied hotel rooms or vacation rentals — without undercutting rates on their own website and other brand assets, which can lead to customer complaints, refund requests, and harm to their overall brand reputations. We also have arrangements with hotels and resort partners to lease rooms under long term agreements, providing them with fixed income for excess inventory versus uncertain occupancy-based income. We provide luxury vacation homeowners with a simplified, hassle-free ownership experience by providing a fixed monthly lease payment, expert property management services, and flexible usage benefits in exchange for leasing their home to us for inclusion within our portfolio.

We serve a large and growing addressable market for luxury travel, where demand is expected to reach $230 billion by 2025 in the U.S. alone, a 70% increase from 2019 demand of $135 billion. Our business is supported by broader industry trends, including the recent post-COVID travel recovery and the rise of the "work from anywhere" lifestyle.

From our inception, we have generated more than $1.3 billion in revenue, with subscribers booking more than 799,00 total nights. As of December 31, 2021 we had 14,875 Active Subscriptions. For the years ended December 31, 2020 and 2021, we generated revenue of $166 million and $235 million, respectively and had net losses of $0.5 million and $22.2 million, respectively.

### Our COVID-19 Response

The COVID-19 pandemic transformed how society works, connects, and travels, while at the same time creating a variety of business challenges, particularly for the hospitality and travel industries, including Inspirato. In early March 2020, we began to experience the early effects of the pandemic. As the world locked down, in order to protect our business from near-term market disruptions and the prospect of a prolonged negative impact, we applied for and received a $9.4 million U.S. Small Business Association PPP loan, which was forgiven in June 2021, and quickly took action to reduce costs. In particular, we (i) rebalanced our portfolio and actively managed lease expenses through negotiations with real estate owners and exercise of "force majeure" clauses in our leases; (ii) temporarily reduced our payroll costs through layoffs and short-term salary reductions; and (iii) substantially reduced discretionary expenditures. Our rapid management of expenses, together with our existing cash position, and the PPP loan funds helped us prudently manage our business through the effects of the pandemic during 2020. In addition, while travel restrictions were at their tightest during the pandemic, we also took measures to maintain our subscriber base, including (i) providing Inspirato Pass subscribers credit for future subscription months in exchange for maintaining their subscriptions payments during the onset of the pandemic; (ii) offering a more flexible cancellation policy; and (iii) offering subscribers special value through a promotion to welcome them back to booking Inspirato travel.

As pandemic concerns ease and restrictions continue to lift, pent-up demand for our travel subscriptions has proven to be stronger than expected. In the first half of 2021, the number of nights our subscribers booked increased versus comparable time periods in years prior to the pandemic. We enjoyed robust momentum in January and February of 2021, as total nights booked and new subscriber additions rebounded from pandemic lows. Historically, the fourth quarter of our fiscal year represents the strongest quarter each year, which is typically followed by a slowdown in the first quarter. However, in the second quarter of 2021, our subscribers booked approximately 43% more nights than in the fourth quarter of 2019 (pre-pandemic), despite the continuing impact of the pandemic in the first half of 2021. Our momentum continued through the balance of 2021 where residential nights delivered totaled 95,994, representing a record for our Company and a 71% increase from 2020.

Moving forward, we believe the COVID-19 pandemic has led to a shift in the way affluent consumers travel, including more prioritization on safety and privacy, with Inspirato well positioned to benefit. While the long-term impacts of the pandemic on the global economy and the extent to which it will continue to impact our business remain uncertain, consumers' desire to explore the world and share experiences has not diminished. Travel uniquely addresses this fundamental need and will continue to play an integral role in bringing people together. We believe our portfolio of luxury accommodations and experiences, including our selection of private luxury vacation homes, is well-suited to satisfy the changing needs of traveling in the post-pandemic world.

### Our Value Proposition

We provide exceptional vacations with outstanding value for luxury travelers (who drive demand) and attractive economics and certainty for hospitality suppliers including hotels, resorts and luxury vacation rental property owners

10/26/23, 9:03 PM                    sec.gov/Archives/edgar/data/1820566/000110465922053854/ispo-20211231xs1.htm

Table of Contents

## SIGNATURES

Pursuant to the requirements of the Securities Act, the registrant has duly caused this registration statement to be signed on its behalf by the undersigned, thereunto duly authorized, in the City of Denver, State of Colorado, on April 29, 2022.

### INSPIRATO INCORPORATED

By: /s/ Brent Handler
_____

Name: Brent Handler
Title: Chief Executive Officer

Each person whose signature appears below constitutes and appoints R. Webster Neighbor and Brent Handler, and each one of them,  as his or her true and lawful attorney-in-fact and agent, with full power of substitution and resubstitution, for them and in their name, place and stead, in any and all capacities, to sign any and all amendments (including post-effective amendments) to this registration statement, and to sign any new registration statement with respect to the offering contemplated thereby filed pursuant to Rule 462(b) under the Securities Act of 1933, as amended, and all post-effective amendments thereto, and to file the same, with all exhibits thereto and other documents in connection therewith, with the Securities and Exchange Commission, granting unto said attorney-in-fact and agent full power and authority to do and perform each and every act and thing requisite and necessary to be done in connection therewith, as fully to all intents and purposes as they might or could do in person, hereby ratifying and confirming all that said attorney-in-fact and agent or their substitute or substitutes, may lawfully do or cause to be done by virtue hereof.

Pursuant to the requirements of the Securities Act of 1933, this registration statement has been signed by the following persons in the capacities and on the dates indicated.

| Signature | Title | Date |
|---|---|---|
| /s/ Brent Handler<br>Brent Handler | Chief Executive Officer and Director<br>(*Principal Executive Officer*) | April 29, 2022 |
| /s/ R. Webster Neighbor<br>R. Webster Neighbor | Chief Financial Officer (*Principal Financial and Accounting Officer*) | April 29, 2022 |
| /s/ Michael Armstrong<br>Michael Armstrong | Director | April 29, 2022 |
| /s/ Eric Grosse<br>Eric Grosse | Director | April 29, 2022 |
| /s/ Brad Handler<br>Brad Handler | Executive Chairman and Director | April 29, 2022 |
| /s/ Ann Payne<br>Ann Payne | Director | April 29, 2022 |
| /s/ R. Scot Sellers<br>R. Scot Sellers | Director | April 29, 2022 |

II-9