# EXHIBIT 5

Case No. 1:23-cv-00438-RMR-SBP     Document 34-5     filed 10/27/23     USDC Colorado
pg 1 of 19

Table of Contents

# UNITED STATES
## SECURITIES AND EXCHANGE COMMISSION
**WASHINGTON, DC 20549**

# FORM 10-Q/A
Amendment No. 1

☒ **QUARTERLY REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**For the quarterly period ended June 30, 2022**

**OR**

☐ **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**For the transition period from   to**

**Commission File Number: 001-39791**

# INSPIRATO INCORPORATED
**(Exact Name of Registrant as Specified in its Charter)**

| | |
|---|---|
| **Delaware** | **85-2426959** |
| **(State or other jurisdiction of incorporation or organization)** | **(I.R.S. Employer Identification No.)** |
| **1544 Wazee Street** | |
| **Denver, CO** | **80202** |
| **(Address of principal executive offices)** | **(Zip Code)** |

**Registrant's telephone number, including area code: (303) 586-7771**

**Not applicable**

(Former name, former address, and former fiscal year, if changed since last report)

Securities registered pursuant to Section 12(b) of the Act:

| Title of each class | Trading Symbol(s) | Name of each exchange on which registered |
|---|---|---|
| **Class A Common Stock, $0.0001 par value per share** | **ISPO** | **The Nasdaq Global Market** |
| **Warrants, each whole warrant exercisable for one share of Class A Common Stock at an exercise price of $11.50 per share** | **ISPOW** | **The Nasdaq Global Market** |

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days. Yes ☒ No ☐

Indicate by check mark whether the registrant has submitted electronically every Interactive Data File required to be submitted pursuant to Rule 405 of Regulation S-T (§232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit such files). Yes ☒ No ☐

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, smaller reporting company, or an emerging growth company. See the definitions of "large accelerated filer," "accelerated filer," "smaller reporting company," and "emerging growth company" in Rule 12b-2 of the Exchange Act.

| | | | |
|---|---|---|---|
| Large accelerated filer | ☐ | Accelerated filer | ☐ |
| Non-accelerated filer | ☒ | Smaller reporting company | ☒ |
| | | Emerging growth company | ☒ |

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ☐

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Exchange Act). Yes ☐ No ☒

As of August 4, 2022, the registrant had 52,450,471 shares of Class A Common Stock, 69,780,665 shares of Class V Common Stock, and 8,624,792 Warrants outstanding.

**EXPLANATORY NOTE**

Inspirato Incorporated (the "Company") is filing this Amendment No. 1 on Form 10-Q/A (the "Amended Report") to amend its Quarterly Report on Form 10-Q for the quarter ended June 30, 2022, that was originally filed with the U.S. Securities and Exchange Commission (the "SEC") on August 10, 2022 (the "Original Report"), to restate certain items presented in the Original Report (the "Restatement"). This Amended Report includes a restatement of the Company's unaudited condensed consolidated financial statements as of and for the three and six months ended June 30, 2022 and amends certain other information in the Original Report as further described below.

**Background**

As disclosed in the Company's Current Report on Form 8-K, filed with the SEC on November 14, 2022, the Restatement is to correct errors that resulted from (i) the incorrect application of Accounting Standards Update (ASU) No. 2016-02, Leases (Topic 842) ("ASC 842") with respect to the assessment of right-of-use assets and lease liabilities and (ii) the over accrual of liabilities and property-related and other expenses as of June 30, 2022. The incorrect application of ASC 842 led to an understatement of $23 million of the right-of-use assets and total lease liabilities as of June 30, 2022. Separately, property-related and other expenses were overstated by $2.1 million and $1.8 million during the three-month and six-months ended June 30, 2022, respectively.

Refer to "*Note 2 - Significant Accounting Policies and Restatement of Previously Issued Financial Statements (As Restated)*" ("Note 2") to our unaudited condensed consolidated financial statements included in this Amended Report for more information regarding the impact of correcting these errors on the Company's unaudited condensed consolidated financial statements.

In connection with the Restatement, the Company's management concluded that as of June 30, 2022, its disclosure controls and procedures remained ineffective at a reasonable assurance level due to the unremediated material weaknesses in its internal control over financial reporting previously disclosed in Part I, Item 4. "Controls and Procedures" of the Original Report. For discussion of management's consideration of the Company's disclosure controls and procedures, internal controls over financial reporting, and material weaknesses identified, refer to "Part I, Item 4. Controls and Procedures," included in this Amended Report.

**Items Amended in this Amended Report**

The following sections in the Original Report are revised in this Amended Report, solely as a result of, and to reflect, the Restatement:

- Part I - Item 1. Financial Information
- Part I - Item 2. Management's Discussion and Analysis of Financial Condition and Results of Operations
- Part I - Item 4. Controls and Procedures
- Part II - Item 1A. Risk Factors
- Part II - Item 6. Exhibits and Signatures

In addition, in accordance with Rule 12b-15 under the Securities Exchange Act of 1934, as amended, Part II, Item 6 of the Original Report has been amended to include the currently-dated certifications from the Company's principal executive officer and principal financial officer as Exhibits 31.1, 31.2, 32.1 and 32.2.

For the convenience of the reader, this Amended Report sets forth the information in the Original Report in its entirety, as such information is modified and superseded only where described above. This Amended Report does not amend, update or change any other items or disclosures in the Original Report and does not purport to reflect any information or events subsequent to the filing thereof other than those disclosed in Note 2. Among other things, forward-looking statements made in the Original Report have not been revised to reflect events that occurred or facts that became known to the Company after the filing of the Original Report, and such forward-looking statements should be read in their historical context. Accordingly, this Amended Report should be read in conjunction with the Company's filings made with the SEC subsequent to the filing of the Original Report, including any amendment to those filings. This Amended Report reflects an updated Exhibit 101 (Interactive Data Files), which is filed herewith, as applicable.

