# EXHIBIT 6

Table of Contents

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
**WASHINGTON, DC 20549**

# FORM 10-Q/A
Amendment No. 1

☒  **QUARTERLY REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**
**For the quarterly period ended March 31, 2022**

**OR**

☐  **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**For the transition period from   to**

**Commission File Number: 001-39791**

# INSPIRATO INCORPORATED
**(Exact Name of Registrant as Specified in its Charter)**

| | |
|---|---|
| **Delaware** | **85-2426959** |
| **(State or other jurisdiction of incorporation or organization)** | **(I.R.S. Employer Identification No.)** |
| **1544 Wazee Street** | |
| **Denver, CO** | **80202** |
| **(Address of principal executive offices)** | **(Zip Code)** |

**Registrant's telephone number, including area code: (303) 586-7771**

**Not applicable**
(Former name, former address, and former fiscal year, if changed since last report)

Securities registered pursuant to Section 12(b) of the Act:

| Title of each class | Trading Symbol(s) | Name of each exchange on which registered |
|---|---|---|
| **Class A Common Stock, $0.0001 par value per share** | **ISPO** | **The Nasdaq Global Market** |
| **Warrants, each whole warrant exercisable for one share of Class A Common Stock at an exercise price of $11.50 per share** | **ISPOW** | **The Nasdaq Global Market** |

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days. Yes ☒ No ☐

Indicate by check mark whether the registrant has submitted electronically every Interactive Data File required to be submitted pursuant to Rule 405 of Regulation S-T (§232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit such files). Yes ☒ No ☐

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, smaller reporting company, or an emerging growth company. See the definitions of "large accelerated filer," "accelerated filer," "smaller reporting company," and "emerging growth company" in Rule 12b-2 of the Exchange Act.

| | | | |
|---|---|---|---|
| Large accelerated filer | ☐ | Accelerated filer | ☐ |
| Non-accelerated filer | ☒ | Smaller reporting company | ☒ |
| | | Emerging growth company | ☒ |

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ☐

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Exchange Act). Yes ☐ No ☒

As of May 10, 2022, the registrant had 52,442,654 shares of Class A Common Stock, 69,780,665 shares of Class V Common Stock, and 8,624,800 Warrants outstanding.

**EXPLANATORY NOTE**

Inspirato Incorporated (the "Company") is filing this Amendment No. 1 on Form 10-Q/A (the "Amended Report") to amend its Quarterly Report on Form 10-Q for the quarter ended March 31, 2022, that was originally filed with the U.S. Securities and Exchange Commission (the "SEC") on May 13, 2022 (the "Original Report"), to restate certain items presented in the Original Report (the "Restatement"). This Amended Report includes a restatement of the Company's unaudited condensed consolidated financial statements as of and for the three months ended March 31, 2022 and amends certain other information in the Original Report as further described below.

**Background**

As disclosed in the Company's Current Report on Form 8-K, filed with the SEC on November 14, 2022, the Restatement is to correct errors that resulted from (i) the incorrect application of Accounting Standards Update (ASU) No. 2016-02, Leases (Topic 842) ("ASC 842") with respect to the assessment of right-of-use assets and lease liabilities and (ii) the under accrual of liabilities and property-related and other expenses as of March 31, 2022. The incorrect application of ASC 842 led to an understatement of $25 million of the right-of-use assets and total lease liabilities as of March 31, 2022. Separately, property-related and other expenses were understated by $0.3 million during the three-months ended March 31, 2022.

Refer to "*Note 2 - Significant Accounting Policies and Restatement of Previously Issued Financial Statements (As Restated)*" ("Note 2") to our unaudited condensed consolidated financial statements included in this Amended Report for more information regarding the impact of correcting these errors on the Company's unaudited condensed consolidated financial statements.

In connection with the Restatement, the Company's management concluded that as of March 31, 2022, its disclosure controls and procedures remained ineffective at a reasonable assurance level due to the unremediated material weaknesses in its internal control over financial reporting previously disclosed in Part I, Item 4. "Controls and Procedures" of the Original Report. For discussion of management's consideration of the Company's disclosure controls and procedures, internal controls over financial reporting, and material weaknesses identified, refer to "Part I, Item 4. Controls and Procedures," included in this Amended Report.

