# EXHIBIT 9

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION

**Washington, D.C. 20549**

# FORM 8-K

**CURRENT REPORT**
**PURSUANT TO SECTION 13 OR 15(D)**
**OF THE SECURITIES EXCHANGE ACT OF 1934**

**Date of Report (Date of earliest event reported): December 19, 2022**

# Inspirato Incorporated

**(Exact name of registrant as specified in its charter)**

| Delaware | 001-39791 | 85-2426959 |
|---|---|---|
| **(State or other jurisdiction** | **(Commission** | **(I.R.S. Employer** |
| **of incorporation)** | **File Number)** | **Identification No.)** |

**1544 Wazee Street**
**Denver, CO**      **80202**
**(Address of principal executive offices)**      **(Zip Code)**

**(303) 586-7771**
**(Registrant's telephone number, including area code)**

**Not Applicable**
**(Former name or former address, if changed since last report)**

Check the appropriate box below if the Form 8-K is intended to simultaneously satisfy the filing obligation of the registrant under any of the following provisions:

☐      Written communications pursuant to Rule 425 under the Securities Act

☐      Soliciting material pursuant to Rule 14a-12 under the Exchange Act

☐      Pre-commencement communications pursuant to Rule 14d-2(b) under the Exchange Act

☐      Pre-commencement communications pursuant to Rule 13e-4(c) under the Exchange Act

Securities registered pursuant to Section 12(b) of the Act:

| Title of each class | Trading Symbol(s) | Name of each exchange on which registered |
|---|---|---|
| **Class A common stock, $0.0001 par value per share** | **ISPO** | **The Nasdaq Stock Market LLC** |
| **Warrants to purchase Class A common stock** | **ISPOW** | **The Nasdaq Stock Market LLC** |

Indicate by check mark whether the registrant is an emerging growth company as defined in Rule 405 of the Securities Act of 1933 (§230.405 of this chapter) or Rule 12b-2 of the Securities Exchange Act of 1934 (§240.12b-2 of this chapter).

Emerging growth company ☒

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ☐

**Item 2.02 Results of Operations and Financial Condition.**

On December 19, 2022, Inspirato Incorporated ("***Inspirato***" or the "***Company***") issued a press release announcing its financial results for the quarter ended September 30, 2022. A copy of the press release is furnished as Exhibit 99.1 to this current report on Form 8-K and is incorporated by reference herein.

**Item 7.01 Regulation FD Disclosure.**

Inspirato announces material information to the public about Inspirato, its products and services, and other matters through a variety of means, including filings with the Securities and Exchange Commission, press releases, public conference calls, webcasts, the investor relations section of its website (https://investor.inspirato.com), its blog (https://www.inspirato.com/details) and its Twitter account (@inspirato) in order to achieve broad, non-exclusionary distribution of information to the public and for complying with its disclosure obligations under Regulation FD.

The information in Item 2.02 and Item 7.01 of this Current Report on Form 8-K, and Exhibit 99.1 attached hereto, shall not be deemed "filed" for purposes of Section 18 of the Securities Exchange Act of 1934, as amended (the "***Exchange Act***") or otherwise subject to the liabilities of that section, nor shall it be deemed incorporated by reference in any filing under the Securities Act of 1933, as amended, or the Exchange Act, except as shall be expressly set forth by specific reference in such a filing.

**Item 9.01 Financial Statements and Exhibits.**

(d) Exhibits

| Exhibit No. | Description |
|---|---|
| 99.1 | Press Release issued by Inspirato Incorporated dated December 19, 2022 |
| 104 | Cover Page Interactive Data File (Cover page XBRL tags are embedded within the Inline XBRL document) |

**SIGNATURES**

Pursuant to the requirements of the Securities Exchange Act of 1934, the Registrant has duly caused this report to be signed on its behalf by the undersigned hereunto duly authorized.

Dated: December 19, 2022

**INSPIRATO INCORPORATED**

By: /s/ R. Webster Neighbor
       Name: R. Webster Neighbor
       Title: Chief Financial Officer

3

**Exhibit 99.1**



**Inspirato Announces Third Quarter 2022 Financial and Operating Results**

**DENVER, December 19, 2022** – Inspirato Incorporated ("Inspirato" or the "Company") (NASDAQ: ISPO), the innovative luxury travel subscription brand, today announced its 2022 third quarter financial and operating results.

