## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 1:23-cv-00438-RMR-SBP

KEITH KOCH, Individually and on Behalf
of All Others Similarly Situated,

      Plaintiff,

v.

INSPIRATO INCORPORATED, BRENT
HANDLER, and R. WEBSTER
NEIGHBOR,

      Defendants.

---

## DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITY

---

Pursuant to D.C.COLO.LCivR 7.1(f), Defendants Inspirato Incorporated, Brent Handler, and R. Webster Neighbor, by and through their undersigned counsel, respectfully submit this Notice of Supplemental Authority to inform the Court of a recent decision bearing on Defendants' pending motion to dismiss ("MTD"). *See* Dkt. No. 33.

On March 1, 2024, the United States District Court for the District of Nevada issued a decision in *Ezzes v. Vintage Wine Estates, Inc.*, No. 2:22-cv-01915-GMN-DJA, 2024 WL 895018 (D. Nev. Mar. 1, 2024) (attached as **Exhibit A**), granting a motion to dismiss securities fraud claims arising from a financial restatement. While not binding on this Court, the *Ezzes* decision is relevant to the issues of whether Plaintiff has sufficiently alleged facts giving rise to a strong inference of scienter based upon allegations of (i) GAAP violations (*see* Ex. A at 9-10 & MTD at 6-9); (ii) confidential witnesses (*see* Ex. A at 4-7 & MTD at 9-12); and (iii) executive departures (*see* Ex. A at 12-13 & MTD at 12-13).

Dated: March 20, 2024

Respectfully submitted,

**WILSON SONSINI GOODRICH & ROSATI, P.C.**

*/s/ Ignacio E. Salceda*
Ignacio E. Salceda
Stephen B. Strain
650 Page Mill Road
Palo Alto, CA  94304-1050
Telephone: (650) 493-9300
Fax: (866) 974-7329
Email: isalceda@wsgr.com
Email: sstrain@wsgr.com

*Attorneys for Defendants Inspirato
Incorporated, Brent Handler, and
R. Webster Neighbor*

## CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of March 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notification filing to all registered participants.

*/s/ Ignacio E. Salceda*