**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Regina M. Rodriguez**

Civil Action No. 1:23-cv-00438-RMR-MEH

KEITH KOCH, Individually and on Behalf of All Others Similarly Situated,

Plaintiff,

v.

INSPIRATO INCORPORATED,
BRENT HANDLER, and
R. WEBSTER NEIGHBOR,

Defendants.

---

**ORDER ADOPTING MAGISTRATE JUDGE'S RECOMMENDATION**

---

This matter is before the Court on the Recommendation of United States Magistrate Judge Susan Prose entered on July 16, 2024, ECF No. 48, addressing Defendant's Motion to Dismiss Amended Class Action Complaint, ECF No. 33. Magistrate Judge Prose recommends that the Defendant's motion be granted.

Plaintiff filed an Objection to the Recommendation at ECF No. 49. This Objection was stricken for failure to comply with Civ. Practice Standard 72.3(c) limiting Objection to Magistrate Judge Recommendations to ten (10) pages. ECF No. 51.

In the absence of an objection, the district court may review a magistrate judge's recommendation under any standard it deems appropriate. *See Summers v. Utah*, 927 F.2d 1165, 1167 (10th Cir. 1991); *see also Thomas v. Arn*, 474 U.S. 140, 150 (1985) ("[i]t

does not appear that Congress intended to require district court review of a magistrate's factual or legal conclusions, under a de novo or any other standard, when neither party objects to those findings"). In this matter, the Court has reviewed the Recommendation to satisfy itself that there is "no clear error on the face of the record."[1] Fed. R. Civ. P. 72(b), Advisory Committee Notes. Based on this review, the Court has concluded that the Recommendation is a correct application of the facts and the law. Even if the Court were to consider the issue de novo, the Court agrees with the Recommendation and finds that it accurately sets forth and applies the appropriate legal standard. The Court finds that dismissal without prejudice is appropriate under Rule 41(b).

Accordingly, it is ORDERED that,

1. The Recommendation, ECF No. 48, is **ACCEPTED** AND **ADOPTED**;
2. The Defendants' Motion to Dismiss, ECF No. 33, is **GRANTED**; and
3. Plaintiffs' claims are **DISMISSED WITHOUT PREJUDICE**. If Plaintiff chooses to file a motion to amend, he must do so within thirty (30) days of the entry of this Order.

---

[1] This standard of review is something less than a "clearly erroneous or contrary to law" standard of review, Fed. R. Civ. P. 72(a), which in turn is less than a de novo review. Fed. R. Civ. P. 72(b).

DATED: September 23, 2024

BY THE COURT:

REGINA M. RODRIGUEZ
United States District Judge