**UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO**

| | |
|---|---|
| ILAN BOUZAGLO, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br><br> INSPIRATO INCORPORATED, BRENT HANDLER, AND R. WESTER NEIGHBOR, <br><br> Defendants. | Civil Action No. 1:23-cv-00438-RMR-SBP <br><br><br> JURY TRIAL DEMANDED <br><br> <u>CLASS ACTION</u> |

**[PROPOSED] ORDER GRANTING PLAINTIFF'S UNOPPOSED RENEWED MOTION
FOR LEAVE TO FILE PROPOSED SECOND AMENDED CLASS ACTION
COMPLAINT FOR VIOLATIONS OF THE FEDERAL SECURITIES LAWS**

Pursuant to Rule 15 of the Federal Rules of Civil Procedure, D.C.COLO.L.CivR 15, and the Court's prior Order (ECF No. 56), Lead Plaintiff Ilan Bouzaglo ("Plaintiff") submitted an unopposed renewed motion for leave to amend to file Plaintiff's Proposed Second Amended Complaint for Violations of the Federal Securities Laws ("Motion"). Upon consideration of the Motion, and good cause appearing in support of the Motion, the Motion is hereby GRANTED.  Plaintiff shall file the Proposed Second Amended Complaint for Violations of the Federal Securities Laws as the operative complaint.

IT IS SO ORDERED.

Dated: _____, 2024

_____
THE HON. REGINA M. RODRIGUEZ
UNITED STATES DISTRICT JUDGE

1