**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:23-cv-00438-RMR-SBP

ILAN BOUZAGLO, individually and on
behalf of others similarly situated,

      Plaintiff,

v.

INSPIRATO INCORPORATED,
BRENT HANDLER, and
R. WEBSTER NEIGHBOR,

      Defendants.

_____

**APPENDIX OF EXHIBITS TO
MOTION TO DISMISS SECOND AMENDED CLASS ACTION COMPLAINT**
_____

| Ex. | Description | Page(s) |
|---|---|---|
| 1 | SEC Form S-1 Registration Statement Under The Securities Act of 1933 Inspirato Incorporated, Filed with SEC April 29, 2022 (excerpt) | 1-10 |
| 2 | Financial Accounting Standards Update No.2020-05 June 2020 – Revenue from Contracts with Customers (Topic 606) and Leases (Topic 842) | 11-35 |
| 3 | SEC Form 10-Q Inspirato Incorporated Quarterly Report for the quarter ended March 31, 2022 | 36-62 |
| 4 | SEC Form 10-Q Inspirato Incorporated Quarterly Report for the quarter ended June 20, 2022 | 63-76 |
| 5 | SEC Form 10-Q/A (Amendment No. 1) Inspirato Incorporated Quarterly Report for the quarter ended June 20, 2022 | 77-95 |
| 6 | SEC Form 10-Q/A (Amendment No.1) Inspirato Incorporated Quarterly Report for the quarter ended March 31, 2022 | 96-108 |
| 7 | SEC Form 8-K Inspirato Incorporated, Date of Report May 11, 2022 | 109-116 |
| 8 | SEC Form 8-K Inspirato Incorporated, Date of Report August 5, 2022 | 117-125 |
| 9 | SEC Form 8-K Inspirato Incorporated, Date of Report December 19, 2022 | 126-133 |

# EXHIBIT 1

Movant Appx. 1

Table of Contents

As filed with the Securities and Exchange Commission on April 29, 2022

Registration No. 333-

# SECURITIES AND EXCHANGE COMMISSION
**Washington, D.C. 20549**

# FORM S-1
## REGISTRATION STATEMENT
*Under*
*The Securities Act of 1933*

# INSPIRATO INCORPORATED
(Exact name of Registrant as specified in its charter)

| **Delaware** | **7389** | **85-2426959** |
|---|---|---|
| (State or other jurisdiction of incorporation or organization) | (Primary Standard Industrial Classification Code Number) | (I.R.S. Employer Identification Number) |

**1544 Wazee Street**
**Denver, CO 80202**
**(303) 586-7771**

(Address, including zip code, and telephone number, including area code, of Registrant's principal executive offices)

**Brent Handler**
**Chief Executive Officer**
**Inspirato Incorporated**
**1544 Wazee Street**
**Denver, CO 80202**
**(303) 586-7771**

(Name, address, including zip code, and telephone number, including area code, of agent for service)

*Copies to:*

| | |
|---|---|
| **Tony Jeffries** | **James Hnat** |
| **Christina L. Poulsen** | **General Counsel and Secretary** |
| **David G. Sharon** | **Inspirato Incorporated** |
| **Wilson Sonsini Goodrich & Rosati, P.C.** | **1544 Wazee Street** |
| **650 Page Mill Road** | **Denver, CO 80202** |
| **Palo Alto, CA 94304** | **(303) 586-7771** |
| **(650) 493-9300** | |

**Approximate date of commencement of proposed sale to the public:** As soon as practicable after the effective date of this Registration Statement.

If any of the securities being registered on this form are to be offered on a delayed or continuous basis pursuant to Rule 415 under the Securities Act of 1933, check the following box. ☒

If this form is filed to register additional securities for an offering pursuant to Rule 462(b) under the Securities Act, please check the following box and list the Securities Act registration statement number of the earlier effective registration statement for the same offering. ☐

If this form is a post-effective amendment filed pursuant to Rule 462(c) under the Securities Act, check the following box and list the Securities Act registration statement number of the earlier effective registration statement for the same offering. ☐

If this form is a post-effective amendment filed pursuant to Rule 462(d) under the Securities Act, check the following box and list the Securities Act registration statement number of the earlier effective registration statement for the same offering. ☐

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, smaller reporting company, or an emerging growth company. See the definitions of "large accelerated filer," "accelerated filer," "smaller reporting company," and "emerging growth company" in Rule 12b-2 of the Exchange Act.

| | | | |
|---|---|---|---|
| Large accelerated filer | ☐ | Accelerated filer | ☐ |
| Non-accelerated filer | ☒ | Smaller reporting company | ☒ |
| | | Emerging growth company | ☒ |

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 7(a)(2)(B) of the Securities Act. ☐

**The Registrant hereby amends this Registration Statement on such date or dates as may be necessary to delay its effective date until the Registrant shall file a further amendment which specifically states that this Registration Statement shall thereafter become effective in accordance with Section 8(a) of the Securities Act of 1933 or until the Registration Statement shall become effective on such date as the Commission acting pursuant to said Section 8(a) may determine.**

Table of Contents

## EXPLANATORY NOTE

On February 11, 2022, Inspirato Incorporated (the "Company" or "Inspirato"), f/k/a Thayer Ventures Acquisition Corporation, our legal predecessor and a special purpose acquisition company ("Thayer") sponsored by affiliates of Thayer Ventures Acquisition Holdings LLC (the "Sponsor"), consummated the previously announced transactions contemplated by the Business Combination Agreement, dated as of June 30, 2021 (as amended, the "Business Combination Agreement"), by and among Thayer, Passport Merger Sub I Inc., a Delaware corporation and wholly-owned subsidiary of Thayer ("Blocker Merger Sub 1"), Passport Merger Sub II Inc., a Delaware corporation and wholly-owned subsidiary of Thayer ("Blocker Merger Sub 2"), Passport Merger Sub III Inc., a Delaware corporation and wholly-owned subsidiary of Thayer ("Blocker Merger Sub 3" and together with Blocker Merger Sub 1 and Blocker Merger Sub 2, and any blocker merger sub that becomes party to the Business Combination Agreement by executing a joinder thereto, the "Blocker Merger Subs", and together with the Company Merger Sub, the "Merger Subs"), KPCB Investment I, Inc., a Delaware corporation ("KPCB Blocker"), Inspirato Group, Inc., a Delaware corporation ("IVP Blocker"), W Capital Partners III IBC, Inc., a Delaware corporation ("W Capital Blocker", and together with KPCB Blocker and the IVP Blocker and any Non-Party Blocker, the "Blockers"), Passport Company Merger Sub, LLC, a Delaware limited liability company ("Company Merger Sub"), and Inspirato LLC, a Delaware limited liability company ("Inspirato LLC").

Pursuant to the Business Combination Agreement, (i) KPCB Blocker merged with and into Blocker Merger Sub 1, with Blocker Merger Sub 1 as the surviving company and wholly-owned subsidiary of Thayer (the "KPCB Blocker Merger"), (ii) IVP Blocker merged with and into Blocker Merger Sub 2, with Blocker Merger Sub 2 as the surviving company and wholly-owned subsidiary of Thayer (the "IVP Blocker Merger"), (iii) W Capital Blocker merged with and into Blocker Merger Sub 3, with Blocker Merger Sub 3 as the surviving company and wholly-owned subsidiary of Thayer (the "W Capital Blocker Merger," and together with the KPCB Blocker Merger and the IVP Blocker Merger and the mergers involving the Non-Party Blockers, the "Blocker Mergers") and (iv) immediately following the Blocker Mergers, Company Merger Sub merged with and into Inspirato LLC, with Inspirato LLC as the surviving company, resulting in Inspirato LLC becoming a subsidiary of Thayer (together with the Blocker Mergers and the other transactions related thereto, the "Business Combination"). The Business Combination was approved by Thayer's stockholders at a meeting held on February 8, 2022. In connection with the closing of the Business Combination (the "Closing"), among other things, Thayer changed its name to "Inspirato Incorporated".

On February 14, 2022, the Company's Class A Common Stock, par value $0.0001 per share (the "Class A Common Stock") and warrants (the "Warrants"), formerly those of Thayer, began trading on The Nasdaq Global Market ("Nasdaq") under the symbols "ISPO" and "ISPOW," respectively.

At the Closing, among other things, (i) the equity interests of each Blocker were cancelled and converted into the right to receive a number of shares of Class A Common Stock equal to approximately 37.2275 (the "Exchange Ratio") for each unit of Inspirato LLC owned by such Blocker; (ii) each outstanding unit of Inspirato LLC (other than any units held by Thayer or any of its subsidiaries following the Blocker Mergers) was cancelled and converted into the right to receive a number of common units of Inspirato LLC ("New Common Units") equal to the Exchange Ratio and an equal number of shares of the Company's Class V common stock, par value $0.0001 per share ( "Class V Common Stock", and together with Class A Common Stock, the "Inspirato Common Stock"), and (iii) each option to purchase Inspirato LLC units converted into an option to purchase Class A Common Stock with the same terms as such option to purchase Inspirato LLC units except for the number of shares exercisable and the exercise price, which were adjusted using the Exchange Ratio.

Also at the Closing, a number of accredited investors (each a "PIPE Subscriber") purchased from the Company an aggregate of 8,750,385 shares of Class A Common Stock at $10.00 per share (the "PIPE Shares") for an aggregate commitment amount of approximately $87.5 million, each pursuant to a separate subscription agreement (each, as amended a "Subscription Agreement"), entered into effective as of June 30, 2021.

**Movant Appx. 3**

Case No. 1:23-cv-00438-RMR-SBP    Document 66-1    filed 12/11/24    USDC Colorado
pg 5 of 134
10/26/23, 9:03 PM                    sec.gov/Archives/edgar/data/1820566/000110465922053854/ispo-20211231xs1.htm

Table of Contents

The information in this preliminary prospectus is not complete and may be changed. These securities may not be sold until the registration statement filed with the Securities and Exchange Commission is effective. This prospectus is not an offer to sell these securities, nor does it seek an offer to buy these securities in any jurisdiction where the offer or sale is not permitted.

**PRELIMINARY PROSPECTUS**          **Subject to Completion**          **April 29, 2022**

*Primary Offering of*
**69,780,665 Shares of Class A Common Stock Issuable Upon the Exchange of New Common Units and Class V Common Stock**

*Secondary Offering of*
**94,278,420 Shares of Class A Common Stock**



**INSPIRATO INCORPORATED**

This prospectus relates to the issuance by us of up to 69,780,665 shares of Inspirato Class A common stock, par value $0.0001 per share ("Class A Common Stock") issuable upon the exchange of an equal number of New Common Units (as defined herein) and Inspirato Class V common stock, par value $0.0001 per share ("Class V Common Stock") held by Continuing Inspirato Members. In addition, this prospectus relates to the resale by the selling securityholders named in this prospectus (or their permitted transferees) (the "Selling Securityholders") of up to 94,278,420 shares of Class A Common Stock (including (i) 30,393,285 shares issued to the Blocker Shareholders (as defined herein) in connection with the Business Combination (the "Blocker Shares"), (ii)  2,747,500 Founder Shares (as defined herein), (iii) 60,647,438 shares issuable upon the exchange of New Common Units and Class V Common Stock held by certain Continuing Inspirato Members (the "Continuing Member Shares"), and (iv) 490,197 shares held by the Sponsor) (collectively, the "Offered Shares").

The Selling Securityholders may sell any, all or none of the securities, and we do not know when or in what amount the Selling Securityholders may sell their securities hereunder following the date of this prospectus. The Selling Securityholders may sell the securities described in this prospectus in a number of different ways and at varying prices. We provide more information about how the Selling Securityholders may sell their securities in the section titled "*Plan of Distribution*" appearing elsewhere in this prospectus.

We are registering the offer and sale of some of the Offered Shares to satisfy registration rights we have granted under the Registration Rights Agreement (as defined herein) between us and certain Selling Securityholders. We will not receive any of the proceeds from the sale of the securities by the Selling Securityholders. We will pay the expenses associated with registering the sales by the Selling Securityholders other than any underwriting discounts and commissions, as described in more detail in the section titled "*Use of Proceeds*" appearing elsewhere in this prospectus.

Of the 94,278,420 Offered Shares, 93,788,223 Offered Shares (of which the Blocker Shares and the Founder Shares are currently outstanding and the Continuing Member Shares are issuable upon the exchange of an equal number of shares of Class V Common Stock and New Common Units) are subject to certain lock-up restrictions, pursuant to our bylaws and the Registration Rights Agreement, and all of the 69,780,665 shares of Class A Common Stock issuable upon the exchange of New Common Units and Class V Common Stock are also subject to certain lock-up restrictions, pursuant to our bylaws, as described in more detail below under "*Restrictions on the Resale of our Securities—Lock-Ups*."

Our Class A Common Stock is currently listed on The Nasdaq Global Market ("Nasdaq") under the symbol "ISPO."

We are an "emerging growth company," as defined under the federal securities laws, and, as such, may elect to comply with certain reduced public company reporting requirements for this prospectus and for future filings.

**Investing in our securities involves a high degree of risk. Before buying any securities, you should carefully read the discussion of the risks of investing in our securities in "Risk Factors" beginning on**

**Movant Appx. 4**

page 6 of this prospectus.

**Neither the Securities and Exchange Commission nor any state securities commission has approved or disapproved of these securities or determined if this prospectus is truthful or complete. Any representation to the contrary is a criminal offense.**

Prospectus dated              , 2022.

**Movant Appx. 5**

10/26/23, 9:03 PM                    sec.gov/Archives/edgar/data/1820566/000110465922053854/ispo-20211231xs1.htm

Table of Contents

## TABLE OF CONTENTS

|                                                                                                         | **Page** |
| ------------------------------------------------------------------------------------------------------- | -------- |
| Frequently Used Terms                                                                                   | iii      |
| Cautionary Note Regarding Forward-Looking Statements                                                    | vii      |
| Prospectus Summary                                                                                      | 1        |
| Risk Factors                                                                                            | 6        |
| Use of Proceeds                                                                                         | 40       |
| Unaudited Pro Forma Condensed Combined Financial Information                                            | 41       |
| Management's Discussion and Analysis of Financial Condition and Results of Operations                   | 50       |
| Business                                                                                                | 63       |
| Certain Relationships and Related Person Transactions                                                   | 84       |
| Management                                                                                              | 89       |
| Executive Compensation                                                                                  | 96       |
| Security Ownership of Certain Beneficial Owners and Management                                          | 112      |
| Selling Securityholders                                                                                 | 115      |
| Description of Securities                                                                               | 119      |
| Restrictions on the Resale of Our Securities                                                            | 128      |
| Material U.S. Federal Income Tax Consequences                                                           | 132      |
| Plan of Distribution                                                                                    | 137      |
| Legal Matters                                                                                           | 140      |
| Experts                                                                                                 | 140      |
| Where You Can Find Additional Information                                                               | 140      |
| Index To Consolidated Financial Statements                                                             | F-1      |

Neither we nor the Selling Securityholders have authorized any person to provide you any information or to make any representations other than those contained in this prospectus or any applicable prospectus supplement or any free writing prospectuses prepared by or on behalf of us or to which we have referred you. Neither we nor the Selling Securityholders take responsibility for, and can provide assurance as to the reliability of, any other information that others may give you. Neither we nor the Selling Securityholders are making an offer to sell these securities in any jurisdiction where the offer or sale is not permitted.

This prospectus is part of a registration statement on Form S-1 that we filed with the Securities and Exchange Commission (the "SEC") using the "shelf" registration process. Under this shelf registration process, we and the selling securityholders hereunder may, from time to time, issue, offer and sell, as applicable, any combination of the securities described in this prospectus in one or more offerings. The Selling Securityholders may use this prospectus to sell up to an aggregate of 94,278,420 shares of Class A Common Stock from time to time through any means described in the section entitled "*Plan of Distribution.*" We will not receive any proceeds from the sale by such Selling Securityholders of the securities offered by them described in this prospectus. This prospectus also relates to the issuance by us of the shares of Class A Common Stock issuable upon the exchange of New Common Units and Class V Common Stock.

We may also provide a prospectus supplement or post-effective amendment to the registration statement to add information to, or update or change information contained in, this prospectus. Before purchasing any securities, you should read both this prospectus and any applicable prospectus supplement or post-effective amendment to the registration statement together with the additional information to which we refer you in the section of this prospectus titled "*Where You Can Find Additional Information.*"

"Inspirato," Inspirato logos and other trademarks, service marks, and trade names of Inspirato are registered and unregistered marks of Inspirato LLC. Trade names, trademarks and service marks of other companies appearing in this prospectus are the property of their respective holders. We have omitted the ® and TM designations, as applicable, for the trademarks used in this prospectus.

10/26/23, 9:03 PM                    sec.gov/Archives/edgar/data/1820566/000110465922053854/ispo-20211231xs1.htm

Table of Contents

## BUSINESS

*References in this section to "we," "our," "us," "the Company," or "Inspirato" generally refer to Inspirato LLC and its consolidated subsidiaries prior to the consummation of the Business Combination and to Inspirato and its consolidated subsidiaries following the Business Combination.*

### Overview

Inspirato is an innovative luxury travel subscription company on a mission to inspire lasting memories and relationships by changing the way family and friends experience the world.

### *Our History*

More than two decades ago, Brent and Brad Handler took a much-anticipated vacation with their families in Hawaii. While the Maui sunsets were breathtaking, the brothers weren't completely satisfied with the experience. They spent their vacation wishing they had more space to spread out, more bedrooms to accommodate extended family and friends, a kitchen to prepare meals for the kids, and more personalized local insights about the best things to see and do on the island. The brothers envisioned a private club that combined the luxury, space, and character of private vacation homes with warm, personalized service and a host of rich resort amenities. In 2002, the brothers co-founded Exclusive Resorts, a closed-ended luxury vacation rental club with high initiation fees, set annual dues for a fixed number of nights each year, and owned real estate around the globe.

Brent and Brad subsequently sold their interests in Exclusive Resorts. Brent and Brad, along with co-founders Brian Corbett and Martin Pucher, founded Inspirato in 2010, an open-ended luxury vacation club offering travelers access to a curated collection of high-end vacation options, expert trip planning, and personalized service, but without the six-figure initiation fees or the business constraints imposed by owned real estate.

In the beginning, the focus was developing a better way for families to vacation together. Today, Inspirato offers so much more. The founders' vision, realized through Inspirato, is revolutionizing luxury hospitality. Inspirato Pass, the world's first luxury travel subscription inclusive of nightly rates, taxes, and fees, is poised to capture a growing share of the luxury travel market which, as of 2019, was estimated to be $135 billion.

### *Who We Are Now*

Inspirato is a subscription-based luxury travel company that provides unique solutions for (i) affluent travelers seeking superior service and certainty across a wide variety of accommodations and experiences and (ii) hospitality suppliers who want to solve pain points that include monetizing excess inventory and efficiently outsourcing the hassle involved in managing rental properties.

For travelers, we offer access to a diverse portfolio of curated luxury vacation options that, as of December 31, 2021, included over 425 private luxury vacation homes available exclusively to our subscribers, and accommodations at over 420 luxury hotel and resort partners in more than 230 destinations around the world. Our portfolio also includes Inspirato Only, featuring one-of-a-kind luxury safaris, cruises, and other experiences, and Bespoke, which offers custom-designed "bucket list" itineraries. Every Inspirato trip comes with our personalized service envelope — including pre-trip planning, on-site concierge, and daily housekeeping — designed to meet the needs of affluent travelers and drive exceptional customer satisfaction.

Our portfolio of luxury vacation options is accessed through our subscription platform, which creates a frictionless booking journey for discerning travelers seeking accommodations and experiences that they know will meet their high standards. We currently offer two subscriptions, Inspirato Club and Inspirato Pass. Both offer travelers (i) the ability to book trips of their choice within our luxury vacation portfolio up to one year in advance, paying applicable nightly rates for each trip, (ii) the full Inspirato service experience, and (iii) access to Inspirato benefits such as member events, luxury travel agent services, and partner benefits. Importantly, Inspirato Pass subscribers enjoy the additional benefit of being able to book trips from the Inspirato Pass trip list, which is a constantly updated selection that, as of December 31, 2021, was comprised of more than 1.8 million vacations, with no fees required beyond their subscription payments.

https://www.sec.gov/Archives/edgar/data/1820566/000110465922053854/ispo-20211231xs1.htm

**Movant Appx. 7**

10/26/23, 9:03 PM                              sec.gov/Archives/edgar/data/1820566/000110465922053854/ispo-20211231xs1.htm

In addition to offering a better way to travel, Inspirato also solves critical pain points for hospitality suppliers, including luxury vacation homeowners seeking to monetize their property with rental income. For example, because Inspirato Pass does not show nightly rates, it provides an opaque distribution channel through which luxury hotels, resorts, and vacation homeowners can generate

63

**Movant Appx. 8**

Table of Contents

revenue from their excess inventory — unoccupied hotel rooms or vacation rentals — without undercutting rates on their own website and other brand assets, which can lead to customer complaints, refund requests, and harm to their overall brand reputations. We also have arrangements with hotels and resort partners to lease rooms under long term agreements, providing them with fixed income for excess inventory versus uncertain occupancy-based income. We provide luxury vacation homeowners with a simplified, hassle-free ownership experience by providing a fixed monthly lease payment, expert property management services, and flexible usage benefits in exchange for leasing their home to us for inclusion within our portfolio.

We serve a large and growing addressable market for luxury travel, where demand is expected to reach $230 billion by 2025 in the U.S. alone, a 70% increase from 2019 demand of $135 billion. Our business is supported by broader industry trends, including the recent post-COVID travel recovery and the rise of the "work from anywhere" lifestyle.

From our inception, we have generated more than $1.3 billion in revenue, with subscribers booking more than 799,00 total nights. As of December 31, 2021 we had 14,875 Active Subscriptions. For the years ended December 31, 2020 and 2021, we generated revenue of $166 million and $235 million, respectively and had net losses of $0.5 million and $22.2 million, respectively.

**Our COVID-19 Response**

The COVID-19 pandemic transformed how society works, connects, and travels, while at the same time creating a variety of business challenges, particularly for the hospitality and travel industries, including Inspirato. In early March 2020, we began to experience the early effects of the pandemic. As the world locked down, in order to protect our business from near-term market disruptions and the prospect of a prolonged negative impact, we applied for and received a $9.4 million U.S. Small Business Association PPP loan, which was forgiven in June 2021, and quickly took action to reduce costs. In particular, we (i) rebalanced our portfolio and actively managed lease expenses through negotiations with real estate owners and exercise of "force majeure" clauses in our leases; (ii) temporarily reduced our payroll costs through layoffs and short-term salary reductions; and (iii) substantially reduced discretionary expenditures. Our rapid management of expenses, together with our existing cash position, and the PPP loan funds helped us prudently manage our business through the effects of the pandemic during 2020. In addition, while travel restrictions were at their tightest during the pandemic, we also took measures to maintain our subscriber base, including (i) providing Inspirato Pass subscribers credit for future subscription months in exchange for maintaining their subscriptions payments during the onset of the pandemic; (ii) offering a more flexible cancellation policy; and (iii) offering subscribers special value through a promotion to welcome them back to booking Inspirato travel.

As pandemic concerns ease and restrictions continue to lift, pent-up demand for our travel subscriptions has proven to be stronger than expected. In the first half of 2021, the number of nights our subscribers booked increased versus comparable time periods in years prior to the pandemic. We enjoyed robust momentum in January and February of 2021, as total nights booked and new subscriber additions rebounded from pandemic lows. Historically, the fourth quarter of our fiscal year represents the strongest quarter each year, which is typically followed by a slowdown in the first quarter. However, in the second quarter of 2021, our subscribers booked approximately 43% more nights than in the fourth quarter of 2019 (pre-pandemic), despite the continuing impact of the pandemic in the first half of 2021. Our momentum continued through the balance of 2021 where residential nights delivered totaled 95,994, representing a record for our Company and a 71% increase from 2020.

Moving forward, we believe the COVID-19 pandemic has led to a shift in the way affluent consumers travel, including more prioritization on safety and privacy, with Inspirato well positioned to benefit. While the long-term impacts of the pandemic on the global economy and the extent to which it will continue to impact our business remain uncertain, consumers' desire to explore the world and share experiences has not diminished. Travel uniquely addresses this fundamental need and will continue to play an integral role in bringing people together. We believe our portfolio of luxury accommodations and experiences, including our selection of private luxury vacation homes, is well-suited to satisfy the changing needs of traveling in the post-pandemic world.

**Our Value Proposition**

We provide exceptional vacations with outstanding value for luxury travelers (who drive demand) and attractive economics and certainty for hospitality suppliers including hotels, resorts and luxury vacation rental property owners

**Movant Appx. 9**

Table of Contents

## SIGNATURES

Pursuant to the requirements of the Securities Act, the registrant has duly caused this registration statement to be signed on its behalf by the undersigned, thereunto duly authorized, in the City of Denver, State of Colorado, on April 29, 2022.

### INSPIRATO INCORPORATED

By: /s/ Brent Handler

Name: Brent Handler
Title: Chief Executive Officer

Each person whose signature appears below constitutes and appoints R. Webster Neighbor and Brent Handler, and each one of them, as his or her true and lawful attorney-in-fact and agent, with full power of substitution and resubstitution, for them and in their name, place and stead, in any and all capacities, to sign any and all amendments (including post-effective amendments) to this registration statement, and to sign any new registration statement with respect to the offering contemplated thereby filed pursuant to Rule 462(b) under the Securities Act of 1933, as amended, and all post-effective amendments thereto, and to file the same, with all exhibits thereto and other documents in connection therewith, with the Securities and Exchange Commission, granting unto said attorney-in-fact and agent full power and authority to do and perform each and every act and thing requisite and necessary to be done in connection therewith, as fully to all intents and purposes as they might or could do in person, hereby ratifying and confirming all that said attorney-in-fact and agent or their substitute or substitutes, may lawfully do or cause to be done by virtue hereof.

Pursuant to the requirements of the Securities Act of 1933, this registration statement has been signed by the following persons in the capacities and on the dates indicated.

| Signature | Title | Date |
|---|---|---|
| /s/ Brent Handler<br>Brent Handler | Chief Executive Officer and Director (*Principal Executive Officer*) | April 29, 2022 |
| /s/ R. Webster Neighbor<br>R. Webster Neighbor | Chief Financial Officer (*Principal Financial and Accounting Officer*) | April 29, 2022 |
| /s/ Michael Armstrong<br>Michael Armstrong | Director | April 29, 2022 |
| /s/ Eric Grosse<br>Eric Grosse | Director | April 29, 2022 |
| /s/ Brad Handler<br>Brad Handler | Executive Chairman and Director | April 29, 2022 |
| /s/ Ann Payne<br>Ann Payne | Director | April 29, 2022 |
| /s/ R. Scot Sellers<br>R. Scot Sellers | Director | April 29, 2022 |

**Movant Appx. 10**

# EXHIBIT 2

# FINANCIAL ACCOUNTING SERIES



**ACCOUNTING STANDARDS UPDATE**

No. 2020-05
June 2020

# Revenue from Contracts with Customers (Topic 606) and Leases (Topic 842)

Effective Dates for Certain Entities

An Amendment of the *FASB Accounting Standards Codification*®

## Financial Accounting Standards Board

**Movant Appx. 12**

The *FASB Accounting Standards Codification*® is the source of authoritative generally accepted accounting principles (GAAP) recognized by the FASB to be applied by nongovernmental entities. An Accounting Standards Update is not authoritative; rather, it is a document that communicates how the Accounting Standards Codification is being amended. It also provides other information to help a user of GAAP understand how and why GAAP is changing and when the changes will be effective.

For additional copies of this Accounting Standards Update and information on applicable prices and discount rates contact:

Order Department
Financial Accounting Standards Board
401 Merritt 7
PO Box 5116
Norwalk, CT 06856-5116

*Please ask for our Product Code No. ASU2020-05.*

FINANCIAL ACCOUNTING SERIES (ISSN 0885-9051) is published monthly with the exception of May, July, and October by the Financial Accounting Foundation, 401 Merritt 7, PO Box 5116, Norwalk, CT 06856-5116. Periodicals postage paid at Norwalk, CT and at additional mailing offices. The full subscription rate is $312 per year. POSTMASTER: Send address changes to Financial Accounting Series, 401 Merritt 7, PO Box 5116, Norwalk, CT 06856-5116. | **No. 496**

Copyright © 2020 by Financial Accounting Foundation. All rights reserved. Content copyrighted by Financial Accounting Foundation may not be reproduced, stored in a retrieval system, or transmitted, in any form or by any means, electronic, mechanical, photocopying, recording, or otherwise, without the prior written permission of the Financial Accounting Foundation. Financial Accounting Foundation claims no copyright in any portion hereof that constitutes a work of the United States Government.

**Movant Appx. 13**



Accounting Standards Update

No. 2020-05
June 2020

# Revenue from Contracts with Customers (Topic 606) and Leases (Topic 842)

Effective Dates for Certain Entities

An Amendment of the *FASB Accounting Standards Codification*®

Financial Accounting Standards Board

Movant Appx. 14

Accounting Standards Update 2020-05

Revenue from Contracts with Customers (Topic 606) and Leases (Topic 842)

Effective Dates for Certain Entities

June 2020

CONTENTS

Page
Numbers

Summary ...................................................................................................1–4
Amendments to the *FASB Accounting Standards Codification*® ....................5–10
Background Information and Basis for Conclusions......................................11–19
Amendments to the XBRL Taxonomy ................................................................20

**Movant Appx. 15**

# Summary

## Why Is the FASB Issuing This Accounting Standards Update (Update)?

Coronavirus Disease 2019 (COVID-19) pandemic is adversely affecting the global economy and causing significant and widespread business and capital market disruptions. The Board is committed to supporting and assisting stakeholders during this difficult time.

The Board is issuing this Update as a limited deferral of the effective dates of the following Updates (including amendments issued after the issuance of the original Update) to provide immediate, near-term relief for certain entities for whom these Updates are either currently effective or imminently effective:

1. Accounting Standards Update No. 2014-09, *Revenue from Contracts with Customers (Topic 606)* (Revenue)
2. Accounting Standards Update No. 2016-02, *Leases (Topic 842)* (Leases).

## Revenue from Contracts with Customers

On May 28, 2014, the Board issued Update 2014-09, with an effective date for annual reporting periods beginning after December 15, 2016, including interim periods within that reporting period, for public business entities, certain not-for-profit (NFP) entities, and certain employee benefit plans. The effective date for all other entities was for annual reporting periods beginning after December 15, 2017, and interim periods within annual periods beginning after December 15, 2018.

In August 2015, the Board issued Accounting Standards Update No. 2015-14, *Revenue from Contracts with Customers (Topic 606): Deferral of the Effective Date*. The amendments in that Update deferred the effective date of Update 2014-09 for all entities by one year. Public business entities, certain NFP entities, and certain employee benefit plans were required to apply the guidance in Update 2014-09 to annual reporting periods beginning after December 15, 2017, including interim reporting periods within that reporting period. All other entities were required to apply the guidance in Update 2014-09 to annual reporting periods beginning after December 15, 2018, and interim reporting periods within annual reporting periods beginning after December 15, 2019. Early adoption was permitted.

In accordance with the effective dates described above, public business entities, certain NFP entities, and certain employee benefit plans are already required to adopt the new guidance. In contrast, many private companies are currently

1

**Movant Appx. 16**

preparing and having their first annual financial statements under the new guidance audited.

Stakeholders in the franchise industry raised concerns about the adoption of the new guidance. Those stakeholders raised issues about the application of Revenue to franchise agreements, specifically to revenue recognition of initial franchise fees. The initial franchise fee is a fee paid to a franchisor in exchange for establishing a franchise relationship, along with the provision of goods or services. This fee typically is paid in a lump sum to the franchisor when a franchise agreement is executed. The primary question raised by stakeholders is how to determine (1) the amount of the initial franchise fee that may be recognized as revenue upon the opening of the franchise location and (2) the amount of the fee that should be deferred for accounting purposes (and recognized as revenue over the franchise license period). The timing of the revenue recognition of the initial franchise fee can have a significant effect on a franchisor's financial statements, particularly franchises that are in the start-up or growth phases. The FASB staff worked with this industry to facilitate a successful adoption, including numerous outreach meetings and the issuance of educational materials. Notwithstanding those efforts, the application of Revenue to franchise fees appears to continue to pose significant challenges for private companies.

In the amendments in the proposed Update, the Board had proposed deferral of the effective date of Revenue for franchisors that are not public business entities to provide the Board with time to explore whether a cost-effective solution to apply Revenue could be developed to address this issue. Contemporaneous with its decision to defer the effective date of the guidance, the Board added a research project to its agenda to further explore the issue.

The Board received feedback through comment letters that many private companies and NFP entities are experiencing challenges with finalizing their transition to Revenue under a compressed timeline because of the unique challenges resulting from the COVID-19 pandemic. Therefore, the Board extended the deferral to certain entities that have not yet issued their financial statements (or made financial statements available for issuance) reflecting the adoption of Revenue, rather than limiting the deferral to franchisors.

## Leases

In February 2016, the Board issued Update 2016-02, with an effective date for fiscal years beginning after December 15, 2018, including interim periods within those fiscal years, for public business entities; NFP entities that have issued or are conduit bond obligors for securities that are traded, listed, or quoted on an exchange or an over-the-counter market (referred to as public NFP entities); and employee benefit plans that file or furnish financial statements with or to the U.S.

2

**Movant Appx. 17**

Securities and Exchange Commission (SEC). For all other entities, Leases was effective for fiscal years beginning after December 15, 2019, and interim periods within fiscal years beginning after December 15, 2020.

In November 2019, the Board issued Accounting Standards Update No. 2019-10, *Financial Instruments—Credit Losses (Topic 326), Derivatives and Hedging (Topic 815), and Leases (Topic 842): Effective Dates*. The amendments in Update 2019-10 deferred the effective dates for Leases for entities in the "all other" category by an additional year. Therefore, Leases was effective for all other entities for fiscal years beginning after December 15, 2020, and interim periods within fiscal years beginning after December 15, 2021. Early application is permitted. The deferrals responded to feedback from stakeholders and the Board's monitoring of the implementation of major Updates, which provided a greater understanding of the implementation challenges encountered by all types of entities when adopting a major Update.

In Update 2019-10, the Board noted that challenges associated with transition to a major Update are often magnified for private companies, smaller public companies, and NFP entities. Those challenges have been significantly amplified by the current business and capital market disruptions caused by the COVID-19 pandemic. Furthermore, the Board had previously scheduled a roundtable discussion to address implementation by public companies to assist private companies in their efforts and to determine whether additional practical expedients or other amendments are warranted as private companies prepare for final implementation. This roundtable has been postponed because of the COVID-19 pandemic, and the Board anticipates that the earliest it could be held would be later this year. Therefore, the amendments in this Update defer the effective date of Leases for entities in the "all other" category and public NFP entities that have not yet issued their financial statements (or made financial statements available for issuance) reflecting the adoption of Leases. The Board decided that the deferral for those limited entities was needed at this time because of the rapidly approaching year-end or financial statement issuance dates for public NFP entities and because the effective date for entities in the "all other" category is imminent.

## Who Is Affected by the Amendments in This Update?

### Revenue from Contracts with Customers

The deferral of the effective date applies to certain entities that have not yet issued their financial statements (or made financial statements available for issuance) reflecting the adoption of Revenue.

**Movant Appx. 18**

The effective date for a public business entity, an NFP entity that has issued, or is a conduit bond obligor for, securities that are traded, listed, or quoted on an exchange or an over-the-counter market, and an employee benefit plan that files or furnishes financial statements with or to the SEC is not affected by the amendments in this Update.

## Leases

The deferral of the effective date applies to entities in the "all other" category and public NFP entities that have not yet issued their financial statements (or made financial statements available for issuance) reflecting the adoption of Leases.

# What Are the Main Provisions?

## Revenue from Contracts with Customers

The amendments in this Update defer, for one year, the required effective date of Revenue for certain entities that have not yet issued their financial statements (or made financial statements available for issuance) reflecting the adoption of Revenue. Those entities may elect to adopt the guidance for annual reporting periods beginning after December 15, 2019, and for interim reporting periods within annual reporting periods beginning after December 15, 2020. Those entities may elect to follow the original effective date of annual reporting periods beginning after December 15, 2018, and interim reporting periods within annual reporting periods beginning after December 15, 2019.

## Leases

The amendments in this Update defer the effective date for one year for entities in the "all other" category and public NFP entities that have not yet issued their financial statements (or made financial statements available for issuance) reflecting the adoption of Leases. Therefore, under the amendments, Leases is effective for entities within the "all other" category for fiscal years beginning after December 15, 2021, and interim periods within fiscal years beginning after December 15, 2022. Additionally, Leases is effective for fiscal years beginning after December 15, 2019, including interim periods within those fiscal years, for public NFP entities that have not yet issued financial statements (or made available for issuance) reflecting the adoption of Leases. Early application continues to be permitted, which means that an entity may choose to implement Leases before those deferred effective dates.

4

**Movant Appx. 19**

# Amendments to the
# *FASB Accounting Standards Codification*®

## Introduction

1.     The Accounting Standards Codification is amended as described in paragraphs 2–5. In some cases, to put the change in context, not only are the amended paragraphs shown but also the preceding and following paragraphs. Terms from the Master Glossary are in **bold** type. Added text is underlined, and deleted text is ~~struck out~~.

## Amendments to Subtopic 606-10

2.     Amend paragraph 606-10-65-1 and its related heading and amend pending content transition date for all paragraphs that link to paragraph 606-10-65-1 as follows:

### Revenue from Contracts with Customers—Overall

### Transition and Open Effective Date Information

**> Transition Related to Accounting Standards Updates No. 2014-09,** *Revenue from Contracts with Customers (Topic 606),* **No. 2016-08,** *Revenue from Contracts with Customers (Topic 606): Principal versus Agent Considerations (Reporting Revenue Gross versus Net),* **No. 2016-10,** *Revenue from Contracts with Customers (Topic 606): Identifying Performance Obligations and Licensing,* **No. 2016-12,** *Revenue from Contracts with Customers (Topic 606): Narrow-Scope Improvements and Practical Expedients,* **No. 2016-20,** *Technical Corrections and Improvements to Topic 606, Revenue from Contracts with Customers,* ~~and~~ **No. 2017-05,** *Other Income—Gains and Losses from the Derecognition of Nonfinancial Assets (Subtopic 610-20): Clarifying the Scope of Asset Derecognition Guidance and Accounting for Partial Sales of Nonfinancial Assets, and No. 2020-05, Revenue from Contracts with Customers (Topic 606) and Leases (Topic 842): Effective Dates for Certain Entities*

**606-10-65-1** The following represents the transition and effective date information related to Accounting Standards Updates No. 2014-09, *Revenue from Contracts with Customers (Topic 606),* No. 2016-08, *Revenue from Contracts with Customers (Topic 606): Principal versus Agent Considerations (Reporting*

5

**Movant Appx. 20**

*Revenue Gross versus Net),* No. 2016-10, *Revenue from Contracts with Customers (Topic 606): Identifying Performance Obligations and Licensing,* No. 2016-12, *Revenue from Contracts with Customers (Topic 606): Narrow-Scope Improvements and Practical Expedients,* No. 2016-20, *Technical Corrections and Improvements to Topic 606, Revenue from Contracts with Customers,* ~~and~~ No. 2017-05, *Other Income—Gains and Losses from the Derecognition of Nonfinancial Assets (Subtopic 610-20): Clarifying the Scope of Asset Derecognition Guidance and Accounting for Partial Sales of Nonfinancial Assets<u>, and No. 2020-05, Revenue from Contracts with Customers (Topic 606) and Leases (Topic 842): Effective Dates for Certain Entities</u>:* [**Note:** See paragraph 606-10-S65-1 for an SEC Staff Announcement on transition related to Update 2014-09.]

  a.  A **public business entity**, a **not-for-profit entity** that has issued, or is a conduit bond obligor for, securities that are traded, listed, or quoted on an exchange or an over-the-counter market, and an employee benefit plan that files or furnishes financial statements with or to the Securities and Exchange Commission shall apply the pending content that links to this paragraph for annual reporting periods beginning after December 15, 2017, including interim reporting periods within that reporting period. Earlier application is permitted only as of annual reporting periods beginning after December 15, 2016, including interim reporting periods within that reporting period.

  b.  All other entities <u>that have not yet issued financial statements or made financial statements available for issuance as of June 3, 2020,</u> shall apply the pending content that links to this paragraph for annual reporting periods beginning after December 15, <u>2019</u> ~~2018~~, and interim reporting periods within annual reporting periods beginning after December 15, <u>2020</u> ~~2019~~. However, all other entities may elect to apply the pending content that links to this paragraph earlier only as of either:

  1.  An annual reporting period beginning after December 15, 2016, including interim reporting periods within that reporting period.

  2.  An annual reporting period beginning after December 15, 2016, and interim reporting periods within annual reporting periods beginning one year after the annual reporting period in which an entity first applies the pending content that links to this paragraph.

  3.  Subparagraph superseded by Accounting Standards Update No. 2015-14.

  **Note:** See paragraph 250-10-S99-6 on disclosure of the impact that recently issued accounting standards will have on the financial statements of a registrant.

**[The remainder of this paragraph is not shown here because it is unchanged.]**

6

**Movant Appx. 21**

**Pending Content:**

**Transition Date:** *(P) December 16, 2017; (N) December 16, 2019* ~~*2018*~~ |
**Transition Guidance:** 606-10-65-1

**Note:** These transition date changes will be made in a Maintenance Update.

## Amendments to Subtopic 842-10

3.    Amend paragraphs 842-10-65-1 and 842-10-65-4 and their related headings and amend pending content transition date for all paragraphs that link to paragraphs 842-10-65-1 and 842-10-65-4 as follows:

**Leases—Overall**

**Transition and Open Effective Date Information**

**> Transition Related to Accounting Standards Updates No. 2016-02, *Leases (Topic 842)*, No. 2018-01, *Leases (Topic 842): Land Easement Practical Expedient for Transition to Topic 842*, No. 2018-10, *Codification Improvements to Topic 842, Leases*, No. 2018-11, *Leases (Topic 842): Targeted Improvements*, No. 2018-20, *Leases (Topic 842): Narrow-Scope Improvements for Lessors*, No. 2019-01, *Leases (Topic 842): Codification Improvements*, ~~and~~ No. 2019-10, *Financial Instruments—Credit Losses (Topic 326), Derivatives and Hedging (Topic 815), and Leases (Topic 842): Effective Dates*__, and No. 2020-05, *Revenue from Contracts with Customers (Topic 606) and Leases (Topic 842): Effective Dates for Certain Entities*__**

**842-10-65-1** The following represents the transition and effective date information related to Accounting Standards Updates No. 2016-02, *Leases (Topic 842)*, No. 2018-01, *Leases (Topic 842): Land Easement Practical Expedient for Transition to Topic 842,* No. 2018-10, *Codification Improvements to Topic 842, Leases,* No. 2018-11, *Leases (Topic 842): Targeted Improvements*, No. 2018-20, *Leases (Topic 842): Narrow-Scope Improvements for Lessors*, No. 2019-01, *Leases (Topic 842): Codification Improvements*, ~~and~~ No. 2019-10, *Financial Instruments— Credit Losses (Topic 326), Derivatives and Hedging (Topic 815), and Leases (Topic 842): Effective Dates*__, and No. 2020-05, *Revenue from Contracts with Customers (Topic 606) and Leases (Topic 842): Effective Dates for Certain Entities*__: [**Note:** See paragraph 842-10-S65-1 for an SEC Staff Announcement on transition related to Update 2016-02.]

   a.    A **public business entity**, a **not-for-profit entity** that has issued or is a conduit bond obligor for securities that are traded, listed, or quoted on an exchange or an over-the-counter market __(with an exception for those__

7

**Movant Appx. 22**

<u>entities that have not yet issued their financial statements or made financial statements available for issuance as described in the following sentence)</u>, and an employee benefit plan that files or furnishes financial statements with or to the U.S. Securities and Exchange Commission shall apply the pending content that links to this paragraph for financial statements issued for fiscal years beginning after December 15, 2018, and interim periods within those fiscal years. <u>A not-for-profit entity that has issued or is a conduit bond obligor for securities that are traded, listed, or quoted on an exchange or an over-the-counter market that has not yet issued financial statements or made financial statements available for issuance as of June 3, 2020, shall apply the pending content that links to this paragraph for fiscal years beginning after December 15, 2019, and interim periods within those fiscal years.</u> Earlier application is permitted.

b.  All other entities shall apply the pending content that links to this paragraph for financial statements issued for fiscal years beginning after December 15, <u>2021</u> ~~2020~~, and interim periods within fiscal years beginning after December 15, <u>2022</u> ~~2021~~. Earlier application is permitted.

**[The remainder of this paragraph is not shown here because it is unchanged.]**

**Pending Content:**

**Transition Date:** *(P) December 16, 2018; (N) December 16, <u>2021</u> ~~2020~~* │ **Transition Guidance:** 842-10-65-1

**Note:** These transition date changes will be made in a Maintenance Update.

**> Transition Related to Accounting Standards Updates No. 2019-01,** *Leases (Topic 842): Codification Improvements*, ~~and~~ **No. 2019-10,** *Financial Instruments—Credit Losses (Topic 326), Derivatives and Hedging (Topic 815), and Leases (Topic 842): Effective Dates*<u>, and **No. 2020-05,** *Revenue from Contracts with Customers (Topic 606) and Leases (Topic 842): Effective Dates for Certain Entities*</u>

**842-10-65-4** The following represents the transition and effective date information related to Accounting Standards Updates No. 2019-01, *Leases (Topic 842): Codification Improvements*, ~~and~~ No. 2019-10, *Financial Instruments—Credit Losses (Topic 326), Derivatives and Hedging (Topic 815), and Leases (Topic 842): Effective Dates*<u>, and No. 2020-05, *Revenue from Contracts with Customers (Topic 606) and Leases (Topic 842): Effective Dates for Certain Entities*</u>:

a.  All entities within the scope of paragraph 842-10-65-1(a) shall apply the pending content that links to this paragraph for financial statements issued for fiscal years beginning after December 15, 2019, and interim periods within those fiscal years <u>(with an exception for those entities that have not yet issued their financial statements or made financial statements available</u>

8

for issuance as described in the following sentence). A **not-for-profit entity** <u>that has issued or is a conduit bond obligor for securities that are traded, listed, or quoted on an exchange or an over-the-counter market that has not yet issued financial statements or made financial statements available for issuance as of June 3, 2020, shall apply the pending content that links to this paragraph for fiscal years beginning after December 15, 2019, and interim periods within those fiscal years</u>. All other entities shall apply the pending content that links to this paragraph for financial statements issued for fiscal years beginning after December 15, <u>2021</u> ~~2020~~, and interim periods within fiscal years beginning after December 15, <u>2022</u> ~~2021~~. Earlier application is permitted.

b.  An entity shall apply the pending content that links to this paragraph as of the date that it first applied the pending content that links to paragraph 842-10-65-1 and shall apply the same transition method elected for the pending content that links to paragraph 842-10-65-1 in accordance with paragraph 842-10-65-1(c).

**Pending Content:**

**Transition Date:** *(P) December 16, 2019; (N) December 16, <u>2021</u> ~~2020~~* |
**Transition Guidance:** 842-10-65-4

**Note:** These transition date changes will be made in a Maintenance Update.

## Amendments to Status Sections

4.  Amend paragraph 606-10-00-1, by adding the following item to the table, as follows:

**606-10-00-1** The following table identifies the changes made to this Subtopic.

| Paragraph | Action | Accounting Standards Update | Date |
|---|---|---|---|
| 606-10-65-1 | Amended | 2020-05 | 06/03/2020 |

5.  Amend paragraph 842-10-00-1, by adding the following items to the table, as follows:

**842-10-00-1** The following table identifies the changes made to this Subtopic.

9

**Movant Appx. 24**

| Paragraph | Action | Accounting Standards Update | Date |
|---|---|---|---|
| 842-10-65-1 | Amended | 2020-05 | 06/03/2020 |
| 842-10-65-4 | Amended | 2020-05 | 06/03/2020 |

*The amendments in this Update were adopted by the unanimous vote of the seven members of the Financial Accounting Standards Board:*

Russell G. Golden, *Chairman*
James L. Kroeker, *Vice Chairman*
Christine A. Botosan
Gary R. Buesser
Susan M. Cosper
Marsha L. Hunt
R. Harold Schroeder

10

**Movant Appx. 25**

# Background Information and Basis for Conclusions

## Introduction

BC1.    The following summarizes the Board's considerations in reaching the conclusions in this Update. It includes reasons for accepting certain approaches and rejecting others. Individual Board members gave greater weight to some factors than to others.

## Background Information

BC2.    The Coronavirus Disease 2019 (COVID-19) pandemic is adversely affecting the global economy and causing significant and widespread business and capital market disruptions. The Board is committed to supporting and assisting stakeholders during this difficult time.

BC3.    The Board is issuing this Update as a limited deferral of the effective dates of the following Updates (including amendments issued after the issuance of the original Update) to provide immediate, near-term relief for certain entities for whom these Updates are either currently effective or imminently effective:

  a.    Accounting Standards Update No. 2014-09, *Revenue from Contracts with Customers (Topic 606)* (Revenue)
  b.    Accounting Standards Update No. 2016-02, *Leases (Topic 842)* (Leases).

BC4.    On April 21, 2020, the Board issued proposed Accounting Standards Update, *Revenue from Contracts with Customers (Topic 606) and Leases (Topic 842): Effective Dates for Certain Entities*, with comments due May 6, 2020. The Board received 46 comment letters. Overall, almost all comment letter respondents supported the proposed amendments, which are discussed below.

## Revenue from Contracts with Customers

BC5.    On May 28, 2014, the Board issued Update 2014-09, with an effective date for annual reporting periods beginning after December 15, 2016, including interim periods within that reporting period, for public business entities, certain not-for-profit (NFP) entities, and certain employee benefit plans. The effective date for all other entities was for annual reporting periods beginning after December 15, 2017, and interim periods within annual periods beginning after December 15, 2018.

**Movant Appx. 26**

BC6.    In August 2015, the Board issued Accounting Standards Update No. 2015-14, *Revenue from Contracts with Customers (Topic 606): Deferral of the Effective Date*. The amendments in that Update deferred the effective date of Update 2014-09 for all entities by one year. Public business entities, certain NFP entities, and certain employee benefit plans were required to apply the guidance in Update 2014-09 to annual reporting periods beginning after December 15, 2017, including interim reporting periods within that reporting period. All other entities were required to apply the guidance in Update 2014-09 to annual reporting periods beginning after December 15, 2018, and interim reporting periods within annual reporting periods beginning after December 15, 2019. Early adoption was permitted.

BC7.    In accordance with the effective dates described above, public business entities, certain NFP entities, and certain employee benefit plans are already required to adopt the new guidance. In contrast, many private companies are currently preparing and having their first annual financial statements under the new guidance audited.

BC8.    Stakeholders in the franchise industry raised concerns about adoption of the new guidance. Those stakeholders raised issues about applying Revenue to franchise agreements, specifically to revenue recognition of initial franchise fees. The initial franchise fee is a fee paid to a franchisor in exchange for establishing a franchise relationship, along with the provision of goods or services. This fee typically is paid in a lump sum to the franchisor when a franchise agreement is executed. The primary question raised by stakeholders is how to determine (a) the amount of the initial franchise fee that may be recognized as revenue upon the opening of the franchise location and (b) the amount of the fee that should be deferred for accounting purposes (and recognized as revenue over the franchise license period). The timing of the revenue recognition of the initial franchise fee can have a significant effect on a franchisor's financial statements, particularly franchises that are in the start-up or growth phases. The FASB staff worked with this industry to facilitate a successful adoption, including numerous outreach meetings and the issuance of educational materials. Notwithstanding those efforts, the application of Revenue to initial franchise fees appears to continue to pose significant challenges for private companies.

BC9.    In the amendments in the proposed Update, the Board had proposed deferral of the effective date of Revenue for franchisors that are not public business entities on the basis of stakeholders' feedback in order to provide the Board with time to determine whether any cost-effective solutions to apply Revenue can be developed to address this issue. Contemporaneous with its decision to defer the effective date of the guidance, the Board also added a research project to its agenda to further explore the issue.

BC10.    The Board observes that because the deferral is not mandatory, some franchisors that are not public business entities may decide to early adopt the guidance. Therefore, while the deferral may affect a subset of franchisors, the

12

Board's intent is that the research project would evaluate solutions that may reduce the cost of applying the guidance for all franchisors, not only entities that elect the deferral.

BC11.    The Board received feedback through comment letters that many private companies and NFP entities are experiencing challenges with finalizing their transition to the new guidance because of the COVID-19 pandemic that are similar to the issues described below for Leases. Therefore, the Board decided to extend the deferral to certain entities that have not yet issued their financial statements (or made financial statements available for issuance) reflecting the adoption of Revenue, rather than limiting the deferral to franchisors.

## Leases

BC12.    In February 2016, the Board issued Update 2016-02, which was effective for fiscal years beginning after December 15, 2018, including interim periods within those fiscal years, for public business entities; NFP entities that have issued, or are conduit bond obligors for, securities that are traded, listed, or quoted on an exchange or an over-the-counter market (referred to as public NFP entities); and employee benefit plans that file or furnish financial statements with or to the SEC. For all other entities, Leases was effective for fiscal years beginning after December 15, 2019, and interim periods within fiscal years beginning after December 15, 2020.

BC13.    In November 2019, the Board issued Accounting Standards Update No. 2019-10*, Financial Instruments—Credit Losses (Topic 326), Derivatives and Hedging (Topic 815), and Leases (Topic 842): Effective Dates*. The amendments in Update 2019-10 deferred the effective dates for Leases for entities in the "all other" category by an additional year. Therefore, Leases was effective for all other entities for fiscal years beginning after December 15, 2020, and interim periods within fiscal years beginning after December 15, 2021. Early application is permitted. The deferrals were provided in response to feedback from stakeholders and the Board's monitoring of the implementation of major Updates, which provided a greater understanding of the implementation challenges encountered by all types of entities when adopting a major Update.

BC14.    In Update 2019-10, the Board noted that challenges associated with transition to a major Update are often magnified for private companies, smaller public companies, and NFP entities. Those challenges have been significantly amplified by the current business and capital market disruptions caused by the COVID-19 pandemic. Therefore, the amendments in this Update defer the effective date of Leases for entities in the "all other" category and public NFP entities that have not yet issued their financial statements (or made financial statements available for issuance) reflecting the adoption of Leases.

13

**Movant Appx. 28**

## Benefits and Costs

BC15.    The objective of financial reporting is to provide information that is useful to present and potential investors, creditors, donors, and other capital market participants in making investment, credit, and similar resource allocation decisions. However, the benefits of providing information for that purpose should justify the related costs. Present and potential investors, creditors, donors, and other users of financial information benefit from improvements in financial reporting, while the costs to implement new guidance are borne primarily by present investors. The Board's assessment of the costs and benefits of issuing new guidance is unavoidably more qualitative than quantitative because there is no method to objectively measure the costs to implement new guidance or to quantify the value of improved information in financial statements.

BC16.    The Board does not anticipate that entities will incur significant costs as a result of the amendments in this Update. The amendments for Topic 606 defer the effective date, for a limited subset of entities, of generally accepted accounting principles (GAAP) that are not yet effective, while permitting application of that GAAP as of the original effective date. The amendments for Topic 842 defer the effective date of GAAP for one year for entities in the "all other" category and public NFP entities that have not yet issued their financial statements (or made financial statements available for issuance) reflecting the adoption of Leases while continuing to permit early application. On the basis of outreach with stakeholders, the Board expects that the amendments will reduce implementation costs for some organizations.

BC17.    The Board believes that the amendments in this Update could potentially and temporarily increase costs for users of financial statements because of noncomparability resulting from different effective dates. However, the Board believes that absent the deferral of the effective dates in the amendments in this Update, some entities would not have had sufficient time to implement the guidance in Update 2014-09 and Update 2016-02 because that guidance was either effective or imminently effective, which could have affected the quality of financial information provided to users of financial statements and could have been more costly for those users in the long term.

## Basis for Conclusions

## Revenue from Contracts with Customers

### *Deferral of the Effective Date*

14

BC18.    The amendments in this Update defer, for one year, the required effective date of Revenue for certain entities that have not yet issued their financial statements (or made financial statements available for issuance) reflecting the adoption of Revenue. Those entities may elect to adopt the guidance for annual reporting periods beginning after December 15, 2019, and for interim reporting periods within annual reporting periods beginning after December 15, 2020.

BC19.    The Board decided that it is not mandatory for an entity to apply this deferral. That is, entities may elect to follow the effective date in ASU 2015-14, which is annual reporting periods beginning after December 15, 2018. Because of the timing of the issuance of this Update, the Board observes that entities may have already completed their financial statements under Revenue or may be near the completion of their audits. The Board did not want to disrupt the implementation for those entities.

## *Initial Franchise Fees*

BC20.    The proposed deferral of the adoption of Revenue for franchisors was primarily related to questions raised by stakeholders in the franchise industry about the timing of recognizing revenue for initial franchise fees. The initial franchise fee is a fee paid to a franchisor in exchange for establishing a franchise relationship, along with the provision of goods or services. This fee is typically paid in a lump sum to the franchisor when a franchise agreement is executed. Before the adoption of Revenue, under Topic 952, Franchisors, the initial franchise fee typically was recognized when the franchise location opened. Because of the existence of industry-specific GAAP, franchisors historically have not had to assess whether pre-opening services represent separate deliverables.

BC21.    Under Revenue, a franchisor should determine whether the pre-opening activities (for example, training, site selection, and so forth) contain any distinct goods or services. The transaction price is then allocated to distinct performance obligations on the basis of standalone selling prices. If the franchisor determines that some or all of the pre-opening services are distinct, then it would recognize allocated revenue when (or as) those services are performed (that is, typically before the opening of the franchise).

BC22.    When implementing Revenue, the question raised by the industry is whether an initial franchise fee relates to a single performance obligation for the license of intellectual property, which must be spread over the term of the license arrangement, or whether the initial franchise fee may be allocated to separate performance obligations associated with the activities of the location opening. Because the allocation of revenue depends on determining whether the goods or services are distinct (which some, all, or none may be), as well as determining the standalone selling price for each performance obligation, the answer may differ from franchisor to franchisor.

15

**Movant Appx. 30**

BC23.    In November 2018, the FASB staff issued an educational paper[1] on this issue. That paper describes the analysis required to be performed under Topic 606 and also explains that when assessing the guidance, entities should consider the facts and circumstances of their specific arrangements and not overgeneralize. Franchise arrangements vary considerably. Determining whether pre-opening services are distinct will depend on "what" the franchisor is doing. That is, the franchisor should understand the nature of the services it is performing and whether some, none, or all of those services are distinct in order to arrive at an appropriate accounting conclusion.

BC24.    Despite educational efforts on this issue, the Board observes that many in the industry have continued to struggle with applying Revenue to initial franchise fees. The industry has raised concerns about the significant cost of adopting the guidance and potential diversity arising in how preparers and auditors are applying the guidance. Some stakeholders provided feedback that some audit firms interpret that Revenue requires franchisors to defer the initial franchise fee over the term of the franchise license, without considering whether pre-opening activities are distinct services. Stakeholders also asserted that preparers that believe that a portion of their pre-opening activities are distinct have incurred significant costs in analyzing and documenting the nature of the services. Therefore, the amendments in this Update defer the effective date of the guidance to provide the Board with time to explore a cost-effective solution to apply Revenue for this issue.

## Leases

BC25.    The development of systems to effectively implement Leases may be delayed for some entities because of constraints on internal and external resources. Although many public business entities did not have fully operating lease systems to transition to Leases, they were able to perform manual workarounds with their available resources. Many entities in the "all other" category do not have those resources. Considering the current state of the economy and business priorities, it is unclear whether even large public business entities would have been able to effectively implement Leases during this pandemic considering the imminent effective date. Further complicating the situation is that many leases will be renegotiated and restructured to temporarily alleviate some of the financial burden on certain lessees until the economic effects of COVID-19 are resolved. Therefore, the Board anticipates that accounting resources will be spending a significant amount of time over the next several months supporting and negotiating changes to lease contracts as opposed to supporting the implementation of Leases.

BC26.    Because of those challenges, the Board considered whether to defer the effective date of Leases for certain entities because of business disruptions from COVID-19, specifically for those in the "all other" category and public NFP entities

---

[1]Update on Implementation Activities for Franchise Industry.

16

**Movant Appx. 31**

that have not yet issued their financial statements (or made financial statements available for issuance) reflecting the adoption of Leases. The Board decided that a deferral for these limited entities was needed at this time because of the rapidly approaching year-end or financial statement issuance dates for public NFP entities and because the effective date for entities in the "all other" category is imminent.

## Private Companies and NFP Entities, excluding Public NFP Entities

BC27.    The Board had planned to consider potential ways to assist private company and NFP stakeholders in a public roundtable in May 2020. The purpose of the roundtable is, in part, to obtain further feedback on critical implementation areas from public companies and public company auditors to determine whether Board action would be required to simplify the application of Leases without compromising its objectives for private entities and NFP entities. This roundtable has been postponed because of the COVID-19 pandemic, and the Board anticipates that the earliest it could be held would be later this year. This delay, compounded with the possibility of a backlog of normal operating activity increasing in the summer months, would provide the Board with insufficient time to perform the necessary actions to assist private company and NFP stakeholders before Leases is effective for those entities (if implementation-related activities are necessary).

BC28.    The amendments in this Update defer the effective date of Leases by one year for entities in the "all other" category. Therefore, Leases is effective for those entities for fiscal years beginning after December 15, 2021, and interim periods within fiscal years beginning after December 15, 2022. The Board believes that this deferral ensures that there is adequate time for those preparers to implement Leases, considering that the effective date for entities in the "all other" category is imminent. Early application continues to be permitted, which means that an entity may choose to implement Leases before the deferred effective dates. For example, an entity may choose to implement Leases as of the beginning of the first quarter of its fiscal year, in an interim period, rather than waiting to apply the guidance to the annual reporting period. Comment letter respondents supported the deferral.

## Public NFP Entities

BC29.    During the Board's deliberations preceding the issuance of Update 2019-10, a deferral for public NFP entities was requested by certain stakeholders, including a member of the FASB's Not-for-Profit Advisory Committee (NAC). At that time, the Board decided against deferring the effective date for public NFP entities. Specifically, the Board rejected deferring Leases for those entities primarily because Leases already was effective for those entities. Additionally, the Board reasoned that deferring the effective date for those entities could cause

17

**Movant Appx. 32**

confusion and add complexity to the effective date requirements. Considering the current state of the economy and business priorities, the Board considered whether public NFP entities should be afforded a similar one-year effective date deferral for Leases.

BC30.    The Board observed that public NFP entities mostly comprise higher education (colleges and universities) and healthcare organizations. Public NFP entities are required to post GAAP-compliant financial statements in the Electronic Municipal Market Access (EMMA) system on an annual basis. EMMA is governed by the SEC and the Municipal Securities Rulemaking Board (MSRB). The content and timing of the required filings are negotiated between the issuer (the public NFP) and the underwriter (typically a broker-dealer) and are included in the initial offering circular as a continuous disclosure agreement. The requirements of continuous disclosure agreements vary and are market driven; some require only annual information, while others require certain interim financial information or interim financial statements. Continuous disclosure agreements in healthcare often require some form of interim information, but the timing of the posting (for example, 90 days after fiscal year-end) also is negotiated between the issuer and the underwriter. However, public NFP entities also may have earlier reporting requirements to satisfy, for example, bank covenants or grantor requirements.

BC31.    Almost all higher education institutions have fiscal year-ends ending on or after May 31. Assuming a fiscal year-end of May 31, 2020, those entities are required to reflect the adoption of Leases as of June 1, 2019, in their annual financial statements as of and for the year ended May 31, 2020. However, those entities may not have commenced or finalized their implementation of Leases because, per the Board's research, public NFP higher education institutions generally do not issue GAAP-compliant interim financial statements. Additionally, the Board learned that those organizations (not considering any other reporting requirements) may have negotiated up to nine months after fiscal year-end to post their financial statements in EMMA.

BC32.    Most public NFP healthcare organizations use fiscal year-ends of either December 31 or on or after June 30. Therefore, the population of NFP healthcare organizations that may not have commenced or finalized their implementation of Leases is generally those issuing financial statements for fiscal years ending on or after June 30, 2020. The Board's research indicates that many public NFP healthcare organizations may be required to post interim financial information or interim financial statements to EMMA. Therefore, organizations may have already adopted Leases as of the first day of their fiscal year ending in 2020 (for example, July 1, 2019, for a public NFP with a fiscal year-end of June 30, 2020). In accordance with paragraphs 842-10-65-1 and 842-10-65-4, the deferred effective date is not applicable if an entity has already issued financial statements (or made financial statements available for issuance) prior to the issuance of this Update. Therefore, a public NFP entity is eligible for the deferral if it has posted only interim financial information in EMMA. Conversely, a public NFP entity is ineligible for the deferral if it has posted interim or annual GAAP-compliant financial statements in

18

**Movant Appx. 33**

EMMA because that would be an issuance of financial statements. While *financial information* is a broad term that can vary widely in content from an earnings release to a balance sheet and income statement, *GAAP-compliant financial statements* is a widely understood term and includes a full set of disclosures. The Board acknowledges that a public NFP entity that has posted financial information on EMMA may still have significant remaining costs to complete its adoption of Leases to produce a full set of financial statements with disclosures.

BC33.    Feedback from NAC members at the April 2020 NAC meeting indicated that public NFP entities, especially those in the higher education and healthcare sectors, could benefit from a deferral because operational and regulatory COVID-19 issues have been consuming almost all preparer resources over the past few weeks. While the NAC members explained that those organizations' readiness to adopt Leases varies, many use the last quarter before the effective date to finalize their implementation, which is not feasible in the current environment. NAC members mentioned that it would be beneficial to provide a one-year deferral of Leases so that those organizations can give implementation the time and attention it deserves once normal conditions return. They said that while some organizations may decide to implement Leases as of the original effective date, others—particularly smaller organizations—would take advantage of a deferral. Users of public NFP financial statements were not concerned about a lack of comparability among those organizations that adopt as of the original effective date (or early adopt) or who decide to implement upon the deferred effective date because they are used to adjusting their analyses for varying dates of adoption.

BC34.    The amendments in this Update defer the effective date of Leases by one year for NFP entities that have issued or are conduit bond obligors for securities that are traded, listed, or quoted on an exchange or an over-the-counter market that have not yet issued financial statements (or made financial statements available for issuance) reflecting the adoption of Leases. Therefore, Leases is effective for those entities for fiscal years beginning after December 15, 2019, and interim periods within those fiscal years. Early application continues to be permitted, which means that an entity may choose to implement Leases before the deferred effective date. The Board believes that this deferral for public NFP entities is needed at this time because Leases is currently effective for those entities and because the year-end dates or financial statement issuance dates of higher education and healthcare organizations are rapidly approaching. Almost all comment letter respondents supported the deferral.

Movant Appx. 34

# Amendments to the XBRL Taxonomy

The amendments to the *FASB Accounting Standards Codification*® in this Accounting Standards Update (ASU) do not require improvements to the current U.S. GAAP Financial Reporting Taxonomy (Taxonomy). However, the provisions of this ASU may affect the timing of changes to references and deprecations in future Taxonomies.

20

Movant Appx. 35

# EXHIBIT 3

Table of Contents

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
**WASHINGTON, DC 20549**

# FORM 10-Q

**(Mark One)**

☒    **QUARTERLY REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**For the quarterly period ended March 31, 2022**

**OR**

☐    **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**For the transition period from to**

**Commission File Number: 001-39791**

# INSPIRATO INCORPORATED
**(Exact Name of Registrant as Specified in its Charter)**

| | |
|---|---|
| **Delaware** | **85-2426959** |
| **(State or other jurisdiction of** | **(I.R.S. Employer** |
| **incorporation or organization)** | **Identification No.)** |
| **1544 Wazee Street** | |
| **Denver, CO** | **80202** |
| **(Address of principal executive offices)** | **(Zip Code)** |

**Registrant's telephone number, including area code: (303) 586-7771**

**Not applicable**

(Former name, former address, and former fiscal year, if changed since last report)

Securities registered pursuant to Section 12(b) of the Act:

| Title of each class | Trading Symbol(s) | Name of each exchange on which registered |
|---|---|---|
| **Class A Common Stock, $0.0001 par value per share** | **ISPO** | **The Nasdaq Global Market** |
| **Warrants, each whole warrant exercisable for one share of Class A Common Stock at an exercise price of $11.50 per share** | **ISPOW** | **The Nasdaq Global Market** |

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days. Yes ☒ No ☐

Indicate by check mark whether the registrant has submitted electronically every Interactive Data File required to be submitted pursuant to Rule 405 of Regulation S-T (§232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit such files). Yes ☒ No ☐

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, smaller reporting company, or an emerging growth company. See the definitions of "large accelerated filer," "accelerated filer," "smaller reporting company," and "emerging growth company" in Rule 12b-2 of the Exchange Act.

| | | | |
|---|---|---|---|
| Large accelerated filer | ☐ | Accelerated filer | ☐ |
| Non-accelerated filer | ☒ | Smaller reporting company | ☒ |
| | | Emerging growth company | ☒ |

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ☐

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Exchange Act). Yes ☐ No ☒

As of May 10, 2022, the registrant had 52,442,654 shares of Class A Common Stock, 69,780,665 shares of Class V Common Stock, and 8,624,800 Warrants outstanding.

**Table of Contents**

|  |  | **Page** |
|---|---|---|
| **PART I.** | **FINANCIAL INFORMATION** | |
| Item 1. | Financial Statements (Unaudited) | 4 |
|  | Consolidated Balance Sheets | 4 |
|  | Consolidated Statements of Operations and Comprehensive Loss | 5 |
|  | Consolidated Statements of Equity | 6 |
|  | Consolidated Statements of Cash Flows | 7 |
|  | Notes to Unaudited Consolidated Financial Statements | 8 |
| Item 2. | Management's Discussion and Analysis of Financial Condition and Results of Operations | 22 |
| Item 3. | Quantitative and Qualitative Disclosures About Market Risk | 34 |
| Item 4. | Controls and Procedures | 35 |
| **PART II.** | **OTHER INFORMATION** | 37 |
| Item 1. | Legal Proceedings | 37 |
| Item 1A. | Risk Factors | 37 |
| Item 2. | Unregistered Sales of Equity Securities and Use of Proceeds | 74 |
| Item 3. | Defaults Upon Senior Securities | 75 |
| Item 4. | Mine Safety Disclosures | 75 |
| Item 5. | Other Information | 75 |
| Item 6. | Exhibits | 75 |
| SIGNATURES |  | 78 |

i

**Movant Appx. 38**

Table of Contents

**SPECIAL NOTE REGARDING FORWARD-LOOKING STATEMENTS**

This Quarterly Report on Form 10-Q contains forward-looking statements within the meaning of Section 27A of the Securities Act and Section 21E of the Securities Exchange Act of 1934, as amended, which statements involve substantial risks and uncertainties. Our forward-looking statements include, but are not limited to, statements regarding our and our management team's hopes, beliefs, intentions or strategies regarding the future or our future events or our future financial or operating performance. The words "anticipate," "believe," "continue," "could," "estimate," "expect," "intends," "may," "might," "plan," "possible," "potential," "predict," "project," "should," "will," "would" and similar expressions may identify forward-looking statements, but the absence of these words does not mean that a statement is not forward-looking. Forward-looking statements in this Quarterly Report on Form 10-Q may include, for example, statements about:

- Our ability to recognize the anticipated benefits of the Business Combination (as defined below);

- Changes in our strategy, future operations, financial position, estimated revenue and losses, projected costs, prospects and plans;

- The implementation, market acceptance and success of our business model and growth strategy;

- Our expectations and forecasts with respect to the size and growth of the travel and hospitality industry;

- The ability of our services to meet customers' needs;

- Our ability to compete with others in the luxury travel and hospitality industry;

- Our ability to grow our market share;

- Our ability to attract and retain qualified employees and management;

- Our ability to adapt to changes in consumer preferences, perception and spending habits and develop and expand its destination offerings and gain market acceptance of our services, including in new geographies;

- Our ability to develop and maintain our brand and reputation;

- Developments and projections relating to our competitors and industry;

- The impact of health epidemics, including the COVID-19 pandemic, on our business and the actions we may take in response thereto;

- The impact of the COVID-19 pandemic on customer demands for travel and hospitality services;

- Expectations regarding the time during which we will be an emerging growth company under the Jumpstart Our Business Startups Act of 2012 (the "JOBS Act");

- The ability to maintain the listing of our Class A Common Stock (as defined below) and Warrants (as defined below) on the Nasdaq Stock Market LLC ("Nasdaq");

- Our future capital requirements and sources and uses of cash;

- Our ability to obtain funding for our operations and future growth;

- Our business, expansion plans and opportunities; and

- Other factors detailed under the section entitled "Risk Factors."

We caution you that the foregoing list does not contain all of the forward-looking statements made in this Quarterly Report on Form 10-Q.

**Movant Appx. 39**

Table of Contents

You should not rely upon forward-looking statements as predictions of future events. We have based the forward-looking statements contained in this Quarterly Report on Form 10-Q primarily on our current expectations and projections about future events and trends that we believe may affect our business, operating results, financial condition and prospects. The outcome of the events described in these forward-looking statements is subject to risks, uncertainties and other factors, including those described in the section titled "Risk Factors" and elsewhere in this Quarterly Report on Form 10-Q. Moreover, we operate in a very competitive and rapidly changing environment. New risks and uncertainties emerge from time to time and it is not possible for us to predict all risks and uncertainties that could have an impact on the forward-looking statements contained in this Quarterly Report on Form 10-Q. We cannot assure you that the results, events and circumstances reflected in the forward-looking statements will be achieved or occur, and actual results, events or circumstances could differ materially from those described in the forward-looking statements.

Neither we nor any other person assumes responsibility for the accuracy and completeness of any of these forward-looking statements. Moreover, the forward-looking statements made in this Quarterly Report on Form 10-Q relate only to events as of the date on which the statements are made. We undertake no obligation to update any forward-looking statements made in this Quarterly Report on Form 10-Q to reflect events or circumstances after the date of this Quarterly Report on Form 10-Q or to reflect new information or the occurrence of unanticipated events, except as required by law. You should not place undue reliance on our forward-looking statements. Our forward-looking statements do not reflect the potential impact of any future acquisitions, mergers, dispositions, joint ventures or investments we may make.

In addition, statements that "we believe" and similar statements reflect our beliefs and opinions on the relevant subject. These statements are based upon information available to us as of the date of this Quarterly Report on Form 10-Q and while we believe such information forms a reasonable basis for such statements, such information may be limited or incomplete, and such statements should not be read to indicate that we have conducted an exhaustive inquiry into, or review of, all potentially available relevant information. These statements are inherently uncertain, and investors are cautioned not to unduly rely upon these statements.

3

**Movant Appx. 40**

Table of Contents

**INSPIRATO INCORPORATED**
**NOTES TO CONDENSED CONSOLIDATED FINANCIAL STATEMENTS**

**(1) Nature of Business**

Inspirato Incorporated and its subsidiaries (the "Company") is a subscription-based luxury travel company that provides unique solutions for (i) affluent travelers seeking superior service and certainty across a wide variety of accommodations and experiences and (ii) hospitality suppliers who want to solve pain points that include monetizing excess inventory and efficiently outsourcing the hassle involved in managing rental properties.

Inspirato Incorporated was incorporated in Delaware on July 31, 2020 as Thayer Ventures Acquisition Corporation ("Thayer"); a special purpose acquisition company ("SPAC") for the purpose of effecting a merger with one or more operating businesses. On February 11, 2022 (the "Closing Date"), Thayer and Inspirato LLC consummated the transaction contemplated in the Business Combination Agreement dated June 30, 2021 and as amended September 15, 2021 (the "Business Combination Agreement") whereby amongst other transactions, a subsidiary of Thayer merged within and into Inspirato LLC with Inspirato LLC as the surviving company (the "Business Combination"), resulting in Inspirato LLC becoming a subsidiary of Thayer. Thayer changed its name to "Inspirato Incorporated" upon closing of the Business Combination (the "Closing").

The Business Combination was accounted for as a reverse recapitalization whereby Inspirato LLC acquired Thayer for accounting purposes. As such, the financial statements presented herein represent the operating results, assets and liabilities of Inspirato LLC before and after the Business Combination. See Note 3 - Reverse Recapitalization for more information.

As of March 31, 2022, the Company had

42 subsidiaries and one branch, of which 33 are wholly owned domestic limited liability companies. The remaining 9 and the branch are as follows: (i) a wholly owned Mexican S.R.L; (ii) a wholly owned Turks and Caicos limited company; through direct domestic subsidiaries, (iii) a wholly owned Cayman exempted company; (iv) a wholly owned Costa Rican limited liability company; (v) a wholly owned Italian S.R.L.; (vi) a wholly owned Canadian unlimited liability company; (vii) a wholly owned Dominican Republic branch of a wholly owned domestic liability company; (viii) a wholly owned U.S. Virgin Islands' limited liability company; (ix) a wholly owned Puerto Rican limited liability company; and (x) a wholly owned Grenadian limited liability company. These entities typically lease local properties.

Since early 2020, the COVID-19 pandemic has severely restricted the level of economic activity around the world and is continuing to have an unprecedented effect on the global hospitality and travel industries. The global spread of COVID-19 has been and continues to be a complex and evolving situation. The COVID-19 pandemic had a materially adverse impact on the Company's results of operations and financial condition, particularly in 2020. Revenues declined as a result of reduced travel and management undertook cost reduction methods in response. No impairments were recorded during the periods presented. Through March 31, 2022 as restrictions were lifted across travel destinations, revenues began to recover to pre-pandemic levels. However, due to the significant uncertainty surrounding the pandemic, including the potential adverse impact of the spread of COVID-19 variants, management's judgment regarding this could change in the future. Management cannot estimate the length or impacts of the COVID-19 outbreak on the Company's future operations, financial position and cash flows, particularly if there are significant impacts that continue in the future.

**(2) Significant Accounting Policies**

*(a) Basis of Presentation*

The accompanying unaudited condensed consolidated financial statements included herein have been prepared in accordance with accounting principles generally accepted in the United States of America ("GAAP") and applicable rules and regulations of the U.S. Securities and Exchange Commission (the "SEC") regarding interim financial reporting. Certain information and disclosures normally included in the financial statements prepared in accordance with GAAP have been condensed or omitted pursuant to such rules and regulations. These unaudited condensed consolidated financial statements should be read together with the Company's audited consolidated financial statements and accompanying notes as of and for the years ended December 31, 2021 and for the period from July 31, 2020 (inception) through December 31, 2020 and Inspirato LLC's audited consolidated financial statements and accompanying notes for the years ended December 31, 2020 and 2021 included in the final prospectus statement dated March 10, 2022 with the SEC pursuant to Rule 424(b)(3) under the Securities Act.

8

**Movant Appx. 41**

Table of Contents

In management's opinion, these unaudited condensed consolidated financial statements have been prepared on the same basis as the audited annual financial statements and reflect all adjustments, which include normal recurring adjustments, necessary for the fair statement of the Company's financial position as of March 31, 2022 and the results of operations for the three months ended March 31, 2022. The results of operations for the three months ended March 31, 2022 are not necessarily indicative of the results to be expected for the full year ending December 31, 2022 or any other future interim or annual period.

For the three months ended March 31, 2021, these unaudited condensed consolidated financial statements present the consolidated results of operations, comprehensive income (loss), cash flows and changes in equity of Inspirato LLC. The condensed consolidated balance sheet as of December 31, 2021 presents the financial condition of Inspirato LLC and its wholly-owned subsidiaries. All intercompany balances and transactions of Inspirato LLC have been eliminated.

The Business Combination was accounted for as a reverse recapitalization and the financial statements presented herein are for Inspirato Incorporated and its subsidiaries, including Inspirato LLC. Inspirato LLC was the accounting acquirer of Thayer and the financial statements for all periods prior to February 11, 2022 are for those of Inspirato LLC. See Note 3 - Reverse Recapitalization for more information.

In accordance with Accounting Standards Codification ("ASC") Topic 805, "Business Combinations" the historical equity of Inspirato LLC has been recast in all periods up to the Closing Date, to reflect the number of shares of Inspirato Incorporated's Class A Common Stock (as defined below) and Class V Common Stock (as defined below) issued to Inspirato LLC Holders in connection with the Business Combination. The Company recast the units outstanding related to the historical Inspirato LLC preferred units and common units (the "Historical Inspirato LLC Equity") prior to the Business Combination, reflecting the exchange ratio of 1-for-37.2275, pursuant to the Business Combination Agreement. The consolidated financial statements and related notes thereto give effect to the conversion for all periods presented. The consolidated financial statements do not necessarily represent the capital structure of Inspirato Incorporated had the Business Combination occurred in prior periods.

*(b) Principles of Consolidation*

For the period of February 11, 2022 through March 31, 2022, the consolidated financial statements comprise the accounts of the Company and its consolidated subsidiaries, including Inspirato LLC. In determining the accounting of Inspirato Incorporated's interest in Inspirato LLC after the Business Combination, management concluded Inspirato LLC was not a variable interest entity as defined by ASC Topic 810, "Consolidation," and as such, Inspirato LLC was evaluated under the voting interest model. As Inspirato Incorporated has the right to appoint a majority (four of the seven) managers of Inspirato LLC, Inspirato Incorporated controls Inspirato LLC, and therefore, the financial results of Inspirato LLC and its subsidiaries, after the Closing on February 11, 2022, are consolidated with and into Inspirato Incorporated's financial statements. All intercompany accounts and transactions among the Company and its consolidated subsidiaries have been eliminated.

For the days and periods prior to Business Combination, the consolidated financial statements of the Company comprise the accounts of Inspirato LLC and its wholly-owned subsidiaries. All intercompany accounts and transactions among Inspirato LLC and its consolidated subsidiaries were eliminated.

*(c) Use of Estimates*

The preparation of condensed consolidated financial statements in conformity with GAAP requires management to make estimates and assumptions that affect the reported amounts of assets and liabilities and disclosure of contingent assets and liabilities at the date of the condensed consolidated financial statements and the reported amounts of revenue and expenses during the reporting period. Changes in facts and circumstances or discovery of new information may result in revised estimates, and actual results could differ from those estimates.

The condensed consolidated financial statements include amounts that are based on management's best estimates and judgments. The most significant estimates relate to valuation and estimated economic lives of capitalized software and long-lived assets, contingencies, allowance accounts, expected length of certain subscription types, and fair value measurements related to stock-based compensation.

9

**Movant Appx. 42**

Table of Contents

### (d) Leases

The Company is party to operating lease agreements for its vacation homes, hotels and corporate offices. In February 2016, the FASB issued ASU No. 2016-02 ("ASC 842"), *Leases*, to require lessees to recognize all leases, with certain exceptions, on the balance sheet, while recognition on the statement of operations remains similar to legacy lease accounting. Subsequently, the FASB issued ASU No. 2018-10, Codification Improvements to Topic 842, Leases, ASU No. 2018-11, Targeted Improvements, ASU No. 2018-20, Narrow-Scope Improvements for Lessors, and ASU 2019-01, Codification Improvements, to clarify and amend the guidance in ASU No. 2016-02. ASC 842 eliminates real estate-specific provisions and modifies certain aspects of lessor accounting.

The Company adopted ASC 842 as of January 1, 2022 using the modified retrospective approach ("adoption of the new lease standard"). This approach allows entities to either apply the new lease standard to the beginning of the earliest period presented or only to the consolidated financial statements in the period of adoption without restating prior periods. The Company has elected to apply the new guidance at the date of adoption without restating prior periods. In addition, the Company elected the package of practical expedients permitted under the transition guidance within the new standard, which allowed the Company to carry forward the historical determination of contracts as leases and lease classification and not reassess initial direct costs for historical lease arrangements. We also elected the practical expedient to not separate lease and non-lease components for all of our current classes of leases.

Operating lease assets are included within operating lease right of use ("ROU") assets. The corresponding operating lease liabilities are included within other current liabilities and other long-term liabilities on the Company's condensed consolidated balance sheet as of March 31, 2022.

The Company has elected not to present short-term leases on the consolidated balance sheet as these leases have a lease term of 12 months or less at lease inception and do not contain purchase options or renewal terms that the Company is reasonably certain to exercise. All other lease assets and lease liabilities are recognized based on the present value of lease payments over the lease term at the later of ASC 842 adoption date or lease commencement date. Because most of the Company's leases do not provide an implicit rate of return, the Company used the Company's incremental borrowing rate based on the information available at adoption date or lease commencement date in determining the present value of lease payments.

Adoption of the new lease standard on January 1, 2022 had a material impact on the Company's interim condensed consolidated financial statements. The most significant impacts related to the (i) recording of ROU assets of $193 million, and (ii) recording lease liabilities of $200 million, as of January 1, 2022 on the consolidated balance sheets. The Company also reclassified prepaid expenses of $1.1 million and deferred rent balances (including tenant improvement allowances and other liability balances) of $7.9 million relating to the Company's existing lease arrangements as of December 31, 2021, into the ROU asset balance as of January 1, 2022. ROU assets represent the Company's right to use an underlying asset for the lease term and lease liabilities represent the Company's obligation to make lease payments arising from the lease. The standard did not materially impact the Company's consolidated statement of operations and consolidated statement of cash flows and has had no impact on our debt covenants.

The cumulative effect of the changes made to the Company's consolidated balance sheet as of January 1, 2022 for the adoption of the new lease standard was as follows (in thousands):

| | Balances at December 31, 2021 | Adjustments from Adoption of New Lease Standard | Balances at January 1, 2022 |
|---|---|---|---|
| **Assets** | | | |
| Prepaid expenses | $ 11,101 | $ (1,094) | $ 10,007 |
| Operating lease ROU assets | - | 193,332 | 193,332 |
| **Liabilities** | | | |
| Current lease liability | $ - | $ 59,933 | $ 59,933 |
| Other current liabilities | 457 | (457) | - |
| Long-term lease liability | - | 140,230 | 140,230 |
| Other long-term liabilities | 7,468 | (7,468) | - |

10

**Movant Appx. 43**

Table of Contents

*(e) Earnings (Loss) Per Share*

Basic earnings (loss) per share ("EPS") is computed by dividing net earnings or loss attributable to Inspirato Incorporated Class A common stock ("Class A Common Stock"), as applicable, by the weighted average number of shares of Class A Common Stock outstanding during the period. Diluted EPS is computed after adjusting the basic EPS computation for the effect of potentially dilutive securities outstanding during the period. The effect of non-vested awards, if dilutive, is computed using the treasury stock method.

*(f) Noncontrolling Interests*

Noncontrolling interests represent the economic interest of Inspirato LLC not owned by Inspirato Incorporated. These noncontrolling interests arose from the Business Combination. Noncontrolling interests are initially recorded as the relative proportion of the net assets of Inspirato LLC at the time of the Business Combination. This amount is subsequently adjusted for the proportionate share of earnings or losses attributable to the noncontrolling interests and any dividends or distributions paid to the noncontrolling interests.

As of March 31, 2022, Inspirato Incorporated directly owned

41.2% of the interest in Inspirato LLC and the noncontrolling interest was 58.8%. The noncontrolling interest relates to the economic interests in Inspirato LLC held directly by owners of our Inspirato Incorporated Class V common stock ("Class V Common Stock") in the form of New Common Units (as defined below) as a result of Business Combination. See Note 3 - Reverse Recapitalization,

*(g) Income Taxes*

For periods prior to the Business Combination, Inspirato LLC was treated as a partnership for U.S. federal income tax purposes. As a partnership, Inspirato LLC is itself generally not subject to U.S. federal income tax under current U.S. tax laws, and any taxable income or loss is passed through and included in the taxable income or loss of its members, including Inspirato Incorporated. Inspirato Incorporated is subject to U.S. federal income taxes, in addition to state and local income taxes, with respect to its distributive share of the items of the net taxable income or loss and any related tax credits of Inspirato LLC.

Subsequent to the Business Combination, Inspirato Incorporated holds an interest in Inspirato LLC, which continues to be treated as a partnership for U.S. federal income tax purposes. Inspirato LLC is also subject to taxes in foreign jurisdictions in which it operates.

Inspirato Incorporated is subject to income taxes predominately in the U.S. The Company provides for income taxes and the related accounts under the asset and liability method. Income tax expense, deferred tax assets and liabilities and reserves for unrecognized tax benefits reflect management's best assessment of estimated current and future taxes to be paid. The relevant tax laws are often complex and may be subject to different interpretations.

Deferred income taxes arise from temporary differences between the financial statement carrying amount and the tax basis of assets and liabilities and are measured using the enacted tax rates expected to be in effect during the year in which the basis difference reverses. In evaluating the ability to recover its deferred tax assets within the jurisdiction from which they arise, the Company considers all available positive and negative evidence. If based upon all available positive and negative evidence, it is more likely than not that the deferred tax assets will not be realized, a valuation allowance is established. The valuation allowance may be reversed in a subsequent reporting period if the Company determines that it is more likely than not that all or part of the deferred tax asset will become realizable.

The Company's interpretations of tax laws are subject to review and examination by various taxing authorities and jurisdictions where the Company operates, and disputes may occur regarding its view on a tax position. These disputes over interpretations with the various tax authorities may be settled by audit, administrative appeals or adjudication in the court systems of the tax jurisdictions in which the Company operates. The Company regularly reviews whether it may be assessed additional income taxes as a result of the resolution of these matters, and the Company records additional reserves as appropriate. In addition, the Company may revise its estimate of income taxes due to changes in income tax laws, legal interpretations and business strategies. The Company recognizes the financial statement effects of uncertain income tax positions when it is more likely than not, based on the technical merits, that the position will be sustained upon examination. The Company records interest and penalties related to uncertain income tax positions in income tax expense. For additional information income taxes, see Note 7.

**Movant Appx. 44**

Table of Contents

*(h) Warrant Liabilities*

The Company does not use derivative instruments to hedge exposures to cash flow, market, or foreign currency risks. The Company evaluates all of its financial instruments, including issued stock purchase warrants, to determine if such instruments are derivatives or contain features that qualify as embedded derivatives, pursuant to ASC 480 and FASB ASC Topic 815, "Derivatives and Hedging" ("ASC 815"). The classification of derivative instruments, including whether such instruments should be recorded as liabilities or as equity, is re-assessed at the end of each reporting period. In accordance with ASC Topic 825-10 "Financial Instruments", offering costs attributable to the issuance of the derivative warrant liabilities have been allocated based on their relative fair value of total proceeds and are recognized in the consolidated statement of operations as incurred.

The warrants to purchase Class A Common Stock issued in connection with the IPO of Thayer (the "Public Warrants") and the private placement warrants to purchase Class A Common Stock held by Thayer Ventures Acquisition Holdings LLC (the "Sponsor," and such warrants the "Private Warrants" and the Public Warrants and Private Warrants collectively, the "Warrants") are recognized as derivative liabilities in accordance with ASC 815. Accordingly, the Company recognizes the Warrants as liabilities at fair value and adjusts the instruments to fair value at each reporting period. The liabilities are subject to re-measurement at each balance sheet date until exercised, and any change in fair value is recognized in the Company's consolidated statement of operations. The fair value of the Warrants as of March 31, 2022 is based on observable listed prices for such Warrants. As the transfer of Private Warrants to anyone who is not a permitted transferee would result in the Private Warrants having substantially the same terms as the Public Warrants, the Company determined that the fair value of each Private Warrant is equivalent to that of each Public Warrant. The determination of the fair value of the warrant liability may be subject to change as more current information becomes available and accordingly the actual results could differ significantly. Derivative warrant liabilities are classified as non-current liabilities as their liquidation is not reasonably expected to require the use of current assets or require the creation of current liabilities. On March 14, 2022, all 7.2 million Private Warrants were exercised on a cashless basis into 5.1 million shares of Class A Common Stock.

**(3) Reverse Recapitalization**

On February 11, 2022, Inspirato LLC and Thayer consummated the Business Combination, resulting in Inspirato LLC becoming a subsidiary of Thayer. The resulting Company organizational structure is commonly referred to as an umbrella partnership corporation (or "UP-C") structure. This organizational structure allows certain Continuing Inspirato Members (as defined below), to retain their equity ownership directly in Inspirato LLC.

The Business Combination was accounted for as a reverse recapitalization in accordance with GAAP; management determined Inspirato LLC was not a variable interest entity (see Note 2), and as result, identified Inspirato LLC as the accounting acquirer of the Business Combination in accordance ASC Topic 805. Thayer was treated as the "acquired" company for accounting purposes. This determination is primarily based on the fact that subsequent to the Business Combination, the Continuing Inspirato Members have a majority of the voting power of the Company, and Inspirato LLC's operations comprise all of the ongoing operations of the Company. Following the Business Combination, Inspirato LLC is managed by a seven-person board of managers designated by Inspirato Incorporated and the holders of the noncontrolling interests in Inspirato LLC, who also hold noneconomic voting interests in Inspirato Incorporated through their ownership of Class V Common Stock of Inspirato Incorporated ("Continuing Inspirato Members").

In connection with the Business Combination, among other things, (i) Thayer changed its name to "Inspirato Incorporated", (ii) each of the then issued and outstanding Class A and Class B common stock of Thayer, converted automatically, on a one-for-one basis, into a shares of Class A Common Stock of Inspirato Incorporated, (iii) each of the then issued and outstanding warrants of Thayer converted automatically into a redeemable warrant to purchase one share of Class A Common Stock, and (iv) each of the then issued and outstanding units of Thayer that had not been previously separated into the underlying Thayer Class A Common Stock and Thayer public warrant upon the request of the holder thereof, were cancelled and entitled the holder thereof to one share of Inspirato Class A Common Stock and one-half of one Inspirato Public Warrant.

12

**Movant Appx. 45**

Table of Contents

*Consolidated Results of Operations for the three months ended March 31, 2021 and 2022*:

| | Three months ended March 31 | | Amount of increase (decrease) | Percent change favorable (unfavorable) |
|---|---|---|---|---|
| | 2021 | 2022 | 2021 to 2022 | |
| Revenue | $ 49,280 | $ 82,073 | $ 32,793 | 67 % |
| Cost of revenue | 32,089 | 46,921 | 14,832 | (46)% |
| Gross margin | 17,191 | 35,152 | 17,961 | 104 % |
| Gross margin percent | 35 % | 43 % | 8 % | 23 % |
| | | | | |
| General and administrative | 8,633 | 17,694 | 9,061 | (105)% |
| Sales and marketing | 5,249 | 10,142 | 4,893 | (93)% |
| Operations | 5,029 | 9,674 | 4,645 | (92)% |
| Technology and development | 883 | 2,808 | 1,925 | (218)% |
| Depreciation and amortization | 683 | 659 | (24) | 4 % |
| Interest, net | 168 | 139 | (29) | 17 % |
| Warrant fair value losses | 456 | 17,670 | 17,214 | (3,775)% |
| **Loss and comprehensive loss before income taxes** | $ (3,910) | $ (23,634) | $ (19,724) | (504)% |
| Income tax expense | - | 181 | 181 | n/m |
| **Net loss and comprehensive loss** | (3,910) | (23,815) | (19,905) | (509)% |
| Net loss and comprehensive loss attributable to noncontrolling interests | - | 11,779 | 11,779 | n/m |
| **Net loss and comprehensive loss attributable to Inspirato Incorporated** | $ (3,910) | $ (12,036) | $ (8,126) | (208)% |

*n/m - Percent change calculation returns a non-meaningful figure*

**Comparison of Three months ended March 31, 2021 and 2022**

*Revenue.* Total revenue increased 67% from $49 million for the three months ended March 31, 2021 to $82 million for the three months ended March 31,2022, primarily due to the increase in demand for travel in 2022 over the same period in 2021 due to the recovery from the COVID-19 pandemic.

Subscription revenue increased by $11 million from $21 million for the three months ended March 31, 2021 to $32 million for the three months ended March 31, 2022, an increase of 50%, as a result of launching the Inspirato Pass subscription product in late 2019 and the new Inspirato Club subscription product in 2020. These new subscription products have a significantly lower enrollment fee than prior subscription products which has resulted in an increase in overall subscription sales. Also, the new subscription products have higher per subscriber annual revenues than legacy products. At March 31, 2021, we had 14,875 Active Subscriptions compared to 15,283 Active Subscriptions at March 31, 2022.

Travel revenue increased by $22 million, from $28 million for the three months ended March 31, 2021 to $50 million for the three months ended March 31, 2022, an increase of 79%, primarily due to loosening of travel restrictions and increase in travel demand.

*Cost of revenue.* Cost of revenue increased 46% from $32 million for the three months ended March 31, 2021 to $47 million for the three months ended March 31, 2022. This increase was primarily a result of higher direct travel costs resulting from increased travel as a result of higher travel demand and loosened travel restrictions. Lease payments on properties we lease also increased year over year due to new properties onboarded during the year. Our gross margin increased from 35% for the three months ended March 31, 2021 to 43% for the three months ended March 31, 2022 due largely to an increase in subscriber base and a loosening of travel restrictions allowing for an increased volume of nightly travel stays.

*General and administrative.* General and administrative expenses excluding equity-based compensation increased 113% from $8.1 million for the three months ended March 31, 2021 to $17 million for the three months ended March 31, 2022. General and administrative employees were 117 and 153 as at March 31, 2021 and 2022,respectively. Overall our headcount and costs increased to

28

**Movant Appx. 46**

Table of Contents

accommodate growth within the business due to increased subscriber base, software system expansions, and costs incurred in preparation for becoming a publicly traded company.

*Sales and marketing.* Sales and marketing expenses increased 93% from $5.2 million for the three months ended March 31, 2021 to $10 million for the three months ended March 31, 2022 due to increased marketing efforts, including spend on television advertising, digital advertising, paid search advertising, and social medial advertising. Sales and marketing employees were 89 and 155 at March 31, 2021 and 2022, respectively.

*Operations.* Operations expenses increased 92% from $5.0 million for the three months ended March 31, 2021 to $10 million for the three months ended March 31, 2022. Operations employees were 204 and 345 at March 31, 2021 and 2022, respectively. This was due to the increase in travel demand and indirect travel related costs returning to pre-pandemic levels.

*Technology and development.* Technology and development expenses increased 218% from $0.9 million for the three months ended March 31, 2021 to $2.8 million for the three months ended March 31, 2022 due largely to increased investment in product development and strategic growth initiatives. Technology and development employees were 26 and 54 at March 31, 2021 and 2022, respectively.

*Depreciation and amortization.* Depreciation and amortization expenses were relatively consistent at $0.7 million and $0.6 million for the three months ended March 31, 2021 and 2022, respectively.

*Interest, net.* Interest expense decreased 17% from $0.2 million for the three months ended March 31, 2021 to $0.1 million for the three months ended March 31, 2022 due to interest incurred on the PPP loan in 2021 that was not incurred during 2022, offset by slightly higher borrowings against the Company's line of credit during the three months ended March 31, 2022, and slightly lower interest income for the three months ended March 31, 2022 compared to the three months ended March 31, 2021.

*Change in Fair Value of Common Stock Warrant Liability.* The Company recognized a $18 million loss on the quarter end fair value adjustment related to its outstanding warrant liabilities as a result of mark-to-market adjustment. See Note 13 - Warrants in our unaudited interim condensed consolidated financial statements included elsewhere in this Quarterly Report on Form 10-Q for more information.

*Transaction Costs.* The Company incurred $25 million in transaction costs related to the Business Combination during the three months ended March 31, 2022, consisting of banking, legal, and other professional fees, of which $24 million was recorded as a reduction to additional paid-in capital of proceeds and the remaining $1.1 million was expensed within general and administrative expenses in the condensed consolidated statements of operations.

*Provision for (Benefit from) Income Taxes.* Our provision for (benefit from) income taxes consists of an estimate for foreign taxes based on exacted rates, as adjusted for allowable credits, deductions, uncertain tax positions, changes in deferred tax assets and liabilities, and changes in the tax law. We maintain a valuation allowance against the full value of our net deferred tax assets because we believe it is more likely than not that the recoverability of these deferred tax assets will not be realized.

**Liquidity and Capital Resources**

**Overview**

Our principal sources of liquidity have historically consisted of our operations activities primarily from subscription and travel revenue as well as our financing activities, including borrowings under the revolving line of credit. In connection with the closing of the Business Combination, the Company raised $90 million of gross proceeds. The Company additionally incurred $25 million in transaction costs during the three months ended March 31, 2022, consisting of banking, legal, and other professional fees, of which $24 million was recorded as a reduction to additional paid-in capital of proceeds and the remaining $1.1 million was expensed in the condensed consolidated statement of operations. The total net cash proceeds to the Company were $66 million.

As of March 31, 2022, we had $133 million of cash and cash equivalents, $2.0 million of restricted cash and $0.7 million in amounts available for future borrowings under our credit facilities. We intend to use the net proceeds received from the Business Combination to fund our operating cash needs and for continued investments in our growth strategies.

29

**Movant Appx. 47**

Table of Contents

Since inception, we have consistently maintained a working capital deficit, in which our current liabilities exceed our current assets, primarily due to our significant deferred revenue. Prior to 2019, our subscriptions included substantial enrollment fees that are recognized over the expected life of subscriptions, which is typically five years. In addition, we also have significant deferred revenue related to travel that is paid in advance but not yet taken. Our cash needs vary from period to period primarily based on the timing of travel and sales promotions.

Our future capital requirements will depend on many factors including our rate of subscriber and revenue growth, travel bookings, addition of new residences and the timing and extent of spending on residences and other growth initiatives, our ability to achieve further reductions in operating expenses, and overall economic conditions. Providing incentives or promotions for booking travel can and has historically increased our liquidity.

We believe our cash and cash equivalents on hand will be sufficient to meet our projected working capital and capital expenditure requirements for a period of at least the next 12 months.

The following table sets forth general information derived from our consolidated statements of cash flows:

|  | For the three months ended March 31, | |
| --- | --- | --- |
|  | 2021 | 2022 |
| Net cash provided by (used in) operating activities | $ 9,211 | $ (12,666) |
| Net cash used in investing activities | (696) | (1,170) |
| Net cash (used in) provided by financing activities | (957) | 65,959 |
| **Net increase in cash and cash equivalents** | **$ 7,558** | **$ 52,123** |

We may be required to seek additional equity or debt financing. In the event that additional financing is required from outside sources, we may not be able to raise it on terms acceptable to us or at all. If we are unable to raise additional capital or generate cash flows necessary to expand our operations and invest in new technologies, our competitive position could weaken, and our business, financial condition and results of operations could be adversely affected.

**Cash Flows**

*Cash flows provided by (used in) operating activities.* Cash flow from operating activities decreased from providing $9.2 million for the three months ended March 31, 2021 to using $13 million for the three months ended March 31, 2022. This decrease was primarily due to the changes in current assets and liabilities which provided $9.4 million in 2021 compared to using $8.2 million in 2022. This was primarily the result of decreases in accounts payable and accrued liabilities, in addition to increases in prepaid expenses and prepaid member travel balances. Increased investment our business operations drove an increase for both categories. Additional reasons for the decrease include an increased focus on obtaining longer term memberships over the past year, an increase in payments of deposits related to Inspirato experiences that were paid for during the three months ended March 31, 2022 and were booked by members subsequent to quarter end, and an increase in members utilizing COVID-related credit balances on their accounts for paid trips.

*Cash flows used in investing activities.* Cash used in investing activities was $0.7 million and $1.2 million for the three months ended March 31, 2021 and 2022, respectively. While we incurred less costs for internally developed software in 2022, we incurred higher expenditures for leasehold improvements as the number of new properties added to our lease portfolio increased from 23 in 2021 to 54 in 2022.

*Cash flows provided by (used in) financing activities.* The primary reason for the increase in cash provided by financing activities was $90 million in proceeds as a result of the reverse recapitalization, partially offset by $24 million used in the payment of reverse recapitalization costs.

*Non-GAAP Financial Metrics*

In addition to our results determined in accordance with GAAP, we use Adjusted Net Loss, Adjusted EBITDA, Adjusted EBITDA Margin and Free Cash Flow as part of our overall assessment of our performance, including the preparation of our annual

30

**Movant Appx. 48**

Table of Contents

operating budget and quarterly forecasts, to evaluate the effectiveness of our business strategies and to communicate with our board of directors concerning our business and financial performance. We believe that these non-GAAP financial measures provide useful information to investors about our business and financial performance, enhance their overall understanding of our past performance and future prospects, and allow for greater transparency with respect to metrics used by our management in their financial and operational decision making. We are presenting these non-GAAP financial measures to assist investors in seeing our business and financial performance through the eyes of management, and because we believe that these non-GAAP financial measures provide an additional tool for investors to use in comparing results of operations of our business over multiple periods with other companies in our industry.

There are limitations related to the use of these non-GAAP financial measures, including that they exclude significant expenses that are required by GAAP to be recorded in our financial measures. Other companies may calculate non-GAAP financial measures differently or may use other measures to calculate their financial performance, and therefore, our non-GAAP financial measures may not be directly comparable to similarly titled measures of other companies. Thus, these non-GAAP financial measures should be considered in addition to, and not as a substitute for or superior to, measures of financial performance prepared in accordance with GAAP and should not be considered as an alternative to any measures derived in accordance with GAAP.

We compensate for these limitations by providing a reconciliation of Adjusted Net Loss, Adjusted EBITDA, Adjusted EBTIDA Margin and Free Cash Flow to their respective related GAAP financial measures. We encourage investors and others to review our business, results of operations, and financial information in its entirety, not to rely on any single financial measure, and to view Adjusted Net Loss, Adjusted EBITDA, Adjusted EBITDA Margin and Free Cash Flow in conjunction with their respective related GAAP financial measures.

*Adjusted Net Loss*

Adjusted Net Loss is a non-GAAP financial measure that we define as net income (loss) before warrant fair value gains and losses.

The above items are excluded from our Adjusted Net Loss measure because out management believes that these costs and expenses are not indicative of our core operating performance and do not reflect the underlying economics of our business. The following table represents a reconciliation of our net loss to Adjusted Net Loss:

| | For the three months ended March 31, | |
| | 2021 | 2022 |
| | (in thousands) | |
| Net loss | $ (3,910) | $ (23,815) |
| Warrant fair value losses | 456 | 17,670 |
| **Adjusted Net Loss** | **$ (3,454)** | **$ (6,145)** |

*Adjusted EBITDA and Adjusted EBITDA Margin*

Adjusted EBITDA is a non-GAAP financial measure that we define as net income (loss) before interest expense, interest income, taxes, depreciation and amortization, equity-based compensation expense, warrant fair value gains and losses, pandemic related severance costs, public company readiness expenses, and gain on forgiveness of debt.

31

**Movant Appx. 49**

Table of Contents

The above items are excluded from our Adjusted EBITDA measure because our management believes that these costs and expenses are not indicative of our core operating performance and do not reflect the underlying economics of our business. The following table represents a reconciliation of our net loss to Adjusted EBITDA:

| | For the three months ended March 31, | |
| | 2021 | 2022 |
| | (in thousands) | |
|---|---|---|
| **Net loss and comprehensive loss** | $ (3,910) | $ (23,815) |
| Interest expense, net | 168 | 139 |
| Depreciation and amortization | 1,155 | 1,034 |
| Equity-based compensation | 509 | 402 |
| Warrant fair value losses | 456 | 17,670 |
| Public company readiness costs | - | 1,092 |
| **Adjusted EBITDA** | $ (1,622) | $ (3,478) |
| Adjusted EBITDA Margin (1) | (3.3)% | (4.2)% |

(1) We define Adjusted EBITDA Margin as Adjusted EBITDA as a percentage of total revenue for the same period.

*Free Cash Flow*

We define Free Cash Flow as net cash provided by operating activities less purchases of property and equipment and additions to capitalized software. We believe that Free Cash Flow is a meaningful indicator of liquidity that provides information to our management and investors about the amount of cash generated from operations, after purchases of property and equipment and additions to capitalized software, that can be used for strategic initiatives. Our Free Cash Flow is impacted by the timing of bookings because we collect travel revenue between the time of booking and 30 days before a stay or experience occurs. The following table presents the components of Free Cash Flow for the three months ended March 31, 2021 and 2022.

| | For the three months ended March 31, | |
| | 2021 | 2022 |
| | (in thousands) | |
|---|---|---|
| **Net cash provided by (used in) operating activities** | $ 9,211 | $ (12,666) |
| Development of internal-use software | (336) | (183) |
| Purchase of property and equipment | (360) | (987) |
| Net cash used in financing activities | (696) | (1,170) |
| **Free Cash Flow** | $ 8,515 | $ (13,836) |

**Lease Obligations**

We have obligations under operating leases, primarily for vacation properties and our corporate headquarters. The leases may require us to pay taxes, insurance, utilities, and maintenance costs. See Note 11 to our consolidated financial statements for the three months ended March 31, 2022 included elsewhere in this Quarterly Report on Form 10-Q.

Future minimum annual commitments under these operating leases are as follows:

| | Operating leases |
|---|---|
| Remainder of 2022 | $ 52,896 |
| Year ending December 31, 2023 | 58,608 |
| Year ending December 31, 2024 | 35,382 |
| Year ending December 31, 2025 | 26,749 |
| Year ending December 31, 2026 | 19,972 |
| Thereafter | 24,874 |
| Total minimum lease payments | $ 218,481 |

32

**Movant Appx. 50**

Table of Contents

Our credit facility, which had a balance of $13 million as of December 31, 2021 and March 31, 2022, matures in October 2023. As of March 31, 2022, all covenants associated with the loan facilities have been satisfied.

**Critical Accounting Policies and Estimates**

The discussion and analysis of our financial condition and results of operations are based upon our consolidated financial statements, which have been prepared in accordance with GAAP. The preparation of these financial statements requires management to make estimates and judgments that affect the reported amounts of assets and liabilities, revenue and expenses and related disclosures of contingent assets and liabilities at the date of our financial statements. We evaluate our estimates and assumptions on an ongoing basis. The estimates and assumptions used by management are based on historical experience and other factors, which are believed to be reasonable under the circumstances. Actual results may differ from these estimates under different assumptions or conditions, impacting our reported results of operations and financial condition.

Except for the policies described in "Note 2-Significant Accounting Policies" to our consolidated financial statements included elsewhere in this Quarterly Report on Form 10-Q, including the accounting policy for leases as a result of the Company adopting the Financial Accounting Standards Board's (FASB) Accounting Standards Update (ASU) Leases (Topic 842) on January 1, 2022, there have been no significant changes from the significant accounting policies disclosed in Note 2 of the "Notes to Consolidated Financial Statements" of the audited consolidated financial statements for the year ended December 31, 2021, which are included in our prospectus filed pursuant to Rule 424(b)(3) on May 9, 2022. For more information, please refer to "Note 2-Summary of Significant Accounting Policies" to our unaudited consolidated financial statements included in Part I, Item 1 of this Quarterly Report on Form 10-Q.

*Revenue Recognition*

The Company recognizes revenue from monthly or annual subscription fees over the time. The Company has determined that enrollment fees for subscriptions that are not substantive do not provide a material right to customers. These enrollment fees are recognized upon receipt. Legacy Inspirato club subscriptions included substantive upfront enrollment fees. These enrollment fees may have entitled the subscriber to annual dues, travel or other perks. The value of those services, estimated based on their stand-alone selling price, were deferred and recognized when those services are provided. The remaining revenue is recognized on a straight-line basis over the expected average life of these subscription types. The average estimated life of these subscriptions is five years. The option to renew is considered a material right of the customer and is treated herein as an additional performance obligation.

The calculation of the expected average life of subscriptions with substantive upfront enrollment fees is a critical estimate in the recognition of revenue associated with enrollment fees. The calculation includes certain management judgments and projections regarding the estimated period that customers are expected to remain subscribers and continue to benefit from these subscriptions along with annual renewal rates for these subscriptions. Management relies on multiple metrics to determine the average customer life. These include historical average renewal and attrition rates, expected future renewal rates, and other qualitative measures obtained through market research. The Company review its estimates and assumptions with regard to the average customer life based on the Company's projections and historical experience on an annual basis. The expected average life of subscriptions with substantive upfront enrollment fees was five years.

Revenue from travel is recognized when performance obligations are met, generally over the period of the stay.

*Goodwill*

Goodwill is not amortized, but rather is assessed annually for impairment in the fourth quarter and when events and circumstances indicate that the fair value of a reporting unit with goodwill has been reduced below its carrying value. We have determined that the Company has one reporting unit. The impairment test for requires that the Company first perform a qualitative assessment to determine whether it is more likely than not that the fair value of a reporting unit is less than its carrying value. If it is concluded that this is the case, the Company then performs a quantitative impairment test. Otherwise, the quantitative impairment test is not required. Under the quantitative impairment test, the Company would compare the estimated fair value of each reporting unit to its carrying value. The Company determined based on the qualitative assessments that it is not more likely than not that the fair value of the Company's reporting unit is less than its carrying value, therefore no quantitative impairment tests were performed at December 31,

**Movant Appx. 51**

Table of Contents

2021 or March 31, 2022 and no goodwill impairment charges were recognized during each of the three months ended March 31, 2021 and 2022.

*Equity-based compensation*

The Company accounts for equity-based payments in accordance with GAAP for all transactions in which an entity exchanges its equity instruments for goods or services, which generally requires us to measure the cost of employee services received in exchange for an award of equity instruments in earnings based on the fair value and vesting provisions of the award on the date of grant. Forfeitures are accounted for as they occur by reversing the expense previously recognized in the period of the forfeiture.

*Capitalized Software*

Direct costs incurred in the development of internal-use software products are capitalized once the preliminary project stage is completed, management has committed to funding the project, and completion and use of the software for its intended purpose is probable. We cease capitalization of development costs once the software has been substantially completed and is ready for its intended use. Software development costs are amortized over their estimated useful lives of three years.

*Income Taxes*

We utilize the asset and liability method in accounting for income taxes. Under this method, deferred tax assets and liabilities are recorded based on the estimated future tax effects of temporary differences between the financial reporting and tax bases of existing assets and liabilities. Deferred tax assets and liabilities are measured using enacted tax rates expected to apply to taxable income in the years in which those temporary differences are expected to be recovered or settled. Deferred tax expense or benefit is the result of changes in the deferred tax asset and liability. We recognize the effect on deferred income taxes of a change in tax rates in the period that includes the enactment date. Valuation allowances are established when necessary to reduce deferred tax assets to the net amount that we believe is more-likely-than-not to be realized.

We make estimates, assumptions and judgments to determine our provision for Inspirato's income taxes, deferred tax assets and liabilities, and any valuation allowance recorded against deferred tax assets. We consider all available evidence, both positive and negative, including historical levels of income, expectations and risks associated with estimates of future taxable income, and ongoing tax planning strategies in assessing the need for a valuation allowance. We assess the likelihood that our deferred tax assets will be recovered from future taxable income, and to the extent it believes that recovery is not likely, it establishes a valuation allowance.

We recognize the tax benefit from an uncertain tax position only if it is more likely than not that the tax position will be sustained on examination by the taxing authorities, based on the technical merits of the position. The tax benefits recognized from such positions are then measured based on the largest benefit that has a greater than 50% likelihood of being realized upon settlement. Interest and penalties related to unrecognized tax benefits which, as of the date of this report, have not been material, are recognized within provision for income taxes.

**Recently Adopted Accounting Pronouncements**

For further information on recently adopted accounting pronouncements, see Leases within Note 2 to our consolidated financial statements included elsewhere in this Quarterly Report on Form 10-Q.

**Item 3.Quantitative and Qualitative Disclosures about Market Risk .**

Our principal market risks are our exposure to interest rates and commodity risks.

*Interest Rate Risk*

We are exposed to interest rate risk primarily related to our outstanding debt. Changes in interest rates affect the interest earned on its total cash as well as interest paid on its debt.

34

**Movant Appx. 52**

Table of Contents

We have not been exposed to, nor anticipate exposure to, material risks due to changes in interest rates. A hypothetical 100 basis points increase or decrease in interest rates would not have had a material impact on our consolidated financial statements as of March 31, 2022.

*Foreign Currency Risk*

We are exposed to foreign currency risk related expenditures that we incur in foreign countries. Many of our leases, which are the most significant component of operating costs in foreign countries are denominated in U.S. dollars and thus do not result in foreign currency risk. In the three months ended March 31, 2022, our expenditures included $4.7 million in foreign currencies, primarily in Mexican Pesos and Euros. A hypothetical 100 basis points increase or decrease in the value of the U.S. dollar relative to the Mexican Peso and Euro would not have had a material impact on our consolidated financial statements for the three months ended March 31, 2022.

**Item 4. Controls and Procedures.**

**Evaluation of Disclosure Controls and Procedures**

Our management, with the participation of our Chief Executive Officer and Chief Financial Officer, evaluated, as of the end of the period covered by this Quarterly Report on Form 10-Q, the effectiveness of our disclosure controls and procedures (as defined in Rules 13a-15(e) and 15d-15(e) under the Securities Exchange Act of 1934, as amended, or the Exchange Act). Based on that evaluation, and as a result of the material weaknesses in internal control over financial reporting described below, our Chief Executive Officer and Chief Financial Officer concluded that, as of March 31, 2022, our disclosure controls and procedures were not effective at the reasonable assurance level. In light of this fact, our management has performed additional analyses, reconciliations, and other post-closing procedures and has concluded that, notwithstanding the material weaknesses in our internal control over financial reporting, the unaudited condensed consolidated financial statements for the periods covered by and included in this Quarterly Report on Form 10-Q fairly state, in all material respects, our financial position, results of operations and cash flows for the periods presented in conformity with GAAP.

**Material Weaknesses in Internal Control over Financial Reporting**

A material weakness is a deficiency, or a combination of deficiencies, in internal control over financial reporting such that there is a reasonable possibility that a material misstatement of our annual or interim financial statements will not be prevented or detected on a timely basis. As disclosed in the section titled "Risk Factors" in Part II, Item 1A and as of the end of the period covered by this Quarterly Report on Form 10-Q, our control deficiencies are as follows:

- We have lacked a sufficient number of personnel with the appropriate level of knowledge and experience in the application of GAAP, including the application of new accounting standards, and in the design and implementation of internal controls and have not had the necessary business processes and related internal controls. Additionally, we did not design and maintain effective controls over our financial closing and reporting processes.

- We did not design and maintain effective controls relevant to the preparation of our financial statements with respect to information technology general controls ("ITGCs"). Specifically, the material weaknesses relating to ITGCs are due to a lack of the design and implementation of certain ITGCs related to our financial applications and data being adequately restricted.

**Remediation Plan**

We have made significant progress toward remediation of these control deficiencies described above. We hired a number of key appropriately qualified personnel with the appropriate level of knowledge and experience in the application of GAAP, including three Certified Public Accountants since this material weakness was initially identified in 2021. We have engaged third party consultants to assist with the design and implementation of ITGCs, more specifically designing additional change management and access controls for our relevant IT applications to further restrict privileged access and implementing controls to review activities, which may materially affect our financial statements, for those users who have privileged access.

**Movant Appx. 53**

Table of Contents

While we believe these efforts will remediate the material weaknesses, these material weaknesses cannot be considered fully remediated until the applicable remedial controls operate for a sufficient period of time and management has concluded, through testing, that these controls are operating effectively.

**Changes in Internal Control Over Financial Reporting**

Other than the material weakness remediation efforts underway, there were no changes in our internal control over financial reporting identified in connection with the evaluation required by Rule 13a-15(d) and 15d-15(d) of the Exchange Act that occurred during the quarter ended March 31, 2022, that have materially affected, or are reasonably likely to materially affect, our internal control over financial reporting.

**Inherent Limitations on Effectiveness of Controls and Procedures**

Our management, including our Chief Executive Officer and Chief Financial Officer, believes that our disclosure controls and procedures and internal control over financial reporting are designed to provide reasonable assurance of achieving their objectives and are effective at the reasonable assurance level. However, management does not expect that our disclosure controls and procedures or our internal control over financial reporting will prevent or detect all errors and all fraud. A control system, no matter how well conceived and operated, can provide only reasonable, not absolute, assurance that the objectives of the control system are met. Because of the inherent limitations in all control systems, no evaluation of controls can provide absolute assurance that all control issues and instances of fraud, if any, within the company have been detected. The design of any system of controls also is based in part upon certain assumptions about the likelihood of future events, and there can be no assurance that any design will succeed in achieving its stated goals under all potential future conditions. Over time, controls may become inadequate because of changes in conditions, or the degree of compliance with the policies or procedures may deteriorate. Because of the inherent limitations in a cost-effective control system, misstatements due to error or fraud may occur and not be detected.

**Movant Appx. 54**

Table of Contents

***We face possible risks associated with natural disasters and the physical effects of climate change, which may include more frequent or severe storms, hurricanes, flooding, rising sea levels, shortages of water, droughts and wildfires, any of which could have a material adverse effect on our business, results of operations, and financial condition.***

We are subject to the risks associated with natural disasters and the physical effects of climate change, which may include more frequent or severe storms, hurricanes, flooding, rising sea levels, shortages of water, droughts, and wildfires, any of which could have a material adverse effect on our business, results of operations, and financial condition. To the extent climate change causes changes in weather patterns, our coastal destinations could experience increases in storm intensity and rising sea-levels causing damage to our properties and result in a reduced number of properties in these areas. Climate change may also affect our business by increasing the cost of, or making unavailable, property insurance on terms we or our landlords find acceptable in areas most vulnerable to such events, increasing operating costs, including the cost of water or energy, and requiring us or our landlords to expend funds as they seek to repair and protect their properties in connection with such events. As a result of the foregoing and other climate-related issues, we may be unable to provide properties in certain areas due to climate change, and we may lose both landlords and guests, which could have a material adverse effect on our business, results of operations, and financial condition.

***We require additional capital to support business growth, and this capital might not be available in a timely manner or on favorable terms.***

We intend to continue to make investments to support our business growth and may require additional funds to respond to business challenges, including the need to develop or acquire new properties or experiences or enhance our existing properties or experiences, enhance our operating infrastructure or acquire complementary businesses and technologies. Accordingly, we may need to engage in equity or debt financings to secure additional funds. If additional funds are raised through further issuances of equity or convertible debt securities, existing stockholders could suffer significant dilution, and any new equity securities issued could have rights, preferences and privileges superior to those of holders our Common Stock. Any debt financing could involve restrictive covenants relating to financial and operational matters, which may make it more difficult for us to obtain additional capital and to pursue business opportunities, including potential acquisitions or strategic partnerships. In addition, we may not be able to obtain additional financing on favorable terms, if at all. If we are unable to obtain adequate or satisfactory financing when we require it, our ability to continue to support our business growth and to respond to business challenges could be significantly limited.

***We are subject to risks associated with the employment of hospitality personnel and the use of third-party subscriber services contractors.***

Our hospitality employees and other subscriber services personnel are critical to our ability to add properties, maintain our properties, strengthen our reputation for subscriber service, and attract and retain subscribers. If our relationship with employees in any city or key property, or within our central subscriber services function, deteriorates for any reason, our reputation, subscriber relationships and revenue may suffer, and we may incur costs to replace and retrain additional personnel or third-party contractors. In addition, many of our subscriber services representatives and housekeepers who provide services to us and our subscribers are employed by third-party agencies, that we do not control. Our business and reputation could be harmed in the event of any dispute with these agencies, whether by their staff or with us, or if their staff fail to provide services that meet our or our subscribers' standards and expectations. In addition, labor costs are a significant component of our operating expenses, and any increase in the cost of wages, benefits or other employee-related costs could cause our results of operations and cash flow to be lower than anticipated. Our costs associated with any future governmental or regulatory orders related to COVID-19 or the current economic or geopolitical instability related to Russia's actions in Ukraine, which remain uncertain and unpredictable, may also impact worker retention and increase costs associated with any re-training of newly hired or newly engaged workers.

We may also incur increased legal costs and indirect labor costs because of disputes involving our workforce. The resolution of labor disputes or labor contracts could lead to increased labor costs, either by increases in wages or benefits or by changes in work rules that raise operating costs. Labor disputes and disruptions may also occur within landlords' workforces at buildings we occupy, which could harm our subscribers' experience and reduce bookings at the affected property.

**Movant Appx. 55**

Table of Contents

***We incur costs relating to the preparation, maintenance, refurbishment and remediation of our luxury properties, which are typically high compared to other travel companies and may be higher than anticipated.***

We typically incur expenses to prepare a newly-leased property for our initial subscribers and to keep our leased properties in an attractive condition. Although we attempt to have the landlord or developer bear some of the capital repair costs, we are often responsible for all or a significant portion of routine property care and maintenance. Even where landlords and developers are contractually responsible for some costs, they may dispute or fail to comply with their obligations. In addition, the terms of our leases generally require that we ensure that the spaces we occupy are kept in good repair throughout the term of the lease. Our leases may also require that we return the space to the landlord at the end of the lease term in essentially the same condition it was delivered to us, which may require removing all fixtures and improvements to the space, and often requires repainting and other repair work. The costs associated with our onboarding, maintenance, removal and repair work are often significant and may vary from our forecasts.

Because of our focus on providing unique, luxury accommodations, we may incur significantly greater expenses, with greater frequency, to maintain our accommodations in a condition that is satisfactory to our subscribers as compared to other companies in the travel industry. For example, we may expend significantly more on premium fixtures than other travel companies and may be unable to realize economies of scale available to larger hotel companies that utilize standard furniture across rooms in their properties. Accordingly, the costs incurred by us for refurbishing our properties may be less predictable than other travel companies. Any failure to provide luxury accommodations that are acceptable to our subscribers would harm our brand and reputation. If we do not effectively anticipate subscriber preferences and tastes, we may incur additional costs related to further refurbishment or may experience under-utilization of a given property, either of which could harm our business, financial condition and results of operations.

***We are exposed to fluctuations in currency exchange rates.***

Since we conduct a significant portion of our business outside the U.S. but report our results in U.S. dollars, we face exposure to adverse movements in currency exchange rates, which may cause our revenue and operating results to differ materially from expectations. In addition, fluctuation in our mix of U.S. and foreign currency denominated transactions may contribute to this effect as exchange rates vary. Moreover, as a result of these exchange rate fluctuations, revenue, cost of revenue, operating expenses and other operating results may differ materially from expectations when translated from the local currency into U.S. dollars upon consolidation. For example, if the U.S. dollar weakens relative to foreign currencies, our non-U.S. expenses would be adversely affected when translated into U.S. dollars. Conversely, a rise in the U.S. dollar relative to foreign currencies would decrease our non-U.S. expenses when translated into U.S. dollars. As exchange rates vary, cost of revenue, operating expenses and other operating results, when translated, may differ materially from expectations. In addition, our operating results are subject to fluctuation if our mix of U.S. and foreign currency denominated transactions and expenses changes in the future. We may enter into hedging arrangements in order to manage foreign currency exposure, but such activity may not completely eliminate fluctuations in our operating results.

***We are subject to claims and liabilities associated with potential health and safety issues and hazardous substances at our properties.***

We and the owners of our leased properties are exposed to potentially significant liabilities and compliance costs as a result of any hazardous or unsafe conditions at our properties, including under environmental, health and safety laws and regulations. These laws and regulations govern matters such as the release, use, storage and disposal of hazardous and toxic substances, and unsafe or unhealthy conditions at hotels and other residential premises. Failure to comply with these laws, including any required permits or licenses, can result in substantial fines or possible revocation of the authority to conduct operations. Any impairment of our or our landlords' authority to permit hospitality operations at our leased properties, due to these factors, could harm our reputation and revenue. We could also be liable under environmental, health and safety laws for the costs of investigation, removal or remediation of hazardous or toxic substances or unsafe or unhealthy conditions at our currently or formerly leased or managed properties, even if we did not know of or cause the presence or release of the substances or conditions, and even where it is contractually the responsibility of our landlord.

53

**Movant Appx. 56**

Table of Contents

The presence or release of toxic, unhealthy or hazardous substances or conditions at our properties, such as asbestos, mold, radon gas, or lead, could result in governmental investigations and third-party claims for personal injury, property or natural resource damages, business interruption or other losses, and costly disputes with our landlords and subscribers. We may encounter claims, governmental investigations and potential enforcement actions about property conditions and related matters in the future. These claims and the need to investigate, remediate or otherwise address hazardous, toxic or unsafe conditions could adversely affect our business, reputation, results of operations and financial condition. Environmental, health and safety requirements have also become increasingly stringent, and our costs may increase as a result. New or revised laws and regulations or new interpretations of existing laws and regulations, such as those related to climate change, could affect the operation of our properties or result in significant additional expense and restrictions on our business operations.

We rely on our third-party landlords to deliver properties to us in a safe and suitable condition, and we do not undertake to independently verify the safety, suitability or condition of the properties we lease. We expect to continue to rely on landlords to disclose information about their properties, though such disclosures may be inaccurate or incomplete, and to keep the properties in a safe and compliant condition in accordance with the terms of our leases and applicable law. If unsafe or unhealthy conditions are present or develop at our properties, our subscribers may be harmed, we may be subject to expensive and disruptive claims, and our reputation, business, results of operations, and financial condition could be materially and adversely affected.

***Operating as a public company will require us to incur substantial costs and will require substantial management attention. In addition, key members of our management team have limited experience managing a public company.***

As a public company, we will face increased legal, accounting, administrative and other costs and expenses that we did not incur as a private company. The Sarbanes-Oxley Act, including the requirements of Section 404, as well as rules and regulations subsequently implemented by the SEC, the Dodd-Frank Wall Street Reform and Consumer Protection Act of 2010 and the rules and regulations promulgated and to be promulgated thereunder, the PCAOB and the securities exchanges, impose additional reporting and other obligations on public companies. Compliance with public company requirements will increase costs and make certain activities more time-consuming. A number of those requirements require us to carry out activities we have not done previously. For example, we have created new board committees and adopted new internal controls and disclosure controls and procedures. In addition, expenses associated with SEC reporting requirements will be incurred. Furthermore, if any issues in complying with those requirements are identified (see the risk factor below titled "*Our management has identified material weaknesses in their internal control over financial reporting and may identify additional material weaknesses in the future or otherwise fail to maintain an effective system of internal controls, which may result in material misstatements of our financial statements or cause us to fail to meet our periodic reporting obligations.*"), we could incur additional costs rectifying those issues, and the existence of those issues could harm our reputation or investor perceptions of us. It may also be more expensive to obtain director and officer liability insurance. Risks associated with our status as a public company may make it more difficult to attract and retain qualified persons to serve on our Board or as executive officers. The additional reporting and other obligations imposed by these rules and regulations will increase legal and financial compliance costs and the costs of related legal, accounting and administrative activities. These increased costs will require us to divert a significant amount of money that could otherwise be used to expand the business and achieve strategic objectives. Advocacy efforts by stockholders and third parties may also prompt additional changes in governance and reporting requirements, which could further increase costs. In addition, we may be subject to stockholder activism, which can lead to additional substantial costs, distract management, and impact the manner in which we operate our business in ways that we cannot currently anticipate. As a result of disclosure of information in this Quarterly Report on Form 10-Q and in filings required of a public company, our business and financial condition will become more visible, which may result in threatened or actual litigation, including by competitors.

Our executive officers have limited experience in the management of a publicly traded company. Our management team may not successfully or effectively manage our transition to a public company that will be subject to significant regulatory oversight and reporting obligations under federal securities laws. Their limited experience in dealing with the increasingly complex laws pertaining to public companies could be a significant disadvantage in that it is likely that an increasing amount of their time may be devoted to these activities, which will result in less time being devoted to the management and growth of Inspirato. We may not have adequate personnel with the appropriate level of knowledge, experience, and training in the accounting policies, practices or internal controls over financial reporting required of public companies in the U.S. The development and implementation of the standards and controls necessary for us to achieve the level of accounting standards required of a public company in the U.S. may require costs greater than expected. It is possible that we will be required to expand our employee base and hire additional employees to support our operations as a public company, which will increase our operating costs in future periods.

54

Table of Contents

***Our management has identified material weaknesses in their internal control over financial reporting and may identify additional material weaknesses in the future or otherwise fail to maintain an effective system of internal controls, which may result in material misstatements of our financial statements or cause us to fail to meet our periodic reporting obligations.***

We have identified and are currently working to remediate material weaknesses in internal control over financial reporting related to our financial closing and reporting process and to our information technology general controls ("ITGCs"). A material weakness is a deficiency, or a combination of deficiencies, in internal control over financial reporting such that there is a reasonable possibility that a material misstatement of annual or interim financial statements will not be prevented or detected on a timely basis.

As a public company, we are required to maintain an effective system of internal controls over financial reporting and to report any material weaknesses in such internal controls. As a private company, Inspirato LLC historically had limited accounting and financial reporting personnel and other resources in our internal control over financial reporting.

In 2021, our management concluded that the material weaknesses in our internal control over financial reporting were due to the fact that we have lacked sufficient number of personnel with the appropriate level of knowledge and experience in the application of GAAP, including the application of new accounting standards, and in the design and implementation of internal controls and has not had the necessary business processes and related internal controls. The material weaknesses relating to ITGCs are due to a lack of the design and implementation of certain ITGCs related to our financial applications and data being adequately restricted. To remediate these material weaknesses, we have hired personnel with appropriate levels of knowledge and also engaged third-party consultants and are developing formal policies and procedures over our financial closing and reporting processes and ITGCs. We believe these measures will remediate the material weaknesses identified. We are committed to continuing to improve our internal control over financial reporting and will continue to review and improve our internal control over financial reporting controls and ITGCs.

In 2021, we hired a number of key appropriately qualified personnel with the appropriate level of knowledge and experience in the application of GAAP, including three Certified Public Accountants. While we continue to remediate the material weaknesses described above related to ITGCs, we cannot predict the success of such remediation steps. If the steps taken are insufficient to remediate the material weaknesses successfully and otherwise establish and maintain an effective system of internal control over financial reporting, the reliability of our financial reporting, investor confidence in Inspirato, and the value of our Common Stock could be materially and adversely affected. We can give no assurance that the implementation of this plan will remediate these deficiencies in internal control or that additional material weaknesses or significant deficiencies in our internal control over financial reporting will not be identified in the future. Our failure to implement and maintain effective internal controls over financial reporting could result in errors in our financial statements that could result in a restatement of our financial statements and could cause us to fail to meet our reporting obligations, any of which could diminish investor confidence in Inspirato and cause a decline in the price of our Common Stock. Failure to implement and maintain effective internal controls over financial reporting could also subject us to potential delisting from Nasdaq or any other stock exchange on which our stock is listed or to other regulatory investigations and civil or criminal sanctions.

Additionally, our independent registered public accounting firm is not required to formally attest to the effectiveness of our internal control over financial reporting until after we are no longer an emerging growth company. At such time, our independent registered public accounting firm may issue a report that is adverse in the event it is not satisfied with the level at which our controls are documented, designed or operating. Ineffective disclosure controls and procedures and internal control over financial reporting could also cause investors to lose confidence in our reported financial and other information, which would likely have a negative effect on the market price of our Class A Common Stock.

**Risks Related to Our Organizational Structure**

***Our principal asset is our interest in Inspirato LLC, and we are dependent upon Inspirato LLC and its consolidated subsidiaries for our results of operations, cash flows, and distributions.***

We are a holding company and have no material assets other than our ownership of New Common Units. As such, we have no independent means of generating revenue or cash flow, and our ability to pay taxes and operating expenses, including payments under the Tax Receivable Agreement, or declare and pay dividends in the future, if any, are dependent upon the results of operations and cash flows of Inspirato LLC and its consolidated subsidiaries and distributions we receive from Inspirato LLC. There can be no

55

**Movant Appx. 58**

Table of Contents

assurance that Inspirato LLC and its subsidiaries will generate sufficient cash flow to distribute funds to us or that applicable state law and contractual restrictions, including negative covenants in its debt instruments, will permit such distributions.

***Our ability to pay taxes and expenses, including payments under the Tax Receivable Agreement, may be limited by our structure.***

Our principal asset is a controlling equity interest in Inspirato LLC. As such, we have no independent means of generating revenue. Inspirato LLC will continue to be treated as a partnership for U.S. federal income tax purposes and, as such, generally will not be subject to U.S. federal income tax. Instead, taxable income will be allocated to holders of its New Common Units, including the Company. Accordingly, we will incur income taxes on our allocable share of any net taxable income of Inspirato LLC and will also incur expenses related to its operations. Pursuant to the Ninth Amended and Restated Limited Liability Company Agreement of Inspiearo LLC ("A&R Inspirato LLCA"), Inspirato LLC will make cash distributions to the owners of New Common Units in an amount sufficient to fund their tax obligations in respect of the taxable income for the taxable year in excess of taxable losses of Inspirato LLC allocated to them, to the extent previous tax distributions from Inspirato LLC for the taxable year have been insufficient. In addition to tax expenses, we will incur expenses related to our operations, plus payments under the Tax Receivable Agreement, which may be substantial. We intend to cause Inspirato LLC to make distributions or, in the case of certain expenses, payments in an amount sufficient to allow us to pay our taxes and operating expenses, including distributions to fund any payments due under the Tax Receivable Agreement. However, Inspirato LLC's ability to make such distributions may be subject to various limitations and restrictions. If we do not have sufficient funds to pay tax or other liabilities or to fund our operations (as a result of Inspirato LLC's inability to make distributions due to various limitations and restrictions or as a result of the acceleration of the obligations under the Tax Receivable Agreement), we may have to borrow funds and thus our liquidity and financial condition could be materially and adversely affected. To the extent that we do not make payments under the Tax Receivable Agreement when due, as a result of having insufficient funds or otherwise, interest will generally accrue at a rate equal to LIBOR plus 100 basis points or in some cases LIBOR plus 500 basis points until paid. Nonpayment of our obligations for a specified period may constitute a breach of a material obligation under the Tax Receivable Agreement, and therefore, may accelerate payments due under the Tax Receivable Agreement resulting in a lump-sum payment.

***We are required to pay the Continuing Inspirato Members and Blocker Shareholders for certain tax benefits we may claim, and it is expected that the payments we are required to make may be substantial.***

Future exchanges or redemptions of New Common Units for cash or shares of our Class A Common Stock are expected to produce favorable tax attributes for the Company. When the Company acquires New Common Units from Continuing Inspirato Members through these exchanges or redemptions, anticipated tax basis adjustments are likely to increase (for tax purposes) our depreciation and amortization deductions and therefore reduce the amount of income tax we would be required to pay in the future in the absence of this increased basis. This increased tax basis may also decrease the gain (or increase the loss) on future dispositions of certain assets to the extent the tax basis is allocated to those assets. Under the Tax Receivable Agreement, we generally expects to retain the benefit of 15% of the applicable tax savings after our payment obligations as described below are taken into account.

In connection with Business Combination, we entered into the Tax Receivable Agreement. Under the Tax Receivable Agreement, we generally will be required to pay to the Blocker Shareholders or Continuing Inspirato Members, as applicable, 85% of the tax savings that we realized as a result of increases in tax basis in Inspirato LLC's assets resulting from the sale of New Common Units for the consideration paid pursuant to the Business Combination Agreement and the future exchange of New Common Units for shares of our Class A Common Stock (or cash) pursuant to the A&R Inspirato LLCA, and certain pre-existing tax attributes of the Blockers, as well as certain other tax benefits related to entering into the Tax Receivable Agreement, including tax benefits attributable to payments under the Tax Receivable Agreement.

The increase in tax basis, as well as the amount and timing of any payments under the Tax Receivable Agreement, will vary depending upon a number of factors, including the timing of exchanges or redemptions, the price of Class A Common Stock at the time of the exchange or redemption, whether such exchanges or redemptions are taxable, the amount and timing of the taxable income we generate in the future, the U.S. federal and state tax rates then applicable, and the portion of our payments under the Tax Receivable Agreement constituting imputed interest. Payments under the Tax Receivable Agreement are expected to give rise to certain additional tax benefits attributable to either further increases in basis or in the form of deductions for imputed interest, depending on the circumstances. Any such benefits are covered by the Tax Receivable Agreement and will increase the amounts due thereunder. In addition, the Tax Receivable Agreement will provide for interest, generally at a rate equal to LIBOR plus 100 basis

**Movant Appx. 59**

Table of Contents

**SIGNATURES**

Pursuant to the requirements of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned thereunto duly authorized.

<strong>Inspirato Incorporated</strong>

| | | |
|---|---|---|
| Date: May 12, 2022 | By: | /s/ Brent Handler |
| | | **Brent Handler** |
| | | **Chief Executive Officer and Director** |
| | | **(Principal Executive Officer)** |
| | | |
| Date: May 12, 2022 | By: | /s/ R. Webster Neighbor |
| | | **R. Webster Neighbor** |
| | | **Chief Financial Officer** |
| | | **(Principal Financial and Accounting Officer)** |

78

<strong>Movant Appx. 60</strong>

**Exhibit 31.1**

**CERTIFICATION OF PERIODIC REPORT UNDER SECTION 302 OF
THE SARBANES-OXLEY ACT OF 2002**

I, Brent Handler, certify that:

1.      I have reviewed this Quarterly Report on Form 10-Q of Inspirato Incorporated;

2.      Based on my knowledge, this report does not contain any untrue statement of a material fact or omit to state a material fact necessary to make the statements made, in light of the circumstances under which such statements were made, not misleading with respect to the period covered by this report;

3.      Based on my knowledge, the financial statements, and other financial information included in this report, fairly present in all material respects the financial condition, results of operations and cash flows of the registrant as of, and for, the periods presented in this report;

4.      The registrant's other certifying officer and I are responsible for establishing and maintaining disclosure controls and procedures (as defined in Exchange Act Rules 13a-15(e) and 15d-15(e)) and internal control over financial reporting (as defined in Exchange Act Rules 13a-15(f) and 15d-15(f)) for the registrant and have:

(a)      Designed such disclosure controls and procedures, or caused such disclosure controls and procedures to be designed under our supervision, to ensure that material information relating to the registrant, including its consolidated subsidiaries, is made known to us by others within those entities, particularly during the period in which this report is being prepared;

(b)      Designed such internal control over financial reporting, or caused such internal control over financial reporting to be designed under our supervision, to provide reasonable assurance regarding the reliability of financial reporting and the preparation of financial statements for external purposes in accordance with generally accepted accounting principles;

(c)      Evaluated the effectiveness of the registrant's disclosure controls and procedures and presented in this report our conclusions about the effectiveness of the disclosure controls and procedures, as of the end of the period covered by this report based on such evaluation; and

(d)      Disclosed in this report any change in the registrant's internal control over financial reporting that occurred during the registrant's most recent fiscal quarter (the registrant's fourth fiscal quarter in the case of an annual report) that has materially affected, or is reasonably likely to materially affect, the registrant's internal control over financial reporting; and

5.      The registrant's other certifying officer and I have disclosed, based on our most recent evaluation of internal control over financial reporting, to the registrant's auditors and the audit committee of the registrant's board of directors (or persons performing the equivalent functions):

(a)      All significant deficiencies and material weaknesses in the design or operation of internal control over financial reporting which are reasonably likely to adversely affect the registrant's ability to record, process, summarize and report financial information; and

(b)      Any fraud, whether or not material, that involves management or other employees who have a significant role in the registrant's internal control over financial reporting.

Date: May 12, 2022                                    By:   /s/ Brent Handler
                                                                  Brent Handler
                                                                  Chief Executive Officer
                                                                  (Principal Executive Officer)

A-1

**Movant Appx. 61**

**Exhibit 31.2**

**CERTIFICATION OF PERIODIC REPORT UNDER SECTION 302 OF
THE SARBANES-OXLEY ACT OF 2002**

I, R. Webster Neighbor, certify that:

1.      I have reviewed this Quarterly Report on Form 10-Q of Inspirato Incorporated;

2.      Based on my knowledge, this report does not contain any untrue statement of a material fact or omit to state a material fact necessary to make the statements made, in light of the circumstances under which such statements were made, not misleading with respect to the period covered by this report;

3.      Based on my knowledge, the financial statements, and other financial information included in this report, fairly present in all material respects the financial condition, results of operations and cash flows of the registrant as of, and for, the periods presented in this report;

4.      The registrant's other certifying officer and I are responsible for establishing and maintaining disclosure controls and procedures (as defined in Exchange Act Rules 13a-15(e) and 15d-15(e)) and internal control over financial reporting (as defined in Exchange Act Rules 13a-15(f) and 15d-15(f)) for the registrant and have:

(a)      Designed such disclosure controls and procedures, or caused such disclosure controls and procedures to be designed under our supervision, to ensure that material information relating to the registrant, including its consolidated subsidiaries, is made known to us by others within those entities, particularly during the period in which this report is being prepared;

(b)      Designed such internal control over financial reporting, or caused such internal control over financial reporting to be designed under our supervision, to provide reasonable assurance regarding the reliability of financial reporting and the preparation of financial statements for external purposes in accordance with generally accepted accounting principles;

(c)      Evaluated the effectiveness of the registrant's disclosure controls and procedures and presented in this report our conclusions about the effectiveness of the disclosure controls and procedures, as of the end of the period covered by this report based on such evaluation; and

(d)      Disclosed in this report any change in the registrant's internal control over financial reporting that occurred during the registrant's most recent fiscal quarter (the registrant's fourth fiscal quarter in the case of an annual report) that has materially affected, or is reasonably likely to materially affect, the registrant's internal control over financial reporting; and

5.      The registrant's other certifying officer and I have disclosed, based on our most recent evaluation of internal control over financial reporting, to the registrant's auditors and the audit committee of the registrant's board of directors (or persons performing the equivalent functions):

(a)      All significant deficiencies and material weaknesses in the design or operation of internal control over financial reporting which are reasonably likely to adversely affect the registrant's ability to record, process, summarize and report financial information; and

(b)      Any fraud, whether or not material, that involves management or other employees who have a significant role in the registrant's internal control over financial reporting.

Date: May 12, 2022                                     By:   /s/ R. Webster Neighbor
                                                              R. Webster Neighbor
                                                              Chief Financial Officer
                                                              (Principal Financial and Accounting Officer)

A-2

**Movant Appx. 62**

# EXHIBIT 4

Table of Contents

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
### WASHINGTON, DC 20549

## FORM 10-Q

**(Mark One)**

☒    **QUARTERLY REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**For the quarterly period ended June 30, 2022**

**OR**

☐    **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**For the transition period from to**

**Commission File Number: 001-39791**

# INSPIRATO INCORPORATED
**(Exact Name of Registrant as Specified in its Charter)**

| | |
|---|---|
| **Delaware** | **85-2426959** |
| **(State or other jurisdiction of** | **(I.R.S. Employer** |
| **incorporation or organization)** | **Identification No.)** |
| **1544 Wazee Street** | |
| **Denver, CO** | **80202** |
| **(Address of principal executive offices)** | **(Zip Code)** |

**Registrant's telephone number, including area code: (303) 586-7771**

**Not applicable**

(Former name, former address, and former fiscal year, if changed since last report)

Securities registered pursuant to Section 12(b) of the Act:

| Title of each class | Trading Symbol(s) | Name of each exchange on which registered |
|---|---|---|
| **Class A Common Stock, $0.0001 par value per share** | **ISPO** | **The Nasdaq Global Market** |
| **Warrants, each whole warrant exercisable for one share of Class A Common Stock at an exercise price of $11.50 per share** | **ISPOW** | **The Nasdaq Global Market** |

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days. Yes ☒ No ☐

Indicate by check mark whether the registrant has submitted electronically every Interactive Data File required to be submitted pursuant to Rule 405 of Regulation S-T (§232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit such files). Yes ☒ No ☐

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, smaller reporting company, or an emerging growth company. See the definitions of "large accelerated filer," "accelerated filer," "smaller reporting company," and "emerging growth company" in Rule 12b-2 of the Exchange Act.

| | | | |
|---|---|---|---|
| Large accelerated filer | ☐ | Accelerated filer | ☐ |
| Non-accelerated filer | ☒ | Smaller reporting company | ☒ |
| | | Emerging growth company | ☒ |

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ☐

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Exchange Act). Yes ☐ No ☒

As of August 4, 2022, the registrant had 52,450,471 shares of Class A Common Stock, 69,780,665 shares of Class V Common Stock, and 8,624,792 Warrants outstanding.

**Table of Contents**

|  |  | **Page** |
|---|---|---|
| **PART I.** | **FINANCIAL INFORMATION** | |
| Item 1. | Financial Statements (Unaudited) | 4 |
| | Consolidated Balance Sheets | 4 |
| | Consolidated Statements of Operations and Comprehensive Loss | 5 |
| | Consolidated Statements of Equity | 6 |
| | Consolidated Statements of Cash Flows | 7 |
| | Notes to Unaudited Consolidated Financial Statements | 8 |
| Item 2. | Management's Discussion and Analysis of Financial Condition and Results of Operations | 22 |
| Item 3. | Quantitative and Qualitative Disclosures About Market Risk | 37 |
| Item 4. | Controls and Procedures | 37 |
| **PART II.** | **OTHER INFORMATION** | 39 |
| Item 1. | Legal Proceedings | 39 |
| Item 1A. | Risk Factors | 39 |
| Item 2. | Unregistered Sales of Equity Securities and Use of Proceeds | 76 |
| Item 3. | Defaults Upon Senior Securities | 77 |
| Item 4. | Mine Safety Disclosures | 77 |
| Item 5. | Other Information | 77 |
| Item 6. | Exhibits | 77 |
| SIGNATURES | | 79 |

i

**Movant Appx. 65**

Table of Contents

**SPECIAL NOTE REGARDING FORWARD-LOOKING STATEMENTS**

This Quarterly Report on Form 10-Q contains forward-looking statements within the meaning of Section 27A of the Securities Act and Section 21E of the Securities Exchange Act of 1934, as amended, which statements involve substantial risks and uncertainties. Our forward-looking statements include, but are not limited to, statements regarding our and our management team's hopes, beliefs, intentions or strategies regarding the future or our future events or our future financial or operating performance. The words "anticipate," "believe," "continue," "could," "estimate," "expect," "intends," "may," "might," "plan," "possible," "potential," "predict," "project," "should," "will," "would" and similar expressions may identify forward-looking statements, but the absence of these words does not mean that a statement is not forward-looking. Forward-looking statements in this Quarterly Report on Form 10-Q may include, for example, statements about:

- Changes in our strategy, future operations, financial position, estimated revenue and losses, projected costs, prospects and plans;

- The implementation, market acceptance and success of our business model and growth strategy;

- Our expectations and forecasts with respect to the size and growth of the travel and hospitality industry;

- The ability of our services to meet customers' needs;

- Our ability to compete with others in the luxury travel and hospitality industry;

- Our ability to attract and retain qualified employees and management;

- Our ability to adapt to changes in consumer preferences, perception and spending habits and develop and expand its destination offerings and gain market acceptance of our services, including in new geographies;

- Our ability to develop and maintain our brand and reputation;

- Developments and projections relating to our competitors and industry;

- The impact of health epidemics, including the COVID-19 pandemic, on our business and the actions we may take in response thereto;

- The impact of the COVID-19 pandemic on customer demands for travel and hospitality services;

- Expectations regarding the time during which we will be an emerging growth company under the Jumpstart Our Business Startups Act of 2012 (the "JOBS Act");

- Our future capital requirements and sources and uses of cash;

- The impact of market conditions on our financial condition and operations, including fluctuations in interest rates and inflation;

- Our ability to obtain funding for our operations and future growth;

- Our business, expansion plans and opportunities; and

- Other factors detailed under the section entitled "Risk Factors."

We caution you that the foregoing list does not contain all of the forward-looking statements made in this Quarterly Report on Form 10-Q.

2

**Movant Appx. 66**

Table of Contents

You should not rely upon forward-looking statements as predictions of future events. We have based the forward-looking statements contained in this Quarterly Report on Form 10-Q primarily on our current expectations and projections about future events and trends that we believe may affect our business, operating results, financial condition and prospects. The outcome of the events described in these forward-looking statements is subject to risks, uncertainties and other factors, including those described in the section titled "Risk Factors" and elsewhere in this Quarterly Report on Form 10-Q. Moreover, we operate in a very competitive and rapidly changing environment. New risks and uncertainties emerge from time to time and it is not possible for us to predict all risks and uncertainties that could have an impact on the forward-looking statements contained in this Quarterly Report on Form 10-Q. We cannot assure you that the results, events and circumstances reflected in the forward-looking statements will be achieved or occur, and actual results, events or circumstances could differ materially from those described in the forward-looking statements.

Neither we nor any other person assumes responsibility for the accuracy and completeness of any of these forward-looking statements. Moreover, the forward-looking statements made in this Quarterly Report on Form 10-Q relate only to events as of the date on which the statements are made. We undertake no obligation to update any forward-looking statements made in this Quarterly Report on Form 10-Q to reflect events or circumstances after the date of this Quarterly Report on Form 10-Q or to reflect new information or the occurrence of unanticipated events, except as required by law. You should not place undue reliance on our forward-looking statements. Our forward-looking statements do not reflect the potential impact of any future acquisitions, mergers, dispositions, joint ventures or investments we may make.

In addition, statements that "we believe" and similar statements reflect our beliefs and opinions on the relevant subject. These statements are based upon information available to us as of the date of this Quarterly Report on Form 10-Q and while we believe such information forms a reasonable basis for such statements, such information may be limited or incomplete, and such statements should not be read to indicate that we have conducted an exhaustive inquiry into, or review of, all potentially available relevant information. These statements are inherently uncertain, and investors are cautioned not to unduly rely upon these statements.

3

**Movant Appx. 67**

Table of Contents

***We incur costs relating to the preparation, maintenance, refurbishment and remediation of our luxury properties, which are typically high compared to other travel companies and may be higher than anticipated.***

We typically incur expenses to prepare a newly-leased property for our initial subscribers and to keep our leased properties in an attractive condition. Although we attempt to have the landlord or developer bear some of the capital repair costs, we are often responsible for all or a significant portion of routine property care and maintenance. Even where landlords and developers are contractually responsible for some costs, they may dispute or fail to comply with their obligations. In addition, the terms of our leases generally require that we ensure that the spaces we occupy are kept in good repair throughout the term of the lease. Our leases may also require that we return the space to the landlord at the end of the lease term in essentially the same condition it was delivered to us, which may require removing all fixtures and improvements to the space, and often requires repainting and other repair work. The costs associated with our onboarding, maintenance, removal and repair work are often significant and may vary from our forecasts.

Because of our focus on providing unique, luxury accommodations, we may incur significantly greater expenses, with greater frequency, to maintain our accommodations in a condition that is satisfactory to our subscribers as compared to other companies in the travel industry. For example, we may expend significantly more on premium fixtures than other travel companies and may be unable to realize economies of scale available to larger hotel companies that utilize standard furniture across rooms in their properties. Accordingly, the costs incurred by us for refurbishing our properties may be less predictable than other travel companies. Any failure to provide luxury accommodations that are acceptable to our subscribers would harm our brand and reputation. If we do not effectively anticipate subscriber preferences and tastes, we may incur additional costs related to further refurbishment or may experience under-utilization of a given property, either of which could harm our business, financial condition and results of operations.

***We are exposed to fluctuations in currency exchange rates.***

Since we conduct a significant portion of our business outside the U.S. but report our results in U.S. dollars, we face exposure to adverse movements in currency exchange rates, which may cause our revenue and operating results to differ materially from expectations. In addition, fluctuation in our mix of U.S. and foreign currency denominated transactions may contribute to this effect as exchange rates vary. Moreover, as a result of these exchange rate fluctuations, revenue, cost of revenue, operating expenses and other operating results may differ materially from expectations when translated from the local currency into U.S. dollars upon consolidation. For example, if the U.S. dollar weakens relative to foreign currencies, our non-U.S. expenses would be adversely affected when translated into U.S. dollars. Conversely, a rise in the U.S. dollar relative to foreign currencies would decrease our non-U.S. expenses when translated into U.S. dollars. As exchange rates vary, cost of revenue, operating expenses and other operating results, when translated, may differ materially from expectations. In addition, our operating results are subject to fluctuation if our mix of U.S. and foreign currency denominated transactions and expenses changes in the future. We may enter into hedging arrangements in order to manage foreign currency exposure, but such activity may not completely eliminate fluctuations in our operating results.

***We are subject to claims and liabilities associated with potential health and safety issues and hazardous substances at our properties.***

We and the owners of our leased properties are exposed to potentially significant liabilities and compliance costs as a result of any hazardous or unsafe conditions at our properties, including under environmental, health and safety laws and regulations. These laws and regulations govern matters such as the release, use, storage and disposal of hazardous and toxic substances, and unsafe or unhealthy conditions at hotels and other residential premises. Failure to comply with these laws, including any required permits or licenses, can result in substantial fines or possible revocation of the authority to conduct operations. Any impairment of our or our landlords' authority to permit hospitality operations at our leased properties, due to these factors, could harm our reputation and revenue. We could also be liable under environmental, health and safety laws for the costs of investigation, removal or remediation of hazardous or toxic substances or unsafe or unhealthy conditions at our currently or formerly leased or managed properties, even if we did not know of or cause the presence or release of the substances or conditions, and even where it is contractually the responsibility of our landlord.

55

Table of Contents

The presence or release of toxic, unhealthy or hazardous substances or conditions at our properties, such as asbestos, mold, radon gas, or lead, could result in governmental investigations and third-party claims for personal injury, property or natural resource damages, business interruption or other losses, and costly disputes with our landlords and subscribers. We may encounter claims, governmental investigations and potential enforcement actions about property conditions and related matters in the future. These claims and the need to investigate, remediate or otherwise address hazardous, toxic or unsafe conditions could adversely affect our business, reputation, results of operations and financial condition. Environmental, health and safety requirements have also become increasingly stringent, and our costs may increase as a result. New or revised laws and regulations or new interpretations of existing laws and regulations, such as those related to climate change, could affect the operation of our properties or result in significant additional expense and restrictions on our business operations.

We rely on our third-party landlords to deliver properties to us in a safe and suitable condition, and we do not undertake to independently verify the safety, suitability or condition of the properties we lease. We expect to continue to rely on landlords to disclose information about their properties, though such disclosures may be inaccurate or incomplete, and to keep the properties in a safe and compliant condition in accordance with the terms of our leases and applicable law. If unsafe or unhealthy conditions are present or develop at our properties, our subscribers may be harmed, we may be subject to expensive and disruptive claims, and our reputation, business, results of operations, and financial condition could be materially and adversely affected.

***Operating as a public company will require us to incur substantial costs and will require substantial management attention. In addition, key members of our management team have limited experience managing a public company.***

As a public company, we will face increased legal, accounting, administrative and other costs and expenses that we did not incur as a private company. The Sarbanes-Oxley Act, including the requirements of Section 404, as well as rules and regulations subsequently implemented by the SEC, the Dodd-Frank Wall Street Reform and Consumer Protection Act of 2010 and the rules and regulations promulgated and to be promulgated thereunder, the PCAOB and the securities exchanges, impose additional reporting and other obligations on public companies. Compliance with public company requirements will increase costs and make certain activities more time-consuming. A number of those requirements require us to carry out activities we have not done previously. For example, we have created new board committees and adopted new internal controls and disclosure controls and procedures. In addition, expenses associated with SEC reporting requirements will be incurred. Furthermore, if any issues in complying with those requirements are identified (see the risk factor below titled "*Our management has identified material weaknesses in their internal control over financial reporting and may identify additional material weaknesses in the future or otherwise fail to maintain an effective system of internal controls, which may result in material misstatements of our financial statements or cause us to fail to meet our periodic reporting obligations.*"), we could incur additional costs rectifying those issues, and the existence of those issues could harm our reputation or investor perceptions of us. It may also be more expensive to obtain director and officer liability insurance. Risks associated with our status as a public company may make it more difficult to attract and retain qualified persons to serve on our Board or as executive officers. The additional reporting and other obligations imposed by these rules and regulations will increase legal and financial compliance costs and the costs of related legal, accounting and administrative activities. These increased costs will require us to divert a significant amount of money that could otherwise be used to expand the business and achieve strategic objectives. Advocacy efforts by stockholders and third parties may also prompt additional changes in governance and reporting requirements, which could further increase costs. In addition, we may be subject to stockholder activism, which can lead to additional substantial costs, distract management, and impact the manner in which we operate our business in ways that we cannot currently anticipate. As a result of disclosure of information in this Quarterly Report on Form 10-Q and in filings required of a public company, our business and financial condition will become more visible, which may result in threatened or actual litigation, including by competitors.

Our executive officers have limited experience in the management of a publicly traded company. Our management team may not successfully or effectively manage our transition to a public company that will be subject to significant regulatory oversight and reporting obligations under federal securities laws. Their limited experience in dealing with the increasingly complex laws pertaining to public companies could be a significant disadvantage in that it is likely that an increasing amount of their time may be devoted to these activities, which will result in less time being devoted to the management and growth of Inspirato. We may not have adequate personnel with the appropriate level of knowledge, experience, and training in the accounting policies, practices or internal controls over financial reporting required of public companies in the U.S. The development and implementation of the standards and controls necessary for us to achieve the level of accounting standards required of a public company in the U.S. may require costs greater than expected. It is possible that we will be required to expand our employee base and hire additional employees to support our operations as a public company, which will increase our operating costs in future periods.

56

**Movant Appx. 69**

Table of Contents

***Our management has identified material weaknesses in their internal control over financial reporting and may identify additional material weaknesses in the future or otherwise fail to maintain an effective system of internal controls, which may result in material misstatements of our financial statements or cause us to fail to meet our periodic reporting obligations.***

We have identified and are currently working to remediate material weaknesses in internal control over financial reporting related to our financial closing and reporting process and to our information technology general controls ("ITGCs"). A material weakness is a deficiency, or a combination of deficiencies, in internal control over financial reporting such that there is a reasonable possibility that a material misstatement of annual or interim financial statements will not be prevented or detected on a timely basis.

As a public company, we are required to maintain an effective system of internal controls over financial reporting and to report any material weaknesses in such internal controls. As a private company, Inspirato LLC historically had limited accounting and financial reporting personnel and other resources in our internal control over financial reporting.

In 2021, our management concluded that the material weaknesses in our internal control over financial reporting were due to the fact that we have lacked sufficient number of personnel with the appropriate level of knowledge and experience in the application of GAAP, including the application of new accounting standards, and in the design and implementation of internal controls and has not had the necessary business processes and related internal controls. The material weaknesses relating to ITGCs are due to a lack of the design and implementation of certain ITGCs related to our financial applications and data being adequately restricted. To remediate these material weaknesses, we have hired personnel with appropriate levels of knowledge and also engaged third-party consultants and are developing formal policies and procedures over our financial closing and reporting processes and ITGCs. We believe these measures will remediate the material weaknesses identified. We are committed to continuing to improve our internal control over financial reporting and will continue to review and improve our internal control over financial reporting controls and ITGCs.

In 2021, we hired a number of key appropriately qualified personnel with the appropriate level of knowledge and experience in the application of GAAP, including three Certified Public Accountants. While we continue to remediate the material weaknesses described above related to ITGCs, we cannot predict the success of such remediation steps. If the steps taken are insufficient to remediate the material weaknesses successfully and otherwise establish and maintain an effective system of internal control over financial reporting, the reliability of our financial reporting, investor confidence in Inspirato, and the value of our Common Stock could be materially and adversely affected. We can give no assurance that the implementation of this plan will remediate these deficiencies in internal control or that additional material weaknesses or significant deficiencies in our internal control over financial reporting will not be identified in the future. Our failure to implement and maintain effective internal controls over financial reporting could result in errors in our financial statements that could result in a restatement of our financial statements and could cause us to fail to meet our reporting obligations, any of which could diminish investor confidence in Inspirato and cause a decline in the price of our Common Stock. Failure to implement and maintain effective internal controls over financial reporting could also subject us to potential delisting from Nasdaq or any other stock exchange on which our stock is listed or to other regulatory investigations and civil or criminal sanctions.

Additionally, our independent registered public accounting firm is not required to formally attest to the effectiveness of our internal control over financial reporting until after we are no longer an emerging growth company. At such time, our independent registered public accounting firm may issue a report that is adverse in the event it is not satisfied with the level at which our controls are documented, designed or operating. Ineffective disclosure controls and procedures and internal control over financial reporting could also cause investors to lose confidence in our reported financial and other information, which would likely have a negative effect on the market price of our Class A Common Stock.

**Risks Related to Our Organizational Structure**

***Our principal asset is our interest in Inspirato LLC, and we are dependent upon Inspirato LLC and its consolidated subsidiaries for our results of operations, cash flows, and distributions.***

We are a holding company and have no material assets other than our ownership of New Common Units. As such, we have no independent means of generating revenue or cash flow, and our ability to pay taxes and operating expenses, including payments under the Tax Receivable Agreement, or declare and pay dividends in the future, if any, are dependent upon the results of operations and cash flows of Inspirato LLC and its consolidated subsidiaries and distributions we receive from Inspirato LLC. There can be no

**Movant Appx. 70**

Table of Contents

assurance that Inspirato LLC and its subsidiaries will generate sufficient cash flow to distribute funds to us or that applicable state law and contractual restrictions, including negative covenants in its debt instruments, will permit such distributions.

***Our ability to pay taxes and expenses, including payments under the Tax Receivable Agreement, may be limited by our structure.***

Our principal asset is a controlling equity interest in Inspirato LLC. As such, we have no independent means of generating revenue. Inspirato LLC will continue to be treated as a partnership for U.S. federal income tax purposes and, as such, generally will not be subject to U.S. federal income tax. Instead, taxable income will be allocated to holders of its New Common Units, including the Company. Accordingly, we will incur income taxes on our allocable share of any net taxable income of Inspirato LLC and will also incur expenses related to its operations. Pursuant to the Ninth Amended and Restated Limited Liability Company Agreement of Inspirato LLC ("A&R Inspirato LLCA"), Inspirato LLC will make cash distributions to the owners of New Common Units in an amount sufficient to fund their tax obligations in respect of the taxable income for the taxable year in excess of taxable losses of Inspirato LLC allocated to them, to the extent previous tax distributions from Inspirato LLC for the taxable year have been insufficient. In addition to tax expenses, we will incur expenses related to our operations, plus payments under the Tax Receivable Agreement, which may be substantial. We intend to cause Inspirato LLC to make distributions or, in the case of certain expenses, payments in an amount sufficient to allow us to pay our taxes and operating expenses, including distributions to fund any payments due under the Tax Receivable Agreement. However, Inspirato LLC's ability to make such distributions may be subject to various limitations and restrictions. If we do not have sufficient funds to pay tax or other liabilities or to fund our operations (as a result of Inspirato LLC's inability to make distributions due to various limitations and restrictions or as a result of the acceleration of the obligations under the Tax Receivable Agreement), we may have to borrow funds and thus our liquidity and financial condition could be materially and adversely affected. To the extent that we do not make payments under the Tax Receivable Agreement when due, as a result of having insufficient funds or otherwise, interest will generally accrue at a rate equal to LIBOR plus 100 basis points or in some cases LIBOR plus 500 basis points until paid. Nonpayment of our obligations for a specified period may constitute a breach of a material obligation under the Tax Receivable Agreement, and therefore, may accelerate payments due under the Tax Receivable Agreement resulting in a lump-sum payment.

***We are required to pay the Continuing Inspirato Members and Blocker Shareholders for certain tax benefits we may claim, and it is expected that the payments we are required to make may be substantial.***

Future exchanges or redemptions of New Common Units for cash or shares of our Class A Common Stock are expected to produce favorable tax attributes for the Company. When the Company acquires New Common Units from Continuing Inspirato Members through these exchanges or redemptions, anticipated tax basis adjustments are likely to increase (for tax purposes) our depreciation and amortization deductions and therefore reduce the amount of income tax we would be required to pay in the future in the absence of this increased basis. This increased tax basis may also decrease the gain (or increase the loss) on future dispositions of certain assets to the extent the tax basis is allocated to those assets. Under the Tax Receivable Agreement, we generally expects to retain the benefit of 15% of the applicable tax savings after our payment obligations as described below are taken into account.

In connection with Business Combination, we entered into the Tax Receivable Agreement. Under the Tax Receivable Agreement, we generally will be required to pay to the Blocker Shareholders or Continuing Inspirato Members, as applicable, 85% of the tax savings that we realized as a result of increases in tax basis in Inspirato LLC's assets resulting from the sale of New Common Units for the consideration paid pursuant to the Business Combination Agreement and the future exchange of New Common Units for shares of our Class A Common Stock (or cash) pursuant to the A&R Inspirato LLCA, and certain pre-existing tax attributes of the Blockers, as well as certain other tax benefits related to entering into the Tax Receivable Agreement, including tax benefits attributable to payments under the Tax Receivable Agreement.

The increase in tax basis, as well as the amount and timing of any payments under the Tax Receivable Agreement, will vary depending upon a number of factors, including the timing of exchanges or redemptions, the price of Class A Common Stock at the time of the exchange or redemption, whether such exchanges or redemptions are taxable, the amount and timing of the taxable income we generate in the future, the U.S. federal and state tax rates then applicable, and the portion of our payments under the Tax Receivable Agreement constituting imputed interest. Payments under the Tax Receivable Agreement are expected to give rise to certain additional tax benefits attributable to either further increases in basis or in the form of deductions for imputed interest, depending on the circumstances. Any such benefits are covered by the Tax Receivable Agreement and will increase the amounts due thereunder. In addition, the Tax Receivable Agreement will provide for interest, generally at a rate equal to LIBOR plus 100 basis

**Movant Appx. 71**

Table of Contents

points or in some cases LIBOR plus 500 basis points, accrued from the due date (without extensions) of the corresponding tax return to the date of payment specified by the Tax Receivable Agreement.

We anticipate that the payments that we will be required to make under the Tax Receivable Agreement may be substantial. To the extent that we are unable to make timely payments under the Tax Receivable Agreement for any reason, the unpaid amounts will be deferred and will accrue interest until paid. Nonpayment for a specified period may constitute a material breach of a material obligation under the Tax Receivable Agreement and therefore may accelerate payments due under the Tax Receivable Agreement. Furthermore, our future obligation to make payments under the Tax Receivable Agreement could make us a less attractive target for an acquisition, particularly in the case of an acquirer that cannot use some or all of the tax benefits that may be deemed realized under the Tax Receivable Agreement.

Payments under the Tax Receivable Agreement will be based on the tax reporting positions that the Company determines. Although we are not aware of any issue that would cause the U.S. Internal Revenue Service, or IRS, to challenge a tax basis increase or other tax attributes subject to the Tax Receivable Agreement, if any subsequent disallowance of tax basis or other benefits were so determined by the IRS, generally it would not be reimbursed for any payments previously made under the Tax Receivable Agreement (although it would reduce future amounts otherwise payable under the Tax Receivable Agreement). As a result, payments could be made under the Tax Receivable Agreement in excess of the tax savings that the Company realizes in respect of the attributes to which the Tax Receivable Agreement relate.

***The amounts that we may be required to pay under the Tax Receivable Agreement may be accelerated in certain circumstances and may also significantly exceed the actual tax benefits that we ultimately realize.***

The Tax Receivable Agreement provides that if certain mergers, asset sales, other forms of business combination, or other changes of control were to occur or if, at any time, the Company elects an early termination of the Tax Receivable Agreement, then the Tax Receivable Agreement will terminate and our obligations, or our successor's obligations, to make future payments under the Tax Receivable Agreement would accelerate and become immediately due and payable. The amount due and payable in those circumstances is determined based on certain assumptions, including an assumption that the Company would have sufficient taxable income to fully utilize all potential future tax benefits that are subject to the Tax Receivable Agreement. We may need to incur debt to finance payments under the Tax Receivable Agreement to the extent our cash resources are insufficient to meet our obligations under the Tax Receivable Agreement as a result of timing discrepancies or otherwise. In these situations, our obligations under the Tax Receivable Agreement could have a substantial negative impact on our liquidity and could have the effect of delaying, deferring or preventing certain mergers, asset sales, other forms of business combination, or other changes of control. There can be no assurance that we will be able to finance our obligations under the Tax Receivable Agreement.

***Our organizational structure, including the Tax Receivable Agreement, confers certain benefits upon holders of New Common Units that will not benefit holders of our Class A Common Stock to the same extent as it will benefit the holders of New Common Units.***

Our organizational structure, including the Tax Receivable Agreement, confers certain benefits upon the holders of New Common Units (other than the Company and our Subsidiaries) that will not benefit the holders of our Class A Common Stock to the same extent as it will benefit such holders of New Common Units. We entered into the Tax Receivable Agreement with the Blocker Shareholders and Continuing Inspirato Members and provides for the payment by us to the Blocker Shareholders or Continuing Inspirato Members, as applicable, of 85% of the tax savings that we realize as a result of increases in tax basis in Inspirato LLC's assets resulting from the sale of New Common Units for the consideration paid pursuant to the Business Combination Agreement and the future exchange of New Common Units for shares of our Class A Common Stock (or cash) pursuant to the A&R Inspirato LLCA, and certain pre-existing tax attributes of the Blockers, as well as certain other tax benefits related to entering into the Tax Receivable Agreement, including tax benefits attributable to payments under the Tax Receivable Agreement. Although the Company will retain 15% of the amount of such tax benefits, this and other aspects of our organizational structure may adversely impact the future trading market for Class A Common Stock.

59

Table of Contents

Subject to the obligation of Inspirato LLC to make tax distributions and to reimburse us for corporate and other overhead expenses, the Inspirato LLC Board will have the right to determine when distributions will be made to the Inspirato LLC unitholders and the amount of any such distributions. If the Inspirato LLC Board authorizes a distribution, such distribution will be made to the Inspirato LLC unitholders, including the Company, on a pro rata basis in accordance with their respective percentage ownership of New Common Units. However, we are not required to distribute any corresponding amounts as dividends to the holders of our Class A Common Stock. Further, because the Company may have liabilities for taxes resulting from the completion of the Business Combination, under the Tax Receivable Agreement or otherwise, any amounts we may distribute as dividends to the holders of our Class A Common Stock could be less on a per share basis than the amounts distributed by Inspirato LLC to the holders of New Common Units on a per unit basis.

***Generally, we will not be reimbursed for any payments made under the Tax Receivable Agreement in the event that any tax benefits are disallowed.***

If the IRS challenges the tax basis or other tax attributes that give rise to payments under the Tax Receivable Agreement and the tax basis or other tax attributes are subsequently required to be adjusted, generally the recipients of payments under the Tax Receivable Agreement will not reimburse us for any payments previously made to them. Instead, any excess cash payments made by the Company under the Tax Receivable Agreement will be netted against any future cash payments that the Company might otherwise be required to make under the terms of the Tax Receivable Agreement. However, a challenge to any tax benefits initially claimed by the Company may not arise for a number of years following the initial time of such payment or, even if challenged early, such excess cash payment may be greater than the amount of future cash payments that the Company might otherwise be required to make under the terms of the Tax Receivable Agreement and, as a result, there might not be future cash payments to net against. The applicable U.S. federal income tax rules are complex and factual in nature, and there can be no assurance that the IRS or a court will not disagree with our tax reporting positions. As a result, it is possible that we could make cash payments under the Tax Receivable Agreement that are substantially greater than our actual cash tax savings.

***The disparity between the U.S. corporate tax rate and the U.S. tax rate applicable to non-corporate Members of Inspirato LLC may complicate our ability to maintain our intended capital structure, which could impose transaction costs on it and require management attention.***

If and when Inspirato LLC generates taxable income, Inspirato LLC will generally make quarterly tax distributions to each of its Members, including the Company, based on each Member's allocable share of net taxable income (calculated under certain assumptions) multiplied by an assumed tax rate. The assumed tax rate for this purpose will be the highest effective marginal combined federal, state, and local income tax rate applicable to an individual or corporate resident of California (whichever is higher). Currently, the highest marginal federal income tax rate applicable to corporations such as the Company is significantly lower than the highest marginal federal income tax rate applicable to non-corporate taxpayers. As a result of this disparity, we expect to receive tax distributions from Inspirato LLC significantly in excess of our actual tax liability and our obligations under the Tax Receivable Agreement, which could result in it accumulating a significant amount of cash. This would complicate our ability to maintain certain aspects of our capital structure. Such cash, if retained, could cause the value of a New Common Unit to deviate from the value of a share of our Class A Common Stock. In addition, such cash, if used to purchase additional New Common Units, could result in deviation from the one-to-one relationship between our Class A Common Stock outstanding and New Common Units held by us and our Subsidiaries unless a corresponding number of additional shares of our Class A Common Stock are distributed as a stock dividend. We may, if permitted under our debt agreements, choose to pay dividends to all holders of Class A Common Stock with any excess cash. These considerations could have unintended impacts on the pricing of our Class A Common Stock and may impose transaction costs and require management efforts to address on a recurring basis. To the extent that the Company does not distribute such excess cash as dividends on our Class A Common Stock and instead, for example, holds such cash balances or lends them to Inspirato LLC, holders of New Common Units during a period in which the Company holds such cash balances could benefit from the value attributable to such cash balances as a result of redeeming or exchanging their New Common Units and obtaining ownership of our Class A Common Stock (or a cash payment based on the value of our Class A Common Stock). In such case, these holders of New Common Units could receive disproportionate value for their New Common Units exchanged during this time frame.

60

**Movant Appx. 73**

Table of Contents

**SIGNATURES**

Pursuant to the requirements of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned thereunto duly authorized.

**Inspirato Incorporated**

Date: August 9, 2022                                    By:            /s/ Brent Handler
                                                                 **Brent Handler**
                                                                 **Chief Executive Officer and Director**
                                                                 **(Principal Executive Officer)**

Date: August 9, 2022                                    By:            /s/ R. Webster Neighbor
                                                                 **R. Webster Neighbor**
                                                                 **Chief Financial Officer**
                                                                 **(Principal Financial and Accounting Officer)**

79

**Movant Appx. 74**

**Exhibit 31.1**

**CERTIFICATION OF PERIODIC REPORT UNDER SECTION 302 OF THE SARBANES-OXLEY ACT OF 2002**

I, Brent Handler, certify that:

1. I have reviewed this Quarterly Report on Form 10-Q of Inspirato Incorporated;

2. Based on my knowledge, this report does not contain any untrue statement of a material fact or omit to state a material fact necessary to make the statements made, in light of the circumstances under which such statements were made, not misleading with respect to the period covered by this report;

3. Based on my knowledge, the financial statements, and other financial information included in this report, fairly present in all material respects the financial condition, results of operations and cash flows of the registrant as of, and for, the periods presented in this report;

4. The registrant's other certifying officer and I are responsible for establishing and maintaining disclosure controls and procedures (as defined in Exchange Act Rules 13a-15(e) and 15d-15(e)) and internal control over financial reporting (as defined in Exchange Act Rules 13a-15(f) and 15d-15(f)) for the registrant and have:

(a)    Designed such disclosure controls and procedures, or caused such disclosure controls and procedures to be designed under our supervision, to ensure that material information relating to the registrant, including its consolidated subsidiaries, is made known to us by others within those entities, particularly during the period in which this report is being prepared;

(b)    Designed such internal control over financial reporting, or caused such internal control over financial reporting to be designed under our supervision, to provide reasonable assurance regarding the reliability of financial reporting and the preparation of financial statements for external purposes in accordance with generally accepted accounting principles;

(c)    Evaluated the effectiveness of the registrant's disclosure controls and procedures and presented in this report our conclusions about the effectiveness of the disclosure controls and procedures, as of the end of the period covered by this report based on such evaluation; and

(d)    Disclosed in this report any change in the registrant's internal control over financial reporting that occurred during the registrant's most recent fiscal quarter (the registrant's fourth fiscal quarter in the case of an annual report) that has materially affected, or is reasonably likely to materially affect, the registrant's internal control over financial reporting; and

5. The registrant's other certifying officer and I have disclosed, based on our most recent evaluation of internal control over financial reporting, to the registrant's auditors and the audit committee of the registrant's board of directors (or persons performing the equivalent functions):

(a)    All significant deficiencies and material weaknesses in the design or operation of internal control over financial reporting which are reasonably likely to adversely affect the registrant's ability to record, process, summarize and report financial information; and

(b)    Any fraud, whether or not material, that involves management or other employees who have a significant role in the registrant's internal control over financial reporting.

Date: August 9, 2022

By:  /s/ Brent Handler
Brent Handler
Chief Executive Officer
(Principal Executive Officer)

A-1

**Movant Appx. 75**

**Exhibit 31.2**

**CERTIFICATION OF PERIODIC REPORT UNDER SECTION 302 OF
THE SARBANES-OXLEY ACT OF 2002**

I, R. Webster Neighbor, certify that:

1.      I have reviewed this Quarterly Report on Form 10-Q of Inspirato Incorporated;

2.      Based on my knowledge, this report does not contain any untrue statement of a material fact or omit to state a material fact necessary to make the statements made, in light of the circumstances under which such statements were made, not misleading with respect to the period covered by this report;

3.      Based on my knowledge, the financial statements, and other financial information included in this report, fairly present in all material respects the financial condition, results of operations and cash flows of the registrant as of, and for, the periods presented in this report;

4.      The registrant's other certifying officer and I are responsible for establishing and maintaining disclosure controls and procedures (as defined in Exchange Act Rules 13a-15(e) and 15d-15(e)) and internal control over financial reporting (as defined in Exchange Act Rules 13a-15(f) and 15d-15(f)) for the registrant and have:

(a)      Designed such disclosure controls and procedures, or caused such disclosure controls and procedures to be designed under our supervision, to ensure that material information relating to the registrant, including its consolidated subsidiaries, is made known to us by others within those entities, particularly during the period in which this report is being prepared;

(b)      Designed such internal control over financial reporting, or caused such internal control over financial reporting to be designed under our supervision, to provide reasonable assurance regarding the reliability of financial reporting and the preparation of financial statements for external purposes in accordance with generally accepted accounting principles;

(c)      Evaluated the effectiveness of the registrant's disclosure controls and procedures and presented in this report our conclusions about the effectiveness of the disclosure controls and procedures, as of the end of the period covered by this report based on such evaluation; and

(d)      Disclosed in this report any change in the registrant's internal control over financial reporting that occurred during the registrant's most recent fiscal quarter (the registrant's fourth fiscal quarter in the case of an annual report) that has materially affected, or is reasonably likely to materially affect, the registrant's internal control over financial reporting; and

5.      The registrant's other certifying officer and I have disclosed, based on our most recent evaluation of internal control over financial reporting, to the registrant's auditors and the audit committee of the registrant's board of directors (or persons performing the equivalent functions):

(a)      All significant deficiencies and material weaknesses in the design or operation of internal control over financial reporting which are reasonably likely to adversely affect the registrant's ability to record, process, summarize and report financial information; and

(b)      Any fraud, whether or not material, that involves management or other employees who have a significant role in the registrant's internal control over financial reporting.

Date: August 9, 2022                            By:   /s/ R. Webster Neighbor
                                                        R. Webster Neighbor
                                                        Chief Financial Officer
                                                         (Principal Financial and Accounting Officer)

A-2

# EXHIBIT 5

Table of Contents

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
**WASHINGTON, DC 20549**

# FORM 10-Q/A
Amendment No. 1

☒ **QUARTERLY REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**For the quarterly period ended June 30, 2022**

**OR**

☐ **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**For the transition period from   to**

**Commission File Number: 001-39791**

# INSPIRATO INCORPORATED
**(Exact Name of Registrant as Specified in its Charter)**

| | |
|---|---|
| **Delaware** | **85-2426959** |
| **(State or other jurisdiction of incorporation or organization)** | **(I.R.S. Employer Identification No.)** |
| **1544 Wazee Street** | |
| **Denver, CO** | **80202** |
| **(Address of principal executive offices)** | **(Zip Code)** |

**Registrant's telephone number, including area code: (303) 586-7771**

**Not applicable**

(Former name, former address, and former fiscal year, if changed since last report)

Securities registered pursuant to Section 12(b) of the Act:

| Title of each class | Trading Symbol(s) | Name of each exchange on which registered |
|---|---|---|
| **Class A Common Stock, $0.0001 par value per share** | **ISPO** | **The Nasdaq Global Market** |
| **Warrants, each whole warrant exercisable for one share of Class A Common Stock at an exercise price of $11.50 per share** | **ISPOW** | **The Nasdaq Global Market** |

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days. Yes ☒ No ☐

Indicate by check mark whether the registrant has submitted electronically every Interactive Data File required to be submitted pursuant to Rule 405 of Regulation S-T (§232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit such files). Yes ☒ No ☐

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, smaller reporting company, or an emerging growth company. See the definitions of "large accelerated filer," "accelerated filer," "smaller reporting company," and "emerging growth company" in Rule 12b-2 of the Exchange Act.

| | | | |
|---|---|---|---|
| Large accelerated filer | ☐ | Accelerated filer | ☐ |
| Non-accelerated filer | ☒ | Smaller reporting company | ☒ |
| | | Emerging growth company | ☒ |

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ☐

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Exchange Act). Yes ☐ No ☒

As of August 4, 2022, the registrant had 52,450,471 shares of Class A Common Stock, 69,780,665 shares of Class V Common Stock, and 8,624,792 Warrants outstanding.

**Movant Appx. 78**

**EXPLANATORY NOTE**

Inspirato Incorporated (the "Company") is filing this Amendment No. 1 on Form 10-Q/A (the "Amended Report") to amend its Quarterly Report on Form 10-Q for the quarter ended June 30, 2022, that was originally filed with the U.S. Securities and Exchange Commission (the "SEC") on August 10, 2022 (the "Original Report"), to restate certain items presented in the Original Report (the "Restatement"). This Amended Report includes a restatement of the Company's unaudited condensed consolidated financial statements as of and for the three and six months ended June 30, 2022 and amends certain other information in the Original Report as further described below.

**Background**

As disclosed in the Company's Current Report on Form 8-K, filed with the SEC on November 14, 2022, the Restatement is to correct errors that resulted from (i) the incorrect application of Accounting Standards Update (ASU) No. 2016-02, Leases (Topic 842) ("ASC 842") with respect to the assessment of right-of-use assets and lease liabilities and (ii) the over accrual of liabilities and property-related and other expenses as of June 30, 2022. The incorrect application of ASC 842 led to an understatement of $23 million of the right-of-use assets and total lease liabilities as of June 30, 2022. Separately, property-related and other expenses were overstated by $2.1 million and $1.8 million during the three-month and six-months ended June 30, 2022, respectively.

Refer to "*Note 2 - Significant Accounting Policies and Restatement of Previously Issued Financial Statements (As Restated)*" ("Note 2") to our unaudited condensed consolidated financial statements included in this Amended Report for more information regarding the impact of correcting these errors on the Company's unaudited condensed consolidated financial statements.

In connection with the Restatement, the Company's management concluded that as of June 30, 2022, its disclosure controls and procedures remained ineffective at a reasonable assurance level due to the unremediated material weaknesses in its internal control over financial reporting previously disclosed in Part I, Item 4. "Controls and Procedures" of the Original Report. For discussion of management's consideration of the Company's disclosure controls and procedures, internal controls over financial reporting, and material weaknesses identified, refer to "Part I, Item 4. Controls and Procedures," included in this Amended Report.

**Items Amended in this Amended Report**

The following sections in the Original Report are revised in this Amended Report, solely as a result of, and to reflect, the Restatement:

- Part I - Item 1. Financial Information
- Part I - Item 2. Management's Discussion and Analysis of Financial Condition and Results of Operations
- Part I - Item 4. Controls and Procedures
- Part II - Item 1A. Risk Factors
- Part II - Item 6. Exhibits and Signatures

In addition, in accordance with Rule 12b-15 under the Securities Exchange Act of 1934, as amended, Part II, Item 6 of the Original Report has been amended to include the currently-dated certifications from the Company's principal executive officer and principal financial officer as Exhibits 31.1, 31.2, 32.1 and 32.2.

For the convenience of the reader, this Amended Report sets forth the information in the Original Report in its entirety, as such information is modified and superseded only where described above. This Amended Report does not amend, update or change any other items or disclosures in the Original Report and does not purport to reflect any information or events subsequent to the filing thereof other than those disclosed in Note 2. Among other things, forward-looking statements made in the Original Report have not been revised to reflect events that occurred or facts that became known to the Company after the filing of the Original Report, and such forward-looking statements should be read in their historical context. Accordingly, this Amended Report should be read in conjunction with the Company's filings made with the SEC subsequent to the filing of the Original Report, including any amendment to those filings. This Amended Report reflects an updated Exhibit 101 (Interactive Data Files), which is filed herewith, as applicable.

Table of Contents

**Table of Contents**

|  |  | **Page** |
|---|---|---|
| **PART I.** | **FINANCIAL INFORMATION** |  |
| Item 1. | Financial Statements (Unaudited) | 4 |
|  | Consolidated Balance Sheets (As Restated) | 4 |
|  | Consolidated Statements of Operations and Comprehensive Loss (As Restated) | 5 |
|  | Consolidated Statements of Equity (As Restated) | 6 |
|  | Consolidated Statements of Cash Flows (As Restated) | 7 |
|  | Notes to Unaudited Consolidated Financial Statements (As Restated) | 8 |
| Item 2. | Management's Discussion and Analysis of Financial Condition and Results of Operations (As Restated) | 26 |
| Item 3. | Quantitative and Qualitative Disclosures About Market Risk | 42 |
| Item 4. | Controls and Procedures | 42 |
| **PART II.** | **OTHER INFORMATION** | 44 |
| Item 1. | Legal Proceedings | 44 |
| Item 1A. | Risk Factors | 44 |
| Item 2. | Unregistered Sales of Equity Securities and Use of Proceeds | 82 |
| Item 3. | Defaults Upon Senior Securities | 83 |
| Item 4. | Mine Safety Disclosures | 83 |
| Item 5. | Other Information | 83 |
| Item 6. | Exhibits | 83 |
| SIGNATURES |  | 85 |

**Movant Appx. 80**

Table of Contents

**SPECIAL NOTE REGARDING FORWARD-LOOKING STATEMENTS**

This Amended Quarterly Report on Form 10-Q/A contains forward-looking statements within the meaning of Section 27A of the Securities Act and Section 21E of the Securities Exchange Act of 1934, as amended, which statements involve substantial risks and uncertainties. Our forward-looking statements include, but are not limited to, statements regarding our and our management team's hopes, beliefs, intentions or strategies regarding the future or our future events or our future financial or operating performance. The words "anticipate," "believe," "continue," "could," "estimate," "expect," "intends," "may," "might," "plan," "possible," "potential," "predict," "project," "should," "will," "would" and similar expressions may identify forward-looking statements, but the absence of these words does not mean that a statement is not forward-looking. Forward-looking statements in this Amended Quarterly Report on Form 10-Q/A may include, for example, statements about:

- Changes in our strategy, future operations, financial position, estimated revenue and losses, projected costs, prospects and plans;

- The implementation, market acceptance and success of our business model and growth strategy;

- Our expectations and forecasts with respect to the size and growth of the travel and hospitality industry;

- The ability of our services to meet customers' needs;

- Our ability to compete with others in the luxury travel and hospitality industry;

- Our ability to attract and retain qualified employees and management;

- Our ability to adapt to changes in consumer preferences, perception and spending habits and develop and expand its destination offerings and gain market acceptance of our services, including in new geographies;

- Our ability to develop and maintain our brand and reputation;

- Developments and projections relating to our competitors and industry;

- The impact of health epidemics, including the COVID-19 pandemic, on our business and the actions we may take in response thereto;

- The impact of the COVID-19 pandemic on customer demands for travel and hospitality services;

- Expectations regarding the time during which we will be an emerging growth company under the Jumpstart Our Business Startups Act of 2012 (the "JOBS Act");

- The ability to maintain the listing of our Class A Common Stock (as defined below) and Warrants (as defined below) on the Nasdaq Stock Market LLC ("Nasdaq");

- Our future capital requirements and sources and uses of cash;

- The impact of market conditions on our financial condition and operations, including fluctuations in interest rates and inflation;

- Our ability to obtain funding for our operations and future growth;

- Our business, expansion plans and opportunities;

- The Restatement and the impact of such Restatement on our future financial statements and other financial measures;

- The material weaknesses we identified in our internal controls over financial reporting and our efforts and timing related to such remediation; and

- Other factors detailed under the section entitled "Risk Factors."

We caution you that the foregoing list does not contain all of the forward-looking statements made in this Amended Quarterly Report on Form 10-Q/A.

**Movant Appx. 81**

Table of Contents

You should not rely upon forward-looking statements as predictions of future events. We have based the forward-looking statements contained in this Amended Quarterly Report on Form 10-Q/A primarily on our current expectations and projections about future events and trends that we believe may affect our business, operating results, financial condition and prospects. The outcome of the events described in these forward-looking statements is subject to risks, uncertainties and other factors, including those described in the section titled "Risk Factors" and elsewhere in this Amended Quarterly Report on Form 10-Q/A. Moreover, we operate in a very competitive and rapidly changing environment. New risks and uncertainties emerge from time to time and it is not possible for us to predict all risks and uncertainties that could have an impact on the forward-looking statements contained in this Amended Quarterly Report on Form 10-Q/A. We cannot assure you that the results, events and circumstances reflected in the forward-looking statements will be achieved or occur, and actual results, events or circumstances could differ materially from those described in the forward-looking statements.

Neither we nor any other person assumes responsibility for the accuracy and completeness of any of these forward-looking statements. Moreover, the forward-looking statements made in this Amended Quarterly Report on Form 10-Q/A relate only to events as of the date on which the statements are made. We undertake no obligation to update any forward-looking statements made in this Amended Quarterly Report on Form 10-Q/A to reflect events or circumstances after the date of this Amended Quarterly Report on Form 10-Q/A or to reflect new information or the occurrence of unanticipated events, except as required by law. You should not place undue reliance on our forward-looking statements. Our forward-looking statements do not reflect the potential impact of any future acquisitions, mergers, dispositions, joint ventures or investments we may make.

In addition, statements that "we believe" and similar statements reflect our beliefs and opinions on the relevant subject. These statements are based upon information available to us as of the date of this Amended Quarterly Report on Form 10-Q/A and while we believe such information forms a reasonable basis for such statements, such information may be limited or incomplete, and such statements should not be read to indicate that we have conducted an exhaustive inquiry into, or review of, all potentially available relevant information. These statements are inherently uncertain, and investors are cautioned not to unduly rely upon these statements.

3

Table of Contents

**Part I - FINANCIAL INFORMATION**

**Item 1. Financial Statements.**

**INSPIRATO INCORPORATED**
**CONSOLIDATED BALANCE SHEETS (Unaudited)**
**(in thousands, except par value)**

| | December 31, 2021 | June 30, 2022 |
|---|---|---|
| | | (As Restated) |
| **Assets** | | |
| Current assets | | |
| Cash and cash equivalents | $ 80,233 | $ 121,321 |
| Restricted cash | 2,720 | 1,740 |
| Accounts receivable, net | 2,389 | 1,776 |
| Accounts receivable, net - related parties | 386 | 708 |
| Prepaid subscriber travel | 17,183 | 24,520 |
| Prepaid expenses | 11,101 | 9,970 |
| Other current assets | 762 | 574 |
| **Total current assets** | 114,774 | 160,609 |
| Property & equipment, net | 8,695 | 11,904 |
| Goodwill | 21,233 | 21,233 |
| Right of use assets | - | 259,714 |
| Other long term assets | 1,068 | 1,130 |
| **Total assets** | **$ 145,770** | **$ 454,590** |
| **Liabilities** | | |
| Current liabilities | | |
| Accounts payable | $ 33,140 | $ 32,443 |
| Accrued liabilities | 6,035 | 5,122 |
| Deferred revenue | 176,813 | 175,841 |
| Deferred rent | 457 | - |
| Debt | 13,267 | 14,000 |
| Lease liability | - | 74,245 |
| **Total current liabilities** | **229,712** | **301,651** |
| Deferred revenue | 14,450 | 15,781 |
| Deferred rent | 7,468 | - |
| Lease liability | - | 191,986 |
| Warrants | 547 | 5,607 |
| **Total liabilities** | **252,177** | **515,025** |
| | | |
| Commitments and contingencies (Note 12) | | |
| | | |
| **Temporary equity (Note 3)** | | |
| | | |
| Series A-1; 222 authorized and 217 issued and outstanding at December 31, 2021; none at June 30, 2022 | 12,809 | - |
| Series A-2; 130 authorized, issued, and outstanding at December 31, 2021; none at June 30, 2022 | 5,489 | - |
| Series B; 193 authorized, issued, and outstanding at December 31, 2021; none at June 30, 2022 | 19,860 | - |
| Series B-1; 128 authorized and 124 issued and outstanding at December 31, 2021; none at June 30, 2022 | 15,282 | - |
| Series D; 158 authorized, issued, and outstanding at December 31, 2021; none at June 30, 2022 | 20,125 | - |
| Series E; 132 authorized and 96 issued and outstanding at December 31, 2021; none at June 30, 2022 | 9,719 | - |
| **Total temporary equity** | **83,284** | **-** |
| | | |
| **Equity** | | |
| Series C; 491 authorized, issued, and outstanding at December 31, 2021; none at June 30, 2022 (Note 3) | 21,477 | - |
| Common units 4,470 authorized; 1,149 issued and outstanding at December 31, 2021; none at June 30, 2022 (Note 3) | - | - |
| Class A common stock, par value $0.0001 per share, 1,000,000 shares authorized, 52,448 shares issued and outstanding as of June 30, 2022 | - | 5 |
| Class V common stock, $0.0001 par value, 500,000 shares authorized, 69,781 shares issued and outstanding as of June 30, 2022 | - | 7 |
| Additional paid-in capital | - | 244,799 |
| Accumulated deficit | (211,168) | (225,720) |
| **Total equity excluding noncontrolling interest** | **(189,691)** | **19,091** |
| Noncontrolling interests (Note 16) | - | (79,526) |
| **Total equity** | **(189,691)** | **(60,435)** |
| **Total liabilities, temporary equity, and equity** | **$ 145,770** | **$ 454,590** |

4

**Movant Appx. 83**

Table of Contents

**INSPIRATO INCORPORATED**
**CONDENSED CONSOLIDATED STATEMENT OF OPERATIONS AND COMPREHENSIVE LOSS (Unaudited)**
**(in thousands, except per share amounts)**

| | Three Months Ended June 30, | | Six Months Ended June 30, | |
|---|---|---|---|---|
| | 2021 | 2022 (As Restated) | 2021 | 2022 (As Restated) |
| Revenue | $ 52,286 | $ 83,698 | $ 101,566 | $ 165,771 |
| Cost of revenue (including depreciation of $408 and $880 in 2021, and $495 and $870 in 2022, respectively) | 35,623 | 57,402 | 67,712 | 104,711 |
| Gross margin | 16,663 | 26,296 | 33,854 | 61,060 |
| General and administrative (including equity-based compensation of $466 and $975 in 2021, and $2,431 and $2,833 in 2022, respectively) | 13,024 | 16,250 | 21,658 | 33,944 |
| Sales and marketing | 6,000 | 11,061 | 11,249 | 21,203 |
| Operations | 5,850 | 11,179 | 10,879 | 20,853 |
| Technology and development | 897 | 2,876 | 1,780 | 5,684 |
| Depreciation and amortization | 600 | 694 | 1,283 | 1,353 |
| Interest, net | 378 | 192 | 547 | 331 |
| Warrant fair value (gains) losses | - | (11,126) | 456 | 6,544 |
| Gain on forgiveness of debt | (9,518) | - | (9,518) | - |
| **Loss and comprehensive loss before income taxes** | (568) | (4,830) | (4,480) | (28,852) |
| Income tax expense | - | 206 | - | 387 |
| **Net loss and comprehensive loss** | (568) | (5,036) | (4,480) | (29,239) |
| Net loss and comprehensive loss attributable to noncontrolling interests (Note 16) | - | 2,969 | - | 14,870 |
| **Net loss and comprehensive loss attributable to Inspirato Incorporated** | $ (568) | $ (2,067) | $ (4,480) | $ (14,369) |
| | | | | |
| Basic and diluted weighted average common units and Class A shares outstanding | 105,503 | 52,400 | 105,503 | 47,384 |
| Basic and diluted net loss attributable to Inspirato Incorporated per common unit and Class A share, respectively | $ (0.01) | $ (0.04) | $ (0.04) | $ (0.30) |

5

**Movant Appx. 84**

Table of Contents

**INSPIRATO INCORPORATED**
**CONDENSED CONSOLIDATED STATEMENTS OF EQUITY (Unaudited)**
**(in thousands)**

| | Common Units | | Series C | | Class A Common Stock | | Class V Common Stock | | Additional Paid-in Capital | Accumulated Deficit | Noncontrolling Interests | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Units | Value | Units | Value | Shares | Value | Shares | Value | | (As Restated) | (As Restated) | (As Restated) |
| Balance at January 1, 2021 (as previously reported) | 1,166 | $ - | 491 | $ 21,477 | - | $ - | - | $ - | $ - | $ (184,682) | $ - | $ (163,205) |
| Reverse recapitalization, net (Note 3) | 104,377 | - | (491) | (21,477) | - | - | - | - | 21,477 | - | - | - |
| Balance at January 1, 2021, after effect of reverse recapitalization | 105,543 | - | - | - | - | - | - | - | 21,477 | (184,682) | - | (163,205) |
| Consolidated net loss | - | - | - | - | - | - | - | - | - | (3,910) | - | (3,910) |
| Equity-based compensation | - | - | - | - | - | - | - | - | 509 | - | - | 509 |
| Distributions | - | - | - | - | - | - | - | - | - | (81) | - | (81) |
| Balance at March 31, 2021 | 105,543 | $ - | - | $ - | - | $ - | - | $ - | $ 21,986 | $ (188,673) | $ - | $ (166,687) |
| Consolidated net loss | - | - | - | - | - | - | - | - | - | (568) | - | (568) |
| Equity-based compensation | - | - | - | - | - | - | - | - | 466 | - | - | 466 |
| Balance at June 30, 2021 | 105,543 | $ - | - | $ - | - | $ - | - | $ - | $ 22,452 | $ (189,241) | $ - | $ (166,789) |
| | | | | | | | | | | | | - |
| Balance at January 1, 2022 (as previously reported) | 1,149 | $ - | 491 | $ 21,477 | - | $ - | - | $ - | $ - | $ (211,168) | $ - | $ (189,691) |
| Reverse recapitalization, net (Note 3) | 103,709 | - | (491) | (21,477) | - | - | - | - | 21,477 | - | - | - |
| Balance at January 1, 2022, after effect of reverse recapitalization | 104,858 | - | - | - | - | - | - | - | 21,477 | (211,168) | - | (189,691) |
| Consolidated net loss | - | - | - | - | - | - | - | - | - | (12,302) | (11,901) | (24,203) |
| Equity-based compensation | - | - | - | - | - | - | - | - | 402 | - | - | 402 |
| Issuance of common stock and common stock warrants upon the reverse recapitalization, net of issuance costs | (104,858) | - | - | - | 46,832 | 4 | 69,781 | 7 | 206,253 | - | (64,656) | 141,608 |
| Issuance of common stock upon exercise of warrants | - | - | - | - | 5,079 | 1 | - | - | 9,330 | - | - | 9,331 |
| Issuance of common stock upon exercise of stock option awards, net of shares withheld for income taxes | - | - | - | - | 25 | - | - | - | (29) | - | - | (29) |
| Distributions | - | - | - | - | - | - | - | - | - | (183) | - | (183) |
| Balance at March 31, 2022 | - | $ - | - | $ - | 51,936 | $ 5 | 69,781 | $ 7 | $ 237,433 | $ (223,653) | $ (76,557) | $ (62,765) |
| Consolidated net loss | - | - | - | - | - | - | - | - | - | (2,067) | (2,969) | (5,036) |
| Equity-based compensation | - | - | - | - | - | - | - | - | 2,431 | - | - | 2,431 |
| Issuance of common stock | - | - | - | - | 490 | - | - | - | 5,000 | - | - | 5,000 |
| Issuance of common stock upon exercise of stock option awards, net of shares withheld for income taxes | - | - | - | - | 22 | - | - | - | (65) | - | - | (65) |
| Balance at June 30, 2022 | - | $ - | - | $ - | 52,448 | $ 5 | 69,781 | $ 7 | $ 244,799 | $ (225,720) | $ (79,526) | $ (60,435) |

6

**Movant Appx. 85**

Table of Contents

**INSPIRATO INCORPORATED**
**CONDENSED CONSOLIDATED STATEMENT OF CASH FLOWS (Unaudited)**

|  | Six Months Ended June 30, | |
|---|---|---|
|  | 2021 | 2022 (As Restated) |
| Cash flows from operating activities: | | |
| Consolidated net loss | $ (4,480) | $ (29,239) |
| Adjustments to reconcile consolidated net loss to net cash provided by (used in) operating activities | | |
| Depreciation and amortization | 2,164 | 2,223 |
| Warrant fair value losses | 456 | 6,544 |
| Equity-based compensation | 975 | 2,833 |
| Gain on forgiveness of debt | (9,518) | - |
| Non-cash lease expense | 515 | 179 |
| Changes in operating assets and liabilities, net of reverse recapitalization: | | |
| Accounts receivable, net | 183 | 613 |
| Accounts receivable, net - related parties | (388) | (322) |
| Prepaid member travel | (3,538) | (3,675) |
| Prepaid expenses | (101) | (3,625) |
| Right of use asset | - | (493) |
| Other assets | 280 | 126 |
| Accounts payable | 10,566 | (697) |
| Accrued liabilities | 2,212 | (1,237) |
| Deferred revenue | 20,299 | 359 |
| Net cash provided by (used in) operating activities | 19,625 | (26,411) |
| | | |
| Cash flows from investing activities: | | |
| Development of internal-use software | (263) | (489) |
| Purchase of property and equipment | (1,061) | (4,619) |
| Net cash used in investing activities | (1,324) | (5,108) |
| | | |
| Cash flows from financing activities: | | |
| Repayments of debt | (476) | (13,267) |
| Proceeds from debt | - | 14,000 |
| Proceeds from reverse recapitalization | - | 90,070 |
| Payments of reverse recapitalization costs | - | (23,899) |
| Proceeds from issuance of common stock | - | 5,000 |
| Payments of employee taxes for unit option exercises | - | (117) |
| Proceeds from unit option exercises | - | 23 |
| Distributions | (81) | (183) |
| Net cash (used in) provided by financing activities | (557) | 71,627 |
| | | |
| Net increase in cash, cash equivalents, and restricted cash | 17,744 | 40,108 |
| Cash, cash equivalents, and restricted cash - beginning of period | 67,001 | 82,953 |
| Cash, cash equivalents, and restricted cash - end of period | $ 84,745 | $ 123,061 |
| | | |
| Supplemental cash flow information - cash paid for interest | $ 290 | $ 285 |
| Significant noncash transactions: | | |
| Conversion of preferred stock in connection with reverse recapitalization | $ - | $ 104,761 |
| Warrants acquired at fair value | - | 8,390 |
| Warrants exercised | - | 9,874 |
| Fixed assets purchased but unpaid, included in accounts payable | - | 324 |
| Operating lease right-of-use assets exchanged for lease obligations | - | 306,912 |
| Conversion of deferred rent and prepaid rent to right of use asset | - | 6,831 |

7

**Movant Appx. 86**

Table of Contents

**INSPIRATO INCORPORATED**
**NOTES TO CONDENSED CONSOLIDATED FINANCIAL STATEMENTS**

**(1) Nature of Business**

Inspirato Incorporated and its subsidiaries (the "Company") is a subscription-based luxury travel company that provides unique solutions for (i) affluent travelers seeking superior service and certainty across a wide variety of accommodations and experiences and (ii) hospitality suppliers who want to solve pain points that include monetizing excess inventory and efficiently outsourcing the hassle involved in managing rental properties.

Inspirato Incorporated was incorporated in Delaware on July 31, 2020 as Thayer Ventures Acquisition Corporation ("Thayer"); a special purpose acquisition company ("SPAC") for the purpose of effecting a merger with one or more operating businesses. On February 11, 2022 (the "Closing Date"), Thayer and Inspirato LLC consummated the transaction contemplated in the Business Combination Agreement dated June 30, 2021 and as amended September 15, 2021 (the "Business Combination Agreement") whereby amongst other transactions, a subsidiary of Thayer merged within and into Inspirato LLC with Inspirato LLC as the surviving company (the "Business Combination"), resulting in Inspirato LLC becoming a subsidiary of Thayer. Thayer changed its name to "Inspirato Incorporated" upon closing of the Business Combination (the "Closing").

The Business Combination was accounted for as a reverse recapitalization whereby Inspirato LLC acquired Thayer for accounting purposes. As such, the financial statements presented herein represent the operating results, assets and liabilities of Inspirato LLC before and after the Business Combination. See Note 3 - Reverse Recapitalization for more information.

As of June 30, 2022, the Company had

43 subsidiaries and one branch, of which 34 are wholly owned domestic limited liability companies. The remaining 9 and the branch, which are owned through direct domestic subsidiaries, are as follows: (i) a wholly owned Mexican S.R.L; (ii) a wholly owned Turks and Caicos limited company; (iii) a wholly owned Cayman exempted company; (iv) a wholly owned Costa Rican limited liability company; (v) a wholly owned Italian S.R.L.; (vi) a wholly owned Canadian unlimited liability company; (vii) a wholly owned Dominican Republic branch of a wholly owned domestic liability company; (viii) a wholly owned U.S. Virgin Islands limited liability company; (ix) a wholly owned Puerto Rican limited liability company; and (x) a wholly owned Grenadian limited liability company. These entities typically lease local properties.

Since early 2020, the COVID-19 pandemic has severely restricted the level of economic activity around the world and is continuing to have an unprecedented effect on the global hospitality and travel industries. The global spread of COVID-19 has been and continues to be a complex and evolving situation. The COVID-19 pandemic had a materially adverse impact on the Company's results of operations and financial condition, particularly in 2020. Revenues declined as a result of reduced travel and management undertook cost reduction methods in response. No impairments were recorded during the periods presented. Through June 30, 2022 as restrictions were lifted across travel destinations, revenues began to recover to pre-pandemic levels. However, due to the significant uncertainty surrounding the pandemic, including the potential adverse impact of the spread of COVID-19 variants, management's judgment regarding this could change in the future. Management cannot estimate the length or impacts of the COVID-19 outbreak on the Company's future operations, financial position and cash flows, particularly if there are significant impacts that continue in the future.

**Movant Appx. 87**

Table of Contents

The above items are excluded from our Adjusted EBITDA measure because our management believes that these costs and expenses are not indicative of our core operating performance and do not reflect the underlying economics of our business. The following table represents a reconciliation of our net loss to Adjusted EBITDA:

| | For the three months ended June 30, | | For the six months ended June 30, | |
| --- | --- | --- | --- | --- |
| | 2021 | 2022 | 2021 | 2022 |
| | (in thousands) | | | |
| | | (As Restated) | | (As Restated) |
| Net loss and comprehensive loss | $ (568) | $ (5,036) | $ (4,480) | $ (29,239) |
| Interest expense, net | 378 | 192 | 547 | 331 |
| Income taxes | - | 206 | - | 387 |
| Depreciation and amortization | 1,008 | 1,189 | 2,163 | 2,223 |
| Equity-based compensation | 466 | 2,431 | 975 | 2,833 |
| Warrant fair value (gains) losses | - | (11,126) | 456 | 6,544 |
| Public company readiness costs | - | - | - | 1,092 |
| Gain on forgiveness of debt | (9,518) | - | (9,518) | - |
| **Adjusted EBITDA** | $ (8,234) | $ (12,144) | $ (9,857) | $ (15,829) |
| Adjusted EBITDA Margin (1) | (15.7)% | (14.5)% | (9.7)% | (9.5)% |

(1) We define Adjusted EBITDA Margin as Adjusted EBITDA as a percentage of total revenue for the same period.

*Free Cash Flow*

We define Free Cash Flow as net cash provided by operating activities less purchases of property and equipment and additions to capitalized software. We believe that Free Cash Flow is a meaningful indicator of liquidity that provides information to our management and investors about the amount of cash generated from operations, after purchases of property and equipment and additions to capitalized software, that can be used for strategic initiatives. Our Free Cash Flow is impacted by the timing of bookings because we collect travel revenue between the time of booking and 30 days before a stay or experience occurs. The following table presents the components of Free Cash Flow for the six months ended June 30, 2021 and 2022.

| | For the three months ended June 30, | | For the six months ended June 30, | |
| --- | --- | --- | --- | --- |
| | 2021 | 2022 | 2021 | 2022 |
| | (in thousands) | | | |
| **Net cash provided by (used in) operating activities** | $ 10,414 | $ (13,746) | $ 19,625 | $ (26,412) |
| Development of internal-use software | 73 | (306) | (263) | (489) |
| Purchase of property and equipment | (701) | (3,631) | (1,061) | (4,618) |
| **Net cash used in financing activities** | (628) | (3,937) | (1,324) | (5,107) |
| **Free Cash Flow** | $ 9,786 | $ (17,683) | $ 18,301 | $ (31,519) |

**Lease Obligations (As Restated)**

We have obligations under operating leases, primarily for vacation properties and our corporate headquarters. The leases may require us to pay taxes, insurance, utilities, and maintenance costs. See Note 11 to our condensed consolidated financial statements for the six months ended June 30, 2022 included elsewhere in this Amended Quarterly Report on Form 10-Q/A.

39

**Movant Appx. 88**

Table of Contents

Future minimum annual commitments under these operating leases are as follows:

| | Operating leases (in thousands) (As Restated) |
| --- | --- |
| Remainder of 2022 | $ 42,109 |
| Year ending December 31, 2023 | 65,534 |
| Year ending December 31, 2024 | 46,090 |
| Year ending December 31, 2025 | 38,126 |
| Year ending December 31, 2026 | 31,189 |
| Thereafter | 61,920 |
| Total minimum lease payments | $ 284,968 |

As of June 30, 2022, the Company was party to 71 leases that had not yet commenced. Future payments under these leases were $118 million at June 30, 2022.

Our Revolver, which had a balance of $13 and $14 million as of December 31, 2021 and June 30, 2022, respectively, matures in October 2023. The Company was not in compliance with one of its covenants on the Revolver at May 31, 2022 and June 30, 2022. The Company repaid the Revolver in full in July 2022 and has not subsequently drawn on the Revolver. The Company is working with its lender to modify this covenant.

**Critical Accounting Policies and Estimates**

The discussion and analysis of our financial condition and results of operations are based upon our condensed consolidated financial statements, which have been prepared in accordance with GAAP. The preparation of these financial statements requires management to make estimates and judgments that affect the reported amounts of assets and liabilities, revenue and expenses and related disclosures of contingent assets and liabilities at the date of our condensed consolidated financial statements. We evaluate our estimates and assumptions on an ongoing basis. The estimates and assumptions used by management are based on historical experience and other factors, which are believed to be reasonable under the circumstances. Actual results may differ from these estimates under different assumptions or conditions, impacting our reported results of operations and financial condition.

Except for the policies described in "Note 2-Significant Accounting Policies and Restatement of Previously Issued Financial Statements" to our condensed consolidated financial statements included elsewhere in this Amended Quarterly Report on Form 10-Q/A, including the accounting policy for leases as a result of the Company adopting the Financial Accounting Standards Board's (FASB) Accounting Standards Update (ASU) Leases (Topic 842) on January 1, 2022, there have been no significant changes from the significant accounting policies disclosed in Note 2 of the "Notes to Consolidated Financial Statements" of the audited consolidated financial statements for the year ended December 31, 2021, which are included in our prospectus filed pursuant to Rule 424(b)(3) on May 9, 2022. For more information, please refer to "Note 2-Summary of Significant Accounting Policies and Restatement of Previously Issued Financial Statements" to our unaudited condensed consolidated financial statements included in Part I, Item 1 of this Amended Quarterly Report on Form 10-Q/A.

*Revenue Recognition*

The Company recognizes revenue from monthly or annual subscription fees over the time. The Company has determined that enrollment fees for subscriptions that are not substantive do not provide a material right to customers. These enrollment fees are recognized upon receipt. Legacy Inspirato club subscriptions included substantive upfront enrollment fees. These enrollment fees may have entitled the subscriber to annual dues, travel or other perks. The value of those services, estimated based on their stand-alone selling price, were deferred and recognized when those services are provided. The remaining revenue is recognized on a straight-line basis over the expected average life of these subscription types. The average estimated life of these subscriptions is five years. The option to renew is considered a material right of the customer and is treated herein as an additional performance obligation.

The calculation of the expected average life of subscriptions with substantive upfront enrollment fees is a critical estimate in the recognition of revenue associated with enrollment fees. The calculation includes certain management judgments and projections regarding the estimated period that customers are expected to remain subscribers and continue to benefit from these subscriptions

**Movant Appx. 89**

Table of Contents

along with annual renewal rates for these subscriptions. Management relies on multiple metrics to determine the average customer life. These include historical average renewal and attrition rates, expected future renewal rates, and other qualitative measures obtained through market research. The Company review its estimates and assumptions with regard to the average customer life based on the Company's projections and historical experience on an annual basis. The expected average life of subscriptions with substantive upfront enrollment fees was five years.

Revenue from travel is recognized when performance obligations are met, generally over the period of the stay.

***Goodwill***

Goodwill is not amortized, but rather is assessed annually for impairment in the fourth quarter and when events and circumstances indicate that the fair value of a reporting unit with goodwill has been reduced below its carrying value. We have determined that the Company has one reporting unit. The impairment test for requires that the Company first perform a qualitative assessment to determine whether it is more likely than not that the fair value of a reporting unit is less than its carrying value. If it is concluded that this is the case, the Company then performs a quantitative impairment test. Otherwise, the quantitative impairment test is not required. Under the quantitative impairment test, the Company would compare the estimated fair value of each reporting unit to its carrying value. The Company determined based on the qualitative assessments that it is not more likely than not that the fair value of the Company's reporting unit is less than its carrying value, therefore no quantitative impairment tests were performed at December 31, 2021 or June 30, 2022 and no goodwill impairment charges were recognized during each of the three and six months ended June 30, 2021 and 2022.

***Equity-based compensation***

The Company accounts for equity-based payments in accordance with GAAP for all transactions in which an entity exchanges its equity instruments for goods or services, which generally requires us to measure the cost of employee services received in exchange for an award of equity instruments in earnings based on the fair value and vesting provisions of the award on the date of grant. Forfeitures are accounted for as they occur by reversing the expense previously recognized in the period of the forfeiture.

***Capitalized Software***

Direct costs incurred in the development of internal-use software products are capitalized once the preliminary project stage is completed, management has committed to funding the project, and completion and use of the software for its intended purpose is probable. We cease capitalization of development costs once the software has been substantially completed and is ready for its intended use. Software development costs are amortized over their estimated useful lives of three years.

***Income Taxes***

We utilize the asset and liability method in accounting for income taxes. Under this method, deferred tax assets and liabilities are recorded based on the estimated future tax effects of temporary differences between the financial reporting and tax bases of existing assets and liabilities. Deferred tax assets and liabilities are measured using enacted tax rates expected to apply to taxable income in the years in which those temporary differences are expected to be recovered or settled. Deferred tax expense or benefit is the result of changes in the deferred tax asset and liability. We recognize the effect on deferred income taxes of a change in tax rates in the period that includes the enactment date. Valuation allowances are established when necessary to reduce deferred tax assets to the net amount that we believe is more-likely-than-not to be realized.

We make estimates, assumptions and judgments to determine our provision for Inspirato's income taxes, deferred tax assets and liabilities, and any valuation allowance recorded against deferred tax assets. We consider all available evidence, both positive and negative, including historical levels of income, expectations and risks associated with estimates of future taxable income, and ongoing tax planning strategies in assessing the need for a valuation allowance. We assess the likelihood that our deferred tax assets will be recovered from future taxable income, and to the extent it believes that recovery is not likely, it establishes a valuation allowance.

We recognize the tax benefit from an uncertain tax position only if it is more likely than not that the tax position will be sustained on examination by the taxing authorities, based on the technical merits of the position. The tax benefits recognized from such positions are then measured based on the largest benefit that has a greater than 50% likelihood of being realized upon settlement. Interest and

41

**Movant Appx. 90**

Table of Contents

penalties related to unrecognized tax benefits which, as of the date of this report, have not been material, are recognized within provision for income taxes.

**Recently Adopted Accounting Pronouncements**

For further information on recently adopted accounting pronouncements, see Leases within Note 2 to our consolidated financial statements included elsewhere in this Amended Quarterly Report on Form 10-Q/A.

**Item 3.Quantitative and Qualitative Disclosures about Market Risk .**

Our principal market risks are our exposure to interest rates and commodity risks.

*Interest Rate Risk*

We are exposed to interest rate risk primarily related to our outstanding debt. Changes in interest rates affect the interest earned on its total cash as well as interest paid on its debt.

We have not been exposed to, nor anticipate exposure to, material risks due to changes in interest rates. A hypothetical 100 basis points increase or decrease in interest rates would not have had a material impact on our consolidated financial statements as of June 30, 2022.

*Foreign Currency Risk*

We are exposed to foreign currency risk related expenditures that we incur in foreign countries. Many of our leases, which are the most significant component of operating costs in foreign countries are denominated in U.S. dollars and thus do not result in foreign currency risk. In the three and six months ended June 30, 2022, our expenditures included $7.2 million and $12 million, respectively, in foreign currencies, primarily in Mexican Pesos and Euros. A hypothetical 100 basis points increase or decrease in the value of the U.S. dollar relative to the Mexican Peso and Euro would not have had a material impact on our consolidated financial statements for the three and six months ended June 30, 2022.

**Item 4. Controls and Procedures.**

**Evaluation of Disclosure Controls and Procedures**

Our management, with the participation of our Chief Executive Officer and Chief Financial Officer, evaluated, as of the end of the period covered by this Amended Quarterly Report on Form 10-Q/A, the effectiveness of our disclosure controls and procedures (as defined in Rules 13a-15(e) and 15d-15(e) under the Securities Exchange Act of 1934, as amended, or the Exchange Act). Based on that evaluation, and as a result of the material weaknesses in internal control over financial reporting described below, our Chief Executive Officer and Chief Financial Officer concluded that, as of June 30, 2022, our disclosure controls and procedures were not effective at the reasonable assurance level. In light of this fact, our management has performed additional analyses, reconciliations, and other post-closing procedures and has concluded that, notwithstanding the material weaknesses in our internal control over financial reporting, the unaudited condensed consolidated financial statements for the periods covered by and included in this Amended Quarterly Report on Form 10-Q/A fairly state, in all material respects, our financial position, results of operations and cash flows for the periods presented in conformity with GAAP.

**Material Weaknesses in Internal Control over Financial Reporting**

A material weakness is a deficiency, or a combination of deficiencies, in internal control over financial reporting such that there is a reasonable possibility that a material misstatement of our annual or interim financial statements will not be prevented or detected on a timely basis. As disclosed in the section titled "Risk Factors" in Part II, Item 1A and as of the end of the period covered by this Amended Quarterly Report on Form 10-Q/A, our material weaknesses are as follows:

- We have lacked a sufficient number of personnel with the appropriate level of knowledge and experience in the application of GAAP, including the adoption and ongoing accounting for leases under ASC 842, and in the design and implementation of

42

**Movant Appx. 91**

Table of Contents

internal controls and have not had the necessary business processes and related internal controls. Additionally, we did not design and maintain effective controls over our financial closing and reporting processes. This material weakness resulted in the restatement of our previously issued consolidated financial statements for the quarterly periods ended March 31, 2022, as described elsewhere in this Quarterly Report on Form 10-Q/A, and June 30, 2022 (collectively, the "Non-Reliance Periods") to correct errors that resulted from (i) the incorrect application of ASC 842 with respect to the assessment of right-of-use assets and lease liabilities and (ii) the under accrual of liabilities and property-related and other expenses as of March 31, 2022 and the over accrual as of June 30, 2022.

- We did not design and maintain effective controls relevant to the preparation of our financial statements with respect to information technology general controls ("ITGCs"). Specifically, the material weaknesses relating to ITGCs are due to a lack of the design and implementation of certain ITGCs related to our financial applications and data being adequately restricted.

**Remediation Plan**

We have made progress toward remediation of these control deficiencies described above. We hired a number of key appropriately qualified personnel with the appropriate level of knowledge and experience in the application of GAAP since this material weakness was initially identified in 2021 and we continue to recruit qualified personnel. We have engaged third party consultants to assist with the design and implementation of ITGCs, more specifically designing additional change management and access controls for our relevant IT applications to further restrict privileged access and implementing controls to review activities, which may materially affect our financial statements, for those users who have privileged access.

While we believe these efforts will remediate the material weaknesses, these material weaknesses cannot be considered fully remediated until the applicable remedial controls operate for a sufficient period of time and management has concluded, through testing, that these controls are operating effectively.

**Changes in Internal Control Over Financial Reporting**

Other than the material weakness remediation efforts underway, there were no changes in our internal control over financial reporting identified in connection with the evaluation required by Rule 13a-15(d) and 15d-15(d) of the Exchange Act that occurred during the quarter ended June 30, 2022, that have materially affected, or are reasonably likely to materially affect, our internal control over financial reporting.

**Inherent Limitations on Effectiveness of Controls and Procedures**

Our management, including our Chief Executive Officer and Chief Financial Officer, believes that our disclosure controls and procedures and internal control over financial reporting are designed to provide reasonable assurance of achieving their objectives and are effective at the reasonable assurance level. However, management does not expect that our disclosure controls and procedures or our internal control over financial reporting will prevent or detect all errors and all fraud. A control system, no matter how well conceived and operated, can provide only reasonable, not absolute, assurance that the objectives of the control system are met. Because of the inherent limitations in all control systems, no evaluation of controls can provide absolute assurance that all control issues and instances of fraud, if any, within the company have been detected. The design of any system of controls also is based in part upon certain assumptions about the likelihood of future events, and there can be no assurance that any design will succeed in achieving its stated goals under all potential future conditions. Over time, controls may become inadequate because of changes in conditions, or the degree of compliance with the policies or procedures may deteriorate. Because of the inherent limitations in a cost-effective control system, misstatements due to error or fraud may occur and not be detected.

43

Table of Contents

**SIGNATURES**

Pursuant to the requirements of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned thereunto duly authorized.

**Inspirato Incorporated**

Date: December 14, 2022                                    By:          /s/ Brent Handler
                                                                         **Brent Handler**
                                                          **Chief Executive Officer and Director**
                                                              **(Principal Executive Officer)**

Date: December 14, 2022                                    By:          /s/ R. Webster Neighbor
                                                                     **R. Webster Neighbor**
                                                             **Chief Financial Officer**
                                               **(Principal Financial and Accounting Officer)**

85

**Movant Appx. 93**

**Exhibit 31.1**

**CERTIFICATION OF PERIODIC REPORT UNDER SECTION 302 OF
THE SARBANES-OXLEY ACT OF 2002**

I, Brent Handler, certify that:

1.      I have reviewed this Quarterly Report on Form 10-Q/A of Inspirato Incorporated;

2.      Based on my knowledge, this report does not contain any untrue statement of a material fact or omit to state a material fact necessary to make the statements made, in light of the circumstances under which such statements were made, not misleading with respect to the period covered by this report;

3.      Based on my knowledge, the financial statements, and other financial information included in this report, fairly present in all material respects the financial condition, results of operations and cash flows of the registrant as of, and for, the periods presented in this report;

4.      The registrant's other certifying officer and I are responsible for establishing and maintaining disclosure controls and procedures (as defined in Exchange Act Rules 13a-15(e) and 15d-15(e)) and internal control over financial reporting (as defined in Exchange Act Rules 13a-15(f) and 15d-15(f)) for the registrant and have:

(a)      Designed such disclosure controls and procedures, or caused such disclosure controls and procedures to be designed under our supervision, to ensure that material information relating to the registrant, including its consolidated subsidiaries, is made known to us by others within those entities, particularly during the period in which this report is being prepared;

(b)      Designed such internal control over financial reporting, or caused such internal control over financial reporting to be designed under our supervision, to provide reasonable assurance regarding the reliability of financial reporting and the preparation of financial statements for external purposes in accordance with generally accepted accounting principles;

(c)      Evaluated the effectiveness of the registrant's disclosure controls and procedures and presented in this report our conclusions about the effectiveness of the disclosure controls and procedures, as of the end of the period covered by this report based on such evaluation; and

(d)      Disclosed in this report any change in the registrant's internal control over financial reporting that occurred during the registrant's most recent fiscal quarter (the registrant's fourth fiscal quarter in the case of an annual report) that has materially affected, or is reasonably likely to materially affect, the registrant's internal control over financial reporting; and

5.      The registrant's other certifying officer and I have disclosed, based on our most recent evaluation of internal control over financial reporting, to the registrant's auditors and the audit committee of the registrant's board of directors (or persons performing the equivalent functions):

(a)      All significant deficiencies and material weaknesses in the design or operation of internal control over financial reporting which are reasonably likely to adversely affect the registrant's ability to record, process, summarize and report financial information; and

(b)      Any fraud, whether or not material, that involves management or other employees who have a significant role in the registrant's internal control over financial reporting.

Date: December 14, 2022                                      By:  /s/ Brent Handler
                                                                  Brent Handler
                                                                  Chief Executive Officer
                                                                  (Principal Executive Officer)

A-1

**Movant Appx. 94**

EX-31.2 3 ispo-20220630xex31d2.htm EX-31.2

**Exhibit 31.2**

### CERTIFICATION OF PERIODIC REPORT UNDER SECTION 302 OF
### THE SARBANES-OXLEY ACT OF 2002

I, R. Webster Neighbor, certify that:

1.    I have reviewed this Quarterly Report on Form 10-Q/A of Inspirato Incorporated;

2.    Based on my knowledge, this report does not contain any untrue statement of a material fact or omit to state a material fact necessary to make the statements made, in light of the circumstances under which such statements were made, not misleading with respect to the period covered by this report;

3.    Based on my knowledge, the financial statements, and other financial information included in this report, fairly present in all material respects the financial condition, results of operations and cash flows of the registrant as of, and for, the periods presented in this report;

4.    The registrant's other certifying officer and I are responsible for establishing and maintaining disclosure controls and procedures (as defined in Exchange Act Rules 13a-15(e) and 15d-15(e)) and internal control over financial reporting (as defined in Exchange Act Rules 13a-15(f) and 15d-15(f)) for the registrant and have:

(a)       Designed such disclosure controls and procedures, or caused such disclosure controls and procedures to be designed under our supervision, to ensure that material information relating to the registrant, including its consolidated subsidiaries, is made known to us by others within those entities, particularly during the period in which this report is being prepared;

(b)       Designed such internal control over financial reporting, or caused such internal control over financial reporting to be designed under our supervision, to provide reasonable assurance regarding the reliability of financial reporting and the preparation of financial statements for external purposes in accordance with generally accepted accounting principles;

(c)       Evaluated the effectiveness of the registrant's disclosure controls and procedures and presented in this report our conclusions about the effectiveness of the disclosure controls and procedures, as of the end of the period covered by this report based on such evaluation; and

(d)       Disclosed in this report any change in the registrant's internal control over financial reporting that occurred during the registrant's most recent fiscal quarter (the registrant's fourth fiscal quarter in the case of an annual report) that has materially affected, or is reasonably likely to materially affect, the registrant's internal control over financial reporting; and

5.    The registrant's other certifying officer and I have disclosed, based on our most recent evaluation of internal control over financial reporting, to the registrant's auditors and the audit committee of the registrant's board of directors (or persons performing the equivalent functions):

(a)       All significant deficiencies and material weaknesses in the design or operation of internal control over financial reporting which are reasonably likely to adversely affect the registrant's ability to record, process, summarize and report financial information; and

(b)       Any fraud, whether or not material, that involves management or other employees who have a significant role in the registrant's internal control over financial reporting.

Date: December 14, 2022                          By: /s/ R. Webster Neighbor
                                                 R. Webster Neighbor
                                                 Chief Financial Officer
                                                 (Principal Financial and Accounting Officer)

A-2

# EXHIBIT 6

Movant Appx. 96

Table of Contents

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
**WASHINGTON, DC 20549**

# FORM 10-Q/A
Amendment No. 1

☒    **QUARTERLY REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**
**For the quarterly period ended March 31, 2022**

**OR**

☐    **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**For the transition period from   to**

**Commission File Number: 001-39791**

# INSPIRATO INCORPORATED
**(Exact Name of Registrant as Specified in its Charter)**

| | |
|---|---|
| **Delaware** | **85-2426959** |
| **(State or other jurisdiction of incorporation or organization)** | **(I.R.S. Employer Identification No.)** |
| **1544 Wazee Street** | |
| **Denver, CO** | **80202** |
| **(Address of principal executive offices)** | **(Zip Code)** |

**Registrant's telephone number, including area code: (303) 586-7771**

**Not applicable**

(Former name, former address, and former fiscal year, if changed since last report)

Securities registered pursuant to Section 12(b) of the Act:

| Title of each class | Trading Symbol(s) | Name of each exchange on which registered |
|---|---|---|
| **Class A Common Stock, $0.0001 par value per share** | **ISPO** | **The Nasdaq Global Market** |
| **Warrants, each whole warrant exercisable for one share of Class A Common Stock at an exercise price of $11.50 per share** | **ISPOW** | **The Nasdaq Global Market** |

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days. Yes ☒ No ☐

Indicate by check mark whether the registrant has submitted electronically every Interactive Data File required to be submitted pursuant to Rule 405 of Regulation S-T (§232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit such files). Yes ☒ No ☐

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, smaller reporting company, or an emerging growth company. See the definitions of "large accelerated filer," "accelerated filer," "smaller reporting company," and "emerging growth company" in Rule 12b-2 of the Exchange Act.

| | | | |
|---|---|---|---|
| Large accelerated filer | ☐ | Accelerated filer | ☐ |
| Non-accelerated filer | ☒ | Smaller reporting company | ☒ |
| | | Emerging growth company | ☒ |

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ☐

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Exchange Act). Yes ☐ No ☒

As of May 10, 2022, the registrant had 52,442,654 shares of Class A Common Stock, 69,780,665 shares of Class V Common Stock, and 8,624,800 Warrants outstanding.

## EXPLANATORY NOTE

Inspirato Incorporated (the "Company") is filing this Amendment No. 1 on Form 10-Q/A (the "Amended Report") to amend its Quarterly Report on Form 10-Q for the quarter ended March 31, 2022, that was originally filed with the U.S. Securities and Exchange Commission (the "SEC") on May 13, 2022 (the "Original Report"), to restate certain items presented in the Original Report (the "Restatement"). This Amended Report includes a restatement of the Company's unaudited condensed consolidated financial statements as of and for the three months ended March 31, 2022 and amends certain other information in the Original Report as further described below.

### Background

As disclosed in the Company's Current Report on Form 8-K, filed with the SEC on November 14, 2022, the Restatement is to correct errors that resulted from (i) the incorrect application of Accounting Standards Update (ASU) No. 2016-02, Leases (Topic 842) ("ASC 842") with respect to the assessment of right-of-use assets and lease liabilities and (ii) the under accrual of liabilities and property-related and other expenses as of March 31, 2022. The incorrect application of ASC 842 led to an understatement of $25 million of the right-of-use assets and total lease liabilities as of March 31, 2022. Separately, property-related and other expenses were understated by $0.3 million during the three-months ended March 31, 2022.

Refer to "*Note 2 - Significant Accounting Policies and Restatement of Previously Issued Financial Statements (As Restated)*" ("Note 2") to our unaudited condensed consolidated financial statements included in this Amended Report for more information regarding the impact of correcting these errors on the Company's unaudited condensed consolidated financial statements.

In connection with the Restatement, the Company's management concluded that as of March 31, 2022, its disclosure controls and procedures remained ineffective at a reasonable assurance level due to the unremediated material weaknesses in its internal control over financial reporting previously disclosed in Part I, Item 4. "Controls and Procedures" of the Original Report. For discussion of management's consideration of the Company's disclosure controls and procedures, internal controls over financial reporting, and material weaknesses identified, refer to "Part I, Item 4. Controls and Procedures," included in this Amended Report.

### Items Amended in this Amended Report

The following sections in the Original Report are revised in this Amended Report, solely as a result of, and to reflect, the Restatement:

- Part I - Item 1. Financial Information
- Part I - Item 2. Management's Discussion and Analysis of Financial Condition and Results of Operations
- Part I - Item 4. Controls and Procedures
- Part II - Item 1A. Risk Factors
- Part II - Item 6. Exhibits and Signatures

In addition, in accordance with Rule 12b-15 under the Securities Exchange Act of 1934, as amended, Part II, Item 6 of the Original Report has been amended to include the currently-dated certifications from the Company's principal executive officer and principal financial officer as Exhibits 31.1, 31.2, 32.1 and 32.2.

For the convenience of the reader, this Amended Report sets forth the information in the Original Report in its entirety, as such information is modified and superseded only where described above. This Amended Report does not amend, update or change any other items or disclosures in the Original Report and does not purport to reflect any information or events subsequent to the filing thereof other than those disclosed in Note 2. Among other things, forward-looking statements made in the Original Report have not been revised to reflect events that occurred or facts that became known to the Company after the filing of the Original Report, and such forward-looking statements should be read in their historical context. Accordingly, this Amended Report should be read in conjunction with the Company's filings made with the SEC subsequent to the filing of the Original Report, including any amendment to those filings. This Amended Report reflects an updated Exhibit 101 (Interactive Data Files), which is filed herewith, as applicable.

Table of Contents

**Table of Contents**

| | | **Page** |
|---|---|---|
| **PART I.** | **FINANCIAL INFORMATION** | |
| Item 1. | Financial Statements (Unaudited) | 4 |
| | Consolidated Balance Sheets (As Restated) | 4 |
| | Consolidated Statements of Operations and Comprehensive Loss (As Restated) | 5 |
| | Consolidated Statements of Equity (As Restated) | 6 |
| | Consolidated Statements of Cash Flows (As Restated) | 7 |
| | Notes to Unaudited Consolidated Financial Statements (As Restated) | 8 |
| Item 2. | Management's Discussion and Analysis of Financial Condition and Results of Operations (As Restated) | 24 |
| Item 3. | Quantitative and Qualitative Disclosures About Market Risk | 37 |
| Item 4. | Controls and Procedures | 37 |
| **PART II.** | **OTHER INFORMATION** | 39 |
| Item 1. | Legal Proceedings | 39 |
| Item 1A. | Risk Factors | 39 |
| Item 2. | Unregistered Sales of Equity Securities and Use of Proceeds | 76 |
| Item 3. | Defaults Upon Senior Securities | 78 |
| Item 4. | Mine Safety Disclosures | 78 |
| Item 5. | Other Information | 78 |
| Item 6. | Exhibits | 78 |
| SIGNATURES | | 81 |

Table of Contents

**SPECIAL NOTE REGARDING FORWARD-LOOKING STATEMENTS**

This Amended Quarterly Report on Form 10-Q/A contains forward-looking statements within the meaning of Section 27A of the Securities Act and Section 21E of the Securities Exchange Act of 1934, as amended, which statements involve substantial risks and uncertainties. Our forward-looking statements include, but are not limited to, statements regarding our and our management team's hopes, beliefs, intentions or strategies regarding the future or our future events or our future financial or operating performance. The words "anticipate," "believe," "continue," "could," "estimate," "expect," "intends," "may," "might," "plan," "possible," "potential," "predict," "project," "should," "will," "would" and similar expressions may identify forward-looking statements, but the absence of these words does not mean that a statement is not forward-looking. Forward-looking statements in this Amended Quarterly Report on Form 10-Q/A may include, for example, statements about:

- Our ability to recognize the anticipated benefits of the Business Combination (as defined below);

- Changes in our strategy, future operations, financial position, estimated revenue and losses, projected costs, prospects and plans;

- The implementation, market acceptance and success of our business model and growth strategy;

- Our expectations and forecasts with respect to the size and growth of the travel and hospitality industry;

- The ability of our services to meet customers' needs;

- Our ability to compete with others in the luxury travel and hospitality industry;

- Our ability to grow our market share;

- Our ability to attract and retain qualified employees and management;

- Our ability to adapt to changes in consumer preferences, perception and spending habits and develop and expand its destination offerings and gain market acceptance of our services, including in new geographies;

- Our ability to develop and maintain our brand and reputation;

- Developments and projections relating to our competitors and industry;

- The impact of health epidemics, including the COVID-19 pandemic, on our business and the actions we may take in response thereto;

- The impact of the COVID-19 pandemic on customer demands for travel and hospitality services;

- Expectations regarding the time during which we will be an emerging growth company under the Jumpstart Our Business Startups Act of 2012 (the "JOBS Act");

- The ability to maintain the listing of our Class A Common Stock (as defined below) and Warrants (as defined below) on the Nasdaq Stock Market LLC ("Nasdaq");

- Our future capital requirements and sources and uses of cash;

- Our ability to obtain funding for our operations and future growth;

- Our business, expansion plans and opportunities;

- The Restatement and the impact of such Restatement on our future financial statements and other financial measures;

- The material weaknesses we identified in our internal controls over financial reporting and our efforts and timing related to such remediation; and

- Other factors detailed under the section entitled "Risk Factors."

We caution you that the foregoing list does not contain all of the forward-looking statements made in this Amended Quarterly Report on Form 10-Q/A.

2

**Movant Appx. 100**

Table of Contents

You should not rely upon forward-looking statements as predictions of future events. We have based the forward-looking statements contained in this Amended Quarterly Report on Form 10-Q/A primarily on our current expectations and projections about future events and trends that we believe may affect our business, operating results, financial condition and prospects. The outcome of the events described in these forward-looking statements is subject to risks, uncertainties and other factors, including those described in the section titled "Risk Factors" and elsewhere in this Amended Quarterly Report on Form 10-Q/A. Moreover, we operate in a very competitive and rapidly changing environment. New risks and uncertainties emerge from time to time and it is not possible for us to predict all risks and uncertainties that could have an impact on the forward-looking statements contained in this Amended Quarterly Report on Form 10-Q/A. We cannot assure you that the results, events and circumstances reflected in the forward-looking statements will be achieved or occur, and actual results, events or circumstances could differ materially from those described in the forward-looking statements.

Neither we nor any other person assumes responsibility for the accuracy and completeness of any of these forward-looking statements. Moreover, the forward-looking statements made in this Amended Quarterly Report on Form 10-Q/A relate only to events as of the date on which the statements are made. We undertake no obligation to update any forward-looking statements made in this Amended Quarterly Report on Form 10-Q/A to reflect events or circumstances after the date of this Amended Quarterly Report on Form 10-Q/A or to reflect new information or the occurrence of unanticipated events, except as required by law. You should not place undue reliance on our forward-looking statements. Our forward-looking statements do not reflect the potential impact of any future acquisitions, mergers, dispositions, joint ventures or investments we may make.

In addition, statements that "we believe" and similar statements reflect our beliefs and opinions on the relevant subject. These statements are based upon information available to us as of the date of this Amended Quarterly Report on Form 10-Q/A and while we believe such information forms a reasonable basis for such statements, such information may be limited or incomplete, and such statements should not be read to indicate that we have conducted an exhaustive inquiry into, or review of, all potentially available relevant information. These statements are inherently uncertain, and investors are cautioned not to unduly rely upon these statements.

3

**Movant Appx. 101**

Table of Contents

**Part I - FINANCIAL INFORMATION**

**Item 1. Financial Statements.**

**INSPIRATO INCORPORATED**
**CONSOLIDATED BALANCE SHEETS (Unaudited)**
**(in thousands, except par value)**

| | December 31, 2021 | March 31, 2022 |
|---|---|---|
| | | (As Restated) |
| **Assets** | | |
| Current assets | | |
| Cash and cash equivalents | $ 80,233 | $ 133,098 |
| Restricted cash | 2,720 | 1,978 |
| Accounts receivable, net | 2,389 | 1,991 |
| Accounts receivable, net - related parties | 386 | 942 |
| Prepaid subscriber travel | 17,183 | 19,098 |
| Prepaid expenses | 11,101 | 11,455 |
| Other current assets | 762 | 634 |
| **Total current assets** | **114,774** | **169,196** |
| Property & equipment, net | 8,695 | 9,031 |
| Goodwill | 21,233 | 21,233 |
| Right of use assets | - | 214,802 |
| Other long term assets | 1,068 | 1,178 |
| **Total assets** | **$ 145,770** | **$ 415,440** |
| **Liabilities** | | |
| Current liabilities | | |
| Accounts payable | $ 33,140 | $ 31,667 |
| Accrued liabilities | 6,035 | 4,573 |
| Deferred revenue | 176,813 | 173,504 |
| Debt | 13,267 | 13,267 |
| Lease liability | - | 69,207 |
| Deferred rent | 457 | - |
| **Total current liabilities** | **229,712** | **292,218** |
| Deferred revenue | 14,450 | 16,658 |
| Deferred rent | 7,468 | - |
| Lease liability | - | 152,596 |
| Warrants | 547 | 16,733 |
| **Total liabilities** | **252,177** | **478,205** |
| Commitments and contingencies (Note 12) | | |
| **Temporary equity (Note 3)** | | |
| Series A-1; 222 authorized and 217 issued and outstanding at December 31, 2021; none at March 31, 2022 | 12,809 | - |
| Series A-2; 130 authorized, issued, and outstanding at December 31, 2021; none at March 31, 2022 | 5,489 | - |
| Series B; 193 authorized, issued, and outstanding at December 31, 2021; none at March 31, 2022 | 19,860 | - |
| Series B-1; 128 authorized and 124 issued and outstanding at December 31, 2021; none at March 31, 2022 | 15,282 | - |
| Series D; 158 authorized, issued, and outstanding at December 31, 2021; none at March 31, 2022 | 20,125 | - |
| Series E; 132 authorized and 96 issued and outstanding at December 31, 2021; none at March 31, 2022 | 9,719 | - |
| **Total temporary equity** | **83,284** | **-** |
| **Equity** | | |
| Series C; 491 authorized, issued, and outstanding at December 31, 2021; none at March 31, 2022 (Note 3) | 21,477 | - |
| Common units 4,470 authorized; 1,149 issued and outstanding at December 31, 2021; none at March 31, 2022 (Note 3) | - | - |
| Class A common stock, par value $0.0001 per share, 1,000,000 shares authorized, 51,936 shares issued and outstanding as of March 31, 2022 | - | 5 |
| Class V common stock, $0.0001 par value, 500,000 shares authorized, 69,781 shares issued and outstanding as of March 31, 2022 | - | 7 |
| Additional paid-in capital | - | 237,433 |
| Accumulated deficit | (211,168) | (223,653) |
| **Total equity excluding noncontrolling interest** | **(189,691)** | **13,792** |
| Noncontrolling interests (Note 16) | - | (76,557) |
| **Total equity** | **(189,691)** | **(62,765)** |
| **Total liabilities, temporary equity, and equity** | **$ 145,770** | **$ 415,440** |

4

**Movant Appx. 102**

Table of Contents

**INSPIRATO INCORPORATED**
**CONDENSED CONSOLIDATED STATEMENT OF OPERATIONS AND COMPREHENSIVE LOSS (Unaudited)**
**(in thousands, except per share amounts)**

| | Three Months Ended March 31, | |
| | 2021 | 2022 |
| --- | --- | --- |
| | | (As Restated) |
| Revenue | $  49,280 | $  82,073 |
| Cost of revenue (including depreciation of $472 in 2021, and $375 in 2022, respectively) | 32,089 | 47,309 |
| Gross margin | 17,191 | 34,764 |
| General and administrative (including equity-based compensation of $509 in 2021, and $402 in 2022, respectively) | 8,633 | 17,694 |
| Sales and marketing | 5,249 | 10,142 |
| Operations | 5,029 | 9,674 |
| Technology and development | 883 | 2,808 |
| Depreciation and amortization | 683 | 659 |
| Interest, net | 168 | 139 |
| Warrant fair value losses | 456 | 17,670 |
| **Loss and comprehensive loss before income taxes** | **(3,910)** | **(24,022)** |
| Income tax expense | - | 181 |
| **Net loss and comprehensive loss** | **(3,910)** | **(24,203)** |
| Net loss and comprehensive loss attributable to noncontrolling interests (Note 16) | - | 11,901 |
| **Net loss and comprehensive loss attributable to Inspirato Incorporated** | $  **(3,910)** | $  **(12,302)** |
| | | |
| Basic and diluted weighted average common units and Class A shares outstanding | 105,503 | 42,312 |
| Basic and diluted net loss attributable to Inspirato Incorporated per common unit and Class A share, respectively | $     (0.04) | $     (0.29) |

5

**Movant Appx. 103**

Table of Contents

INSPIRATO INCORPORATED
CONDENSED CONSOLIDATED STATEMENTS OF EQUITY (Unaudited)
(in thousands)

| | Common Units | | Series C | | Class A Common Stock | | Class V Common Stock | | Additional Paid-in Capital | Accumulated Deficit | Noncontrolling Interests | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Units | Value | Units | Value | Shares | Value | Shares | Value | Capital | (As Restated) | (As Restated) | (As Restated) |
| **Balance at January 1, 2021 (as previously reported)** | **1,166** | **$ -** | **491** | **$ 21,477** | **-** | **$ -** | **-** | **$ -** | **$ -** | **$ (184,682)** | **$ -** | **$(163,205)** |
| Reverse recapitalization, net (Note 3) | 104,377 | - | (491) | (21,477) | - | - | - | - | 21,477 | - | - | - |
| **Balance at January 1, 2021, after effect of reverse recapitalization** | **105,543** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **21,477** | **(184,682)** | **-** | **(163,205)** |
| Consolidated net loss | - | - | - | - | - | - | - | - | - | (3,910) | - | (3,910) |
| Equity-based compensation | - | - | - | - | - | - | - | - | 509 | - | - | 509 |
| Distributions | - | - | - | - | - | - | - | - | - | (81) | - | (81) |
| **Balance at March 31, 2021** | **105,543** | **$ -** | **-** | **$ -** | **-** | **$ -** | **-** | **$ -** | **$ 21,986** | **$ (188,673)** | **$ -** | **$(166,687)** |
| | | | | | | | | | | | | - |
| **Balance at January 1, 2022 (as previously reported)** | **1,149** | **$ -** | **491** | **$ 21,477** | **-** | **$ -** | **-** | **$ -** | **$ -** | **$ (211,168)** | **$ -** | **$(189,691)** |
| Reverse recapitalization, net (Note 3) | 103,709 | - | (491) | (21,477) | - | - | - | - | 21,477 | - | - | - |
| **Balance at January 1, 2022, after effect of reverse recapitalization** | **104,858** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **21,477** | **(211,168)** | **-** | **(189,691)** |
| Consolidated net loss | - | - | - | - | - | - | - | - | - | (12,302) | (11,901) | (24,203) |
| Equity-based compensation | - | - | - | - | - | - | - | - | 402 | - | - | 402 |
| Issuance of common stock and common stock warrants upon the reverse recapitalization, net of issuance costs | (104,858) | - | - | - | 46,832 | 4 | 69,781 | 7 | 206,253 | - | (64,656) | 141,608 |
| Issuance of common stock upon exercise of warrants | - | - | - | - | 5,079 | 1 | - | - | 9,330 | - | - | 9,331 |
| Issuance of common stock upon exercise of stock option awards, net of shares withheld for income taxes | - | - | - | - | 25 | - | - | - | (29) | - | - | (29) |
| Distributions | - | - | - | - | - | - | - | - | - | (183) | - | (183) |
| **Balance at March 31, 2022** | **-** | **$ -** | **-** | **$ -** | **51,936** | **$ 5** | **69,781** | **$ 7** | **$ 237,433** | **$ (223,653)** | **$ (76,557)** | **$ (62,765)** |

6

**Movant Appx. 104**

Table of Contents

**INSPIRATO INCORPORATED**
**CONDENSED CONSOLIDATED STATEMENT OF CASH FLOWS (Unaudited)**
**(in thousands)**

| | Three Months Ended March 31, | |
| --- | --- | --- |
| | 2021 | 2022 |
| | | (As Restated) |
| Cash flows from operating activities: | | |
| Consolidated net loss | $ (3,910) | $ (24,203) |
| Adjustments to reconcile consolidated net loss to net cash provided by (used in) operating activities | | |
| Depreciation and amortization | 1,155 | 1,034 |
| Warrant fair value losses | 456 | 17,670 |
| Equity-based compensation | 509 | 402 |
| Non-cash lease expense | 380 | 790 |
| Changes in operating assets and liabilities, net of reverse recapitalization: | | |
| Accounts receivable, net | 1,189 | 398 |
| Accounts receivable, net - related parties | 66 | (556) |
| Prepaid member travel | (1,055) | (1,915) |
| Prepaid expenses | 266 | (1,448) |
| Right of use asset | - | (620) |
| Other assets | 155 | 18 |
| Accounts payable | 5,918 | (1,473) |
| Accrued liabilities | 1,242 | (1,662) |
| Deferred revenue | 2,840 | (1,101) |
| Net cash provided by (used in) operating activities | 9,211 | (12,666) |
| | | |
| Cash flows from investing activities: | | |
| Development of internal-use software | (336) | (183) |
| Purchase of property and equipment | (360) | (987) |
| Net cash used in investing activities | (696) | (1,170) |
| | | |
| Cash flows from financing activities: | | |
| Repayments of debt | (14,144) | - |
| Proceeds from debt | 13,267 | - |
| Proceeds from reverse recapitalization | - | 90,070 |
| Payments of reverse recapitalization costs | - | (23,899) |
| Payments of employee taxes for unit option exercises | - | (43) |
| Proceeds from unit option exercises | - | 14 |
| Distributions | (80) | (183) |
| Net cash (used in) provided by financing activities | (957) | 65,959 |
| | | |
| Net increase in cash, cash equivalents, and restricted cash | 7,558 | 52,123 |
| Cash, cash equivalents, and restricted cash - beginning of period | 67,001 | 82,953 |
| Cash, cash equivalents, and restricted cash - end of period | $ 74,559 | $ 135,076 |
| | | |
| Supplemental cash flow information - cash paid for interest | $ 170 | $ 145 |
| Significant noncash transactions: | | |
| Conversion of preferred stock in connection with reverse recapitalization | $ - | $ 104,761 |
| Warrants acquired at fair value | - | 8,390 |
| Warrants exercised | - | 9,874 |
| Fixed assets purchased but unpaid, included in accrued liabilities | - | 200 |
| Operating lease right-of-use assets exchanged for lease obligations | - | 239,785 |
| Conversion of deferred rent and prepaid rent to right of use asset | - | 6,831 |

7

**Movant Appx. 105**

Table of Contents

**SIGNATURES**

Pursuant to the requirements of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned thereunto duly authorized.

**Inspirato Incorporated**

Date: December 14, 2022                 By:  _____
                                              /s/ Brent Handler
                                        **Brent Handler**
                                        **Chief Executive Officer and Director**
                                        **(Principal Executive Officer)**

Date: December 14, 2022                 By:  _____
                                              /s/ R. Webster Neighbor
                                        **R. Webster Neighbor**
                                        **Chief Financial Officer**
                                        **(Principal Financial and Accounting Officer)**

81

**Movant Appx. 106**

**Exhibit 31.1**

## CERTIFICATION OF PERIODIC REPORT UNDER SECTION 302 OF
## THE SARBANES-OXLEY ACT OF 2002

I, Brent Handler, certify that:

1.    I have reviewed this Quarterly Report on Form 10-Q/A of Inspirato Incorporated;

2.    Based on my knowledge, this report does not contain any untrue statement of a material fact or omit to state a material fact necessary to make the statements made, in light of the circumstances under which such statements were made, not misleading with respect to the period covered by this report;

3.    Based on my knowledge, the financial statements, and other financial information included in this report, fairly present in all material respects the financial condition, results of operations and cash flows of the registrant as of, and for, the periods presented in this report;

4.    The registrant's other certifying officer and I are responsible for establishing and maintaining disclosure controls and procedures (as defined in Exchange Act Rules 13a-15(e) and 15d-15(e)) and internal control over financial reporting (as defined in Exchange Act Rules 13a-15(f) and 15d-15(f)) for the registrant and have:

(a)    Designed such disclosure controls and procedures, or caused such disclosure controls and procedures to be designed under our supervision, to ensure that material information relating to the registrant, including its consolidated subsidiaries, is made known to us by others within those entities, particularly during the period in which this report is being prepared;

(b)    Designed such internal control over financial reporting, or caused such internal control over financial reporting to be designed under our supervision, to provide reasonable assurance regarding the reliability of financial reporting and the preparation of financial statements for external purposes in accordance with generally accepted accounting principles;

(c)    Evaluated the effectiveness of the registrant's disclosure controls and procedures and presented in this report our conclusions about the effectiveness of the disclosure controls and procedures, as of the end of the period covered by this report based on such evaluation; and

(d)    Disclosed in this report any change in the registrant's internal control over financial reporting that occurred during the registrant's most recent fiscal quarter (the registrant's fourth fiscal quarter in the case of an annual report) that has materially affected, or is reasonably likely to materially affect, the registrant's internal control over financial reporting; and

5.    The registrant's other certifying officer and I have disclosed, based on our most recent evaluation of internal control over financial reporting, to the registrant's auditors and the audit committee of the registrant's board of directors (or persons performing the equivalent functions):

(a)    All significant deficiencies and material weaknesses in the design or operation of internal control over financial reporting which are reasonably likely to adversely affect the registrant's ability to record, process, summarize and report financial information; and

(b)    Any fraud, whether or not material, that involves management or other employees who have a significant role in the registrant's internal control over financial reporting.

Date: December 14, 2022                    By:  /s/ Brent Handler
                                                Brent Handler
                                                Chief Executive Officer
                                                (Principal Executive Officer)

**Movant Appx. 107**

**Exhibit 31.2**

**CERTIFICATION OF PERIODIC REPORT UNDER SECTION 302 OF
THE SARBANES-OXLEY ACT OF 2002**

I, R. Webster Neighbor, certify that:

1.    I have reviewed this Quarterly Report on Form 10-Q/A of Inspirato Incorporated;

2.    Based on my knowledge, this report does not contain any untrue statement of a material fact or omit to state a material fact necessary to make the statements made, in light of the circumstances under which such statements were made, not misleading with respect to the period covered by this report;

3.    Based on my knowledge, the financial statements, and other financial information included in this report, fairly present in all material respects the financial condition, results of operations and cash flows of the registrant as of, and for, the periods presented in this report;

4.    The registrant's other certifying officer and I are responsible for establishing and maintaining disclosure controls and procedures (as defined in Exchange Act Rules 13a-15(e) and 15d-15(e)) and internal control over financial reporting (as defined in Exchange Act Rules 13a-15(f) and 15d-15(f)) for the registrant and have:

(a)    Designed such disclosure controls and procedures, or caused such disclosure controls and procedures to be designed under our supervision, to ensure that material information relating to the registrant, including its consolidated subsidiaries, is made known to us by others within those entities, particularly during the period in which this report is being prepared;

(b)    Designed such internal control over financial reporting, or caused such internal control over financial reporting to be designed under our supervision, to provide reasonable assurance regarding the reliability of financial reporting and the preparation of financial statements for external purposes in accordance with generally accepted accounting principles;

(c)    Evaluated the effectiveness of the registrant's disclosure controls and procedures and presented in this report our conclusions about the effectiveness of the disclosure controls and procedures, as of the end of the period covered by this report based on such evaluation; and

(d)    Disclosed in this report any change in the registrant's internal control over financial reporting that occurred during the registrant's most recent fiscal quarter (the registrant's fourth fiscal quarter in the case of an annual report) that has materially affected, or is reasonably likely to materially affect, the registrant's internal control over financial reporting; and

5.    The registrant's other certifying officer and I have disclosed, based on our most recent evaluation of internal control over financial reporting, to the registrant's auditors and the audit committee of the registrant's board of directors (or persons performing the equivalent functions):

(a)    All significant deficiencies and material weaknesses in the design or operation of internal control over financial reporting which are reasonably likely to adversely affect the registrant's ability to record, process, summarize and report financial information; and

(b)    Any fraud, whether or not material, that involves management or other employees who have a significant role in the registrant's internal control over financial reporting.

Date: December 14, 2022                    By: /s/ R. Webster Neighbor
                                               R. Webster Neighbor
                                               Chief Financial Officer
                                               (Principal Financial and Accounting Officer)

A-2

**Movant Appx. 108**

# EXHIBIT 7

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

# FORM 8-K

**CURRENT REPORT**
**PURSUANT TO SECTION 13 OR 15(D)**
**OF THE SECURITIES EXCHANGE ACT OF 1934**
**Date of Report (Date of earliest event reported): May 11, 2022**

# Inspirato Incorporated

**(Exact name of registrant as specified in its charter)**

| Delaware | 001-39791 | 85-2426959 |
|---|---|---|
| (State or other jurisdiction of incorporation) | (Commission File Number) | (I.R.S. Employer Identification No.) |

**1544 Wazee Street**
**Denver, CO**                                                      **80202**
**(Address of principal executive offices)**            **(Zip Code)**

**(303) 586-7771**
**(Registrant's telephone number, including area code)**

**Not Applicable**
**(Former name or former address, if changed since last report)**

Check the appropriate box below if the Form 8-K is intended to simultaneously satisfy the filing obligation of the registrant under any of the following provisions:

☐    Written communications pursuant to Rule 425 under the Securities Act
☐    Soliciting material pursuant to Rule 14a-12 under the Exchange Act
☐    Pre-commencement communications pursuant to Rule 14d-2(b) under the Exchange Act
☐    Pre-commencement communications pursuant to Rule 13e-4(c) under the Exchange Act

Securities registered pursuant to Section 12(b) of the Act:

| Title of each class | Trading Symbol(s) | Name of each exchange on which registered |
|---|---|---|
| Class A common stock, $0.0001 par value per share | ISPO | The Nasdaq Stock Market LLC |
| Warrants to purchase Class A common stock | ISPOW | The Nasdaq Stock Market LLC |

Indicate by check mark whether the registrant is an emerging growth company as defined in Rule 405 of the Securities Act of 1933 (§230.405 of this chapter) or Rule 12b-2 of the Securities Exchange Act of 1934 (§240.12b-2 of this chapter).

Emerging growth company ☒

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ☐

**Item 2.02 Results of Operations and Financial Condition.**

On May 11, 2022, Inspirato Incorporated ("***Inspirato***" or the "***Company***") issued a press release announcing its financial results for the quarter ended March 31, 2022. A copy of the press release is furnished as Exhibit 99.1 to this current report on Form 8-K and is incorporated by reference herein.

**Item 7.01 Regulation FD Disclosure.**

Inspirato announces material information to the public about Inspirato, its products and services, and other matters through a variety of means, including filings with the Securities and Exchange Commission, press releases, public conference calls, webcasts, the investor relations section of its website (https://investor.inspirato.com), its blog (https://www.inspirato.com/details) and its Twitter account (@inspirato) in order to achieve broad, non-exclusionary distribution of information to the public and for complying with its disclosure obligations under Regulation FD.

The information in Item 2.02 and Item 7.01 of this Current Report on Form 8-K, and Exhibit 99.1 attached hereto, shall not be deemed "filed" for purposes of Section 18 of the Securities Exchange Act of 1934, as amended (the "***Exchange Act***") or otherwise subject to the liabilities of that section, nor shall it be deemed incorporated by reference in any filing under the Securities Act of 1933, as amended, or the Exchange Act, except as shall be expressly set forth by specific reference in such a filing.

**Item 9.01 Financial Statements and Exhibits.**

**(d) Exhibits.**

| Exhibit No. | Description |
|---|---|
| 99.1 | Press Release issued by Inspirato Incorporated dated May 11, 2022 |
| 104 | Cover Page Interactive Data File (Cover page XBRL tags are embedded within the Inline XBRL document) |

**SIGNATURES**

Pursuant to the requirements of the Securities Exchange Act of 1934, the Registrant has duly caused this report to be signed on its behalf by the undersigned hereunto duly authorized.

INSPIRATO INCORPORATED

Dated: May 11, 2022

By: /s/ R. Webster Neighbor
          Name: R. Webster Neighbor
          Title: Chief Financial Officer

1

**Movant Appx. 110**

**Exhibit 99.1**



# Inspirato Announces Record First Quarter 2022 Results

*~ Total Active Subscriptions Reach New Record, Surpass 15,000 ~*
*~ Record Quarterly Subscription Revenue, Travel Revenue and Total Revenue ~*
*~ Record Cash Balance of $135 million ~*

**DENVER, May 11, 2022** – Inspirato Incorporated ("Inspirato" or the "Company") (NASDAQ: ISPO), the innovative luxury travel subscription brand, today announced its 2022 first quarter financial and operating results.

**2022 First Quarter Highlights:**

- **Record Setting Operational Results.** As of March 31, 2022, Total Active Subscriptions, Annual Recurring Revenue, Total Nights Delivered and Controlled Accommodations all finished at the highest levels in Company history.
- **Record Subscription Revenue, Travel Revenue, and Total Revenue.** Record quarterly revenue of $82 million, an increase of 67% year-over-year, including quarterly records of $32 million of subscription revenue and $50 million of travel revenue, up 50% and 79% year-over-year, respectively.
- **Continued Adoption of Subscription Travel.** Record Active Subscriptions of approximately 15,300 as of March 31, 2022, an increase of 18% year-over-year. Inspirato Pass subscriptions of approximately 3,300 as of March 31, 2022, an increase of 82% year-over-year. Annual Recurring Revenue increased to a record $147 million, an increase of 57% year-over-year.
- **Strong Travel Demand.** Record Total Nights Delivered of approximately 43,000, an increase of 46% year-over-year.
- **Accelerating Inventory Growth.** Record 653 Controlled Accommodations as of March 31, 2022, a 62% increase year-over-year.
- **Record Cash and Liquidity.** Completed business combination resulting in Class A common stock and warrants trading on the Nasdaq Stock Exchange under the ticker symbols ISPO and ISPOW, respectively, and a cash balance of $135 million as of March 31, 2022.

**Management Commentary**

"I'm incredibly proud of Inspirato's achievements in the first quarter of 2022. We reached record levels of both supply and demand for our luxury residences, hotels and travel experiences, not only setting the stage for a strong 2022 from a revenue standpoint but signaling the tremendous runway for growth ahead of us," commented Co-Founder and Chief Executive Officer Brent Handler.

"In addition to growing demand for our curated portfolio from our Inspirato subscribers, our innovative corporate incentive travel platform offers additional upside. None of our recent accomplishments and future plans would be possible without our talented and rapidly growing team, whose tireless work has been and remains critical in achieving our goals."

Web Neighbor, Chief Financial Officer, noted, "Our record increase of 115 Controlled Accommodations added in the first quarter demonstrates our team's ability to deliver on the investments we've made in people and infrastructure over the past year. We are excited to continue to expand our offerings to provide an even better portfolio of first-class vacation options for our subscribers."

**Business and Financial Highlights**

Total revenue for the quarter was $82 million, a 67% increase year-over-year and 20% increase compared to the fourth quarter of 2021. Increased revenue was driven by strong growth in both subscription and travel revenue as the Company continues to benefit from its innovative subscription model and robust travel demand.

Subscription revenue in the first quarter of 2022 was $32 million compared to $21 million in the first quarter of 2021. The 50% increase in subscription revenue between periods was attributable to an increase in Active Subscriptions to approximately 15,300 as of March 31, 2022, compared to approximately 13,000 at the end of the first quarter of 2021. Inspirato Pass subscriptions grew 82% to approximately 3,300 as of March 31, 2022 from approximately 1,800 at the end of the first quarter of 2021, while Inspirato Club subscriptions grew 8% to approximately 12,000 as of March 31, 2022 from approximately 11,100 at the end of the first quarter 2021.

Annual Recurring Revenue ("ARR") increased to a record of $147 million at the end of the first quarter of 2022 compared to $94 million as of March 31, 2021 and $135 million as of year-end 2021. The 57% increase in ARR year-over-year was due to growth in Active Subscriptions, as well as an increased share of Inspirato Pass subscriptions, which contribute more subscription revenue than Inspirato Club subscriptions.

The following table provides key business metrics for the periods ended March 31, 2021 and 2022:

| | Three Months Ended March 31, | |
| --- | --- | --- |
| | **2021** | **2022** |
| Active Subscribers | 12,099 | 14,076 |
| Active Subscriptions | 12,950 | 15,283 |
| Annual Recurring Revenue (thousands) | $ 94,061 | $ 147,245 |

*See the section below titled "Key Business Metrics" for definitions of these metrics.*

Travel revenue was $50 million in the first quarter of 2022 compared to $28 million in the comparable 2021 period. The 79% increase in travel revenue year-over-year was primarily due to increased Controlled Accommodations, Paid occupancy, and Paid average daily rates*.

Gross margin in the first quarter of 2022 was $35 million, an increase of 104% compared to gross margin of $17 million in the first quarter of 2021. Gross margin as a percentage of revenue was 43% for the first quarter of 2022, which was in-line with internal expectations as the Company realized increased subscription revenue, Paid occupancy and Paid average daily rates, and benefited from consumer trends associated with typical first quarter seasonality.

The following table provides the components of gross margin for the periods ended March 31, 2021 and 2022:

| | Three Months Ended March 31, | | |
| --- | --- | --- | --- |
| (millions) | **2021** | **2022** | **% Change** |
| Subscription revenue | $ 21.4 | $ 32.2 | *50%* |
| Travel revenue | 27.9 | 49.9 | *79%* |
| Total revenue | 49.3 | 82.1 | *67%* |
| Cost of revenue | 32.1 | 46.9 | *46%* |
| Gross margin | $ 17.2 | $ 35.2 | *104%* |
| *Gross margin (%)* | *35%* | *43%* | *N/A* |

**Movant Appx. 111**

In order to satisfy consumer demand for private luxury accommodations, the Company successfully increased its Controlled Accommodations to a record 653 as of March 31, 2022, representing an increase of more than 60% compared to one year ago. The addition of a quarterly record 115 Controlled Accommodations in the first quarter of 2022 reflects progress toward the significant supply increases planned to meet the tremendous demand of Inspirato's rapidly growing subscriber base.

Key additions to Inspirato's portfolio of Controlled Accommodations in the first quarter include 37 new luxury residences at the iconic Canoe Place Inn in the Hamptons. With the addition of these new residences, the Company offers or has announced more than 90 luxury accommodations in renowned vacation destinations in the Northeast United States, including coastal Maine, Cape Cod, Nantucket, Rhode Island, the Hamptons and New York City.

\* Paid average daily rate is equal to total paid residence revenue divided by total paid residence nights.

Total Nights Delivered were approximately 43,000 in the first quarter of 2022 compared to approximately 29,000 in the first quarter of 2021, while Total Occupancy was 87% and 89% for the first quarter of 2022 and 2021, respectively.

The following table provides other operating metrics for the periods ending March 31, 2021 and 2022:

| | Three Months Ended March 31, | |
| --- | --- | --- |
| | 2021 | 2022 |
| Total Nights Delivered | 29,408 | 43,006 |
| Total Occupancy | 89% | 87% |
| Controlled Accommodations | 402 | 653 |

*See the section below titled "Other Operating Metrics" for definitions of these metrics.*

*\*\* Total Nights Delivered as previously reported for Q4 2020, Q4 2021, FY 2020 and FY 2021 included residence nights only; the figures above include hotel nights in addition to residence nights. Total Nights Delivered including both hotel nights and residence nights for Q4 2020, Q4 2021, FY 2020 and FY 2021 were 25,970, 39,386, 85,155 and 144,189, respectively.*

Net loss for the first quarter of 2022 was $24 million compared to a net loss of $3.5 million in the first quarter of 2021. The difference in net loss between periods was due to increased gross margin being offset by increased corporate operating expenses and warrant fair value losses between periods. Adjusted Net Loss, a non-GAAP measure defined below, was $6.1 million for the first quarter of 2022 compared to $3.5 million in the comparable 2021 period. The difference in Adjusted Net Loss between periods is due to changes in the fair value of warrants.

Adjusted EBITDA loss, a non-GAAP measure defined below, was approximately $3.5 million in the first quarter of 2022 compared to approximately $1.6 million in the first quarter of 2021. The difference in Adjusted EBITDA loss between periods was due to increased gross margin being offset by increased corporate operating expenses and warrant fair value losses between periods.

Net cash flows used in operations was approximately $13 million in the first quarter of 2022 compared to net cash flows provided by operations of approximately $9.2 million in the comparable 2021 period. The difference in cash flows between periods is primarily attributable to changes in working capital.

**2022 Guidance**

The Company expects its full-year 2022 revenue to be in a range of $350 million to $360 million. In addition, the Company expects its full-year Adjusted EBITDA loss to be in the range of $15 million to $25 million.

These statements are forward-looking and actual results may differ materially. Refer to the Forward-Looking Statements safe harbor below for information on the factors that could cause our actual results to differ materially from these forward-looking statements.

Forward looking Adjusted EBITDA (loss) is a forward-looking non-GAAP financial measure. The Company is unable to reconcile forward-looking Adjusted EBITDA (loss) to net income (loss), its most directly comparable forward-looking GAAP financial measure, without unreasonable effort, as a result of the uncertainty regarding, and the potential variability of, reconciling items such as equity-based compensation expense. However, it is important to note that material changes to reconciling items could have a significant effect on our future GAAP results.

*Reconciliation of Non- GAAP Financial Measures*

In addition to our results determined in accordance with GAAP, we use Adjusted Net Loss, Adjusted EBITDA, Adjusted EBITDA Margin and Free Cash Flow as part of our overall assessment of our performance, including the preparation of our annual operating budget and quarterly forecasts, to evaluate the effectiveness of our business strategies and to communicate with our board of directors concerning our business and financial performance. We believe that these non-GAAP financial measures provide useful information to investors about our business and financial performance, enhance their overall understanding of our past performance and future prospects, and allow for greater transparency with respect to metrics used by our management in their financial and operational decision making. We are presenting these non-GAAP financial measures to assist investors in seeing our business and financial performance through the eyes of management, and because we believe that these non-GAAP financial measures provide an additional tool for investors to use in comparing results of operations of our business over multiple periods with other companies in our industry.

There are limitations related to the use of these non-GAAP financial measures, including that they exclude significant expenses that are required by GAAP to be recorded in our financial measures. Other companies may calculate non-GAAP financial measures differently or may use other measures to calculate their financial performance, and therefore, our non-GAAP financial measures may not be directly comparable to similarly titled measures of other companies. Thus, these non-GAAP financial measures should be considered in addition to, and not as a substitute for or superior to, measures of financial performance prepared in accordance with GAAP and should not be considered as an alternative to any measures derived in accordance with GAAP.

We compensate for these limitations by providing a reconciliation of Adjusted Net Loss, Adjusted EBITDA, Adjusted EBTIDA Margin and Free Cash Flow to their respective related GAAP financial measures. We encourage investors and others to review our business, results of operations, and financial information in its entirety, not to rely on any single financial measure, and to view Adjusted Net Loss, Adjusted EBITDA Loss, Adjusted EBITDA Margin and Free Cash Flow in conjunction with their respective related GAAP financial measures.

*Adjusted Net Loss.* Adjusted Net Loss is a non-GAAP financial measure that we define as net income (loss) before non-controlling interests excluding warrant fair value gains and losses.

The above items are excluded from our Adjusted Net Loss measure because our management believes that these costs and expenses are not indicative of our core operating performance and do not reflect the underlying economics of our business.

*Adjusted EBITDA.* Adjusted EBITDA (loss) is a non-GAAP financial measure that we define as net income (loss) before interest expense, interest income, taxes, depreciation and amortization, equity-based compensation expense, warrant fair value gains and losses, pandemic related severance costs, public company readiness expenses, and gain on forgiveness of debt.

3

**Movant Appx. 112**

The above items are excluded from our Adjusted EBITDA (loss) measure because our management believes that these costs and expenses are not indicative of our core operating performance and do not reflect the underlying economics of our business.

*Free Cash Flow.* We define Free Cash Flow as net cash provided by operating activities less purchases of property and equipment and additions to capitalized software. We believe that Free Cash Flow is a meaningful indicator of liquidity that provides information to our management and investors about the amount of cash generated from operations, after purchases of property and equipment and additions to capitalized software, that can be used for strategic initiatives. Our Free Cash Flow is impacted by the timing of bookings because we collect travel revenue between the time of booking and 30 days before a stay or experience occurs. See below for reconciliations of our non-GAAP financial measures.

*Key Business Metrics*

We use a number of operating and financial metrics, including the following key business metrics, to evaluate our business, measure our performance, identify trends affecting our business, formulate financial projections and business plans, and make strategic decisions. We regularly review and may adjust our processes for calculating our internal metrics to improve their accuracy.

*Active Subscriptions and Active Subscribers.* We use Active Subscriptions to assess the adoption of our subscription offerings, which is a key factor in assessing our penetration of the market in which we operate and a key driver of revenue. We define Active Subscriptions as subscriptions as of the measurement date that are paid in full, as well as those for which we expect payment for renewal. Active Subscribers are subscribers who have one or more Active Subscription(s).

*Annual Recurring Revenue.* We believe that ARR is a key metric to measure our business performance because it is driven by our ability to acquire Active Subscriptions and to maintain our relationship with existing subscribers. ARR represents the amount of revenue that we expect to recur annually, enables measurement of the progress of our business initiatives, and serves as an indicator of future growth. ARR should be viewed independently of revenue and deferred revenue, and is not intended to be a substitute for, or combined with, any of these items. ARR consists of contributions from our subscription revenue streams and does not include travel revenue or enrollment fees. We calculate ARR as the number of Active Subscriptions as of the end of a period multiplied by the then-current annualized subscription rate for each applicable subscription type at the end of the period for which ARR is being calculated.

*Other Operating Metrics*

*Controlled Accommodations.* Controlled Accommodations includes leased residences, hotel penthouses, suites and rooms, and residences under net rate agreements, including those that have executed agreements but have not yet been released for booking by our members.

*Total Nights Delivered.* Total Nights Delivered includes all Paid, Inspirato Pass, employee and other complimentary nights in all residences or hotels.

*Total Occupancy.* Total Occupancy is inclusive of Paid, Inspirato Pass, employee and other complimentary nights in residences.

**Inspirato Incorporated**
**Condensed Consolidated Statements of Operations**
(unaudited, in thousands, except per share data)

| | Three Months Ended March 31, | |
| --- | --- | --- |
| | 2021 | 2022 |
| Revenue | $ 49,280 | $ 82,073 |
| Cost of revenue (including depreciation of $472 and $375 in 2021 and 2022 respectively) | 32,089 | 46,921 |
| Gross margin | 17,191 | 35,152 |
| General and administrative (including equity-based compensation of $509 and $402 in 2021 and 2022 respectively) | 8,633 | 17,694 |
| Sales and marketing | 5,249 | 10,142 |
| Operations | 5,029 | 9,674 |
| Technology and development | 883 | 2,808 |
| Depreciation and amortization | 683 | 659 |
| Interest, net | 168 | 139 |
| Warrant fair value losses | 456 | 17,670 |
| **Loss and comprehensive loss before income taxes** | (3,910) | (23,634) |
| Income tax expense | — | 181 |
| **Net loss and comprehensive loss** | (3,910) | (23,815) |
| Net loss and comprehensive loss attributable to noncontrolling interests | — | 11,779 |
| **Net loss and comprehensive loss attributable to Inspirato Incorporated** | $ (3,910) | $ (12,036) |
| Basic and diluted weighted average class A shares outstanding | 38,082 | 45,901 |
| Basic and diluted net loss attributable to Inspirato Incorporated per class A share | $ (0.10) | $ (0.26) |

**Inspirato Incorporated**
**Condensed Consolidated Balance Sheets**
(unaudited, in thousands, except per share data)

| | December 31, 2021 | March 31, 2022 |
| --- | --- | --- |
| **Assets** | | |
| Current assets | | |
| Cash and cash equivalents | $ 80,233 | $ 133,098 |
| Restricted cash | 2,720 | 1,978 |
| Accounts receivable, net | 2,389 | 1,770 |
| Accounts receivable, net – related parties | 386 | 942 |
| Prepaid subscriber travel | 17,183 | 19,098 |
| Prepaid expenses | 11,101 | 11,455 |
| Other current assets | 762 | 634 |
| **Total current assets** | 114,774 | 168,975 |

**Movant Appx. 113**

| | | | | |
|---|---|---:|---|---:|
| Property & equipment, net | | | 8,695 | | 9,031 |
| Goodwill | | | 21,233 | | 21,233 |
| Right of use asset | | | — | | 190,223 |
| Other long term assets | | | 1,068 | | 1,178 |
| **Total assets** | | **$** | **145,770** | **$** | **390,640** |
| **Liabilities** | | | | | |
| Current liabilities | | | | | |
| Accounts payable | | $ | 33,140 | $ | 31,504 |
| Accrued liabilities | | | 6,035 | | 4,573 |
| Deferred revenue | | | 176,813 | | 173,504 |
| Debt | | | 13,267 | | 13,267 |
| Lease liability | | | — | | 61,984 |
| Deferred rent | | | 457 | | — |
| **Total current liabilities** | | | 229,712 | | 284,832 |
| Deferred revenue | | | 14,450 | | 16,658 |
| Lease liability | | | — | | 134,794 |
| Deferred rent | | | 7,468 | | — |
| Warrants | | | 547 | | 16,733 |
| **Total liabilities** | | | **252,177** | | **453,017** |
| **Temporary equity** | | | | | |
| Series A-1; 222 authorized and 217 issued and outstanding at December 31, 2021; none at March 31, 2022 | | | 12,809 | | — |
| Series A-2; 130 authorized, issued, and outstanding at December 31, 2021; none at March 31, 2022 | | | 5,489 | | — |
| Series B; 193 authorized, issued, and outstanding at December 31, 2021; none at March 31, 2022 | | | 19,860 | | — |
| Series B-1; 128 authorized and 124 issued and outstanding at December 31, 2021; none at March 31, 2022 | | | 15,282 | | — |
| Series D; 158 authorized, issued, and outstanding at December 31, 2021; none at March 31, 2022 | | | 20,125 | | — |
| Series E; 132 authorized and 96 issued and outstanding at December 31, 2021; none at March 31, 2022 | | | 9,719 | | — |
| **Total temporary equity** | | | **83,284** | | **—** |
| **Equity** | | | | | |
| Series C; 491 authorized, issued, and outstanding at December 31, 2021; none at March 31, 2022 | | | 21,477 | | — |
| Common units 4,470 authorized; 1,149 issued and outstanding at December 31, 2021; none at March 31, 2022 | | | — | | — |
| Class A common stock, par value $0.0001 per share, 1,000,000 shares authorized, 51,911 shares issued and outstanding as of March 31, 2022 | | | — | | 5 |
| Class V common stock, $0.0001 par value, 500,000 shares authorized, 69,781 shares issued and outstanding as of March 31, 2022 | | | — | | 7 |
| Additional paid-in capital | | | — | | 237,433 |
| Accumulated deficit | | | (211,168) | | (223,387) |
| **Total equity excluding noncontrolling interest** | | | **(189,691)** | | **14,058** |
| Noncontrolling interests (Note 16) | | | — | | (76,435) |
| **Total equity** | | | **(189,691)** | | **(62,377)** |
| **Total liabilities, temporary equity, and equity** | | **$** | **145,770** | **$** | **390,640** |

**Inspirato Incorporated**
**Condensed Consolidated Statements of Cash Flows**
(unaudited, in thousands, except per share data)

| | | Three months ended March 31, | | |
|---|---|---:|---|---:|
| | | **2021** | | **2022** |
| Cash flows from operating activities: | | | | |
| Consolidated net loss | $ | (3,910) | $ | (23,815) |
| Adjustments to reconcile consolidated net loss to net cash | | | | |
| Depreciation and amortization | | 1,155 | | 1,034 |
| Warrant fair value losses | | 456 | | 17,670 |
| Equity-based compensation | | 509 | | 402 |
| Non-cash lease expense | | 380 | | 344 |
| Changes in current assets and liabilities: | | | | |
| Accounts receivable, net | | 1,189 | | 619 |
| Accounts receivable, net – related parties | | 66 | | (556) |
| Prepaid member travel | | (1,055) | | (1,915) |
| Prepaid expenses | | 266 | | (1,448) |
| Right of use asset | | - | | (620) |
| Other assets | | 155 | | 18 |
| Accounts payable | | 5,918 | | (1,636) |
| Accrued liabilities | | 1,242 | | (1,662) |
| Deferred revenue | | 2,840 | | (1,101) |
| Net cash provided by (used in) operating activities | | 9,211 | | (12,666) |
| Cash flows from investing activities: | | | | |
| Development of internal-use software | | (336) | | (183) |
| Purchase of property and equipment | | (360) | | (987) |
| Net cash used in investing activities | | (696) | | (1,170) |
| Cash flows from financing activities: | | | | |
| Repayments of debt | | (14,144) | | - |
| Proceeds from debt | | 13,267 | | - |

**Movant Appx. 114**

| | | | |
|---|---|---:|---:|
| Proceeds from reverse recapitalization, net | | - | 90,071 |
| Payments of reverse recapitalization costs | | - | (23,899) |
| Employee tax withholding for unit option exercises | | - | (116) |
| Proceeds from option exercises | | - | 14 |
| Distributions | | (80) | (183) |
| Net cash provided by (used in) financing activities | | (957) | 65,959 |
| Net increase in cash, cash equivalents, and restricted cash | | 7,558 | 52,123 |
| Cash, cash equivalents, and restricted cash – beginning of period | | 67,001 | 82,953 |
| Cash, cash equivalents, and restricted cash – end of period | $ | 74,559 | $ 135,076 |
| Supplemental cash flow information – cash paid for interest | $ | 170 | $ 145 |
| Significant noncash transactions: | | | |
| Conversion of preferred stock in connection with reverse recapitalization | $ | - | $ 104,761 |
| Warrants acquired at fair value | | - | 8,390 |
| Warrants exercised | | - | 9,874 |
| Fixed assets purchased but unpaid, included in accrued liabilities | | - | 200 |
| Conversion of deferred rent and prepaid rent to right of use asset | | - | 6,831 |

### Reconciliation of Net Loss to Adjusted Net Loss

| | | Three Months Ended March 31, | |
|---|---|---|---|
| (thousands) | | 2021 | 2022 |
| Net loss | $ | (3,910) | $ (23,815) |
| Warrant fair value losses | | 456 | 17,670 |
| Adjusted net loss | $ | (3,454) | $ (6,145) |

### Reconciliation of Net Loss to Adjusted EBITDA

| | | Three Months Ended March 31, | |
|---|---|---|---|
| (thousands) | | 2021 | 2022 |
| Net loss and comprehensive loss | $ | (3,910) | $ (23,815) |
| Interest expense, net | | 168 | 139 |
| Depreciation and amortization | | 1,155 | 1,034 |
| Equity-based compensation expense | | 509 | 402 |
| Warrant fair value losses | | 456 | 17,670 |
| Public company readiness costs | | - | 1,092 |
| Adjusted EBITDA | $ | (1,622) | $ (3,478) |
| Adjusted EBITDA Margin[1] | | (3.3)% | (4.2)% |

(1)   We define Adjusted EBITDA Margin as Adjusted EBITDA as a percentage of total revenue for the same period.

### Reconciliation of Free Cash Flow

| | | Three Months Ended March 31, | |
|---|---|---|---|
| (thousands) | | 2021 | 2022 |
| Net cash provided by (used in) operating activities | $ | 9,211 | $ (12,666) |
| Development of internal-use software | | (336) | (183) |
| Purchase of property and equipment | | (360) | (987) |
| Net cash used in financing activities | | (696) | (1,170) |
| Free Cash Flow | $ | 8,515 | $ (13,836) |

**2022 First Quarter Earnings Call and Webcast**

The Company invites you to join Brent Handler, Co-Founder and Chief Executive Officer, and Web Neighbor, Chief Financial Officer for a conference call on Thursday, May 12, 2022 to discuss its 2022 first quarter operating and financial results.

To listen to the audio webcast and Q&A, please visit the Inspirato Investor Relations website at https://investor.inspirato.com. Interested parties may also use the dial-in information below. An audio replay of the webcast will be available on the Inspirato Investor Relations website shortly after the call.

**Conference Call and Webcast:**
Date/Time: Thursday, May 12, 2022 at 11:00 a.m. ET
Domestic (toll free): 855-715-9122
International: 478-219-0990
Conference ID: 1065528
Webcast: https://edge.media-server.com/mmc/p/sap83z5m
**Replay Information:**
Domestic (toll free): 855-715-9122
International: 478-219-0990
Conference ID: 1065528
Webcast Replay: available for six months at https://investor.inspirato.com
**About Inspirato**
Launched in 2011, Inspirato (NASDAQ: ISPO) is the innovative luxury travel subscription brand that provides affluent travelers access to a managed and controlled portfolio of hand-selected vacation options, delivered through a subscription model to ensure the service and certainty that affluent customers demand. The Inspirato portfolio includes branded luxury vacation homes available exclusively to subscribers and guests, accommodations at five-star hotel and resort partners, and custom travel experiences. In 2019, Inspirato revolutionized travel by introducing Inspirato Pass, the world's first luxury travel subscription that includes all nightly rates, taxes, and fees. For more information, visit www.inspirato.com.

**Movant Appx. 115**

**SPECIAL NOTE REGARDING FORWARD-LOOKING STATEMENTS**

This press release contains forward-looking statements within the meaning of federal securities laws. Forward-looking statements generally relate to future events or our future financial or operating performance. In some cases, you can identify forward-looking statements because they contain words such as "believe," "may," "will," "estimate," "potential," "continue," "anticipate," "intend," "expect," "could," "would," "project," "forecast," "plan," "intend," "target," or the negative of these words or other similar expressions that concern our expectations, strategy, priorities, plans, or intentions. Forward-looking statements in this press release include, but are not limited to, statements regarding our expectations relating to future operating results and financial position; guidance and growth prospects; quotations of management; our expectations regarding the luxury travel market; anticipated future expenses and investments; business strategy and plans; market growth; market position; and potential market opportunities. Our expectations and beliefs regarding these matters may not materialize, and actual results in future periods are subject to risks and uncertainties, including changes in our plans or assumptions, that could cause actual results to differ materially from those projected. These risks include our inability to forecast our business due to our limited experience with our pricing models; the ability to maintain the listing of our securities on Nasdaq; the risk of downturns in the travel and hospitality industry, including residual effects of the COVID-19 pandemic; our ability to compete effectively in an increasingly competitive market; our ability to sustain and manage our growth; and general market, political, economic and business conditions and other risks detailed in our filings with the Securities and Exchange Commission (the "SEC"), including in our Quarterly Report on Form 10-Q that will be filed with the SEC by May 16, 2022 and subsequent filings with the SEC.

Past performance is not necessarily indicative of future results. If any of these risks materialize or our assumptions prove incorrect, actual results could differ materially from the results implied by these forward-looking statements. In addition, forward-looking statements reflect our expectations, plans, or forecasts of future events and views as of the date of this press release. We anticipate that subsequent events and developments will cause our assessments to change. All information provided in this release is as of the date hereof, and we undertake no duty to update this information unless required by law. These forward-looking statements should not be relied upon as representing our assessment as of any date subsequent to the date of this press release.

**Contacts:**

Investor Relations:

ir@inspirato.com

Media Relations:

communications@inspirato.com

7

**Movant Appx. 116**

# EXHIBIT 8

Movant Appx. 117

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

# FORM 8-K

**CURRENT REPORT**
**PURSUANT TO SECTION 13 OR 15(D)**
**OF THE SECURITIES EXCHANGE ACT OF 1934**
**Date of Report (Date of earliest event reported): August 5, 2022**

# Inspirato Incorporated
(Exact name of registrant as specified in its charter)

| Delaware | 001-39791 | 85-2426959 |
|---|---|---|
| (State or other jurisdiction of incorporation) | (Commission File Number) | (I.R.S. Employer Identification No.) |

**1544 Wazee Street**
**Denver, CO**　　　　　　　　　　　　　　**80202**
(Address of principal executive offices)　　　　　　(Zip Code)

**(303) 586-7771**
(Registrant's telephone number, including area code)

**Not Applicable**
(Former name or former address, if changed since last report)

Check the appropriate box below if the Form 8-K is intended to simultaneously satisfy the filing obligation of the registrant under any of the following provisions:

☐ Written communications pursuant to Rule 425 under the Securities Act
☐ Soliciting material pursuant to Rule 14a-12 under the Exchange Act
☐ Pre-commencement communications pursuant to Rule 14d-2(b) under the Exchange Act
☐ Pre-commencement communications pursuant to Rule 13e-4(c) under the Exchange Act

Securities registered pursuant to Section 12(b) of the Act:

| Title of each class | Trading Symbol(s) | Name of each exchange on which registered |
|---|---|---|
| Class A common stock, $0.0001 par value per share | ISPO | The Nasdaq Stock Market LLC |
| Warrants to purchase Class A common stock | ISPOW | The Nasdaq Stock Market LLC |

Indicate by check mark whether the registrant is an emerging growth company as defined in Rule 405 of the Securities Act of 1933 (§230.405 of this chapter) or Rule 12b-2 of the Securities Exchange Act of 1934 (§240.12b-2 of this chapter).

Emerging growth company ☒

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ☐

---

**Item 2.02 Results of Operations and Financial Condition.**

On August 8, 2022, Inspirato Incorporated ("*Inspirato*" or the "*Company*") issued a press release announcing its financial results for the quarter ended June 30, 2022. A copy of the press release is furnished as Exhibit 99.1 to this current report on Form 8-K and is incorporated by reference herein.

**Item 5.02 Departure of Directors or Certain Officers; Election of Directors; Appointment of Certain Officers; Compensatory Arrangements of Certain Officers.**

*(d) Election of Director*

On August 5, 2022, pursuant to the Nasdaq Rule 5605(e)(1)(A) a majority of the independent directors of the Company's Board of Directors (the "*Board*") recommended Scott Berman for Board membership and the Board increased the size of the Board by one member and appointed Scott Berman to serve as a Class III director, with a term expiring at the Company's 2025 annual meeting of stockholders, as well as serve as a member of the Company's Nominating and Corporate Governance Committee.

Scott Berman previously served as a Partner in the hospitality and leisure consulting practice at PricewaterhouseCoopers LLP ("*PwC*"), a global accounting firm, from 1992 to 2022, and served as PwC's U.S. hospitality and leisure practice leader from 2007 until his retirement in June 2022. While at PwC, Mr. Berman consulted for both public and private boards at leading industry operating companies as well as many institutional owners of real estate in the hospitality and leisure sector. Prior to joining PwC in 1992, Mr. Berman was the Director of Development for Hilton International, a leading global hospitality company, where he was responsible for new hotel development and acquisition of existing properties in the United States, Canada, Mexico, Latin America and the Caribbean. Mr. Berman is an active member of the American Hotel & Lodging Association's Leadership Roundtable; serves on the Cornell Nolan School of Hotel Administration Dean's Advisory Board; serves on the Cornell SC Johnson Leadership Council; is a founding member of the Cornell University Center for Hospitality Research; serves on the Executive Board of the Greater Miami and the Beaches Hotel Association; and is a member of the International Society of Hospitality Consultants. He is a former member of the Board of Directors of the American Resort Development Association. Mr. Berman holds a B.S. in Hotel Administration from Cornell University.

There are no arrangements or understandings between Mr. Berman and any other person pursuant to which Mr. Berman was selected as a director. In addition, there are no transactions in which Mr. Berman has an interest that would require disclosure under Item 404(a) of Regulation S-K.

Mr. Berman will receive compensation for his service pursuant to the Company's Outside Director Compensation Policy, a copy of which is filed as Exhibit 10.14 to the Company's Registration Statement on Form S-1 (File No. 333-264598). This includes an annual cash retainer of $40,000 and one subscription to Inspirato Pass with an aggregate value of $26,400 per year for service as a non-employee director. In addition, Mr. Berman executed the Company's standard form of indemnification agreement, a copy of which is filed as Exhibit 10.3 to the Company's Registration Statement on Form S-1 (File No. 333-249390).

**Movant Appx. 118**

**Item 7.01 Regulation FD Disclosure.**

Inspirato announces material information to the public about Inspirato, its products and services, and other matters through a variety of means, including filings with the Securities and Exchange Commission, press releases, public conference calls, webcasts, the investor relations section of its website (https://investor.inspirato.com), its blog (https://www.inspirato.com/details) and its Twitter account (@inspirato) in order to achieve broad, non-exclusionary distribution of information to the public and for complying with its disclosure obligations under Regulation FD.

The information in Item 2.02 and Item 7.01 of this Current Report on Form 8-K, and Exhibit 99.1 attached hereto, shall not be deemed "filed" for purposes of Section 18 of the Securities Exchange Act of 1934, as amended (the "*Exchange Act*") or otherwise subject to the liabilities of that section, nor shall it be deemed incorporated by reference in any filing under the Securities Act of 1933, as amended, or the Exchange Act, except as shall be expressly set forth by specific reference in such a filing.

**Item 9.01 Financial Statements and Exhibits.**

(d) Exhibits

| Exhibit No. | Description |
|---|---|
| 99.1 | Press Release issued by Inspirato Incorporated dated August 8, 2022 |
| 104 | Cover Page Interactive Data File (Cover page XBRL tags are embedded within the Inline XBRL document) |

**SIGNATURES**

Pursuant to the requirements of the Securities Exchange Act of 1934, the Registrant has duly caused this report to be signed on its behalf by the undersigned hereunto duly authorized.

**INSPIRATO INCORPORATED**

Dated: August 8, 2022

By: /s/ R. Webster Neighbor

Name: R. Webster Neighbor
Title: Chief Financial Officer

2

**Movant Appx. 119**

**Exhibit 99.1**



**Inspirato Announces Strong Second Quarter 2022 Results,**
**Reiterates Full Year 2022 Guidance**

**DENVER, August 8, 2022** – Inspirato Incorporated ("Inspirato" or the "Company") (NASDAQ: ISPO), the innovative luxury travel subscription brand, today announced its 2022 second quarter financial and operating results.

**2022 Second Quarter Highlights**

- **Record Setting Operational Results.** As of June 30, 2022, Total Active Subscriptions, Annual Recurring Revenue and Controlled Accommodations all finished at the highest levels in Company history.
- **Record Subscription Revenue and Total Revenue.** Record quarterly revenue of $84 million, an increase of 60% year-over-year, including record subscription revenue of $36 million, an increase of 50% year-over-year.
- **Subscription Travel.** Record Active Subscriptions of 15,700 as of June 30, 2022, an increase of 15% year-over-year. Inspirato Pass subscriptions totaled 3,600, an increase of 75% year-over-year. Annual Recurring Revenue increased more than 50% year-over-year to a record $157 million.
- **Strong Travel Demand.** Record quarterly Total Nights Delivered of 46,800 and record quarterly Total Nights Booked of 60,000 nights, year-over-year increases of 34% and 8%, respectively.
- **Strategic Inventory Growth.** Addition of 49 net new Controlled Accommodations, bringing Total Controlled Accommodations to 702 as of June 30, 2022, a 67% increase year-over-year.
- **Strong Corporate Governance.** In August, the Company appointed Scott Berman as a director to its board of directors. Mr. Berman has nearly 40 years' experience in the field of hotel and resort advisory, most recently serving as a Partner and Industry Leader of PricewaterhouseCoopers LLP hospitality and leisure consulting practice.

**2022 Guidance and 2023 Outlook**

- Anticipated 2022 total revenue between $350 million to $360 million, a year-over-year increase of approximately 50%.
- Adjusted EBITDA loss, a non-GAAP financial measure defined below, is expected between $25 million and $15 million for 2022. Further, the Company anticipates generating positive Adjusted EBITDA for the full-year 2023.

---

These statements are forward-looking and actual results may differ materially. Refer to the Forward-Looking Statements safe harbor below for information on the factors that could cause our actual results to differ materially from these forward-looking statements.

Forward looking Adjusted EBITDA is a forward-looking non-GAAP financial measure. The Company is unable to reconcile forward-looking Adjusted EBITDA to net income, its most directly comparable forward-looking GAAP financial measure, without unreasonable effort, as a result of the uncertainty regarding, and the potential variability of, reconciling items such as equity-based compensation expense. However, it is important to note that material changes to reconciling items could have a significant effect on our future GAAP results.

**Management Commentary**

"Our results in the second quarter demonstrated the many ways Inspirato offers incredible value to its subscribers, commented Co-Founder and Chief Executive Officer Brent Handler. Despite the macro uncertainty in the current environment, we continue to set records from both a new supply and travel demand standpoint that have us positioned to meet our full-year revenue guidance of $350 to $360 million. As we shift our focus to the back half of the year and 2023, the emphasis is on quickly and efficiently returning to generating sustained profitability."

"Further, we're very excited to welcome Scott Berman to our Board of Directors. His decades of experience as both a leader and expert in the hospitality and leisure and tourism worlds will bring invaluable perspective and diversity of thought to our organization."

Chief Financial Officer Web Neighbor added, "Reaffirming our guidance with a line of sight to positive Adjusted EBITDA in the near-term is a testament to our suite of complimentary subscription products, our flexible cost structure, and our proven ability to deliver exceptional travel experiences. We strive to be thoughtful stewards of shareholder capital and will continue to pursue a balanced approach to both growth and corporate investments that we believe will position the Company for continued success."

**Business and Financial Highlights**

Total revenue for the quarter was $84 million, a 60% increase year-over-year. Subscription revenue in the second quarter of 2022 was $36 million compared to $24 million in the second quarter of 2021. The 50% increase in subscription revenue between periods was attributable to an increase in Active Subscriptions to 15,700 as of June 30, 2022, compared to 13,700 at the end of the second quarter of 2021. Inspirato Pass subscriptions grew 75% to 3,600 as of June 30, 2022 from 2,100 at the end of the second quarter of 2021, while Inspirato Club subscriptions grew 4% to 12,100 from approximately 11,600 between periods.

Annual Recurring Revenue ("ARR") increased to a record of $157 million at the end of the second quarter of 2022 compared to $104 million as of June 30, 2021. The 51% year-over-year increase in ARR was due to growth in Active Subscriptions, as well as an increased share of Inspirato Pass subscriptions, which contribute more subscription revenue than Inspirato Club subscriptions.

---

The following table provides key business metrics as of June 30, 2021 and 2022:

| | As of June 30, | |
| --- | --- | --- |
| | **2021** | **2022** |
| Active Subscribers | 12,761 | 14,323 |
| Active Subscriptions | 13,653 | 15,668 |
| Annual Recurring Revenue (thousands) | $ 103,920 | $ 156,801 |

*See the section below titled "Key Business Metrics" for definitions of these metrics.*

Travel revenue was $48 million in the second quarter of 2022 compared to $29 million in the second quarter of 2021. The 69% increase in travel revenue year-over-year was primarily due to increases in total Paid nights delivered and Paid average daily rates*.

*Paid average daily rate is equal to total paid residence revenue divided by total paid residence nights.*

Gross margin in the second quarter of 2022 was $24 million, an increase of 42% compared to gross margin of $17 million in the second quarter of 2021. Gross margin as a percentage of revenue was 28% for the second quarter of 2022, reflecting the significant volume of new residences and the typical seasonal impact experienced in many of our core markets.

The following table provides the components of gross margin for the periods ended June 30, 2021 and 2022:

| **Three Months Ended June 30,** | **Six Months Ended June 30,** |
| --- | --- |

**Movant Appx. 120**

| (millions) | 2021 | 2022 | % Change | 2021 | 2022 | % Change |
|---|---|---|---|---|---|---|
| Travel revenue | $ 28.5 | $ 48.1 | 69% | $ 56.3 | $ 97.9 | 74% |
| Subscription revenue | 23.7 | 35.6 | 50% | 45.1 | 67.7 | 50% |
| Other revenue | 0.1 | — | (100)% | 0.2 | 0.2 | — |
| Total revenue | 52.3 | 83.7 | 60% | 101.6 | 165.8 | 63% |
| Cost of revenue | 35.6 | 60.1 | 69% | 67.7 | 107.0 | 58% |
| Gross margin | $ 16.7 | $ 23.6 | 42% | $ 33.9 | $ 58.8 | 73% |
| *Gross margin (%)* | *32%* | *28%* | *N/A* | *33%* | *35%* | *N/A* |

In order to satisfy consumer demand for private luxury accommodations, the Company successfully increased its Controlled Accommodations to a record 702 as of June 30, 2022, representing an increase of 67% compared to a year ago.

Key additions to Inspirato's portfolio of Controlled Accommodations in the second quarter include new luxury residences in Big Sky, Montana, Los Cabos, Mexico, Malibu, California and Bahia Beach, Puerto Rico, among others.

Total Nights Delivered were 46,800 in the second quarter of 2022, a 34% increase compared to 34,900 in the second quarter of 2021, while Total Occupancy was 82% and 91% for the second quarter of 2022 and 2021, respectively.

The following table provides other operating metrics for the periods ending June 30, 2021 and 2022:

| | Three Months Ended June 30, | |
|---|---|---|
| | 2021 | 2022 |
| Total Nights Delivered | 34,869 | 46,845 |
| Total Occupancy | 91% | 82% |
| Controlled Accommodations* | 420 | 702 |

   *Controlled Accomodations as of June 30. See the section below titled "Other Operating Metrics" for definitions of these metrics.

Net loss for the second quarter of 2022 was $7.2 million compared to a net loss of $0.6 million in the second quarter of 2021. The difference in net loss between periods was due to increased gross margin being offset by increased corporate operating expenses. Adjusted Net Loss, a non-GAAP measure defined below, was $18 million for the second quarter of 2022 compared to an Adjusted Net Loss of $10 million in the comparable 2021 period. The primary difference in Adjusted Net Loss between periods was due to increased sales and marketing and operations expense partially offset by increased gross margin.

Adjusted EBITDA loss, a non-GAAP measure defined below, was approximately $14 million in the second quarter of 2022 compared to a loss of approximately $8.2 million in the second quarter of 2021. The difference in Adjusted EBITDA loss between periods was primarily due to increased sales and marketing and operations expenses partially offset by increased gross margin between periods.

Net cash flows used in operations was approximately $14 million in the second quarter of 2022 compared to net cash flows provided by operations of approximately $10 million in the comparable 2021 period. The difference in cash flows between periods is primarily attributable to changes in working capital.

### Reconciliation of Non- GAAP Financial Measures

In addition to our results determined in accordance with GAAP, we use Adjusted Net Loss, Adjusted EBITDA, Adjusted EBITDA Margin and Free Cash Flow as part of our overall assessment of our performance, including the preparation of our annual operating budget and quarterly forecasts, to evaluate the effectiveness of our business strategies and to communicate with our board of directors concerning our business and financial performance. We believe that these non-GAAP financial measures provide useful information to investors about our business and financial performance, enhance their overall understanding of our past performance and future prospects, and allow for greater transparency with respect to metrics used by our management in their financial and operational decision making. We are presenting these non-GAAP financial measures to assist investors in seeing our business and financial performance through the eyes of management, and because we believe that these non-GAAP financial measures provide an additional tool for investors to use in comparing results of operations of our business over multiple periods with other companies in our industry.

There are limitations related to the use of these non-GAAP financial measures, including that they exclude significant expenses that are required by GAAP to be recorded in our financial measures. Other companies may calculate non-GAAP financial measures differently or may use other measures to calculate their financial performance, and therefore, our non-GAAP financial measures may not be directly comparable to similarly titled measures of other companies. Thus, these non-GAAP financial measures should be considered in addition to, and not as a substitute for or superior to, measures of financial performance prepared in accordance with GAAP and should not be considered as an alternative to any measures derived in accordance with GAAP.

We compensate for these limitations by providing a reconciliation of Adjusted Net Loss, Adjusted EBITDA, Adjusted EBTIDA Margin and Free Cash Flow to their respective related GAAP financial measures. We encourage investors and others to review our business, results of operations, and financial information in its entirety, not to rely on any single financial measure, and to view Adjusted Net Loss, Adjusted EBITDA loss, Adjusted EBITDA Margin and Free Cash Flow in conjunction with their respective related GAAP financial measures.

*Adjusted Net Loss.* Adjusted Net Loss is a non-GAAP financial measure that we define as net income (loss) before non-controlling interests excluding gain on forgiveness of debt and warrant fair value gains and losses.

The above items are excluded from our Adjusted Net Loss measure because our management believes that these costs and expenses are not indicative of our core operating performance and do not reflect the underlying economics of our business.

*Adjusted EBITDA.* Adjusted EBITDA (loss) is a non-GAAP financial measure that we define as net income (loss) before interest expense, interest income, taxes, depreciation and amortization, equity-based compensation expense, warrant fair value gains and losses, pandemic related severance costs, public company readiness expenses, and gain on forgiveness of debt.

The above items are excluded from our Adjusted EBITDA (loss) measure because our management believes that these costs and expenses are not indicative of our core operating performance and do not reflect the underlying economics of our business.

*Free Cash Flow.* We define Free Cash Flow as net cash provided by operating activities less purchases of property and equipment and additions to capitalized software. We believe that Free Cash Flow is a meaningful indicator of liquidity that provides information to our management and investors about the amount of cash generated from operations, after purchases of property and equipment and additions to capitalized software, that can be used for strategic initiatives. Our Free Cash Flow is impacted by the timing of bookings because we collect travel revenue between the time of booking and 30 days before a stay or experience occurs. See below for reconciliations of our non-GAAP financial measures.

### Key Business Metrics

We use a number of operating and financial metrics, including the following key business metrics, to evaluate our business, measure our performance, identify trends affecting our business, formulate financial projections and business plans, and make strategic decisions. We regularly

**Movant Appx. 121**

review and may adjust our processes for calculating our internal metrics to improve their accuracy.

*Active Subscriptions and Active Subscribers.* We use Active Subscriptions to assess the adoption of our subscription offerings, which is a key factor in assessing our penetration of the market in which we operate and a key driver of revenue. We define Active Subscriptions as subscriptions as of the measurement date that are paid in full, as well as those for which we expect payment for renewal. Active Subscribers are subscribers who have one or more Active Subscription(s).

*Annual Recurring Revenue.* We believe that ARR is a key metric to measure our business performance because it is driven by our ability to acquire Active Subscriptions and to maintain our relationship with existing subscribers. ARR represents the amount of revenue that we expect to recur annually, enables measurement of the progress of our business initiatives, and serves as an indicator of future growth. ARR should be viewed independently of revenue and deferred revenue, and is not intended to be a substitute for, or combined with, any of these items. ARR consists of contributions from our subscription revenue streams and does not include travel revenue or enrollment fees. We calculate ARR as the number of Active Subscriptions as of the end of a period multiplied by the then-current annualized subscription rate for each applicable subscription type at the end of the period for which ARR is being calculated.

*Other Operating Metrics*

*Controlled Accommodations.* Controlled Accommodations includes leased residences, hotel penthouses, suites and rooms, and residences under net rate agreements, including those that have executed agreements but have not yet been released for booking by our members.

*Total Nights Delivered.* Total Nights Delivered includes all Paid, Inspirato Pass, employee and other complimentary nights in all residences or hotels.

*Total Occupancy.* Total Occupancy is inclusive of Paid, Inspirato Pass, employee and other complimentary nights in residences.

**Inspirato Incorporated**
**Condensed Consolidated Statements of Operations**
(unaudited, in thousands, except per share data)

|  | Three Months Ended June 30, | | Six Months Ended June 30, | |
|---|---|---|---|---|
|  | 2021 | 2022 | 2021 | 2022 |
| Revenue | $ 52,286 | $ 83,698 | $ 101,566 | $ 165,771 |
| Cost of revenue (including depreciation of $408 and $880 in 2021, and $495 and $870 in 2022 respectively) | 35,623 | 60,081 | 67,712 | 107,002 |
| Gross margin | 16,663 | 23,617 | 33,854 | 58,769 |
| General and administrative (including equity-based compensation of $466 and $2,431 in 2021, and $975 and $2,833 in 2022 respectively) | 13,024 | 15,782 | 21,658 | 33,476 |
| Sales and marketing | 6,000 | 11,061 | 11,249 | 21,203 |
| Operations | 5,850 | 11,179 | 10,879 | 20,853 |
| Technology and development | 897 | 2,876 | 1,780 | 5,684 |
| Depreciation and amortization | 600 | 694 | 1,283 | 1,353 |
| Interest, net | 378 | 193 | 547 | 332 |
| Warrant fair value (gains) losses | — | (11,126) | 456 | 6,544 |
| Gain on forgiveness of debt | (9,518) | — | (9,518) | — |
| **Loss and comprehensive loss before income taxes** | **(568)** | **(7,042)** | **(4,480)** | **(30,676)** |
| Income tax expense | — | 206 | — | 387 |
| **Net loss and comprehensive loss** | **(568)** | **(7,248)** | **(4,480)** | **(31,063)** |
| Net loss and comprehensive loss attributable to noncontrolling interests (Note 16) | — | 4,274 | — | 16,053 |
| **Net loss and comprehensive loss attributable to Inspirato Incorporated** | **$ (568)** | **$ (2,974)** | **$ (4,480)** | **$ (15,010)** |
| Basic and diluted weighted average common units and Class A shares outstanding, respectively | 105,503 | 52,400 | 105,503 | 47,384 |
| Basic and diluted net loss attributable to Inspirato Incorporated per common unit and Class A share, respectively | $ (0.01) | $ (0.06) | $ (0.04) | $ (0.32) |

**Inspirato Incorporated**
**Condensed Consolidated Balance Sheets**
(unaudited, in thousands, except per share data)

|  | December 31, 2021 | June 30, 2022 |
|---|---|---|
| **Assets** | | |
| Current assets | | |
| Cash and cash equivalents | $ 80,233 | $ 121,321 |
| Restricted cash | 2,720 | 1,740 |
| Accounts receivable, net | 2,389 | 2,725 |
| Accounts receivable, net – related parties | 386 | 708 |
| Prepaid subscriber travel | 17,183 | 24,520 |
| Prepaid expenses | 11,101 | 9,970 |
| Other current assets | 762 | 574 |
| **Total current assets** | **114,774** | **161,558** |
| Property & equipment, net | 8,695 | 11,904 |
| Goodwill | 21,233 | 21,233 |
| Right of use assets | — | 236,393 |

**Movant Appx. 122**

| | | | | |
|---|---|---:|---|---:|
| Other long term assets | | 1,068 | | 1,130 |
| **Total assets** | $ | **145,770** | $ | **432,218** |
| **Liabilities** | | | | |
| Current liabilities | | | | |
| Accounts payable | $ | 33,140 | $ | 35,319 |
| Accrued liabilities | | 6,035 | | 5,122 |
| Deferred revenue | | 176,813 | | 175,841 |
| Deferred rent | | 457 | | — |
| Debt | | 13,267 | | 14,000 |
| Lease liability | | — | | 65,210 |
| **Total current liabilities** | | **229,712** | | **295,492** |
| Deferred revenue | | 14,450 | | 15,781 |
| Deferred rent | | 7,468 | | — |
| Lease liability | | — | | 177,597 |
| Warrants | | 547 | | 5,607 |
| **Total liabilities** | | **252,177** | | **494,477** |
| Commitments and contingencies (Note 12) | | | | |
| **Temporary equity (Note 3)** | | | | |
| Series A-1; 222 authorized and 217 issued and outstanding at December 31, 2021; none at June 30, 2022 | | 12,809 | | — |
| Series A-2; 130 authorized, issued, and outstanding at December 31, 2021; none at June 30, 2022 | | 5,489 | | — |
| Series B; 193 authorized, issued, and outstanding at December 31, 2021; none at June 30, 2022 | | 19,860 | | — |
| Series B-1; 128 authorized and 124 issued and outstanding at December 31, 2021; none at June 30, 2022 | | 15,282 | | — |
| Series D; 158 authorized, issued, and outstanding at December 31, 2021; none at June 30, 2022 | | 20,125 | | — |
| Series E; 132 authorized and 96 issued and outstanding at December 31, 2021; none at June 30, 2022 | | 9,719 | | — |
| **Total temporary equity** | | **83,284** | | **—** |
| **Equity** | | | | |
| Series C; 491 authorized, issued, and outstanding at December 31, 2021; none at June 30, 2022 (Note 3) | | 21,477 | | — |
| Common units 4,470 authorized; 1,149 issued and outstanding at December 31, 2021; none at June 30, 2022 (Note 3) | | — | | — |
| Class A common stock, par value $0.0001 per share, 1,000,000 shares authorized, 52,448 shares issued and outstanding as of June 30, 2022 | | — | | 5 |
| Class V common stock, $0.0001 par value, 500,000 shares authorized, 69,781 shares issued and outstanding as of June 30, 2022 | | — | | 7 |
| Additional paid-in capital | | — | | 244,799 |
| Accumulated deficit | | (211,168) | | (226,361) |
| **Total equity excluding noncontrolling interest** | | **(189,691)** | | **18,450** |
| Noncontrolling interests (Note 16) | | — | | (80,709) |
| **Total equity** | | **(189,691)** | | **(62,259)** |
| **Total liabilities, temporary equity, and equity** | $ | **145,770** | $ | **432,218** |

**Inspirato Incorporated**
**Condensed Consolidated Statements of Cash Flows**
(unaudited, in thousands, except per share data)

| | | **Six months ended June 30,** | | |
|---|---|---:|---|---:|
| | | **2021** | | **2022** |
| Cash flows from operating activities: | | | | |
| Consolidated net loss | $ | (4,480) | $ | (31,063) |
| Adjustments to reconcile consolidated net loss to net cash provided by (used in) operating activities | | | | |
| Depreciation and amortization | | 2,164 | | 2,223 |
| Warrant fair value losses | | 456 | | 6,544 |
| Equity-based compensation | | 975 | | 2,833 |
| Gain on forgiveness of debt | | (9,518) | | — |
| Non-cash lease expense | | 515 | | 76 |
| Changes in operating assets and liabilities, net of reverse recapitalization: | | | | |
| Accounts receivable, net | | 183 | | (336) |
| Accounts receivable, net – related parties | | (388) | | (322) |
| Prepaid member travel | | (3,538) | | (3,675) |
| Prepaid expenses | | (101) | | (3,625) |
| Right of use asset | | — | | (493) |
| Other assets | | 280 | | 126 |
| Accounts payable | | 10,566 | | 2,179 |
| Accrued liabilities | | 2,212 | | (1,237) |
| Deferred revenue | | 20,299 | | 359 |
| **Net cash provided by (used in) operating activities** | | **19,625** | | **(26,411)** |
| Cash flows from investing activities: | | | | |
| Development of internal-use software | | (263) | | (489) |
| Purchase of property and equipment | | (1,061) | | (4,619) |
| **Net cash used in investing activities** | | **(1,324)** | | **(5,108)** |
| Cash flows from financing activities: | | | | |
| Repayments of debt | | (476) | | (13,267) |
| Proceeds from debt | | — | | 14,000 |

**Movant Appx. 123**

| | | | |
|---|---|---|---|
| Proceeds from reverse recapitalization | | — | 90,070 |
| Payments of reverse recapitalization costs | | — | (23,899) |
| Proceeds from issuance of common stock | | — | 5,000 |
| Payments of employee taxes for unit option exercises | | — | (117) |
| Proceeds from unit option exercises | | — | 23 |
| Distributions | | (81) | (183) |
| **Net cash (used in) provided by financing activities** | | **(557)** | **71,627** |
| Net increase in cash, cash equivalents, and restricted cash | | 17,744 | 40,108 |
| **Cash, cash equivalents, and restricted cash – beginning of period** | | **67,001** | **82,953** |
| **Cash, cash equivalents, and restricted cash – end of period** | $ | **84,745** | $ **123,061** |
| Supplemental cash flow information – cash paid for interest | $ | 290 | $ 285 |
| Significant noncash transactions: | | | |
| Conversion of preferred stock in connection with reverse recapitalization | $ | — | $ 104,761 |
| Warrants acquired at fair value | | — | 8,390 |
| Warrants exercised | | — | 9,874 |
| Fixed assets purchased but unpaid, included in accounts payable | | — | 324 |
| Conversion of deferred rent and prepaid rent to right of use asset | | — | 6,831 |

### Reconciliation of Net Loss to Adjusted Net Loss

| | Three Months Ended June 30, | | Six Months Ended June 30, | |
|---|---|---|---|---|
| *(thousands)* | **2021** | **2022** | **2021** | **2022** |
| Net loss | $ (568) | $ (7,248) | $ (4,480) | $ (31,063) |
| Gain on forgiveness of debt | (9,518) | — | (9,518) | — |
| Warrant fair value (gains) losses | — | (11,126) | 456 | 6,544 |
| **Adjusted Net Loss** | $ **(10,086)** | $ **(18,374)** | $ **(13,542)** | $ **(24,519)** |

### Reconciliation of Net Loss to Adjusted EBITDA

| | Three Months Ended June 30, | | Six Months Ended June 30, | |
|---|---|---|---|---|
| *(thousands)* | **2021** | **2022** | **2021** | **2022** |
| Net loss and comprehensive loss | $ (568) | $ (7,248) | $ (4,480) | $ (31,063) |
| Interest expense, net | 378 | 193 | 547 | 332 |
| Income taxes | — | 206 | — | 387 |
| Depreciation and amortization | 1,008 | 1,189 | 2,163 | 2,223 |
| Equity-based compensation | 466 | 2,431 | 975 | 2,833 |
| Warrant fair value (gains) losses | — | (11,126) | 456 | 6,544 |
| Public company readiness costs | — | — | — | 1,092 |
| Gain on forgiveness of debt | (9,518) | — | (9,518) | — |
| **Adjusted EBITDA** | $ **(8,234)** | $ **(14,355)** | $ **(9,857)** | $ **(17,652)** |
| Adjusted EBITDA Margin(1) | (15.7)% | (17.2)% | (9.7)% | (10.6)% |

(1)  We define Adjusted EBITDA Margin as Adjusted EBITDA as a percentage of total revenue for the same period.

### Reconciliation of Free Cash Flow

| | Three Months Ended June 30, | | Six Months Ended June 30, | |
|---|---|---|---|---|
| *(thousands)* | **2021** | **2022** | **2021** | **2022** |
| Net cash provided by (used in) operating activities | $ 10,414 | $ (13,745) | $ 19,625 | $ (26,411) |
| Development of internal-use software | 73 | (306) | (263) | (489) |
| Purchase of property and equipment | (701) | (3,632) | (1,061) | (4,619) |
| **Net cash used in financing activities** | **(628)** | **(3,938)** | **(1,324)** | **(5,108)** |
| **Free Cash Flow** | $ **9,786** | $ **(17,683)** | $ **18,301** | $ **(31,519)** |

**2022 Second Quarter Earnings Call and Webcast**

The Company invites you to join Brent Handler, Co-Founder and Chief Executive Officer, and Web Neighbor, Chief Financial Officer for a conference call on Monday, August 8, 2022 to discuss its 2022 second quarter operating and financial results.

To listen to the audio webcast and Q&A, please visit the Inspirato Investor Relations website at https://investor.inspirato.com. An audio replay of the webcast will be available on the Inspirato Investor Relations website shortly after the call.

**Conference Call and Webcast:**

Date/Time: Monday, August 8, 2022 at 11:00 a.m. ET Webcast: https://edge.media-server.com/mmc/p/fpcm8wea

**Upcoming Events**

The Company plans to participate in the Baird Newly Public Company Virtual Access Day on Wednesday, August 17, 2022 and to attend Citi's 2022 Global Technology Conference on September 7, 2022 in New York City and the Piper Sandler Growth Frontiers Conference on September 13th, 2022 in Nashville, TN. An updated presentation will be posted to the Company's website, https://investor.inspirato.com, prior to each event.

**About Inspirato**

Launched in 2011, Inspirato (NASDAQ: ISPO) is the innovative luxury travel subscription brand that provides affluent travelers access to a managed and controlled portfolio of hand-selected vacation options, delivered through a subscription model to ensure the service and certainty that affluent customers demand. The Inspirato portfolio includes branded luxury vacation homes available exclusively to subscribers and guests, accommodations at five-star hotel and resort partners, and custom travel experiences. In 2019, Inspirato revolutionized travel by introducing Inspirato Pass, the world's first luxury travel subscription that includes all nightly rates, taxes, and fees. For more information, visit www.inspirato.com.

**Movant Appx. 124**

**SPECIAL NOTE REGARDING FORWARD-LOOKING STATEMENTS**

This press release contains forward-looking statements within the meaning the federal securities laws. Forward-looking statements generally relate to future events or our future financial or operating performance. In some cases, you can identify forward-looking statements because they contain words such as "believe," "may," "will," "estimate," "potential," "continue," "anticipate," "intend," "expect," "could," "would," "project," "forecast," "plan," "intend," "target," or the negative of these words or other similar expressions that concern our expectations, strategy, priorities, plans, or intentions. Forward-looking statements in this press release include, but are not limited to, statements regarding our expectations relating to future operating results and financial position; guidance and growth prospects; quotations of management; our expectations regarding the luxury travel market; anticipated future expenses and investments; business strategy and plans; market growth; market position; and potential market opportunities. Our expectations and beliefs regarding these matters may not materialize, and actual results in future periods are subject to risks and uncertainties, including changes in our plans or assumptions, that could cause actual results to differ materially from those projected. These risks include our inability to forecast our business due to our limited experience with our pricing models; the risk of downturns in the travel and hospitality industry, including residual effects of the COVID-19 pandemic; our ability to compete effectively in an increasingly competitive market; our ability to sustain and manage our growth; and general market, political, economic and business conditions and other risks detailed in our filings with the Securities and Exchange Commission (the "SEC"), including in our Quarterly Report on Form 10-Q that will be filed with the SEC by August 15, 2022 and subsequent filings with the SEC.

Past performance is not necessarily indicative of future results. If any of these risks materialize or our assumptions prove incorrect, actual results could differ materially from the results implied by these forward-looking statements. In addition, forward-looking statements reflect our expectations, plans, or forecasts of future events and views as of the date of this press release. We anticipate that subsequent events and developments will cause our assessments to change. All information provided in this release is as of the date hereof, and we undertake no duty to update this information unless required by law. These forward-looking statements should not be relied upon as representing our assessment as of any date subsequent to the date of this press release.

**Contacts:**
Investor Relations:
ir@inspirato.com
Media Relations:
communications@inspirato.com

**Movant Appx. 125**

# EXHIBIT 9

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
**Washington, D.C. 20549**

# FORM 8-K

**CURRENT REPORT**
**PURSUANT TO SECTION 13 OR 15(D)**
**OF THE SECURITIES EXCHANGE ACT OF 1934**

**Date of Report (Date of earliest event reported): December 19, 2022**

# Inspirato Incorporated
**(Exact name of registrant as specified in its charter)**

| | | |
|---|---|---|
| **Delaware** | **001-39791** | **85-2426959** |
| **(State or other jurisdiction** | **(Commission** | **(I.R.S. Employer** |
| **of incorporation)** | **File Number)** | **Identification No.)** |

| | |
|---|---|
| **1544 Wazee Street** | |
| **Denver, CO** | **80202** |
| **(Address of principal executive offices)** | **(Zip Code)** |

**(303) 586-7771**
**(Registrant's telephone number, including area code)**

**Not Applicable**
**(Former name or former address, if changed since last report)**

Check the appropriate box below if the Form 8-K is intended to simultaneously satisfy the filing obligation of the registrant under any of the following provisions:

☐ Written communications pursuant to Rule 425 under the Securities Act

☐ Soliciting material pursuant to Rule 14a-12 under the Exchange Act

☐ Pre-commencement communications pursuant to Rule 14d-2(b) under the Exchange Act

☐ Pre-commencement communications pursuant to Rule 13e-4(c) under the Exchange Act

Securities registered pursuant to Section 12(b) of the Act:

| Title of each class | Trading Symbol(s) | Name of each exchange on which registered |
|---|---|---|
| Class A common stock, $0.0001 par value per share | ISPO | The Nasdaq Stock Market LLC |
| Warrants to purchase Class A common stock | ISPOW | The Nasdaq Stock Market LLC |

Indicate by check mark whether the registrant is an emerging growth company as defined in Rule 405 of the Securities Act of 1933 (§230.405 of this chapter) or Rule 12b-2 of the Securities Exchange Act of 1934 (§240.12b-2 of this chapter).

Emerging growth company ☒

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ☐

1

**Movant Appx. 127**

**Item 2.02 Results of Operations and Financial Condition.**

On December 19, 2022, Inspirato Incorporated ("***Inspirato***" or the "***Company***") issued a press release announcing its financial results for the quarter ended September 30, 2022. A copy of the press release is furnished as Exhibit 99.1 to this current report on Form 8-K and is incorporated by reference herein.

**Item 7.01 Regulation FD Disclosure.**

Inspirato announces material information to the public about Inspirato, its products and services, and other matters through a variety of means, including filings with the Securities and Exchange Commission, press releases, public conference calls, webcasts, the investor relations section of its website (https://investor.inspirato.com), its blog (https://www.inspirato.com/details) and its Twitter account (@inspirato) in order to achieve broad, non-exclusionary distribution of information to the public and for complying with its disclosure obligations under Regulation FD.

The information in Item 2.02 and Item 7.01 of this Current Report on Form 8-K, and Exhibit 99.1 attached hereto, shall not be deemed "filed" for purposes of Section 18 of the Securities Exchange Act of 1934, as amended (the "***Exchange Act***") or otherwise subject to the liabilities of that section, nor shall it be deemed incorporated by reference in any filing under the Securities Act of 1933, as amended, or the Exchange Act, except as shall be expressly set forth by specific reference in such a filing.

**Item 9.01 Financial Statements and Exhibits.**

(d) Exhibits

| <u>Exhibit No.</u> | <u>Description</u> |
|---|---|
| 99.1 | Press Release issued by Inspirato Incorporated dated December 19, 2022 |
| 104 | Cover Page Interactive Data File (Cover page XBRL tags are embedded within the Inline XBRL document) |

---

2

**Movant Appx. 128**

**SIGNATURES**

Pursuant to the requirements of the Securities Exchange Act of 1934, the Registrant has duly caused this report to be signed on its behalf by the undersigned hereunto duly authorized.

**INSPIRATO INCORPORATED**

Dated: December 19, 2022

By: /s/ R. Webster Neighbor
    Name: R. Webster Neighbor
    Title: Chief Financial Officer

3

**Movant Appx. 129**

**Exhibit 99.1**



**Inspirato Announces Third Quarter 2022 Financial and Operating Results**

**DENVER, December 19, 2022** – Inspirato Incorporated ("Inspirato" or the "Company") (NASDAQ: ISPO), the innovative luxury travel subscription brand, today announced its 2022 third quarter financial and operating results.

**2022 Third Quarter Highlights**

- **Strong Operational Results.** As of September 30, 2022, Total Active Subscriptions, Annual Recurring Revenue and Controlled Accommodations all finished at the highest levels in Company history.
- **Record Subscription Revenue, Travel Revenue and Total Revenue.** Quarterly revenue of $93 million, an increase of 44% year-over-year, including subscription revenue of $39 million, an increase of 53% year-over-year, and travel revenue of $55 million, a 38% increase year-over-year.
- **Subscription Growth.** Active Subscriptions of 16,300 as of September 30, 2022, an increase of 16% year-over-year. Inspirato Pass subscriptions totaled 3,800, an increase of 61% year-over-year. Annual Recurring Revenue increased 45% year-over-year to $167 million.
- **Strong Travel Demand.** Third quarter Total Nights Delivered of 50,900 and Total Nights Booked of 55,800, year-over-year increases of 26% and 21%, respectively.
- **Strategic Inventory Growth.** Addition of 24 net new Controlled Accommodations, bringing Total Controlled Accommodations to 726 as of September 30, 2022, a 48% increase year-over-year.
- **Inspirato For Good.** Formally launched new turnkey solution for nonprofit fundraising in mid-September.

**Management Commentary**

Co-Founder and Chief Executive Officer Brent Handler commented, "In the third quarter, we once again established a number of new company records throughout our business, including Active Subscriptions, Pass Subscriptions, and total revenue. We continue to deploy our Inspirato Pass and Select technology in new and innovative ways, including to power two new offerings - Inspirato for Good and Inspirato for Business – that we believe will significantly expand our target addressable market and accelerate growth at a lower customer acquisition cost. Both Inspirato for Good and Inspirato for Business are already demonstrating strong early-adoption trends. As such, for 2023, we reiterate our expectation of achieving positive Adjusted EBITDA and anticipate generating more than $400 million of total revenue."

Chief Financial Officer Web Neighbor added, "We entered 2022 with an emphasis on expanding the supply of our Controlled Accommodations to serve the travel demand from our growing subscriber base. Having successfully increased our Controlled Accommodations by nearly 50% year-over-year and broadening and diversifying our inventory mix to grow our share of our subscribers' travel wallets, we are shifting our near-term focus to portfolio optimization rather than portfolio growth. We expect this more moderate pace of growth to contribute to increased gross margins over time. Additionally, our plan for 2023 is to achieve an overall reduction in corporate operating expenses as we leverage the significant investments we've made over the past two years."

**Movant Appx. 130**

**Third Quarter Business and Financial Highlights**

Total revenue for the quarter was $93 million, a 44% increase year-over-year. Subscription revenue in the third quarter of 2022 was $39 million compared to $25 million in the third quarter of 2021. The 53% increase in subscription revenue between periods was attributable to an increase in Active Subscriptions to 16,300 as of September 30, 2022, compared to 14,100 at the end of the third quarter of 2021. Inspirato Pass subscriptions grew 61% to 3,800 as of September 30, 2022 from 2,400 at the end of the third quarter of 2021, while Inspirato Club subscriptions grew 6% to 12,400 from approximately 11,700 between periods.

Annual Recurring Revenue ("ARR") increased to a record of $167 million at the end of the third quarter of 2022 compared to $115 million as of September 30, 2021. The 45% year-over-year increase in ARR was due to growth in Active Subscriptions, as well as an increased share of Inspirato Pass subscriptions, which contribute more subscription revenue than Inspirato Club subscriptions.

The following table provides key business metrics as of September 30, 2021 and 2022:

|  | As of September 30, | |
|---|---|---|
|  | **2021** | **2022** |
| Active Subscribers | 13,192 | 14,768 |
| Active Subscriptions | 14,074 | 16,259 |
| Annual Recurring Revenue (thousands) | $ 115,169 | $ 166,668 |

*See the section below titled "Key Business Metrics" for definitions of these metrics.*

Travel revenue was $55 million in the third quarter of 2022 compared to $40 million in the third quarter of 2021. The 38% increase in travel revenue year-over-year was primarily due to increases in total Paid nights delivered, Paid average daily rates* and revenue from Inspirato's Bespoke travel services and experiences.

*Paid average daily rate is equal to total paid residence revenue divided by total paid residence nights.*

Gross margin in the third quarter of 2022 was $30 million, an increase of 35% compared to gross margin of $22 million in the third quarter of 2021. Gross margin as a percentage of revenue was 32% for the third quarter of 2022 as compared to 35% in the third quarter of 2021.

**Movant Appx. 131**

The following table provides the components of gross margin for the periods ended September 30, 2021 and 2022:

| (millions) | Three Months Ended September 30, | | | Nine Months Ended September 30, | | |
| | 2021 | 2022 | % Change | 2021 | 2022 | % Change |
|---|---|---|---|---|---|---|
| Travel revenue | $ 39.5 | $ 54.5 | 38% | $ 95.8 | $ 152.4 | 59% |
| Subscription revenue | 25.2 | 38.6 | 53% | 70.3 | 106.3 | 51% |
| Other revenue | 0.1 | 0.0 | (73)% | 0.3 | 0.2 | (40)% |
| Total revenue | 64.8 | 93.1 | 44% | 166.4 | 258.9 | 56% |
| Cost of revenue | 42.4 | 63.0 | 49% | 110.1 | 167.7 | 52% |
| Gross margin | $ 22.4 | $ 30.2 | 35% | $ 56.3 | $ 91.2 | 62% |
| *Gross margin (%)* | *35%* | *32%* | *N/A* | *34%* | *35%* | *N/A* |

In order to satisfy consumer demand for private luxury accommodations, the Company successfully increased its Controlled Accommodations to a record 726 as of September 30, 2022, representing an increase of 48% compared to a year ago.

Total Nights Delivered were 50,900 in the third quarter of 2022, a 26% increase compared to 40,500 in the third quarter of 2021, while Total Occupancy was 81% and 88% for the third quarter of 2022 and 2021, respectively.

The following table provides other operating metrics for the periods ending September 30, 2021 and 2022:

| | Three Months Ended September 30, | |
| | 2021 | 2022 |
|---|---|---|
| Total Nights Delivered | 40,526 | 50,861 |
| Total Occupancy | 88% | 81% |
| Controlled Accommodations* | 492 | 726 |

*Controlled Accommodations as of September 30. See the section below titled "Other Operating Metrics" for definitions of these metrics.*

Net loss for the third quarter of 2022 was $7.3 million compared to a net loss of $9.1 million in the third quarter of 2021. Adjusted Net Loss, a non-GAAP measure defined below, was $10.8 million for the third quarter of 2022 compared to an Adjusted Net Loss of $9.1 million in the comparable 2021 period. The primary difference in net loss and Adjusted Net Loss between periods was due to the change in warrant fair value gains between periods.

Adjusted EBITDA loss, a non-GAAP measure defined below, was approximately $6.8 million in the third quarter of 2022 compared to a loss of approximately $4.1 million in the third quarter of 2021. The difference in Adjusted EBITDA loss between periods was primarily due to increased corporate operating expenses partially offset by increased gross margin between periods.

Net cash flows used in operations was approximately $22 million in the third quarter of 2022 compared to $1.3 million in the comparable 2021 period. The difference in cash flows between periods is primarily attributable to changes in deferred revenue.

6

**Movant Appx. 132**

**2022 Guidance**

Given the timing of this release, the Company is announcing its revised downward guidance for 2022 full-year revenue and Adjusted EBITDA loss. The Company now anticipates full-year 2022 revenue of approximately $340 million, a year-over-year increase of approximately 45%. Updated revenue expectations reflect lower than anticipated Total Occupancy in the fourth quarter and a reduced pace of new Pass subscription sales witnessed in October and November that is expected to continue through year-end. Additionally, the Company has reallocated its internal sales and marketing resources to target new and expanded target markets – business and philanthropy – through its Inspirato for Business and Inspirato for Good platforms. The Company believes these initiatives will result in lower customer acquisition costs, stable and growing recurring revenue and a pipeline of highly qualified prospects for its Club and Pass subscription products.

By year-end, the Company anticipates selling approximately 500 Inspirato for Good subscription and trip packages amounting to more than $1 million of revenue which will be recognized primarily in 2023, along with the facilitation of over $1 million of donations to our non-profit partners.

Adjusted EBITDA loss, a non-GAAP financial measure defined below, is expected to be approximately $35 million for 2022. The Company's revised 2022 Adjusted EBITDA loss guidance reflects lower than anticipated travel demand during the peak festive season as well as the reduced pace of new Pass subscription sales and higher than anticipated operating expenses.

The Company expects to end the year with approximately $80 million of cash and with no debt outstanding.

These statements are forward-looking and actual results may differ materially. Refer to the Forward-Looking Statements safe harbor below for information on the factors that could cause our actual results to differ materially from these forward-looking statements.

Forward looking Adjusted EBITDA is a forward-looking non-GAAP financial measure. The Company is unable to reconcile forward-looking Adjusted EBITDA to net income, its most directly comparable forward-looking GAAP financial measure, without unreasonable effort, as a result of the uncertainty regarding, and the potential variability of, reconciling items such as equity-based compensation expense. However, it is important to note that material changes to reconciling items could have a significant effect on our future GAAP results.

*Reconciliation of Non- GAAP Financial Measures*

In addition to our results determined in accordance with GAAP, we use Adjusted Net Loss, Adjusted EBITDA, Adjusted EBITDA Margin and Free Cash Flow as part of our overall assessment of our performance, including the preparation of our annual operating budget and quarterly forecasts, to evaluate the effectiveness of our business strategies and to communicate with our board of directors concerning our business and financial performance. We believe that these non-GAAP financial measures provide useful information to investors about our business and financial performance, enhance their overall understanding of our past performance and future prospects, and allow for greater transparency with respect to metrics used by our management in their financial and operational decision making. We are presenting these non-GAAP financial measures to assist investors in seeing our business and financial performance through the eyes of management, and because we believe that these non-GAAP financial measures provide an additional tool for investors to use in comparing results of operations of our business over multiple periods with other companies in our industry.

**Movant Appx. 133**