IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Regina M. Rodriguez

Civil Action No. 1:23-cv-00438-RMR-SBP

ILAN BOUZAGLO,
KEITH KOCH, *individually and on behalf of all others similarly situated*

    Plaintiff,

v.

INSPIRATO INCORPORATED,
BRENT HANDLER, and
R. WEBSTER NEIGHBOR

    Defendants.

## FINAL JUDGMENT

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order Adopting Recommendation and Granting Defendants' Motion to Dismiss entered by United States District Judge Regina M. Rodriguez on September 29, 2025 [ECF No. 76] it is

ORDERED that Plaintiff's Objection is OVERRULED and Plaintiff's request for leave to file a Third Amended Class Action Complaint is DENIED. It is

FURTHER ORDERED that the Recommendation of the United States Magistrate Judge Susan Prose [ECF No. 73] is AFFIRMED and ADOPTED. It is

FURTHER ORDERED that Defendants' Motion to Dismiss Second Amended Class Action Complaint [ECF No. 66] is GRANTED and Plaintiff's Second Amended Class Action Complaint [ECF No. 64] is DISMISSED WITH PREJUDICE.

This case will be closed.

Dated at Denver, Colorado this 29th day of September, 2025.

          FOR THE COURT:
          JEFFREY P. COLWELL, CLERK

          By:   s/K. Myhaver
                K. Myhaver
                Deputy Clerk