Table of Contents

## Table of Contents

|  |  |  | **Page** |
|---|---|---|---|
| **PART I.** | **FINANCIAL INFORMATION** | | |
| Item 1. | Financial Statements (Unaudited) | | 4 |
| | Consolidated Balance Sheets (As Restated) | | 4 |
| | Consolidated Statements of Operations and Comprehensive Loss (As Restated) | | 5 |
| | Consolidated Statements of Equity (As Restated) | | 6 |
| | Consolidated Statements of Cash Flows (As Restated) | | 7 |
| | Notes to Unaudited Consolidated Financial Statements (As Restated) | | 8 |
| Item 2. | Management's Discussion and Analysis of Financial Condition and Results of Operations (As Restated) | | 26 |
| Item 3. | Quantitative and Qualitative Disclosures About Market Risk | | 42 |
| Item 4. | Controls and Procedures | | 42 |
| **PART II.** | **OTHER INFORMATION** | | 44 |
| Item 1. | Legal Proceedings | | 44 |
| Item 1A. | Risk Factors | | 44 |
| Item 2. | Unregistered Sales of Equity Securities and Use of Proceeds | | 82 |
| Item 3. | Defaults Upon Senior Securities | | 83 |
| Item 4. | Mine Safety Disclosures | | 83 |
| Item 5. | Other Information | | 83 |
| Item 6. | Exhibits | | 83 |
| SIGNATURES | | | 85 |

Table of Contents

## SPECIAL NOTE REGARDING FORWARD-LOOKING STATEMENTS

This Amended Quarterly Report on Form 10-Q/A contains forward-looking statements within the meaning of Section 27A of the Securities Act and Section 21E of the Securities Exchange Act of 1934, as amended, which statements involve substantial risks and uncertainties. Our forward-looking statements include, but are not limited to, statements regarding our and our management team's hopes, beliefs, intentions or strategies regarding the future or our future events or our future financial or operating performance. The words "anticipate," "believe," "continue," "could," "estimate," "expect," "intends," "may," "might," "plan," "possible," "potential," "predict," "project," "should," "will," "would" and similar expressions may identify forward-looking statements, but the absence of these words does not mean that a statement is not forward-looking. Forward-looking statements in this Amended Quarterly Report on Form 10-Q/A may include, for example, statements about:

- Changes in our strategy, future operations, financial position, estimated revenue and losses, projected costs, prospects and plans;

- The implementation, market acceptance and success of our business model and growth strategy;

- Our expectations and forecasts with respect to the size and growth of the travel and hospitality industry;

- The ability of our services to meet customers' needs;

- Our ability to compete with others in the luxury travel and hospitality industry;

- Our ability to attract and retain qualified employees and management;

- Our ability to adapt to changes in consumer preferences, perception and spending habits and develop and expand its destination offerings and gain market acceptance of our services, including in new geographies;

- Our ability to develop and maintain our brand and reputation;

- Developments and projections relating to our competitors and industry;

- The impact of health epidemics, including the COVID-19 pandemic, on our business and the actions we may take in response thereto;

- The impact of the COVID-19 pandemic on customer demands for travel and hospitality services;

- Expectations regarding the time during which we will be an emerging growth company under the Jumpstart Our Business Startups Act of 2012 (the "JOBS Act");

- The ability to maintain the listing of our Class A Common Stock (as defined below) and Warrants (as defined below) on the Nasdaq Stock Market LLC ("Nasdaq");

- Our future capital requirements and sources and uses of cash;

- The impact of market conditions on our financial condition and operations, including fluctuations in interest rates and inflation;

- Our ability to obtain funding for our operations and future growth;

- Our business, expansion plans and opportunities;

- The Restatement and the impact of such Restatement on our future financial statements and other financial measures;

- The material weaknesses we identified in our internal controls over financial reporting and our efforts and timing related to such remediation; and

- Other factors detailed under the section entitled "Risk Factors."

We caution you that the foregoing list does not contain all of the forward-looking statements made in this Amended Quarterly Report on Form 10-Q/A.

Table of Contents

You should not rely upon forward-looking statements as predictions of future events. We have based the forward-looking statements contained in this Amended Quarterly Report on Form 10-Q/A primarily on our current expectations and projections about future events and trends that we believe may affect our business, operating results, financial condition and prospects. The outcome of the events described in these forward-looking statements is subject to risks, uncertainties and other factors, including those described in the section titled "Risk Factors" and elsewhere in this Amended Quarterly Report on Form 10-Q/A. Moreover, we operate in a very competitive and rapidly changing environment. New risks and uncertainties emerge from time to time and it is not possible for us to predict all risks and uncertainties that could have an impact on the forward-looking statements contained in this Amended Quarterly Report on Form 10-Q/A. We cannot assure you that the results, events and circumstances reflected in the forward-looking statements will be achieved or occur, and actual results, events or circumstances could differ materially from those described in the forward-looking statements.

Neither we nor any other person assumes responsibility for the accuracy and completeness of any of these forward-looking statements. Moreover, the forward-looking statements made in this Amended Quarterly Report on Form 10-Q/A relate only to events as of the date on which the statements are made. We undertake no obligation to update any forward-looking statements made in this Amended Quarterly Report on Form 10-Q/A to reflect events or circumstances after the date of this Amended Quarterly Report on Form 10-Q/A or to reflect new information or the occurrence of unanticipated events, except as required by law. You should not place undue reliance on our forward-looking statements. Our forward-looking statements do not reflect the potential impact of any future acquisitions, mergers, dispositions, joint ventures or investments we may make.

In addition, statements that "we believe" and similar statements reflect our beliefs and opinions on the relevant subject. These statements are based upon information available to us as of the date of this Amended Quarterly Report on Form 10-Q/A and while we believe such information forms a reasonable basis for such statements, such information may be limited or incomplete, and such statements should not be read to indicate that we have conducted an exhaustive inquiry into, or review of, all potentially available relevant information. These statements are inherently uncertain, and investors are cautioned not to unduly rely upon these statements.