**Items Amended in this Amended Report**

The following sections in the Original Report are revised in this Amended Report, solely as a result of, and to reflect, the Restatement:

- Part I - Item 1. Financial Information
- Part I - Item 2. Management's Discussion and Analysis of Financial Condition and Results of Operations
- Part I - Item 4. Controls and Procedures
- Part II - Item 1A. Risk Factors
- Part II - Item 6. Exhibits and Signatures

In addition, in accordance with Rule 12b-15 under the Securities Exchange Act of 1934, as amended, Part II, Item 6 of the Original Report has been amended to include the currently-dated certifications from the Company's principal executive officer and principal financial officer as Exhibits 31.1, 31.2, 32.1 and 32.2.

For the convenience of the reader, this Amended Report sets forth the information in the Original Report in its entirety, as such information is modified and superseded only where described above. This Amended Report does not amend, update or change any other items or disclosures in the Original Report and does not purport to reflect any information or events subsequent to the filing thereof other than those disclosed in Note 2. Among other things, forward-looking statements made in the Original Report have not been revised to reflect events that occurred or facts that became known to the Company after the filing of the Original Report, and such forward-looking statements should be read in their historical context. Accordingly, this Amended Report should be read in conjunction with the Company's filings made with the SEC subsequent to the filing of the Original Report, including any amendment to those filings. This Amended Report reflects an updated Exhibit 101 (Interactive Data Files), which is filed herewith, as applicable.

Table of Contents

**Table of Contents**

| | | **Page** |
|---|---|---|
| **PART I.** | **FINANCIAL INFORMATION** | |
| Item 1. | Financial Statements (Unaudited) | 4 |
| | Consolidated Balance Sheets (As Restated) | 4 |
| | Consolidated Statements of Operations and Comprehensive Loss (As Restated) | 5 |
| | Consolidated Statements of Equity (As Restated) | 6 |
| | Consolidated Statements of Cash Flows (As Restated) | 7 |
| | Notes to Unaudited Consolidated Financial Statements (As Restated) | 8 |
| Item 2. | Management's Discussion and Analysis of Financial Condition and Results of Operations (As Restated) | 24 |
| Item 3. | Quantitative and Qualitative Disclosures About Market Risk | 37 |
| Item 4. | Controls and Procedures | 37 |
| **PART II.** | **OTHER INFORMATION** | 39 |
| Item 1. | Legal Proceedings | 39 |
| Item 1A. | Risk Factors | 39 |
| Item 2. | Unregistered Sales of Equity Securities and Use of Proceeds | 76 |
| Item 3. | Defaults Upon Senior Securities | 78 |
| Item 4. | Mine Safety Disclosures | 78 |
| Item 5. | Other Information | 78 |
| Item 6. | Exhibits | 78 |
| SIGNATURES | | 81 |

Table of Contents

### SPECIAL NOTE REGARDING FORWARD-LOOKING STATEMENTS

This Amended Quarterly Report on Form 10-Q/A contains forward-looking statements within the meaning of Section 27A of the Securities Act and Section 21E of the Securities Exchange Act of 1934, as amended, which statements involve substantial risks and uncertainties. Our forward-looking statements include, but are not limited to, statements regarding our and our management team's hopes, beliefs, intentions or strategies regarding the future or our future events or our future financial or operating performance. The words "anticipate," "believe," "continue," "could," "estimate," "expect," "intends," "may," "might," "plan," "possible," "potential," "predict," "project," "should," "will," "would" and similar expressions may identify forward-looking statements, but the absence of these words does not mean that a statement is not forward-looking. Forward-looking statements in this Amended Quarterly Report on Form 10-Q/A may include, for example, statements about:

- Our ability to recognize the anticipated benefits of the Business Combination (as defined below);

- Changes in our strategy, future operations, financial position, estimated revenue and losses, projected costs, prospects and plans;

- The implementation, market acceptance and success of our business model and growth strategy;

- Our expectations and forecasts with respect to the size and growth of the travel and hospitality industry;

- The ability of our services to meet customers' needs;

- Our ability to compete with others in the luxury travel and hospitality industry;