**2022 Third Quarter Highlights**

- **Strong Operational Results.** As of September 30, 2022, Total Active Subscriptions, Annual Recurring Revenue and Controlled Accommodations all finished at the highest levels in Company history.
- **Record Subscription Revenue, Travel Revenue and Total Revenue.** Quarterly revenue of $93 million, an increase of 44% year-over-year, including subscription revenue of $39 million, an increase of 53% year-over-year, and travel revenue of $55 million, a 38% increase year-over-year.
- **Subscription Growth.** Active Subscriptions of 16,300 as of September 30, 2022, an increase of 16% year-over-year. Inspirato Pass subscriptions totaled 3,800, an increase of 61% year-over-year. Annual Recurring Revenue increased 45% year-over-year to $167 million.
- **Strong Travel Demand.** Third quarter Total Nights Delivered of 50,900 and Total Nights Booked of 55,800, year-over-year increases of 26% and 21%, respectively.
- **Strategic Inventory Growth.** Addition of 24 net new Controlled Accommodations, bringing Total Controlled Accommodations to 726 as of September 30, 2022, a 48% increase year-over-year.
- **Inspirato For Good.** Formally launched new turnkey solution for nonprofit fundraising in mid-September.

**Management Commentary**

Co-Founder and Chief Executive Officer Brent Handler commented, "In the third quarter, we once again established a number of new company records throughout our business, including Active Subscriptions, Pass Subscriptions, and total revenue. We continue to deploy our Inspirato Pass and Select technology in new and innovative ways, including to power two new offerings - Inspirato for Good and Inspirato for Business – that we believe will significantly expand our target addressable market and accelerate growth at a lower customer acquisition cost. Both Inspirato for Good and Inspirato for Business are already demonstrating strong early-adoption trends. As such, for 2023, we reiterate our expectation of achieving positive Adjusted EBITDA and anticipate generating more than $400 million of total revenue."

Chief Financial Officer Web Neighbor added, "We entered 2022 with an emphasis on expanding the supply of our Controlled Accommodations to serve the travel demand from our growing subscriber base. Having successfully increased our Controlled Accommodations by nearly 50% year-over-year and broadening and diversifying our inventory mix to grow our share of our subscribers' travel wallets, we are shifting our near-term focus to portfolio optimization rather than portfolio growth. We expect this more moderate pace of growth to contribute to increased gross margins over time. Additionally, our plan for 2023 is to achieve an overall reduction in corporate operating expenses as we leverage the significant investments we've made over the past two years."

**Third Quarter Business and Financial Highlights**

Total revenue for the quarter was $93 million, a 44% increase year-over-year. Subscription revenue in the third quarter of 2022 was $39 million compared to $25 million in the third quarter of 2021. The 53% increase in subscription revenue between periods was attributable to an increase in Active Subscriptions to 16,300 as of September 30, 2022, compared to 14,100 at the end of the third quarter of 2021. Inspirato Pass subscriptions grew 61% to 3,800 as of September 30, 2022 from 2,400 at the end of the third quarter of 2021, while Inspirato Club subscriptions grew 6% to 12,400 from approximately 11,700 between periods.

Annual Recurring Revenue ("ARR") increased to a record of $167 million at the end of the third quarter of 2022 compared to $115 million as of September 30, 2021. The 45% year-over-year increase in ARR was due to growth in Active Subscriptions, as well as an increased share of Inspirato Pass subscriptions, which contribute more subscription revenue than Inspirato Club subscriptions.

The following table provides key business metrics as of September 30, 2021 and 2022:

| | As of September 30, | |
| --- | --- | --- |
| | **2021** | **2022** |
| Active Subscribers | 13,192 | 14,768 |
| Active Subscriptions | 14,074 | 16,259 |
| Annual Recurring Revenue (thousands) | $ 115,169 | $ 166,668 |

*See the section below titled "Key Business Metrics" for definitions of these metrics.*

Travel revenue was $55 million in the third quarter of 2022 compared to $40 million in the third quarter of 2021. The 38% increase in travel revenue year-over-year was primarily due to increases in total Paid nights delivered, Paid average daily rates* and revenue from Inspirato's Bespoke travel services and experiences.

*Paid average daily rate is equal to total paid residence revenue divided by total paid residence nights.*

Gross margin in the third quarter of 2022 was $30 million, an increase of 35% compared to gross margin of $22 million in the third quarter of 2021. Gross margin as a percentage of revenue was 32% for the third quarter of 2022 as compared to 35% in the third quarter of 2021.

The following table provides the components of gross margin for the periods ended September 30, 2021 and 2022:

| (millions) | Three Months Ended September 30, | | | Nine Months Ended September 30, | | |
| --- | --- | --- | --- | --- | --- | --- |
| | 2021 | 2022 | % Change | 2021 | 2022 | % Change |
| Travel revenue | $ 39.5 | $ 54.5 | 38% | $ 95.8 | $ 152.4 | 59% |
| Subscription revenue | 25.2 | 38.6 | 53% | 70.3 | 106.3 | 51% |
| Other revenue | 0.1 | 0.0 | (73)% | 0.3 | 0.2 | (40)% |
| Total revenue | 64.8 | 93.1 | 44% | 166.4 | 258.9 | 56% |
| Cost of revenue | 42.4 | 63.0 | 49% | 110.1 | 167.7 | 52% |
| Gross margin | $ 22.4 | $ 30.2 | 35% | $ 56.3 | $ 91.2 | 62% |
| *Gross margin (%)* | *35%* | *32%* | *N/A* | *34%* | *35%* | *N/A* |

In order to satisfy consumer demand for private luxury accommodations, the Company successfully increased its Controlled Accommodations to a record 726 as of September 30, 2022, representing an increase of 48% compared to a year ago.