3

**Part I - FINANCIAL INFORMATION**

**Item 1. Financial Statements.**

**INSPIRATO INCORPORATED**
**CONSOLIDATED BALANCE SHEETS (Unaudited)**
**(in thousands, except par value)**

| | December 31, 2021 | | June 30, 2022 (As Restated) | |
|---|---|---|---|---|
| **Assets** | | | | |
| Current assets | | | | |
| Cash and cash equivalents | $ | 80,233 | $ | 121,321 |
| Restricted cash | | 2,720 | | 1,740 |
| Accounts receivable, net | | 2,389 | | 1,776 |
| Accounts receivable, net - related parties | | 386 | | 708 |
| Prepaid subscriber travel | | 17,183 | | 24,520 |
| Prepaid expenses | | 11,101 | | 9,970 |
| Other current assets | | 762 | | 574 |
| **Total current assets** | | 114,774 | | 160,609 |
| Property & equipment, net | | 8,695 | | 11,904 |
| Goodwill | | 21,233 | | 21,233 |
| Right of use assets | | - | | 259,714 |
| Other long term assets | | 1,068 | | 1,130 |
| **Total assets** | **$** | **145,770** | **$** | **454,590** |
| **Liabilities** | | | | |
| Current liabilities | | | | |
| Accounts payable | $ | 33,140 | $ | 32,443 |
| Accrued liabilities | | 6,035 | | 5,122 |
| Deferred revenue | | 176,813 | | 175,841 |
| Deferred rent | | 457 | | - |
| Debt | | 13,267 | | 14,000 |
| Lease liability | | - | | 74,245 |
| **Total current liabilities** | | **229,712** | | **301,651** |
| Deferred revenue | | 14,450 | | 15,781 |
| Deferred rent | | 7,468 | | - |
| Lease liability | | - | | 191,986 |
| Warrants | | 547 | | 5,607 |
| **Total liabilities** | | **252,177** | | **515,025** |
| | | | | |
| Commitments and contingencies (Note 12) | | | | |
| | | | | |
| **Temporary equity (Note 3)** | | | | |
| | | | | |
| Series A-1; 222 authorized and 217 issued and outstanding at December 31, 2021; none at June 30, 2022 | | 12,809 | | - |
| Series A-2; 130 authorized, issued, and outstanding at December 31, 2021; none at June 30, 2022 | | 5,489 | | - |
| Series B; 193 authorized, issued, and outstanding at December 31, 2021; none at June 30, 2022 | | 19,860 | | - |
| Series B-1; 128 authorized and 124 issued and outstanding at December 31, 2021; none at June 30, 2022 | | 15,282 | | - |
| Series D; 158 authorized, issued, and outstanding at December 31, 2021; none at June 30, 2022 | | 20,125 | | - |
| Series E; 132 authorized and 96 issued and outstanding at December 31, 2021; none at June 30, 2022 | | 9,719 | | - |
| **Total temporary equity** | | **83,284** | | **-** |
| | | | | |
| **Equity** | | | | |
| Series C; 491 authorized, issued, and outstanding at December 31, 2021; none at June 30, 2022 (Note 3) | | 21,477 | | - |
| Common units 4,470 authorized; 1,149 issued and outstanding at December 31, 2021; none at June 30, 2022 (Note 3) | | - | | - |
| Class A common stock, par value $0.0001 per share, 1,000,000 shares authorized, 52,448 shares issued and outstanding as of June 30, 2022 | | - | | 5 |
| Class V common stock, $0.0001 par value, 500,000 shares authorized, 69,781 shares issued and outstanding as of June 30, 2022 | | - | | 7 |
| Additional paid-in capital | | - | | 244,799 |
| Accumulated deficit | | (211,168) | | (225,720) |
| **Total equity excluding noncontrolling interest** | | **(189,691)** | | **19,091** |
| Noncontrolling interests (Note 16) | | - | | (79,526) |
| **Total equity** | | **(189,691)** | | **(60,435)** |
| **Total liabilities, temporary equity, and equity** | **$** | **145,770** | **$** | **454,590** |

4

Table of Contents

**INSPIRATO INCORPORATED**
**CONDENSED CONSOLIDATED STATEMENT OF OPERATIONS AND COMPREHENSIVE LOSS (Unaudited)**
**(in thousands, except per share amounts)**

| | Three Months Ended June 30, | | Six Months Ended June 30, | |
|---|---|---|---|---|
| | 2021 | 2022 (As Restated) | 2021 | 2022 (As Restated) |
| Revenue | $ 52,286 | $ 83,698 | $ 101,566 | $ 165,771 |
| Cost of revenue (including depreciation of $408 and $880 in 2021, and $495 and $870 in 2022, respectively) | 35,623 | 57,402 | 67,712 | 104,711 |
| Gross margin | 16,663 | 26,296 | 33,854 | 61,060 |
| General and administrative (including equity-based compensation of $466 and $975 in 2021, and $2,431 and $2,833 in 2022, respectively) | 13,024 | 16,250 | 21,658 | 33,944 |
| Sales and marketing | 6,000 | 11,061 | 11,249 | 21,203 |
| Operations | 5,850 | 11,179 | 10,879 | 20,853 |
| Technology and development | 897 | 2,876 | 1,780 | 5,684 |
| Depreciation and amortization | 600 | 694 | 1,283 | 1,353 |
| Interest, net | 378 | 192 | 547 | 331 |
| Warrant fair value (gains) losses | - | (11,126) | 456 | 6,544 |
| Gain on forgiveness of debt | (9,518) | - | (9,518) | - |
| **Loss and comprehensive loss before income taxes** | (568) | (4,830) | (4,480) | (28,852) |
| Income tax expense | - | 206 | - | 387 |
| **Net loss and comprehensive loss** | (568) | (5,036) | (4,480) | (29,239) |
| Net loss and comprehensive loss attributable to noncontrolling interests (Note 16) | - | 2,969 | - | 14,870 |
| **Net loss and comprehensive loss attributable to Inspirato Incorporated** | $ (568) | $ (2,067) | $ (4,480) | $ (14,369) |
| | | | | |
| Basic and diluted weighted average common units and Class A shares outstanding | 105,503 | 52,400 | 105,503 | 47,384 |
| Basic and diluted net loss attributable to Inspirato Incorporated per common unit and Class A share, respectively | $ (0.01) | $ (0.04) | $ (0.04) | $ (0.30) |