- Our ability to grow our market share;

- Our ability to attract and retain qualified employees and management;

- Our ability to adapt to changes in consumer preferences, perception and spending habits and develop and expand its destination offerings and gain market acceptance of our services, including in new geographies;

- Our ability to develop and maintain our brand and reputation;

- Developments and projections relating to our competitors and industry;

- The impact of health epidemics, including the COVID-19 pandemic, on our business and the actions we may take in response thereto;

- The impact of the COVID-19 pandemic on customer demands for travel and hospitality services;

- Expectations regarding the time during which we will be an emerging growth company under the Jumpstart Our Business Startups Act of 2012 (the "JOBS Act");

- The ability to maintain the listing of our Class A Common Stock (as defined below) and Warrants (as defined below) on the Nasdaq Stock Market LLC ("Nasdaq");

- Our future capital requirements and sources and uses of cash;

- Our ability to obtain funding for our operations and future growth;

- Our business, expansion plans and opportunities;

- The Restatement and the impact of such Restatement on our future financial statements and other financial measures;

- The material weaknesses we identified in our internal controls over financial reporting and our efforts and timing related to such remediation; and

- Other factors detailed under the section entitled "Risk Factors."

We caution you that the foregoing list does not contain all of the forward-looking statements made in this Amended Quarterly Report on Form 10-Q/A.

Table of Contents

You should not rely upon forward-looking statements as predictions of future events. We have based the forward-looking statements contained in this Amended Quarterly Report on Form 10-Q/A primarily on our current expectations and projections about future events and trends that we believe may affect our business, operating results, financial condition and prospects. The outcome of the events described in these forward-looking statements is subject to risks, uncertainties and other factors, including those described in the section titled "Risk Factors" and elsewhere in this Amended Quarterly Report on Form 10-Q/A. Moreover, we operate in a very competitive and rapidly changing environment. New risks and uncertainties emerge from time to time and it is not possible for us to predict all risks and uncertainties that could have an impact on the forward-looking statements contained in this Amended Quarterly Report on Form 10-Q/A. We cannot assure you that the results, events and circumstances reflected in the forward-looking statements will be achieved or occur, and actual results, events or circumstances could differ materially from those described in the forward-looking statements.

Neither we nor any other person assumes responsibility for the accuracy and completeness of any of these forward-looking statements. Moreover, the forward-looking statements made in this Amended Quarterly Report on Form 10-Q/A relate only to events as of the date on which the statements are made. We undertake no obligation to update any forward-looking statements made in this Amended Quarterly Report on Form 10-Q/A to reflect events or circumstances after the date of this Amended Quarterly Report on Form 10-Q/A or to reflect new information or the occurrence of unanticipated events, except as required by law. You should not place undue reliance on our forward-looking statements. Our forward-looking statements do not reflect the potential impact of any future acquisitions, mergers, dispositions, joint ventures or investments we may make.

In addition, statements that "we believe" and similar statements reflect our beliefs and opinions on the relevant subject. These statements are based upon information available to us as of the date of this Amended Quarterly Report on Form 10-Q/A and while we believe such information forms a reasonable basis for such statements, such information may be limited or incomplete, and such statements should not be read to indicate that we have conducted an exhaustive inquiry into, or review of, all potentially available relevant information. These statements are inherently uncertain, and investors are cautioned not to unduly rely upon these statements.