Total Nights Delivered were 50,900 in the third quarter of 2022, a 26% increase compared to 40,500 in the third quarter of 2021, while Total Occupancy was 81% and 88% for the third quarter of 2022 and 2021, respectively.

The following table provides other operating metrics for the periods ending September 30, 2021 and 2022:

| | Three Months Ended September 30, | |
| --- | --- | --- |
| | 2021 | 2022 |
| Total Nights Delivered | 40,526 | 50,861 |
| Total Occupancy | 88% | 81% |
| Controlled Accommodations* | 492 | 726 |

*Controlled Accommodations as of September 30. See the section below titled "Other Operating Metrics" for definitions of these metrics.*

Net loss for the third quarter of 2022 was $7.3 million compared to a net loss of $9.1 million in the third quarter of 2021. Adjusted Net Loss, a non-GAAP measure defined below, was $10.8 million for the third quarter of 2022 compared to an Adjusted Net Loss of $9.1 million in the comparable 2021 period. The primary difference in net loss and Adjusted Net Loss between periods was due to the change in warrant fair value gains between periods.

Adjusted EBITDA loss, a non-GAAP measure defined below, was approximately $6.8 million in the third quarter of 2022 compared to a loss of approximately $4.1 million in the third quarter of 2021. The difference in Adjusted EBITDA loss between periods was primarily due to increased corporate operating expenses partially offset by increased gross margin between periods.

Net cash flows used in operations was approximately $22 million in the third quarter of 2022 compared to $1.3 million in the comparable 2021 period. The difference in cash flows between periods is primarily attributable to changes in deferred revenue.

**2022 Guidance**

Given the timing of this release, the Company is announcing its revised downward guidance for 2022 full-year revenue and Adjusted EBITDA loss. The Company now anticipates full-year 2022 revenue of approximately $340 million, a year-over-year increase of approximately 45%. Updated revenue expectations reflect lower than anticipated Total Occupancy in the fourth quarter and a reduced pace of new Pass subscription sales witnessed in October and November that is expected to continue through year-end. Additionally, the Company has reallocated its internal sales and marketing resources to target new and expanded target markets – business and philanthropy – through its Inspirato for Business and Inspirato for Good platforms. The Company believes these initiatives will result in lower customer acquisition costs, stable and growing recurring revenue and a pipeline of highly qualified prospects for its Club and Pass subscription products.

By year-end, the Company anticipates selling approximately 500 Inspirato for Good subscription and trip packages amounting to more than $1 million of revenue which will be recognized primarily in 2023, along with the facilitation of over $1 million of donations to our non-profit partners.

Adjusted EBITDA loss, a non-GAAP financial measure defined below, is expected to be approximately $35 million for 2022. The Company's revised 2022 Adjusted EBITDA loss guidance reflects lower than anticipated travel demand during the peak festive season as well as the reduced pace of new Pass subscription sales and higher than anticipated operating expenses.

The Company expects to end the year with approximately $80 million of cash and with no debt outstanding.

These statements are forward-looking and actual results may differ materially. Refer to the Forward-Looking Statements safe harbor below for information on the factors that could cause our actual results to differ materially from these forward-looking statements.

Forward looking Adjusted EBITDA is a forward-looking non-GAAP financial measure. The Company is unable to reconcile forward-looking Adjusted EBITDA to net income, its most directly comparable forward-looking GAAP financial measure, without unreasonable effort, as a result of the uncertainty regarding, and the potential variability of, reconciling items such as equity-based compensation expense. However, it is important to note that material changes to reconciling items could have a significant effect on our future GAAP results.

*Reconciliation of Non- GAAP Financial Measures*

In addition to our results determined in accordance with GAAP, we use Adjusted Net Loss, Adjusted EBITDA, Adjusted EBITDA Margin and Free Cash Flow as part of our overall assessment of our performance, including the preparation of our annual operating budget and quarterly forecasts, to evaluate the effectiveness of our business strategies and to communicate with our board of directors concerning our business and financial performance. We believe that these non-GAAP financial measures provide useful information to investors about our business and financial performance, enhance their overall understanding of our past performance and future prospects, and allow for greater transparency with respect to metrics used by our management in their financial and operational decision making. We are presenting these non-GAAP financial measures to assist investors in seeing our business and financial performance through the eyes of management, and because we believe that these non-GAAP financial measures provide an additional tool for investors to use in comparing results of operations of our business over multiple periods with other companies in our industry.