5

Table of Contents

**INSPIRATO INCORPORATED**
**CONDENSED CONSOLIDATED STATEMENTS OF EQUITY (Unaudited)**
**(in thousands)**

| | Common Units | | Series C | | Class A Common Stock | | Class V Common Stock | | Additional Paid-in Capital | Accumulated Deficit | Noncontrolling Interests | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Units | Value | Units | Value | Shares | Value | Shares | Value | | (As Restated) | (As Restated) | (As Restated) |
| Balance at January 1, 2021 (as previously reported) | 1,166 | $ - | 491 | $ 21,477 | - | $ - | - | $ - | $ - | $ (184,682) | $ - | $ (163,205) |
| Reverse recapitalization, net (Note 3) | 104,377 | - | (491) | (21,477) | - | - | - | - | 21,477 | - | - | - |
| Balance at January 1, 2021, after effect of reverse recapitalization | 105,543 | - | - | - | - | - | - | - | 21,477 | (184,682) | - | (163,205) |
| Consolidated net loss | - | - | - | - | - | - | - | - | - | (3,910) | - | (3,910) |
| Equity-based compensation | - | - | - | - | - | - | - | - | 509 | - | - | 509 |
| Distributions | - | - | - | - | - | - | - | - | - | (81) | - | (81) |
| Balance at March 31, 2021 | 105,543 | $ - | - | $ - | - | $ - | - | $ - | $ 21,986 | $ (188,673) | $ - | $ (166,687) |
| Consolidated net loss | - | - | - | - | - | - | - | - | - | (568) | - | (568) |
| Equity-based compensation | - | - | - | - | - | - | - | - | 466 | - | - | 466 |
| Balance at June 30, 2021 | 105,543 | $ - | - | $ - | - | $ - | - | $ - | $ 22,452 | $ (189,241) | $ - | $ (166,789) |
| | | | | | | | | | | | | - |
| Balance at January 1, 2022 (as previously reported) | 1,149 | $ - | 491 | $ 21,477 | - | $ - | - | $ - | $ - | $ (211,168) | $ - | $ (189,691) |
| Reverse recapitalization, net (Note 3) | 103,709 | - | (491) | (21,477) | - | - | - | - | 21,477 | - | - | - |
| Balance at January 1, 2022, after effect of reverse recapitalization | 104,858 | - | - | - | - | - | - | - | 21,477 | (211,168) | - | (189,691) |
| Consolidated net loss | - | - | - | - | - | - | - | - | - | (12,302) | (11,901) | (24,203) |
| Equity-based compensation | - | - | - | - | - | - | - | - | 402 | - | - | 402 |
| Issuance of common stock and common stock warrants upon the reverse recapitalization, net of issuance costs | (104,858) | - | - | - | 46,832 | 4 | 69,781 | 7 | 206,253 | - | (64,656) | 141,608 |
| Issuance of common stock upon exercise of warrants | - | - | - | - | 5,079 | 1 | - | - | 9,330 | - | - | 9,331 |
| Issuance of common stock upon exercise of stock option awards, net of shares withheld for income taxes | - | - | - | - | 25 | - | - | - | (29) | - | - | (29) |
| Distributions | - | - | - | - | - | - | - | - | - | (183) | - | (183) |
| Balance at March 31, 2022 | - | $ - | - | $ - | 51,936 | $ 5 | 69,781 | $ 7 | $ 237,433 | $ (223,653) | $ (76,557) | $ (62,765) |
| Consolidated net loss | - | - | - | - | - | - | - | - | - | (2,067) | (2,969) | (5,036) |
| Equity-based compensation | - | - | - | - | - | - | - | - | 2,431 | - | - | 2,431 |
| Issuance of common stock | - | - | - | - | 490 | - | - | - | 5,000 | - | - | 5,000 |
| Issuance of common stock upon exercise of stock option awards, net of shares withheld for income taxes | - | - | - | - | 22 | - | - | - | (65) | - | - | (65) |
| Balance at June 30, 2022 | - | $ - | - | $ - | 52,448 | $ 5 | 69,781 | $ 7 | $ 244,799 | $ (225,720) | $ (79,526) | $ (60,435) |

6

Table of Contents

**INSPIRATO INCORPORATED**
**CONDENSED CONSOLIDATED STATEMENT OF CASH FLOWS (Unaudited)**

| | Six Months Ended June 30, | |
| --- | --- | --- |
| | 2021 | 2022 (As Restated) |
| Cash flows from operating activities: | | |
| Consolidated net loss | $ (4,480) | $ (29,239) |
| Adjustments to reconcile consolidated net loss to net cash provided by (used in) operating activities | | |
| Depreciation and amortization | 2,164 | 2,223 |
| Warrant fair value losses | 456 | 6,544 |
| Equity-based compensation | 975 | 2,833 |
| Gain on forgiveness of debt | (9,518) | - |
| Non-cash lease expense | 515 | 179 |
| Changes in operating assets and liabilities, net of reverse recapitalization: | | |
| Accounts receivable, net | 183 | 613 |
| Accounts receivable, net - related parties | (388) | (322) |
| Prepaid member travel | (3,538) | (3,675) |
| Prepaid expenses | (101) | (3,625) |
| Right of use asset | - | (493) |
| Other assets | 280 | 126 |
| Accounts payable | 10,566 | (697) |
| Accrued liabilities | 2,212 | (1,237) |
| Deferred revenue | 20,299 | 359 |
| Net cash provided by (used in) operating activities | 19,625 | (26,411) |
| | | |
| Cash flows from investing activities: | | |
| Development of internal-use software | (263) | (489) |
| Purchase of property and equipment | (1,061) | (4,619) |
| Net cash used in investing activities | (1,324) | (5,108) |
| | | |
| Cash flows from financing activities: | | |
| Repayments of debt | (476) | (13,267) |
| Proceeds from debt | - | 14,000 |
| Proceeds from reverse recapitalization | - | 90,070 |
| Payments of reverse recapitalization costs | - | (23,899) |
| Proceeds from issuance of common stock | - | 5,000 |
| Payments of employee taxes for unit option exercises | - | (117) |
| Proceeds from unit option exercises | - | 23 |
| Distributions | (81) | (183) |
| Net cash (used in) provided by financing activities | (557) | 71,627 |
| | | |
| Net increase in cash, cash equivalents, and restricted cash | 17,744 | 40,108 |
| Cash, cash equivalents, and restricted cash - beginning of period | 67,001 | 82,953 |
| Cash, cash equivalents, and restricted cash - end of period | $ 84,745 | $ 123,061 |
| | | |
| Supplemental cash flow information - cash paid for interest | $ 290 | $ 285 |
| Significant noncash transactions: | | |
| Conversion of preferred stock in connection with reverse recapitalization | $ - | $ 104,761 |
| Warrants acquired at fair value | - | 8,390 |
| Warrants exercised | - | 9,874 |
| Fixed assets purchased but unpaid, included in accounts payable | - | 324 |
| Operating lease right-of-use assets exchanged for lease obligations | - | 306,912 |
| Conversion of deferred rent and prepaid rent to right of use asset | - | 6,831 |

7

Table of Contents

**INSPIRATO INCORPORATED**
**NOTES TO CONDENSED CONSOLIDATED FINANCIAL STATEMENTS**

**(1) Nature of Business**

Inspirato Incorporated and its subsidiaries (the "Company") is a subscription-based luxury travel company that provides unique solutions for (i) affluent travelers seeking superior service and certainty across a wide variety of accommodations and experiences and (ii) hospitality suppliers who want to solve pain points that include monetizing excess inventory and efficiently outsourcing the hassle involved in managing rental properties.