3

Table of Contents

**Part I - FINANCIAL INFORMATION**

**Item 1. Financial Statements.**

**INSPIRATO INCORPORATED**
**CONSOLIDATED BALANCE SHEETS (Unaudited)**
**(in thousands, except par value)**

| | December 31, 2021 | March 31, 2022 |
| --- | --- | --- |
| | | (As Restated) |
| **Assets** | | |
| Current assets | | |
| Cash and cash equivalents | $ 80,233 | $ 133,098 |
| Restricted cash | 2,720 | 1,978 |
| Accounts receivable, net | 2,389 | 1,991 |
| Accounts receivable, net - related parties | 386 | 942 |
| Prepaid subscriber travel | 17,183 | 19,098 |
| Prepaid expenses | 11,101 | 11,455 |
| Other current assets | 762 | 634 |
| **Total current assets** | 114,774 | 169,196 |
| Property & equipment, net | 8,695 | 9,031 |
| Goodwill | 21,233 | 21,233 |
| Right of use assets | - | 214,802 |
| Other long term assets | 1,068 | 1,178 |
| **Total assets** | $ 145,770 | $ 415,440 |
| **Liabilities** | | |
| Current liabilities | | |
| Accounts payable | $ 33,140 | $ 31,667 |
| Accrued liabilities | 6,035 | 4,573 |
| Deferred revenue | 176,813 | 173,504 |
| Debt | 13,267 | 13,267 |
| Lease liability | - | 69,207 |
| Deferred rent | 457 | - |
| **Total current liabilities** | 229,712 | 292,218 |
| Deferred revenue | 14,450 | 16,658 |
| Deferred rent | 7,468 | - |
| Lease liability | - | 152,596 |
| Warrants | 547 | 16,733 |
| **Total liabilities** | 252,177 | 478,205 |
| Commitments and contingencies (Note 12) | | |
| **Temporary equity (Note 3)** | | |
| Series A-1; 222 authorized and 217 issued and outstanding at December 31, 2021; none at March 31, 2022 | 12,809 | - |
| Series A-2; 130 authorized, issued, and outstanding at December 31, 2021; none at March 31, 2022 | 5,489 | - |
| Series B; 193 authorized, issued, and outstanding at December 31, 2021; none at March 31, 2022 | 19,860 | - |
| Series B-1; 128 authorized and 124 issued and outstanding at December 31, 2021; none at March 31, 2022 | 15,282 | - |
| Series D; 158 authorized, issued, and outstanding at December 31, 2021; none at March 31, 2022 | 20,125 | - |
| Series E; 132 authorized and 96 issued and outstanding at December 31, 2021; none at March 31, 2022 | 9,719 | - |
| **Total temporary equity** | 83,284 | - |
| **Equity** | | |
| Series C; 491 authorized, issued, and outstanding at December 31, 2021; none at March 31, 2022 (Note 3) | 21,477 | - |
| Common units 4,470 authorized; 1,149 issued and outstanding at December 31, 2021; none at March 31, 2022 (Note 3) | - | - |
| Class A common stock, par value $0.0001 per share, 1,000,000 shares authorized, 51,936 shares issued and outstanding as of March 31, 2022 | - | 5 |
| Class V common stock, $0.0001 par value, 500,000 shares authorized, 69,781 shares issued and outstanding as of March 31, 2022 | - | 7 |
| Additional paid-in capital | - | 237,433 |
| Accumulated deficit | (211,168) | (223,653) |
| **Total equity excluding noncontrolling interest** | (189,691) | 13,792 |
| Noncontrolling interests (Note 16) | - | (76,557) |
| **Total equity** | (189,691) | (62,765) |
| **Total liabilities, temporary equity, and equity** | $ 145,770 | $ 415,440 |

4

Table of Contents

**INSPIRATO INCORPORATED**
**CONDENSED CONSOLIDATED STATEMENT OF OPERATIONS AND COMPREHENSIVE LOSS (Unaudited)**
**(in thousands, except per share amounts)**

| | Three Months Ended March 31, | |
| --- | --- | --- |
| | 2021 | 2022 |
| | | (As Restated) |
| Revenue | $ 49,280 | $ 82,073 |
| Cost of revenue (including depreciation of $472 in 2021, and $375 in 2022, respectively) | 32,089 | 47,309 |
| Gross margin | 17,191 | 34,764 |
| General and administrative (including equity-based compensation of $509 in 2021, and $402 in 2022, respectively) | 8,633 | 17,694 |
| Sales and marketing | 5,249 | 10,142 |
| Operations | 5,029 | 9,674 |
| Technology and development | 883 | 2,808 |
| Depreciation and amortization | 683 | 659 |
| Interest, net | 168 | 139 |
| Warrant fair value losses | 456 | 17,670 |
| **Loss and comprehensive loss before income taxes** | **(3,910)** | **(24,022)** |
| Income tax expense | - | 181 |
| **Net loss and comprehensive loss** | **(3,910)** | **(24,203)** |
| Net loss and comprehensive loss attributable to noncontrolling interests (Note 16) | - | 11,901 |
| **Net loss and comprehensive loss attributable to Inspirato Incorporated** | **$ (3,910)** | **$ (12,302)** |
| | | |
| Basic and diluted weighted average common units and Class A shares outstanding | 105,503 | 42,312 |
| Basic and diluted net loss attributable to Inspirato Incorporated per common unit and Class A share, respectively | $ (0.04) | $ (0.29) |