Inspirato Incorporated was incorporated in Delaware on July 31, 2020 as Thayer Ventures Acquisition Corporation ("Thayer"); a special purpose acquisition company ("SPAC") for the purpose of effecting a merger with one or more operating businesses. On February 11, 2022 (the "Closing Date"), Thayer and Inspirato LLC consummated the transaction contemplated in the Business Combination Agreement dated June 30, 2021 and as amended September 15, 2021 (the "Business Combination Agreement") whereby amongst other transactions, a subsidiary of Thayer merged within and into Inspirato LLC with Inspirato LLC as the surviving company (the "Business Combination"), resulting in Inspirato LLC becoming a subsidiary of Thayer. Thayer changed its name to "Inspirato Incorporated" upon closing of the Business Combination (the "Closing").

The Business Combination was accounted for as a reverse recapitalization whereby Inspirato LLC acquired Thayer for accounting purposes. As such, the financial statements presented herein represent the operating results, assets and liabilities of Inspirato LLC before and after the Business Combination. See Note 3 - Reverse Recapitalization for more information.

As of June 30, 2022, the Company had

43 subsidiaries and one branch, of which 34 are wholly owned domestic limited liability companies. The remaining 9 and the branch, which are owned through direct domestic subsidiaries, are as follows: (i) a wholly owned Mexican S.R.L; (ii) a wholly owned Turks and Caicos limited company; (iii) a wholly owned Cayman exempted company; (iv) a wholly owned Costa Rican limited liability company; (v) a wholly owned Italian S.R.L.; (vi) a wholly owned Canadian unlimited liability company; (vii) a wholly owned Dominican Republic branch of a wholly owned domestic liability company; (viii) a wholly owned U.S. Virgin Islands limited liability company; (ix) a wholly owned Puerto Rican limited liability company; and (x) a wholly owned Grenadian limited liability company. These entities typically lease local properties.

Since early 2020, the COVID-19 pandemic has severely restricted the level of economic activity around the world and is continuing to have an unprecedented effect on the global hospitality and travel industries. The global spread of COVID-19 has been and continues to be a complex and evolving situation. The COVID-19 pandemic had a materially adverse impact on the Company's results of operations and financial condition, particularly in 2020. Revenues declined as a result of reduced travel and management undertook cost reduction methods in response. No impairments were recorded during the periods presented. Through June 30, 2022 as restrictions were lifted across travel destinations, revenues began to recover to pre-pandemic levels. However, due to the significant uncertainty surrounding the pandemic, including the potential adverse impact of the spread of COVID-19 variants, management's judgment regarding this could change in the future. Management cannot estimate the length or impacts of the COVID-19 outbreak on the Company's future operations, financial position and cash flows, particularly if there are significant impacts that continue in the future.

Table of Contents

The above items are excluded from our Adjusted EBITDA measure because our management believes that these costs and expenses are not indicative of our core operating performance and do not reflect the underlying economics of our business. The following table represents a reconciliation of our net loss to Adjusted EBITDA:

| | For the three months ended June 30, | | For the six months ended June 30, | |
| --- | --- | --- | --- | --- |
| | 2021 | 2022 | 2021 | 2022 |
| | | (in thousands) | | |
| | | (As Restated) | | (As Restated) |
| Net loss and comprehensive loss | $ (568) | $ (5,036) | $ (4,480) | $ (29,239) |
| Interest expense, net | 378 | 192 | 547 | 331 |
| Income taxes | - | 206 | - | 387 |
| Depreciation and amortization | 1,008 | 1,189 | 2,163 | 2,223 |
| Equity-based compensation | 466 | 2,431 | 975 | 2,833 |
| Warrant fair value (gains) losses | - | (11,126) | 456 | 6,544 |
| Public company readiness costs | - | - | - | 1,092 |
| Gain on forgiveness of debt | (9,518) | - | (9,518) | - |
| **Adjusted EBITDA** | $ (8,234) | $ (12,144) | $ (9,857) | $ (15,829) |
| Adjusted EBITDA Margin (1) | (15.7)% | (14.5)% | (9.7)% | (9.5)% |

(1) We define Adjusted EBITDA Margin as Adjusted EBITDA as a percentage of total revenue for the same period.

*Free Cash Flow*

We define Free Cash Flow as net cash provided by operating activities less purchases of property and equipment and additions to capitalized software. We believe that Free Cash Flow is a meaningful indicator of liquidity that provides information to our management and investors about the amount of cash generated from operations, after purchases of property and equipment and additions to capitalized software, that can be used for strategic initiatives. Our Free Cash Flow is impacted by the timing of bookings because we collect travel revenue between the time of booking and 30 days before a stay or experience occurs. The following table presents the components of Free Cash Flow for the six months ended June 30, 2021 and 2022.

| | For the three months ended June 30, | | For the six months ended June 30, | |
| --- | --- | --- | --- | --- |
| | 2021 | 2022 | 2021 | 2022 |
| | | (in thousands) | | |
| Net cash provided by (used in) operating activities | $ 10,414 | $ (13,746) | $ 19,625 | $ (26,412) |
| Development of internal-use software | 73 | (306) | (263) | (489) |
| Purchase of property and equipment | (701) | (3,631) | (1,061) | (4,618) |
| Net cash used in financing activities | (628) | (3,937) | (1,324) | (5,107) |
| **Free Cash Flow** | $ 9,786 | $ (17,683) | $ 18,301 | $ (31,519) |

**Lease Obligations (As Restated)**

We have obligations under operating leases, primarily for vacation properties and our corporate headquarters. The leases may require us to pay taxes, insurance, utilities, and maintenance costs. See Note 11 to our condensed consolidated financial statements for the six months ended June 30, 2022 included elsewhere in this Amended Quarterly Report on Form 10-Q/A.