5

Table of Contents

INSPIRATO INCORPORATED
CONDENSED CONSOLIDATED STATEMENTS OF EQUITY (Unaudited)
(in thousands)

| | Common Units | | Series C | | Class A Common Stock | | Class V Common Stock | | Additional Paid-in Capital | Accumulated Deficit (As Restated) | Noncontrolling Interests (As Restated) | Total (As Restated) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Units | Value | Units | Value | Shares | Value | Shares | Value | | | | |
| Balance at January 1, 2021 (as previously reported) | 1,166 | $ - | 491 | $ 21,477 | - | $ - | - | $ - | $ - | $ (184,682) | $ - | $(163,205) |
| Reverse recapitalization, net (Note 3) | 104,377 | - | (491) | (21,477) | - | - | - | - | 21,477 | - | - | - |
| Balance at January 1, 2021, after effect of reverse recapitalization | 105,543 | - | - | - | - | - | - | - | 21,477 | (184,682) | - | (163,205) |
| Consolidated net loss | - | - | - | - | - | - | - | - | - | (3,910) | - | (3,910) |
| Equity-based compensation | - | - | - | - | - | - | - | - | 509 | - | - | 509 |
| Distributions | - | - | - | - | - | - | - | - | - | (81) | - | (81) |
| Balance at March 31, 2021 | 105,543 | $ - | - | $ - | - | $ - | - | $ - | $ 21,986 | $ (188,673) | $ - | $(166,687) |
| | | | | | | | | | | | | - |
| Balance at January 1, 2022 (as previously reported) | 1,149 | $ - | 491 | $ 21,477 | - | $ - | - | $ - | $ - | $ (211,168) | $ - | $(189,691) |
| Reverse recapitalization, net (Note 3) | 103,709 | - | (491) | (21,477) | - | - | - | - | 21,477 | - | - | - |
| Balance at January 1, 2022, after effect of reverse recapitalization | 104,858 | - | - | - | - | - | - | - | 21,477 | (211,168) | - | (189,691) |
| Consolidated net loss | - | - | - | - | - | - | - | - | - | (12,302) | (11,901) | (24,203) |
| Equity-based compensation | - | - | - | - | - | - | - | - | 402 | - | - | 402 |
| Issuance of common stock and common stock warrants upon the reverse recapitalization, net of issuance costs | (104,858) | - | - | - | 46,832 | 4 | 69,781 | 7 | 206,253 | - | (64,656) | 141,608 |
| Issuance of common stock upon exercise of warrants | - | - | - | - | 5,079 | 1 | - | - | 9,330 | - | - | 9,331 |
| Issuance of common stock upon exercise of stock option awards, net of shares withheld for income taxes | - | - | - | - | 25 | - | - | - | (29) | - | - | (29) |
| Distributions | - | - | - | - | - | - | - | - | - | (183) | - | (183) |
| Balance at March 31, 2022 | - | $ - | - | $ - | 51,936 | $ 5 | 69,781 | $ 7 | $ 237,433 | $ (223,653) | $ (76,557) | $ (62,765) |