39

Table of Contents

Future minimum annual commitments under these operating leases are as follows:

|  | Operating leases (in thousands) (As Restated) |
|---|---:|
| Remainder of 2022 | $ 42,109 |
| Year ending December 31, 2023 | 65,534 |
| Year ending December 31, 2024 | 46,090 |
| Year ending December 31, 2025 | 38,126 |
| Year ending December 31, 2026 | 31,189 |
| Thereafter | 61,920 |
| Total minimum lease payments | $ 284,968 |

As of June 30, 2022, the Company was party to 71 leases that had not yet commenced. Future payments under these leases were $118 million at June 30, 2022.

Our Revolver, which had a balance of $13 and $14 million as of December 31, 2021 and June 30, 2022, respectively, matures in October 2023. The Company was not in compliance with one of its covenants on the Revolver at May 31, 2022 and June 30, 2022. The Company repaid the Revolver in full in July 2022 and has not subsequently drawn on the Revolver. The Company is working with its lender to modify this covenant.

**Critical Accounting Policies and Estimates**

The discussion and analysis of our financial condition and results of operations are based upon our condensed consolidated financial statements, which have been prepared in accordance with GAAP. The preparation of these financial statements requires management to make estimates and judgments that affect the reported amounts of assets and liabilities, revenue and expenses and related disclosures of contingent assets and liabilities at the date of our condensed consolidated financial statements. We evaluate our estimates and assumptions on an ongoing basis. The estimates and assumptions used by management are based on historical experience and other factors, which are believed to be reasonable under the circumstances. Actual results may differ from these estimates under different assumptions or conditions, impacting our reported results of operations and financial condition.

Except for the policies described in "Note 2-Significant Accounting Policies and Restatement of Previously Issued Financial Statements" to our condensed consolidated financial statements included elsewhere in this Amended Quarterly Report on Form 10-Q/A, including the accounting policy for leases as a result of the Company adopting the Financial Accounting Standards Board's (FASB) Accounting Standards Update (ASU) Leases (Topic 842) on January 1, 2022, there have been no significant changes from the significant accounting policies disclosed in Note 2 of the "Notes to Consolidated Financial Statements" of the audited consolidated financial statements for the year ended December 31, 2021, which are included in our prospectus filed pursuant to Rule 424(b)(3) on May 9, 2022. For more information, please refer to "Note 2-Summary of Significant Accounting Policies and Restatement of Previously Issued Financial Statements" to our unaudited condensed consolidated financial statements included in Part I, Item 1 of this Amended Quarterly Report on Form 10-Q/A.

*Revenue Recognition*

The Company recognizes revenue from monthly or annual subscription fees over the time. The Company has determined that enrollment fees for subscriptions that are not substantive do not provide a material right to customers. These enrollment fees are recognized upon receipt. Legacy Inspirato club subscriptions included substantive upfront enrollment fees. These enrollment fees may have entitled the subscriber to annual dues, travel or other perks. The value of those services, estimated based on their stand-alone selling price, were deferred and recognized when those services are provided. The remaining revenue is recognized on a straight-line basis over the expected average life of these subscription types. The average estimated life of these subscriptions is five years. The option to renew is considered a material right of the customer and is treated herein as an additional performance obligation.

The calculation of the expected average life of subscriptions with substantive upfront enrollment fees is a critical estimate in the recognition of revenue associated with enrollment fees. The calculation includes certain management judgments and projections regarding the estimated period that customers are expected to remain subscribers and continue to benefit from these subscriptions

Table of Contents

along with annual renewal rates for these subscriptions. Management relies on multiple metrics to determine the average customer life. These include historical average renewal and attrition rates, expected future renewal rates, and other qualitative measures obtained through market research. The Company review its estimates and assumptions with regard to the average customer life based on the Company's projections and historical experience on an annual basis. The expected average life of subscriptions with substantive upfront enrollment fees was five years.

Revenue from travel is recognized when performance obligations are met, generally over the period of the stay.

### Goodwill

Goodwill is not amortized, but rather is assessed annually for impairment in the fourth quarter and when events and circumstances indicate that the fair value of a reporting unit with goodwill has been reduced below its carrying value. We have determined that the Company has one reporting unit. The impairment test for requires that the Company first perform a qualitative assessment to determine whether it is more likely than not that the fair value of a reporting unit is less than its carrying value. If it is concluded that this is the case, the Company then performs a quantitative impairment test. Otherwise, the quantitative impairment test is not required. Under the quantitative impairment test, the Company would compare the estimated fair value of each reporting unit to its carrying value. The Company determined based on the qualitative assessments that it is not more likely than not that the fair value of the Company's reporting unit is less than its carrying value, therefore no quantitative impairment tests were performed at December 31, 2021 or June 30, 2022 and no goodwill impairment charges were recognized during each of the three and six months ended June 30, 2021 and 2022.

### Equity-based compensation

The Company accounts for equity-based payments in accordance with GAAP for all transactions in which an entity exchanges its equity instruments for goods or services, which generally requires us to measure the cost of employee services received in exchange for an award of equity instruments in earnings based on the fair value and vesting provisions of the award on the date of grant. Forfeitures are accounted for as they occur by reversing the expense previously recognized in the period of the forfeiture.

### Capitalized Software

Direct costs incurred in the development of internal-use software products are capitalized once the preliminary project stage is completed, management has committed to funding the project, and completion and use of the software for its intended purpose is probable. We cease capitalization of development costs once the software has been substantially completed and is ready for its intended use. Software development costs are amortized over their estimated useful lives of three years.

### Income Taxes

We utilize the asset and liability method in accounting for income taxes. Under this method, deferred tax assets and liabilities are recorded based on the estimated future tax effects of temporary differences between the financial reporting and tax bases of existing assets and liabilities. Deferred tax assets and liabilities are measured using enacted tax rates expected to apply to taxable income in the years in which those temporary differences are expected to be recovered or settled. Deferred tax expense or benefit is the result of changes in the deferred tax asset and liability. We recognize the effect on deferred income taxes of a change in tax rates in the period that includes the enactment date. Valuation allowances are established when necessary to reduce deferred tax assets to the net amount that we believe is more-likely-than-not to be realized.

We make estimates, assumptions and judgments to determine our provision for Inspirato's income taxes, deferred tax assets and liabilities, and any valuation allowance recorded against deferred tax assets. We consider all available evidence, both positive and negative, including historical levels of income, expectations and risks associated with estimates of future taxable income, and ongoing tax planning strategies in assessing the need for a valuation allowance. We assess the likelihood that our deferred tax assets will be recovered from future taxable income, and to the extent it believes that recovery is not likely, it establishes a valuation allowance.