6

Table of Contents

**INSPIRATO INCORPORATED**
**CONDENSED CONSOLIDATED STATEMENT OF CASH FLOWS (Unaudited)**
**(in thousands)**

| | Three Months Ended March 31, | |
| --- | --- | --- |
| | 2021 | 2022 |
| | | (As Restated) |
| Cash flows from operating activities: | | |
| Consolidated net loss | $ (3,910) | $ (24,203) |
| Adjustments to reconcile consolidated net loss to net cash provided by (used in) operating activities | | |
| Depreciation and amortization | 1,155 | 1,034 |
| Warrant fair value losses | 456 | 17,670 |
| Equity-based compensation | 509 | 402 |
| Non-cash lease expense | 380 | 790 |
| Changes in operating assets and liabilities, net of reverse recapitalization: | | |
| Accounts receivable, net | 1,189 | 398 |
| Accounts receivable, net - related parties | 66 | (556) |
| Prepaid member travel | (1,055) | (1,915) |
| Prepaid expenses | 266 | (1,448) |
| Right of use asset | - | (620) |
| Other assets | 155 | 18 |
| Accounts payable | 5,918 | (1,473) |
| Accrued liabilities | 1,242 | (1,662) |
| Deferred revenue | 2,840 | (1,101) |
| Net cash provided by (used in) operating activities | 9,211 | (12,666) |
| | | |
| Cash flows from investing activities: | | |
| Development of internal-use software | (336) | (183) |
| Purchase of property and equipment | (360) | (987) |
| Net cash used in investing activities | (696) | (1,170) |
| | | |
| Cash flows from financing activities: | | |
| Repayments of debt | (14,144) | - |
| Proceeds from debt | 13,267 | - |
| Proceeds from reverse recapitalization | - | 90,070 |
| Payments of reverse recapitalization costs | - | (23,899) |
| Payments of employee taxes for unit option exercises | - | (43) |
| Proceeds from unit option exercises | - | 14 |
| Distributions | (80) | (183) |
| Net cash (used in) provided by financing activities | (957) | 65,959 |
| | | |
| Net increase in cash, cash equivalents, and restricted cash | 7,558 | 52,123 |
| Cash, cash equivalents, and restricted cash - beginning of period | 67,001 | 82,953 |
| Cash, cash equivalents, and restricted cash - end of period | $ 74,559 | $ 135,076 |
| | | |
| Supplemental cash flow information - cash paid for interest | $ 170 | $ 145 |
| Significant noncash transactions: | | |
| Conversion of preferred stock in connection with reverse recapitalization | $ - | $ 104,761 |
| Warrants acquired at fair value | - | 8,390 |
| Warrants exercised | - | 9,874 |
| Fixed assets purchased but unpaid, included in accrued liabilities | - | 200 |
| Operating lease right-of-use assets exchanged for lease obligations | - | 239,785 |
| Conversion of deferred rent and prepaid rent to right of use asset | - | 6,831 |

7

Table of Contents

**SIGNATURES**

Pursuant to the requirements of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned thereunto duly authorized.

**Inspirato Incorporated**

| | | |
|---|---|---|
| Date: December 14, 2022 | By: | /s/ Brent Handler |
| | | **Brent Handler** |
| | | **Chief Executive Officer and Director** |
| | | **(Principal Executive Officer)** |
| | | |
| Date: December 14, 2022 | By: | /s/ R. Webster Neighbor |
| | | **R. Webster Neighbor** |
| | | **Chief Financial Officer** |
| | | **(Principal Financial and Accounting Officer)** |

81

**Exhibit 31.1**

**CERTIFICATION OF PERIODIC REPORT UNDER SECTION 302 OF
THE SARBANES-OXLEY ACT OF 2002**

I, Brent Handler, certify that:

1.    I have reviewed this Quarterly Report on Form 10-Q/A of Inspirato Incorporated;

2.    Based on my knowledge, this report does not contain any untrue statement of a material fact or omit to state a material fact necessary to make the statements made, in light of the circumstances under which such statements were made, not misleading with respect to the period covered by this report;

3.    Based on my knowledge, the financial statements, and other financial information included in this report, fairly present in all material respects the financial condition, results of operations and cash flows of the registrant as of, and for, the periods presented in this report;

4.    The registrant's other certifying officer and I are responsible for establishing and maintaining disclosure controls and procedures (as defined in Exchange Act Rules 13a-15(e) and 15d-15(e)) and internal control over financial reporting (as defined in Exchange Act Rules 13a-15(f) and 15d-15(f)) for the registrant and have:

(a)    Designed such disclosure controls and procedures, or caused such disclosure controls and procedures to be designed under our supervision, to ensure that material information relating to the registrant, including its consolidated subsidiaries, is made known to us by others within those entities, particularly during the period in which this report is being prepared;