We recognize the tax benefit from an uncertain tax position only if it is more likely than not that the tax position will be sustained on examination by the taxing authorities, based on the technical merits of the position. The tax benefits recognized from such positions are then measured based on the largest benefit that has a greater than 50% likelihood of being realized upon settlement. Interest and

Table of Contents

penalties related to unrecognized tax benefits which, as of the date of this report, have not been material, are recognized within provision for income taxes.

**Recently Adopted Accounting Pronouncements**

For further information on recently adopted accounting pronouncements, see Leases within Note 2 to our consolidated financial statements included elsewhere in this Amended Quarterly Report on Form 10-Q/A.

**Item 3.Quantitative and Qualitative Disclosures about Market Risk .**

Our principal market risks are our exposure to interest rates and commodity risks.

*Interest Rate Risk*

We are exposed to interest rate risk primarily related to our outstanding debt. Changes in interest rates affect the interest earned on its total cash as well as interest paid on its debt.

We have not been exposed to, nor anticipate exposure to, material risks due to changes in interest rates. A hypothetical 100 basis points increase or decrease in interest rates would not have had a material impact on our consolidated financial statements as of June 30, 2022.

*Foreign Currency Risk*

We are exposed to foreign currency risk related expenditures that we incur in foreign countries. Many of our leases, which are the most significant component of operating costs in foreign countries are denominated in U.S. dollars and thus do not result in foreign currency risk. In the three and six months ended June 30, 2022, our expenditures included $7.2 million and $12 million, respectively, in foreign currencies, primarily in Mexican Pesos and Euros. A hypothetical 100 basis points increase or decrease in the value of the U.S. dollar relative to the Mexican Peso and Euro would not have had a material impact on our consolidated financial statements for the three and six months ended June 30, 2022.

**Item 4. Controls and Procedures.**

**Evaluation of Disclosure Controls and Procedures**

Our management, with the participation of our Chief Executive Officer and Chief Financial Officer, evaluated, as of the end of the period covered by this Amended Quarterly Report on Form 10-Q/A, the effectiveness of our disclosure controls and procedures (as defined in Rules 13a-15(e) and 15d-15(e) under the Securities Exchange Act of 1934, as amended, or the Exchange Act). Based on that evaluation, and as a result of the material weaknesses in internal control over financial reporting described below, our Chief Executive Officer and Chief Financial Officer concluded that, as of June 30, 2022, our disclosure controls and procedures were not effective at the reasonable assurance level. In light of this fact, our management has performed additional analyses, reconciliations, and other post-closing procedures and has concluded that, notwithstanding the material weaknesses in our internal control over financial reporting, the unaudited condensed consolidated financial statements for the periods covered by and included in this Amended Quarterly Report on Form 10-Q/A fairly state, in all material respects, our financial position, results of operations and cash flows for the periods presented in conformity with GAAP.

**Material Weaknesses in Internal Control over Financial Reporting**

A material weakness is a deficiency, or a combination of deficiencies, in internal control over financial reporting such that there is a reasonable possibility that a material misstatement of our annual or interim financial statements will not be prevented or detected on a timely basis. As disclosed in the section titled "Risk Factors" in Part II, Item 1A and as of the end of the period covered by this Amended Quarterly Report on Form 10-Q/A, our material weaknesses are as follows:

- We have lacked a sufficient number of personnel with the appropriate level of knowledge and experience in the application of GAAP, including the adoption and ongoing accounting for leases under ASC 842, and in the design and implementation of

42

Table of Contents

internal controls and have not had the necessary business processes and related internal controls. Additionally, we did not design and maintain effective controls over our financial closing and reporting processes. This material weakness resulted in the restatement of our previously issued consolidated financial statements for the quarterly periods ended March 31, 2022, as described elsewhere in this Quarterly Report on Form 10-Q/A, and June 30, 2022 (collectively, the "Non-Reliance Periods") to correct errors that resulted from (i) the incorrect application of ASC 842 with respect to the assessment of right-of-use assets and lease liabilities and (ii) the under accrual of liabilities and property-related and other expenses as of March 31, 2022 and the over accrual as of June 30, 2022.

- We did not design and maintain effective controls relevant to the preparation of our financial statements with respect to information technology general controls ("ITGCs"). Specifically, the material weaknesses relating to ITGCs are due to a lack of the design and implementation of certain ITGCs related to our financial applications and data being adequately restricted.

**Remediation Plan**

We have made progress toward remediation of these control deficiencies described above. We hired a number of key appropriately qualified personnel with the appropriate level of knowledge and experience in the application of GAAP since this material weakness was initially identified in 2021 and we continue to recruit qualified personnel. We have engaged third party consultants to assist with the design and implementation of ITGCs, more specifically designing additional change management and access controls for our relevant IT applications to further restrict privileged access and implementing controls to review activities, which may materially affect our financial statements, for those users who have privileged access.

While we believe these efforts will remediate the material weaknesses, these material weaknesses cannot be considered fully remediated until the applicable remedial controls operate for a sufficient period of time and management has concluded, through testing, that these controls are operating effectively.

**Changes in Internal Control Over Financial Reporting**

Other than the material weakness remediation efforts underway, there were no changes in our internal control over financial reporting identified in connection with the evaluation required by Rule 13a-15(d) and 15d-15(d) of the Exchange Act that occurred during the quarter ended June 30, 2022, that have materially affected, or are reasonably likely to materially affect, our internal control over financial reporting.

**Inherent Limitations on Effectiveness of Controls and Procedures**

Our management, including our Chief Executive Officer and Chief Financial Officer, believes that our disclosure controls and procedures and internal control over financial reporting are designed to provide reasonable assurance of achieving their objectives and are effective at the reasonable assurance level. However, management does not expect that our disclosure controls and procedures or our internal control over financial reporting will prevent or detect all errors and all fraud. A control system, no matter how well conceived and operated, can provide only reasonable, not absolute, assurance that the objectives of the control system are met. Because of the inherent limitations in all control systems, no evaluation of controls can provide absolute assurance that all control issues and instances of fraud, if any, within the company have been detected. The design of any system of controls also is based in part upon certain assumptions about the likelihood of future events, and there can be no assurance that any design will succeed in achieving its stated goals under all potential future conditions. Over time, controls may become inadequate because of changes in conditions, or the degree of compliance with the policies or procedures may deteriorate. Because of the inherent limitations in a cost-effective control system, misstatements due to error or fraud may occur and not be detected.