(b)    Designed such internal control over financial reporting, or caused such internal control over financial reporting to be designed under our supervision, to provide reasonable assurance regarding the reliability of financial reporting and the preparation of financial statements for external purposes in accordance with generally accepted accounting principles;

(c)    Evaluated the effectiveness of the registrant's disclosure controls and procedures and presented in this report our conclusions about the effectiveness of the disclosure controls and procedures, as of the end of the period covered by this report based on such evaluation; and

(d)    Disclosed in this report any change in the registrant's internal control over financial reporting that occurred during the registrant's most recent fiscal quarter (the registrant's fourth fiscal quarter in the case of an annual report) that has materially affected, or is reasonably likely to materially affect, the registrant's internal control over financial reporting; and

5.    The registrant's other certifying officer and I have disclosed, based on our most recent evaluation of internal control over financial reporting, to the registrant's auditors and the audit committee of the registrant's board of directors (or persons performing the equivalent functions):

(a)    All significant deficiencies and material weaknesses in the design or operation of internal control over financial reporting which are reasonably likely to adversely affect the registrant's ability to record, process, summarize and report financial information; and

(b)    Any fraud, whether or not material, that involves management or other employees who have a significant role in the registrant's internal control over financial reporting.

Date: December 14, 2022                                    By:  /s/ Brent Handler
                                                                Brent Handler
                                                                Chief Executive Officer
                                                                (Principal Executive Officer)

A-1

**Exhibit 31.2**

**CERTIFICATION OF PERIODIC REPORT UNDER SECTION 302 OF
THE SARBANES-OXLEY ACT OF 2002**

I, R. Webster Neighbor, certify that:

1.    I have reviewed this Quarterly Report on Form 10-Q/A of Inspirato Incorporated;

2.    Based on my knowledge, this report does not contain any untrue statement of a material fact or omit to state a material fact necessary to make the statements made, in light of the circumstances under which such statements were made, not misleading with respect to the period covered by this report;

3.    Based on my knowledge, the financial statements, and other financial information included in this report, fairly present in all material respects the financial condition, results of operations and cash flows of the registrant as of, and for, the periods presented in this report;

4.    The registrant's other certifying officer and I are responsible for establishing and maintaining disclosure controls and procedures (as defined in Exchange Act Rules 13a-15(e) and 15d-15(e)) and internal control over financial reporting (as defined in Exchange Act Rules 13a-15(f) and 15d-15(f)) for the registrant and have:

(a)    Designed such disclosure controls and procedures, or caused such disclosure controls and procedures to be designed under our supervision, to ensure that material information relating to the registrant, including its consolidated subsidiaries, is made known to us by others within those entities, particularly during the period in which this report is being prepared;

(b)    Designed such internal control over financial reporting, or caused such internal control over financial reporting to be designed under our supervision, to provide reasonable assurance regarding the reliability of financial reporting and the preparation of financial statements for external purposes in accordance with generally accepted accounting principles;

(c)    Evaluated the effectiveness of the registrant's disclosure controls and procedures and presented in this report our conclusions about the effectiveness of the disclosure controls and procedures, as of the end of the period covered by this report based on such evaluation; and

(d)    Disclosed in this report any change in the registrant's internal control over financial reporting that occurred during the registrant's most recent fiscal quarter (the registrant's fourth fiscal quarter in the case of an annual report) that has materially affected, or is reasonably likely to materially affect, the registrant's internal control over financial reporting; and

5.    The registrant's other certifying officer and I have disclosed, based on our most recent evaluation of internal control over financial reporting, to the registrant's auditors and the audit committee of the registrant's board of directors (or persons performing the equivalent functions):

(a)    All significant deficiencies and material weaknesses in the design or operation of internal control over financial reporting which are reasonably likely to adversely affect the registrant's ability to record, process, summarize and report financial information; and

(b)    Any fraud, whether or not material, that involves management or other employees who have a significant role in the registrant's internal control over financial reporting.

Date: December 14, 2022                                    By: /s/ R. Webster Neighbor
                                                                        R. Webster Neighbor
                                                                        Chief Financial Officer
                                                                        (Principal Financial and Accounting Officer)

A-2