Table of Contents

**SIGNATURES**

Pursuant to the requirements of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned thereunto duly authorized.

**Inspirato Incorporated**

| | | |
|---|---|---|
| Date: December 14, 2022 | By: | /s/ Brent Handler |
| | | **Brent Handler** |
| | | **Chief Executive Officer and Director** |
| | | **(Principal Executive Officer)** |
| Date: December 14, 2022 | By: | /s/ R. Webster Neighbor |
| | | **R. Webster Neighbor** |
| | | **Chief Financial Officer** |
| | | **(Principal Financial and Accounting Officer)** |

85

**Exhibit 31.1**

**CERTIFICATION OF PERIODIC REPORT UNDER SECTION 302 OF
THE SARBANES-OXLEY ACT OF 2002**

I, Brent Handler, certify that:

1.    I have reviewed this Quarterly Report on Form 10-Q/A of Inspirato Incorporated;

2.    Based on my knowledge, this report does not contain any untrue statement of a material fact or omit to state a material fact necessary to make the statements made, in light of the circumstances under which such statements were made, not misleading with respect to the period covered by this report;

3.    Based on my knowledge, the financial statements, and other financial information included in this report, fairly present in all material respects the financial condition, results of operations and cash flows of the registrant as of, and for, the periods presented in this report;

4.    The registrant's other certifying officer and I are responsible for establishing and maintaining disclosure controls and procedures (as defined in Exchange Act Rules 13a-15(e) and 15d-15(e)) and internal control over financial reporting (as defined in Exchange Act Rules 13a-15(f) and 15d-15(f)) for the registrant and have:

(a)    Designed such disclosure controls and procedures, or caused such disclosure controls and procedures to be designed under our supervision, to ensure that material information relating to the registrant, including its consolidated subsidiaries, is made known to us by others within those entities, particularly during the period in which this report is being prepared;

(b)    Designed such internal control over financial reporting, or caused such internal control over financial reporting to be designed under our supervision, to provide reasonable assurance regarding the reliability of financial reporting and the preparation of financial statements for external purposes in accordance with generally accepted accounting principles;

(c)    Evaluated the effectiveness of the registrant's disclosure controls and procedures and presented in this report our conclusions about the effectiveness of the disclosure controls and procedures, as of the end of the period covered by this report based on such evaluation; and

(d)    Disclosed in this report any change in the registrant's internal control over financial reporting that occurred during the registrant's most recent fiscal quarter (the registrant's fourth fiscal quarter in the case of an annual report) that has materially affected, or is reasonably likely to materially affect, the registrant's internal control over financial reporting; and

5.    The registrant's other certifying officer and I have disclosed, based on our most recent evaluation of internal control over financial reporting, to the registrant's auditors and the audit committee of the registrant's board of directors (or persons performing the equivalent functions):

(a)    All significant deficiencies and material weaknesses in the design or operation of internal control over financial reporting which are reasonably likely to adversely affect the registrant's ability to record, process, summarize and report financial information; and

(b)    Any fraud, whether or not material, that involves management or other employees who have a significant role in the registrant's internal control over financial reporting.

Date: December 14, 2022                                        By:  /s/ Brent Handler
                                                                                        Brent Handler
                                                                                        Chief Executive Officer
                                                                                        (Principal Executive Officer)

A-1

EX-31.2 3 ispo-20220630xex31d2.htm EX-31.2

**Exhibit 31.2**

### CERTIFICATION OF PERIODIC REPORT UNDER SECTION 302 OF
### THE SARBANES-OXLEY ACT OF 2002

I, R. Webster Neighbor, certify that:

1.  I have reviewed this Quarterly Report on Form 10-Q/A of Inspirato Incorporated;

2.  Based on my knowledge, this report does not contain any untrue statement of a material fact or omit to state a material fact necessary to make the statements made, in light of the circumstances under which such statements were made, not misleading with respect to the period covered by this report;

3.  Based on my knowledge, the financial statements, and other financial information included in this report, fairly present in all material respects the financial condition, results of operations and cash flows of the registrant as of, and for, the periods presented in this report;

4.  The registrant's other certifying officer and I are responsible for establishing and maintaining disclosure controls and procedures (as defined in Exchange Act Rules 13a-15(e) and 15d-15(e)) and internal control over financial reporting (as defined in Exchange Act Rules 13a-15(f) and 15d-15(f)) for the registrant and have:

    (a)     Designed such disclosure controls and procedures, or caused such disclosure controls and procedures to be designed under our supervision, to ensure that material information relating to the registrant, including its consolidated subsidiaries, is made known to us by others within those entities, particularly during the period in which this report is being prepared;

    (b)     Designed such internal control over financial reporting, or caused such internal control over financial reporting to be designed under our supervision, to provide reasonable assurance regarding the reliability of financial reporting and the preparation of financial statements for external purposes in accordance with generally accepted accounting principles;

    (c)     Evaluated the effectiveness of the registrant's disclosure controls and procedures and presented in this report our conclusions about the effectiveness of the disclosure controls and procedures, as of the end of the period covered by this report based on such evaluation; and

    (d)     Disclosed in this report any change in the registrant's internal control over financial reporting that occurred during the registrant's most recent fiscal quarter (the registrant's fourth fiscal quarter in the case of an annual report) that has materially affected, or is reasonably likely to materially affect, the registrant's internal control over financial reporting; and

5.  The registrant's other certifying officer and I have disclosed, based on our most recent evaluation of internal control over financial reporting, to the registrant's auditors and the audit committee of the registrant's board of directors (or persons performing the equivalent functions):

    (a)     All significant deficiencies and material weaknesses in the design or operation of internal control over financial reporting which are reasonably likely to adversely affect the registrant's ability to record, process, summarize and report financial information; and

    (b)     Any fraud, whether or not material, that involves management or other employees who have a significant role in the registrant's internal control over financial reporting.

Date: December 14, 2022                    By: /s/ R. Webster Neighbor
                                               R. Webster Neighbor
                                               Chief Financial Officer
                                               (Principal Financial and Accounting Officer)

A-2